# EXHIBIT 1

## Lower Court Record Segment 1 of 4

Skip to Main Content Logout My Account My Cases Search Menu New Civil Search Refine Search Back

Location : 22nd Circuit Court    Images    Search Help

## REGISTER OF ACTIONS
### CASE NO. 25-000262-CH

| | |
|---|---|
| **Washtenaw County Prosecutor et al vs ValleyTree Partners LLC et al** | Case Type: **Housing and Real Estate (CH)** |
| § | Date Filed: **02/19/2025** |
| § | Location: **Civil** |
| § | Judicial Officer: **Kuhnke, Carol** |
| § | |
| § | |
| § | |

---

### PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| Defendant | **Nusbaum, Yaakov** | **J. Adam Behrendt** |
| | Lakewood, NJ 08701 | *Retained* |
| | | (248) 743-6068(W) |
| | | |
| Defendant | **Rosenthal, Samuel** | **J. Adam Behrendt** |
| | Lakewood, NJ 08701 | *Retained* |
| | | (248) 743-6068(W) |
| | | |
| Defendant | **ValleyTree Partners LLC** | **J. Adam Behrendt** |
| | | *Retained* |
| | | (248) 743-6068(W) |
| | Lakewood, NJ 08701 | |
| | | Debani Tanay Gordon-Lehman |
| | | *Retained* |
| | | (248) 489-4100(W) |
| | | |
| Defendant | **VTP A1 LP** | **J. Adam Behrendt** |
| | | *Retained* |
| | | (248) 743-6068(W) |
| | Lakewood, NJ 08701 | |
| | | Debani Tanay Gordon-Lehman |
| | | *Retained* |
| | | (248) 489-4100(W) |
| | | |
| Defendant | **VTP Arbor GP LLC** | **J. Adam Behrendt** |
| | | *Retained* |
| | | (248) 743-6068(W) |
| | Wilmington, DE 19801 | |
| | | Debani Tanay Gordon-Lehman |
| | | *Retained* |
| | | (248) 489-4100(W) |
| | | |
| Defendant | **VTP Arbor JV LP** | **J. Adam Behrendt** |
| | Wilmington, DE 19801 | *Retained* |
| | | (248) 743-6068(W) |
| | | |
| Defendant | **VTP Arbor One LLC** | **J. Adam Behrendt** |
| | Wilmington, DE 19801 | *Retained* |
| | | (248) 743-6068(W) |
| | | |
| Defendant | **VTP River Woods, LLC** | **J. Adam Behrendt** |
| | Wilmington, DE 19801 | *Retained* |
| | | (248) 743-6068(W) |
| | | |
| Defendant | **Vujnov, Amy** | **J. Adam Behrendt** |
| | Redford, MI 48239 | *Retained* |
| | | (248) 743-6068(W) |
| | | |
| Plaintiff | **City of Ypsilanti** | **Randolph T. Barker** |
| | | *Retained* |
| | | 734-761-9000(W) |

Ypsilanti, MI 48197

|  |  |
|---|---|
| | Andrew D. Sugerman |
| | *Retained* |
| | (734)997-2176(W) |
| | |
| | William Daniel Troyka |
| | *Retained* |
| | (734) 997-2153(W) |

**Plaintiff**      **Washtenaw County Prosecutor**             **Todd Michael Ryan**
      *Retained*
      (313) 242-0811(W)

Ann Arbor, MI 48103             Victoria M. Burton-Harris
      *Retained*
      (734) 222-6620(W)

Washtenaw County Prosecutor
*Retained*
(734) 222-6620(W)

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| Date | Event |
|---|---|
| 02/19/2025 | **Jury Demand** |
| 02/19/2025 | **Complaint** |
| 02/21/2025 | **Summons Issued (Summons and Complaint)** |
| 02/21/2025 | **Summons** |
| | ValleyTree Partners LLC    Served    02/27/2025 |
| 02/21/2025 | **Summons Issued (Summons and Complaint)** |
| 02/21/2025 | **Summons** |
| | Nusbaum, Yaakov    Served    03/03/2025 |
| 02/21/2025 | **Summons Issued (Summons and Complaint)** |
| 02/21/2025 | **Summons** |
| | Rosenthal, Samuel    Served    03/03/2025 |
| 02/21/2025 | **Summons Issued (Summons and Complaint)** |
| 02/21/2025 | **Summons** |
| | VTP A1 LP    Served    02/27/2025 |
| 02/21/2025 | **Summons Issued (Summons and Complaint)** |
| 02/21/2025 | **Summons** |
| | VTP Arbor GP LLC    Served    02/27/2025 |
| 02/21/2025 | **Summons Issued (Summons and Complaint)** |
| 02/21/2025 | **Summons** |
| | Vujnov, Amy    Served    03/03/2025 |
| 02/21/2025 | **Summons Issued (Summons and Complaint)** |
| 02/21/2025 | **Summons** |
| | VTP Arbor JV LP    Served    02/27/2025 |
| 02/21/2025 | **Summons Issued (Summons and Complaint)** |
| 02/21/2025 | **Summons** |
| | VTP River Woods, LLC    Served    02/27/2025 |
| 02/21/2025 | **Summons Issued (Summons and Complaint)** |
| 02/21/2025 | **Summons** |
| | VTP Arbor One LLC    Served    02/27/2025 |
| 03/03/2025 | **Proof of Service - Summons and Complaint (ACK or Personal)** |
| 03/03/2025 | **Proof of Service - Summons and Complaint (ACK or Personal)** |
| 03/03/2025 | **Proof of Service** |
| 03/03/2025 | **Proof of Service - Summons and Complaint (ACK or Personal)** |
| 03/03/2025 | **Proof of Service - Summons and Complaint (ACK or Personal)** |
| 03/03/2025 | **Proof of Service - Summons and Complaint (ACK or Personal)** |
| 03/03/2025 | **Proof of Service - Summons and Complaint (ACK or Personal)** |
| 03/04/2025 | **Appearance** |
| | *& proof of service* |
| 03/04/2025 | **Proof of Service** |
| 03/04/2025 | **Proof of Service - Summons and Complaint (ACK or Personal)** |
| 03/04/2025 | **Proof of Service - Summons and Complaint (ACK or Personal)** |
| 03/04/2025 | **Proof of Service** |
| 03/04/2025 | **Proof of Service - Summons and Complaint (ACK or Personal)** |
| 03/04/2025 | **Proof of Service - Summons and Complaint (ACK or Personal)** |
| 03/04/2025 | **Proof of Service - Summons and Complaint (ACK or Personal)** |
| 03/04/2025 | **Proof of Service - Summons and Complaint (ACK or Personal)** |
| 03/04/2025 | **Proof of Service - Summons and Complaint (ACK or Personal)** |
| 03/04/2025 | **Proof of Service - Summons and Complaint (ACK or Personal)** |
| 03/04/2025 | **Proof of Service - Summons and Complaint (ACK or Personal)** |
| 03/04/2025 | **Proof of Service** |
| 03/04/2025 | **Appearance** |
| | *& proof of service* |
| 03/18/2025 | **Proof of Service** |
| 03/18/2025 | **Proof of Service** |

| | | | |
|---|---|---|---|
| 03/18/2025 | **Motion** | | |
| | *To file for preliminary injunction and brief in support exceeding 20 pages to be heard in 6 days* | | |
| 03/18/2025 | **Proof of Service** | | |
| 03/18/2025 | **Proof of Service** | | |
| 03/18/2025 | **Motion** | | |
| | *For preliminary injunction* | | |
| 03/18/2025 | **Brief** | | |
| | *In support of joint motion for preliminary injunction* | | |
| 03/18/2025 | **Zoom Notice of Motion Hearing** | | |
| | *Scheduled* | | |
| 03/18/2025 | **Zoom Notice of Motion Hearing** | | |
| | *Scheduled* | | |
| 03/20/2025 | **Response** | | |
| | *In opposition to plaintiffs' joint motion to file a motion for preliminary injunction exceeding 20 pages to be heard on 6-days notice* | | |
| 03/20/2025 | **Proof of Service** | | |
| 03/24/2025 | **Motion Hearing**  (1:00 PM) (Judicial Officer Kuhnke, Carol) | | |
| | *ZOOM- Pltf/ Joint Motion for Prelim Injunction* | | |

---

**FINANCIAL INFORMATION**

| | | | | |
|---|---|---|---|---|
| | **Plaintiff** Washtenaw County Prosecutor | | | |
| | Total Financial Assessment | | | 40.00 |
| | Total Payments and Credits | | | 40.00 |
| | **Balance Due as of 03/20/2025** | | | **0.00** |
| | | | | |
| 03/19/2025 | Transaction Assessment | | | 20.00 |
| 03/19/2025 | E-File | Receipt # EFILE-2025-01596 | Washtenaw County Prosecutor's Office | (20.00) |
| 03/19/2025 | Transaction Assessment | | | 20.00 |
| 03/19/2025 | E-File | Receipt # EFILE-2025-01597 | Washtenaw County Prosecutor's Office | (20.00) |

| STATE OF MICHIGAN | | |
|---|---|---|
| **STATE OF MICHIGAN**<br>**JUDICIAL DISTRICT**<br>22nd  **JUDICIAL CIRCUIT**<br>**COUNTY** | **JURY DEMAND** | **CASE NO. and JUDGE**<br>25-000262-CH<br>JUDGE CAROL KUHNKE |

| Court address | | | Court telephone no. |
|---|---|---|---|
| 101 E. Huron Street, P.O. Box 8645, Ann Arbor, MI 48107-8645 | | | (734) 222-3270 |

| Plaintiff's/Petitioner's name | | Defendant's/Respondent's name |
|---|---|---|
| Washtenaw County Prosecutor and City of Ypsilanti | | ValleyTree Partners LLC |
| Plaintiff's/Petitioner's address and telephone no. or attorney name, bar no., address, and telephone no.<br>Todd Ryan (P81848); P.O. Box 8645, Ann Arbor, MI 48107; (734) 622-9049; Randolph T. Barker (P62604); 350 S. Main St., Ste. 400, Ann Arbor, MI 48104; (734) 761-9000 | **v** | Defendant's/Respondent's address and telephone no. or attorney name, bar no., address, and telephone no.<br>920 E. County Line Road, Suite 103<br>Lakewood, NJ 08701 |

In the matter of _____

1. I demand a jury trial.

| 2/19/2025 | /s/ Todd Ryan (P81848) |
|---|---|
| Date | Signature |

FILED IN Washtenaw County Trial Court; 2/19/2025 5:27 PM

Approved, SCAO
Form MC 22, Rev. 9/23
MCL 600.857(3), MCL 600.2529(1)(c), MCR 2.508, MCR 2.509, MCR 3.911
Page 1 of 1

Distribute form to:
Court
Plaintiff/Petitioner
Defendant/Respondent

STATE OF MICHIGAN
IN THE 22ND JUDICIAL CIRCUIT

---

ELI SAVIT, PROSECUTING ATTORNEY
FOR WASHTENAW COUNTY, *ex rel.* the
People of the State of Michigan, and CITY
OF YPSILANTI,

      Plaintiffs,

v.

VALLEYTREE PARTNERS LLC, VTP A1
LP, VTP ARBOR GP LLC, VTP ARBOR JV
LP, VTP ARBOR ONE LLC, VTP RIVER
WOODS, LLC, SAMUEL ROSENTHAL,
YAAKOV NUSBAUM, and AMY
VUJNOV,

      Defendants.

**COMPLAINT**

Case No. 25-000262-CH

The Hon. JUDGE CAROL KUHNKE

---

Eli Savit (P76528)
Victoria Burton-Harris (P78263)
Todd Ryan (P81848)
WASHTENAW COUNTY PROSECUTOR'S OFFICE
*Attorneys for Plaintiff State of Michigan*
P.O. Box 8645
Ann Arbor, MI 48107
(734) 222-6620
*ryant@washtenaw.org*

Randolph T. Barker (P62604)
W. Daniel Troyka (P65155)
Andrew D. Sugerman (P46687)
CONLIN, MCKENNEY & PHILBRICK, P.C.
*Attorneys for Plaintiff City of Ypsilanti*
350 S. Main Street, Ste. 400
Ann Arbor, MI  48104-2131
(734) 761-9000
*barker@cmplaw.com*

Civil actions between these parties or other parties arising out of the transactions or occurrences alleged in the complaint have been previously filed in:

- Washtenaw County Circuit Court
    - Case Nos. 24-001319-AA, 24-001320-AA, 24-001321-AA, and 24-001473-AA,
    - Each of which was assigned to the Hon. Carol Kuhnke;
- 14A-1 District Court
    - Case Nos. 241C4066-LT, 241C4077-LT, 241C4078-LT; 241C2396-LT; 241C4502-LT; 241C3457-LT, 241C4070-LT; 241C4501-LT; 241C4068-LT; 241C3460-LT; 241C4503-LT; 241C4224-LT; 241C4085-LT; 241C4504-LT; 241C4505-LT; 241C4080-LT; 241C4222-LT; 241C4526-LT; 241C4223-LT; 241C4522-LT; 241C4523-LT; 241C4524-LT; 241C4525-LT; 241C4069-LT; 241C4084-LT; 241C4081-LT; 241C4506-LT; 241C4507-LT; 241C4082-LT; 241C4086-LT; 241C4508-LT; 241C4509-LT; 241C4510-LT; 241C3478-LT; 241C4597-LT; 241C4506-LT; 241C4086-LT; and 241C4509-LT,
    - Each of which was assigned to the Hon. J. Cedric Simpson;
- City of Ypsilanti Administrative Hearings Bureau
    - Voluminous administrative cases, for example, 58 total cases listed on hearings docket for Jan. 30, 2025 and Jan. 23, 2025,
    - Each of which was assigned to Administrative Hearings Officer John Gilbreath; and
- U.S. District Court for the Eastern District of Michigan
    - Case No. 2:24-CV-12646,
    - Which was assigned to the Hon. Matthew F. Leitman.

---

## **COMPLAINT**

On behalf of the People of the State of Michigan, Plaintiff Eli Savit, Prosecuting Attorney for Washtenaw County, and Plaintiff City of Ypsilanti, complain against Defendants ValleyTree Partners LLC, VTP A1 LP, VTP Arbor GP LLC, VTP Arbor JV LP, VTP Arbor One LLC, VTP River Woods, LLC, Samuel Rosenthal, Yaakov ("Jack") Nusbaum, and Amy Vujnov. Plaintiffs allege that Defendants have created and maintained a dangerous public nuisance at Arbor One Apartments, violated the Housing Law of Michigan and City of Ypsilanti ordinances designed to protect the health and safety of families living in rental homes, and violated the Michigan Consumer Protection Act designed to protect consumers from abusive business practices.

## <u>INTRODUCTION</u>

1. Dangerous living conditions are currently threatening the health and safety of hundreds of tenants at the Arbor One Apartments.

2. Of the hundreds of rental homes at Arbor One Apartments that the City of Ypsilanti has inspected, over 75% have health, safety, and welfare violations.

3. These violations include but are not limited to:

    a. Furnaces and boilers in poor or inoperable condition, with families using kitchen ovens for heat;

    b. Disturbing drywall that was tested for and documented to have asbestos containing material—without permits or safeguards;

    c. Leaking, rusted, and broken pipes, drains, and plumbing fixtures;

    d. Water damage, including collapsing ceilings and mold growth; and

    e. Insect and vermin infestations, with extensive presence of cockroaches and bed bugs.

4. By way of example only, the following are representative pictures of conditions at Arbor One Apartments, showing the results of water damage to rental homes:

Exhibit 1



Exhibit 2



Exhibit 3



Exhibit 4



5. Many of the residents at Arbor One are foreign refugees and other vulnerable individuals who are challenged by poverty, physical health, and mental health issues, and many of the residents rely on public assistance and services to meet their basic needs for living.

6. Many of the residents are children.

7. Families in less desperate circumstances with more opportunities for exit have left Arbor One Apartments.

8. Defendants are the owners, managers, operators, and people with control over Arbor One Apartments.

9. Defendants are the landlords who are trying to profit from the people living at Arbor One Apartments.

10. The conditions at Arbor One Apartments arise from Defendants' neglect of maintenance, ineptitude, and/or deliberate indifference for the safety, security, and health of the tenants.

11. Due to the violations of housing laws and codes designed to protect the residents of Arbor One Apartments:

    a. On September 17, 2024, the City revoked all then-active Certificates of Compliance for the Arbor One Apartment buildings—meaning Defendants have been illegally renting apartments since that day, and no tenant should have to pay rent on an illegal apartment, Ypsilanti City Code ("City Code"), §§ 58-122(a)(2), 58-122(d); and

    b. On December 9, 2024, the City issued condemnation orders on eight (8) of the Arbor One Apartment buildings—meaning the residents of those buildings are

and were facing the threat of forced displacement and the potential for homelessness; and

    c.   On February 7, 2025, the City issued condemnation orders on the ten (10) remaining occupied buildings—meaning all of the residents of Arbor One Apartments are facing the threat of forced displacement and the potential for homelessness.

12.  After the revocations of the Certificates of Compliance—and even after the condemnations of the entire apartment complex—Defendants, defying both the law and common sense, have continued to advertise apartments and solicit prospective new tenants for Arbor One Apartments without the legal ability to do so.  See, e.g., Website, *Arbor One Apartments & Townhomes*, *https://www.arboroneypsilanti.com/*, last visited Feb. 14, 2025 ("Schedule a Tour" with available times listed from Feb. 14 to Feb. 20, and "Apply Now" directing potential tenants to create an application account).

13.  Defendants continue to demand rent from the existing tenants at Arbor One Apartments.

14.  Defendants are maintaining dozens of eviction cases against tenants—cases where the tenants are seeking to enforce their housing rights, and Defendants are seeking to enforce demands for rent.

15.  Housing and consumer protection laws are designed to prevent precisely this type of harm – landlords seeking to profit from dangerous housing.

16.  On January 9, 2025, a tenant of Arbor One Apartments was found deceased in her apartment.  She was fifty-two (52) years old.

    a.   In the months before she died, she was living in a dangerous and unsafe home.

b. On October 21, 2024, the City inspected her apartment – her home – and found multiple violations of City Code.

c. On January 3, 2025, the City condemned the unit due to dangerous conditions such as mold, water damage, and exposed electrical wiring, and ordered Defendants to relocate the tenant to a unit having a certificate of compliance, or to another compliant residential unit off the project premises.

d. Defendants failed, neglected, or refused to relocate this tenant to a safe home that was legal to occupy.

e. It is uncertain whether her death was related to the conditions at Arbor One Apartments.

f. What is certain is that this was her home in the weeks before she died:

Exhibit 5                                     Exhibit 6




17. Housing and consumer protection laws exist for a reason.

18. This is an action for preliminary and permanent injunctions to repair the property, for the appointment of a receiver given Defendants' continuing failures to maintain the property and Defendants' continuing defiance of City orders to do so, as well as for actual, statutory, and exemplary damages, interest, penalties, costs, attorneys' fees, and other relief.

## ARBOR ONE APARTMENTS

19. Arbor One Apartments is a complex of 19 separate buildings that have approximately 474 rental homes with addresses on Green Road, Clark Road, and Leforge Road, in the City of Ypsilanti.

   a. The "Arbor One" rental brand includes Arbor One Townhomes that are outside of the City of Ypsilanti, that are in Ypsilanti Charter Township, across Leforge Road from Arbor One Apartments.

   b. Arbor One Townhomes are not presently at issue in this initial complaint.

   c. However, Ypsilanti Charter Township is scheduling inspections of Arbor One Townhomes, and Defendants are seeking to delay those inspections.

   d. Additional factual development regarding Arbor One Townhomes is pending.

20. Within the City of Ypsilanti, the 19 buildings of Arbor One Apartments are located on three parcels of land with the following groups of buildings: (1) Arbor One North; (2) Arbor One South; and (3) Arbor One West.

21. Arbor One North is located on a tract of land with Parcel Number 11-11-05-100-001

with the following building addresses:

| | | |
|---|---|---|
| 720 Green Road | 721 W. Clark Road | 1431 Leforge Road |
| 772 Green Road | 773 W. Clark Road | 1433 Leforge Road |

Exhibit 7 – Arbor One North – Parcel Map



Exhibit 8 – Arbor One North – Parcel Report

 **Washtenaw County Parcel Report**

| | | Parcel ID: | 11-11-05-100-001 |
|---|---|---|---|
| | | Report Generated: | 1/21/2025 |

**PIN:** 11-11-05-100-001

**Property Address:** 772 GREEN RD
YPSILANTI, MI 48198

**CVT Code:** 11

**CVT Description:** CITY OF YPSILANTI

**School:** 81020, YPSILANTI PUBLIC SCHOOLS

**Property Class:** 201, COMMERCIAL

**Principal Residence Exemption (PRE) %:** 0%

**Owner Information:**

**Owner:** ARBOR ONE 18 LLC

**Address:** 23 N. WASHINGTON
YPSILANTI, MI 48197

**Values:**

| Assessed Value: | 5,985,000 | SEV: | 5,985,000 |
|---|---|---|---|
| Capped Value: | 3,023,587 | Taxable Value: | 3,023,587 |

**Drain Assessment (not including drain debts) (last 3 years):**

| Year | Drain Name | Amount |
|---|---|---|

**Sales (last 3 max):**

| Date | Sale Price | Type |
|---|---|---|
| 8/31/2012 | 0 | SHERIFF DEED |
| 10/30/2000 | 3100000 | WARRANTY DEED |
| 4/17/1979 | 0 | WARRANTY DEED |

**Tax Description:**

*OLD SID - 11 11-400-001-00 YP CITY 39AW-1 LOT 1 NEWTON ACRES SUBDIVISION.

*This report is a user generated static output from an Internet mapping site and is for reference only. Data layers that appear on this map may or may not be accurate, current, or otherwise reliable.*
*Washtenaw County Equalization Department: (734) 222-6662 / Office of the Washtenaw County Water Resource Commissioner: (734) 222-6860*

22. Arbor One South is located on a tract of land with Parcel Number 11-11-05-100-007

with the following building addresses:

| | | |
|---|---|---|
| 721/723 Green Road | 791/793 Green Road | 1243/1425 Leforge Street |
| 725/727 Green Road | 801/803 Green Road | 1427/1429 Leforge Street |

<u>Exhibit 9 – Arbor One South – Parcel Map</u>



Exhibit 10 – Arbor One South – Parcel Report

 Washtenaw County Parcel Report

| | |
|---|---|
| Parcel ID: | 11-11-05-100-007 |
| Report Generated: | 1/21/2025 |

**PIN:** 11-11-05-100-007

**Property Address:** 799 GREEN RD
YPSILANTI, MI 48198

**CVT Code:** 11

**CVT Description:** CITY OF YPSILANTI

**School:** 81020, YPSILANTI PUBLIC SCHOOLS

**Property Class:** 201, COMMERCIAL

**Principal Residence Exemption (PRE) %:** 0%

**Owner Information:**

**Owner:** VTP ARBOR ONE LLC

**Address:** 920 E COUNTY LINE RD SUITE 103
LAKEWOOD, NJ 08701

**Values:**

| | | | | |
|---|---|---|---|---|
| Assessed Value: | 6,014,300 | SEV: | 6,014,300 | |
| Capped Value: | 3,813,318 | Taxable Value: | 3,813,318 | |

**Drain Assessment (not including drain debts) (last 3 years):**

| Year | Drain Name | Amount |
|---|---|---|

**Sales (last 3 max):**

| Date | Sale Price | Type |
|---|---|---|
| 8/31/2020 | 30427940 | OTHER |
| 3/24/1971 | 0 | LAND CONTRACT |
| 5/12/1966 | 0 | WARRANTY DEED |

**Tax Description:**

REWRITE PER DEED L4794 P969  YP CITY 1W-381 COM AT NE COR SEC 5, TH S 00-49-00 W 620.40 FT TO A POB, TH CONT S 00-49-00 W 402.60 FT, TH DUE W 577.00 FT, TH N 00-49-00 E 267.00 FT, TH DUE W 62.00 FT, TH N 00-49-00 E 135.60 FT, TH DUE E 639.00 FT TO THE POB, EXC THE E'LY 43 FT THEREOF. PT OF NE 1/4 SEC 5, T3S-R7E.

*This report is a user generated static output from an Internet mapping site and is for reference only. Data layers that appear on this map may or may not be accurate, current, or otherwise reliable.*
*Washtenaw County Equalization Department: (734) 222-6662 / Office of the Washtenaw County Water Resource Commissioner: (734) 222-6860*

23. Arbor One West is located on a tract of land with Parcel Number 11-11-05-100-006

with the following building addresses:

| | | |
|---|---|---|
| 815/817 Green Road | 835/837 Green Road | 847/849 Green Road |
| 823/825 Green Road | 841/843 Green Road | 853/855 Green Road |
| 829/831 Green Road | | |

<u>Exhibit 11 – Arbor One West – Parcel Map</u>



Exhibit 12 – Arbor One West – Parcel Report



## Washtenaw County Parcel Report

| | |
|---|---|
| **Parcel ID:** | **11-11-05-100-006** |
| Report Generated: | 1/21/2025 |

| | |
|---|---|
| **PIN:** | 11-11-05-100-006 |
| **Property Address:** | 831 GREEN RD |
| | YPSILANTI, MI 48198 |
| **CVT Code:** | 11 |
| **CVT Description:** | CITY OF YPSILANTI |
| **School:** | 81020, YPSILANTIPUBLIC SCHOOLS |
| **Property Class:** | 201, COMMERCIAL |
| **Principal Residence Exemption (PRE) %:** | 0% |

**Owner Information:**

**Owner:** VTP RIVER WOODS LLC
**Address:** 920 E COUNTY LINE RD SUITE 103
LAKEWOOD, NJ 08701

**Values:**

| | | | |
|---|---|---|---|
| **Assessed Value:** | 6,020,500 | **SEV:** | 6,020,500 |
| **Capped Value:** | 4,852,470 | **Taxable Value:** | 4,852,470 |

**Drain Assessment (not including drain debts) (last 3 years):**

| Year | Drain Name | Amount |
|---|---|---|

**Sales (last 3 max):**

| Date | Sale Price | Type |
|---|---|---|
| 5/12/2022 | 14800000 | OTHER |
| 8/30/2019 | 0 | WARRANTY DEED |
| 5/29/1998 | 1650000 | WARRANTY DEED |

**Tax Description:**

REWRITE PER QCD L3918 P382 YP CITY 1W-381A COM AT NE COR OF SEC 5, TH W 1056.00 FT ALONG N LINE OF SEC, TH S 00-49-00 W 391.71 FT TO A POB, TH CONT S 00-49-00 W 228.69 FT, TH E 417.0 FT, TH S 00-49-00 W 135.60 FT, TH E 62.00 FT, TH S 00-49-00 W 267.00 FT, TH W 799.20 FT, TH N 01-59-30 W 144.08 FT, TH N 31-15-00 W 163.19 FT, TH N 47-59-30 W 191.98 FT, TH N 48-36-30 W 28.13 FT, TH N 44-30-00 E 282.0 FT, TH S 45-30-00 E 35.00 FT, TH N 43-18-31 E 50.28 FT, TH S 77-17-35 E 32.40 FT, TH S 46-58-19 E 71.53 FT, TH N 44-30-00 E 60.83 FT, T

*This report is a user generated static output from an Internet mapping site and is for reference only. Data layers that appear on this map may or may not be accurate, current, or otherwise reliable.*
*Washtenaw County Equalization Department: (734) 222-6662 / Office of the Washtenaw County Water Resource Commissioner: (734) 222-6860*

## PARTIES

24. Plaintiff State of Michigan is acting through ("*ex rel*.") the duly elected Washtenaw County Prosecutor, pursuant to the Prosecutor's constitutional, statutory, and common law authority. See, e.g., Const 1963, art 7, § 4; MCL 49.153; MCL 445.915. Prosecuting attorneys are expressly empowered to "appear for the state or county and prosecute or defend in all the courts of the county, all prosecutions, suits, applications, and motions whether civil or criminal, in which the state or county may be a party or interested." MCL 49.153. The Michigan Consumer Protection Act provides prosecuting attorneys the authority to protect consumers. MCL 445.915 ("A prosecuting attorney may conduct an investigation pursuant to this act and may institute and prosecute an action under this act in the same manner as the attorney general."). Prosecuting attorneys also have authority to file a civil lawsuit to abate a public nuisance. See, e.g., *Wayne Co Executive v Acorn Inv Co*, unpublished per curiam opinion of the Court of Appeals, issued Jan. 4, 2005, (Docket Nos. 248925, 248926, 248927, 248928), p. 4 ("It is clear from the plain language of MCL 49.153 that the prosecutor ha[s] standing to prosecute and initiate a cause of action to enforce state abatement and nuisance actions.").

25. Plaintiff City of Ypsilanti is a municipal corporation located in Washtenaw County, Michigan, whose population exceeds 10,000 persons as of the last census and is entitled to all the powers afforded to home rule cities under the Michigan Constitution, the laws of the State of Michigan, and the City's Charter. The City has exercised its constitutional and statutory authority to define and forbid public nuisances. See Const. 1963, art. 7, § 22 (home rule powers); MCL 117.3(j) (providing for public peace,

15

health, and safety); City Code, § 42-31 ("Definitions"). "It is well established that nuisance abatement, as a means to promote public health, safety, and welfare, is a valid goal of municipal police power." *Rental Prop Owners Ass'n of Kent Co v City of Grand Rapids*, 455 Mich 246, 254; 566 NW2d 514, 518 (1997). The City is the "[e]nforcing agency . . . charged with responsibility for administration and enforcement of" the Housing Law of Michigan. MCL 125.402a.

<center>Real Estate Operators from New Jersey</center>

26. Defendant ValleyTree Partners LLC is a foreign, New Jersey limited liability company (NJ ID No. 0450333665) that designated Samuel Rosenthal of 30 Sea Point Drive, Lakewood, NJ 08701, as its registered agent, and designated 920 E. County Line Road, Suite 103, Lakewood, NJ 08701, as its registered office. Samuel Rosenthal of 30 Sea Point Drive, Lakewood, New Jersey, 08701, and Yaakov Nusbaum of 17 Noam Lane, Lakewood, NJ 08701, are the designated members/managers of Defendant ValleyTree Partners LLC.

   a. "ValleyTree Partners" is the listed contact for and operator of Arbor One Apartments on the Arbor One website's home page and contact page. *Upscale Living at Arbor One,* Website for Arbor One Apartments & Townhomes, *arboroneypsilanti.com* (last visited Feb. 6, 2025); *Contact Us*, Website for Arbor One Apartments & Townhomes, *https://www.arboroneypsilanti.com/ contactus* (last visited Feb. 6, 2025).

   b. "ValleyTree Partners" is the listed manager for Arbor One Apartments on public rental listings. *Arbor One*, *https://www.rent.com/michigan/ypsilanti-apartments/arbor-one-4-466612* (last visited Feb. 6, 2205) (verified listing of

<center>16</center>

apartments currently available to rent that are "managed by Valley Tree Partners"); *Arbor One Apartments*, *https://www.homes.com/property/arbor-one-apartments-ypsilanti-mi/ srwgq60lbzpel/* (last visited Feb. 6, 2025) (listing Valley Tree Partners as the landlord to message).

<div align="center">

Owners of Arbor One North and Arbor One South
Per 2020 Covenant Deed

</div>

27. Defendant VTP A1 LP is a foreign, Delaware limited partnership (MI ID No. 802499832, DE No. 3325085) that designated VCorp Services, LLC of 40600 Ann Arbor Road E, Suite 201, Plymouth, MI 48170, as its resident agent, and designated 920 E. County Line Road, Suite 103, Lakewood, NJ 08701, as its registered office. Defendant VTP A1 LP registered to transact business in Michigan in the name of "VTP A1 Limited Partnership." As of January 10, 2025, Defendant VTP A1 LP was not in good standing in the State of Delaware.

    a. On August 5, 2020, Samuel Rosenthal signed the Application for Registration to Transact Business in Michigan on behalf of Defendant VTP A1 LP, as a member of Defendant VTP Arbor GP LLC.

    a. On August 31, 2020, Arbor One 18, LLC transferred ownership of Arbor One North and Arbor One South to Defendant VTP A1 LP. Covenant Deed, WCROD Doc. No. 6551900, Aug. 31, 2020 (recorded Nov. 3, 2020) (also transferring Arbor One Townhomes in Ypsilanti Township) ("Attachment A").

    b. On May 19, 2022, Defendant VTP A1 LP filed a Certificate of Assumed Name to transact business as "Arbor One Apartments."

28. Defendant VTP Arbor GP LLC is the designated general partner of Defendant VTP A1 LP. Defendant VTP GP LLC is a foreign, Delaware limited liability company (DE No.

<div align="center">17</div>

3325115) that designated VCorp Services, LLC of 108 W. 13th Street, Suite 100, Wilmington, DE 19801, as its resident agent.  As of January 10, 2025, Defendant VTP Arbor GP LLC was not in good standing in the State of Delaware.

    a. On August 5, 2020, Samuel Rosenthal signed the Application for Registration to Transact Business in Michigan on behalf of Defendant VTP A1 LP, as a member of Defendant VTP Arbor GP LLC.

29. Defendant VTP Arbor JV LP is the designated limited partner of Defendant VTP A1 LP.  Defendant VTP Arbor JV LP is a foreign, Delaware limited partnership (DE No. 3325040) that designated VCorp Services, LLC of 108 W. 13th Street, Suite 100, Wilmington, DE 19801, as its resident agent. As of January 10, 2025, Defendant VTP Arbor JV LP was not in good standing in the State of Delaware.

<div align="center">

Additional Owner of Arbor One North and Arbor One South
Per 2022 Property Transfer Affidavit
</div>

30. Defendant VTP Arbor One LLC is a foreign, Delaware limited liability company (DE No. 7780329) that designated VCorp Services, LLC of 108 W. 13th Street, Suite 100, Wilmington, DE 19801, as its resident agent. As of January 10, 2025, Defendant VTP Arbor One LLC was not in good standing in the State of Delaware.

    a. On January 2, 2020, Samuel Rosenthal signed the Application for Certificate of Authority to Transact Business in Michigan as a member of Defendant VTP Arbor One LLC.

    b. Samuel Rosenthal signed a Property Transfer Affidavit that designated Defendant VPT Arbor One LLC as the buyer of Arbor One North and Arbor One South (affidavit filed on November 16, 2022, for the August 31, 2020 transfer).

c.   Defendant VTP Arbor One LLC is listed as the Certificate Holder on Certificates of Compliance & Occupancy that the City issued and later revoked for buildings in Arbor One North and Arbor One South.  See, e.g., Certificate for 720 Green Rd., Oct. 6, 2023; Certificate for 721 Green Rd., Oct. 6, 2023.

<u>Owner of Arbor One West</u>
<u>Per 2022 Covenant Deed & 2022 Property Transfer Affidavit</u>

31. Defendant VTP River Woods, LLC is a foreign, Delaware limited liability company (MI No. 802807700, DE No. 6612292) that designated VCorp Services, LLC of 108 W. 13th Street, Suite 100, Wilmington, DE 19801, as its resident agent. As of January 10, 2025, Defendant VTP River Woods, LLC was not in good standing in the State of Delaware.

a.   On February 11, 2022, Samuel Rosenthal signed the Application for Certificate of Authority to Transact Business in Michigan as a member of Defendant VTP River Woods, LLC.

b.   On May 12, 2022, The Park at River Woods LP transferred ownership of Arbor One West to Defendant VTP River Woods, LLC.  Covenant Deed, WCROD Doc. No. 6651122, May 12, 2022 (recorded May 26, 2022) ("Attachment B").

c.   Samuel Rosenthal signed a Property Transfer Affidavit that designated Defendant VTP River Woods, LLC as the buyer of Arbor One West (affidavit filed on November 16, 2022, for the May 12, 2022 transfer).

d.   Defendant VTP River Woods, LLC is listed as the Certificate Holder on Certificates of Compliance & Occupancy that the City issued and later revoked for buildings in Arbor One West.  See, e.g., Certificate for 815 Green Rd., Oct. 6, 2023.

19

e. On February 6, 2024, Defendant VTP River Woods, LLC filed a Certificate of Assumed Name to transact business as "Arbor West."

<u>Individual Defendants</u>

32. Defendant Samuel Rosenthal is an owner, member, and manager of ValleyTree Partners and its associated business entities, and is responsible for and has control over the renting, operation, management, and maintenance of Arbor One Apartments.

   a. Defendant Rosenthal has had personal involvement with and notice of issues at Arbor One Apartments.

   b. According to public records, Defendant Rosenthal resided in New Jersey at 5 Churchill Court, Jackson, NJ 08527 at relevant times, and currently resides at 29 Shady Lane Drive, Lakewood, NJ 08701 (per property ownership records) and/or 30 Sea Point Drive, Lakewood, NJ 08701 (per Certificate of Reinstatement of ValleyTree Partners, Jan. 2, 2024).

33. Defendant Yaakov ("Jack") Nusbaum is an owner, member, and manager of ValleyTree Partners and its associated business entities, and is responsible for and has control over the renting, operation, management, and maintenance of Arbor One Apartments.

   a. Defendant Nusbaum has had personal involvement with and notice of issues at Arbor One Apartments.

   b. According to public records, Defendant Nusbaum resides at 17 Noam Lane, Lakewood, NJ 08701.

34. Defendant Amy Vujnov is an agent and/or employee of ValleyTree Partners in the role of Regional Property Manager and was responsible for and has control over the renting,

operation, management, and maintenance of Arbor One Apartments.  According to Defendant ValleyTree Partners, LLC, on January 31, 2025, Defendant ValleyTree Partners, LLC removed Defendant Vujnov from her Arbor One Apartments assignment and has relocated her to other work.

    a. Defendant Vujnov has had personal involvement with and notice of issues at Arbor One Apartments.

    b. According to public records, Defendant Vujnov resides at 9066 Nathaline Avenue, Redford, MI 48239.

## **JURISDICTION**

35. This Court has subject matter jurisdiction.  See Const 1963, art. 6, §  13 ("circuit court shall have original jurisdiction in all matters not prohibited by law"); Revised Judicature Act of 1961, MCL 600.601 (circuit court power and jurisdiction), MCL 600.605 (circuit court original jurisdiction), MCL 600.2940 ("All claims based on or to abate nuisance may be brought in the circuit court."); Michigan Consumer Protection Act, MCL 445.905 ("The action may be brought in the circuit court of the county where the defendant is established or conducts business"), MCL 445.910,  MCL 445.911; Housing Law of Michigan, 125.534 ("enforcing agency may bring an action"), 125.535 ("the court may appoint a receiver"); Michigan Court Rules, MCR 2.605(A)(2) (same jurisdiction for declaratory judgments as other claims at issue); see also, *City of Southfield v Shefa, LLC*, 340 Mich App 391, 407; 986 NW2d 607 (2022) (claims of nuisance and dangerous buildings, and requests for receivership may be brought in circuit court).

36. This Court has general personal jurisdiction over defendant business entities because the ownership, operation, and/or management of Arbor One Apartments is the "carrying on of a continuous and systematic part of [their] general business within the state."  MCL 600.711(3) (corporations); MCL 600.721(3) (partnerships and limited partnerships).  This Court has general personal jurisdiction over Defendant Vujnov because her domicile is in Michigan.  MCL 600.701(2).

37. In addition, this Court has limited personal jurisdiction over all Defendants because they transacted business within the state; owned, used, or possessed real property within the state; and entered into contracts for services to be performed in the state. MCL 600.715(1), (3), (5) (corporations); MCL 600.725(1), (3), (5) (partnerships); MCL 600.705(1), (3), (5) (individuals).

38. In addition, this Court has limited personal jurisdiction over Individual Defendants because they acted as a director, manager, trustee, or other officer of the ValleyTree Partner subsidiary business entities (e.g., VTP River Woods LLC) that have their principal place of business at Arbor One Apartments within the state.  MCL 600.705(6).

39. This Court has jurisdiction over Arbor One Apartments because it is real property situated within the state.  MCL 600.751; see also *City of Southfield v Shefa, LLC*, 340 Mich App 391, 414; 986 NW2d 607 (2022) ("causes of action involving . . . appointment of a receiver over real property are considered in rem").

40. Venue is proper in this Court because Arbor One Apartments are in the City of Ypsilanti in the County of Washtenaw, and this case involves the determination of rights or interests in real property. All Defendants conduct business in Washtenaw County; both Plaintiffs reside in Washtenaw County; and this is the County where the

injury occurred, and Defendants have a place of business.  MCL 600.1605(a); MCL 600.1621(a), (b); MCL 600.1629(1); MCL 600.1641(1).

41. The principal place of business of each business entity specific to Arbor One Apartments (Defendants VTP A1 LP, VTP Arbor GP LLC, VTP Arbor JV LP, VTP Arbor One LLC, and VTP River Woods, LLC) is at the Arbor One Apartments in the City of Ypsilanti.

    a.  Therefore, for federal diversity jurisdictional purposes, these Defendants are citizens of both Delaware and of Michigan.

    b.  In any event, further buttressing exclusive state-court jurisdiction over this matter, Plaintiff Prosecuting Attorney is acting on behalf of (*ex rel.*) the People of the State of Michigan.  *Hood v F Hoffman-La Roche, Ltd*, 639 F Supp 2d 25, 33 (DDC, 2009) ("where a state is a party, there can be no federal jurisdiction on the basis of diversity of citizenship because a state is not a citizen for purposes of diversity jurisdiction" (internal citations and quotation marks omitted)).

## LEGAL BACKGROUND FOR REPAIRS OF RESIDENTIAL RENTAL PROPERTY

### State Law – Covenants of Fitness and Habitability

42. Every lease for residential rental property in the State of Michigan includes the following statutory Covenants of Fitness and Habitability:

(a) That the premises and all common areas are fit for the use intended by the parties.

(b) To keep the premises in reasonable repair during the term of the lease or license, and to comply with the applicable health and safety laws of the state and of the local unit of government where the premises are located, except when the disrepair or violation of the applicable health or safety laws has

been caused by the tenants wilful or irresponsible conduct or lack of conduct.

MCL 554.139(1).

43. These are affirmative, statutory duties to follow state and local health and safety laws (see Housing Law of Michigan, infra, and City Code, infra), to keep rental homes in reasonable repair, and to provide a space fit for a family to call home.

<div align="center">State Law – Michigan Anti-Lockout Act</div>

44. State law prohibits landlords (owners and agents of owners) from removing or keeping out any person in a forcible and unlawful manner.  Revised Judicature Act of 1961, MCL 600.2918(1) ("Michigan Anti-Lockout Act").

45. This law also prohibits unlawfully interfering with a tenant's possessory interest through a variety of means, including but not limited to:

> Causing, by action or omission, the termination or interruption of a service procured by the tenant or that the landlord is under an existing duty to furnish, which service is so essential that its termination or interruption would constitute constructive eviction, including heat, running water, hot water, electric, or gas service.

MCL 600.2918(2)(f); see also MCL 600.2918(e) (removal of locks); MCL 600.2918(2)(g) (introduction of a nuisance).

<div align="center">State Law – Housing Law of Michigan</div>

46. The purpose of the Housing Law of Michigan is "to promote the health, safety and welfare of the people by regulating the maintenance, alteration, health, safety, and improvement of dwellings."  Preamble, Housing Law of Michigan, Act 167 of 1917.

47. To accomplish this purpose, the Housing Law of Michigan enumerates affirmative requirements and prohibitions, and the statute provides for enforcement mechanisms

with remedies and penalties—the law provides "the minimum requirements adopted for the protection of health, welfare and safety of the community."  MCL 125.408.

48. The Housing Law's affirmative requirements for landlords include but are not limited to: keeping plumbing, heating, ventilating and electrical wiring in good repair.  MCL 125.471.

49. The Housing Law's prohibitions for landlords include but are not limited to: maintaining housing that is dangerous to human life, and maintaining housing that is detrimental to health—housing that is maintained in violation of these standards is defined as an illegal nuisance.  MCL 125.402(18).

50. The Housing Law of Michigan provides a consistent statewide floor of minimum protections for residents. The Housing Law, however, explicitly authorizes cities to enact ordinances and regulations "imposing requirements *higher* than the minimum," and further authorizes cities "to prescribe for their enforcement," along with an explicit non-preemption provision deferring to any such higher requirements.  MCL 125.408 (emphasis added).

51. The City of Ypsilanti has done precisely this—imposed higher requirements and provided more powerful enforcement mechanisms—to provide further protections for "the health, safety and welfare of" the People of Ypsilanti.  Preamble, Housing Law of Michigan, Act 167 of 1917.

<u>City of Ypsilanti – Property Maintenance Code</u>

52. The City of Ypsilanti adopted the comprehensive and detailed International Property Maintenance Code, 2018 edition, as the Property Maintenance Code for the City "to

25

ensure that structures are safe, sanitary and fit for occupation and use."  City Code, §

18-91; see also City Code, § 18-92.

<div align="center">City of Ypsilanti – Inspection and Control of Certain Buildings</div>

53. In addition, the City prescribed measures to promote enforcement of these requirements

that include but are not limited to: requiring Certificates of Compliance for residential

rental homes.  City Code, § 18-146.

> Certificate of compliance means an official document titled "certificate of
> compliance" issued by the city building inspection department for a multiple
> dwelling or one-or two-unit rental dwelling indicating that the covered
> unit(s) identified thereon are in compliance with all applicable provisions
> of this Code, particularly the property maintenance code and the fire
> prevention code.

City Code, § 18-111.

<div align="center">City of Ypsilanti – Landlord and Tenant Relations</div>

54. Mirroring state law, supra, the City also requires every lease to have the Covenants of

Fitness and Habitability.  City Code, § 58-122.

55. The City Code prescribes additional measures to protect the health and safety of

tenants, first making it explicit that: "Any residential premises failing to have a valid

certificate of compliance from the city building inspection department is not in

compliance with the health and safety laws of the city."  City Code, § 58-122(a)(2).

56. Moreover, the City Code prohibits landlords from obligating tenants to pay rent for

times when the landlord is violating the Covenants of Fitness and Habitability and/or

the landlord does not have a Certificate of Compliance: "No lessee or licensee shall be

obligated to pay rent for any time period that the lessor or licensor is in violation of this

section.  Such violation shall be a complete defense for any lessee or licensee sued for

<div align="center">26</div>

nonpayment of rent for such period." City Code, § 58-122(d) (enacted through City of

Ypsilanti Ordinance No. 854 on May 6, 1997 ("Attachment C").

<u>Contract – Promises to Repair</u>

57. An example of a contractual repair provision from a VTP River Wood LLC lease using

boilerplate language from the National Apartment Association, Inc. follows:

> **RESPONSIBILITIES OF OWNER.**  We'll act with customary diligence
> to:
> (1) keep common areas fit for the uses intended, subject to paragraph
>     26 (Conditions of the Premises and Alterations);
> (2) maintain provided appliances, fixtures, furniture, hot water,
>     heating and A/C equipment;
> (3) comply with applicable federal, state, and local laws regarding
>     safety, sanitation, and fair housing; and
> (4) make all reasonable repairs subject to your obligation to pay for
>     damages for which you are liable.

## **FACTS**

<u>Fire-Damaged Building – February 2024</u>

58. On February 7, 2024, during the early morning hours, a fire broke out at 773 Clark

Road, a building in Arbor One North, leaving multiple burnt-out rental homes and the

need to vacate all 24 rental homes in the building.

59. On April 12, 2024, over two months later, Defendants requested a permit to demolish

and rebuild the fire-damaged apartments.  Building Permit & Plan Review Application,

City of Ypsilanti Building Department, 24-0103, Apr. 12, 2024 ("Attachment D").

 a. This demolition permit application included a Hazardous Materials Report that

  documented that "white mud joint compound on drywall," "black sink

  undercoating," and "black caulk" contained asbestos.  *Asbestos-Containing*

  *Material Building Inspection Report*, Environmental Resources Group, at 4,

  Apr. 3, 2024, Att. D.

27

b. "Drywall, contaminated by ACM drywall joint compound, must also be considered ACM." *Id*. at 5.

c. The "Quantity of ACM" in the building was all 92,136 square feet of drywall. *Id*. at 9.

60. Shortly thereafter, Defendants' contractor canceled the permit and resigned from the project without beginning work.

<p align="center">Fire Department Discovers Other Issues – July 2024</p>

61. On July 21, 2024, the City's fire department responded to a fire alarm in an apartment unit at 720 Green Road, a building in Arbor One North.

62. Upon their arrival, fire department personnel discovered that the alarm was malfunctioning, and also observed significant water damage and mold growth on the walls and kitchen cabinets in the unit.

63. The tenant of the affected unit advised fire department personnel that he had been requesting relocation within the complex due to the unlivable conditions observed in the unit, but that management, specifically Defendant Amy Vujnov, had refused the relocation request.

64. Upon request of the fire department, the City's Building Department Manager visited the 720 Green Road building and inspected same, and then intervened with Defendant Vujnov to require immediate relocation of the affected tenant.

Defendants Began Work Disturbing Asbestos Containing Material Without a Permit – July 2024

65. Because of the fire department-initiated visit to Arbor One Apartments, the City's Building Department Manager also observed that demolition work was being performed at 773 Green without required permits.

    a.   This was the building that once had a demolition permit that had identified Asbestos Containing Material—and the original contractor had cancelled that permit.

    b.   A new contractor had begun work on a building with identified Asbestos Containing Materials without applying for, let alone receiving, a permit.

    c.   Defendants' new contractor disturbed Asbestos Containing Materials without appropriate safeguards and protocols in place.

66. Upon the City's Building Department Manager confronting the contractor to direct that all demolition work immediately cease because of the lack of a permit, the contractor nonchalantly said words to the effect of: "I guess you're here because of all the asbestos."

67. On August 7, 2024, Defendants applied for a permit to perform interior demolition work on the fire-damaged rental homes.

68. Despite this second permit application, as of the date of filing this complaint, no further work appears to have been done on this building, and the building remains visibly fire-damaged and vacant.

Extensive Dangerous Conditions and Code Violations – Beginning July 2024 to Present

69. The City began inspecting the exterior and interior of each building and rental at Arbor One Apartments, thereafter issuing numerous corrective action notices to Defendants identifying the following sampling of violations:

    a.   Performing demolition work at 773 Green Road without a permit, corresponding disposal of asbestos without required licenses, permits and safeguards, and retention of resulting debris on site.

b.  Damage/deterioration of the roof and roofing materials.

c.  Broken and/or missing windows and window screens.

d.  Missing/damaged siding, paint, and/or other exterior protective materials.

e.  Damaged/unsecure exterior entry doors, permitting trespassers to freely enter buildings.

f.  Damaged/unsecure interior and exterior entry doors to utility/boiler rooms.

g.  Severe and unmitigated long-term infestation of vermin.

h.  Gaps/holes in exterior walls.

i.  Deteriorating/poorly repaired exterior brickwork.

j.  Leaking/rusted/broken pipes/drains/fixtures.

k.  Permitting unauthorized occupancy in utility rooms and under stairwells.

l.  Furnaces and boilers are in poor or inoperable condition, or otherwise repaired/installed without required permits or inspections.

m.  Damaged air conditioning units.

n.  Water damage and mold growth/accumulation in rental units.

o.  Damaged/inoperable heating registers in rental units.

p.  Permitting use of space heaters and stoves as ambient heat source within rental units.

q.  Accumulation of trash, debris, combustibles, human and animal waste, and food waste.

r.  Lack of working utilities.

s.  Damaged and/or nonfunctioning smoke detectors.

t.  Loose/exposed/hanging high and low voltage wires.

30

u. Allowing unauthorized occupancy of vacant units.

v. Work being performed without required permits or inspections.

w. Incomplete repairs, including open drywall, and improper water, mold, and sewage remediation.

x. Buckling flooring.

y. Damaged or missing fixtures.

z. Holes in fire wall barriers.

aa. Caulking being used to seal exterior brick mortar joints and large holes in siding, rather than using proper materials and workmanship.

bb. Brick sealing of an exterior wall at 815 Green Road such that exhaust from heating units is unable to ventilate to the outside air.

cc. Offering units for rental without a valid Certificate of Compliance and without advising prospective tenants of the foregoing conditions being present.

No Certificates of Compliance and City Enforcement – September-October 2024

70. Since February 7, 2024, due to the unresolved fire damage, the building at 773 Clark Road does not have a Certificate of Compliance.  This building does appear to be vacant.

71. On September 1, 2024, Defendant Owner allowed a Certificate of Compliance regarding the building at 721 Green to expire without making any efforts at renewal, including failing to schedule re-inspections as required by law.  MCL 125.526; City Code, § 18-151.

72. On September 17, 2024, the City cited numerous unresolved exterior violations noted in earlier inspection reports and affecting 17 buildings located at Arbor One Apartments.

    a.   At the time of inspection, Defendant Vujnov admitted that no work had been done to correct the violations, prohibited re-inspection, and insisted that City officials immediately leave Arbor One Apartments.

73. On September 17, 2024, as directed by the City's ordinances, the City revoked the Certificates of Compliance previously issued to Arbor One Apartments upon issuance of the Exterior Citations.  City Code, § 18-149 ("the certificate shall be immediately suspended").

74. On October 28, 2024, Defendants appeared before the City's Administrative Hearings Bureau, and after evidentiary hearings thereon, the hearings officer found Defendants responsible for each of the Exterior Citations.

75. In addition, the City has issued corrective action notices affecting the building interior conditions for every building at Arbor One Apartments.

76. Subsequent meetings and communications among representatives of Defendants and the City produced no resolution to the issues cited in the Exterior Citations and interior inspection reports, which were provided to Defendants.

<u>Dangerous Conditions and Initial Condemnation Notices – December 2024</u>

77. On December 6, 2024, while on-site to inspect permitted roof repairs affecting two buildings at Arbor One Apartments, the City's Building Official observed entry doors to eight of the buildings to be unsecured while outdoor temperatures were at or below freezing.

78. Upon entering the buildings, the Building Official identified the conditions referenced above in the common areas and units within those buildings, including indicia of more extensive insect and mold infestation than previously observed during earlier inspections, interior temperatures below sixty degrees Fahrenheit, and tenants forced to use their stoves and/or space heaters as ambient heat sources for their units due to lack of heat.

79. On December 9, 2024, based on these dangerous conditions, the City condemned eight buildings (192 units) in Arbor One North and Arbor One West as unfit for human habitation.

    a. The City required Defendants to produce a capital improvement plan for Arbor One Apartments as a whole within three business days.

    b. Depending on Defendants' actions and responses, the buildings and each unit therein may be "red tagged"—meaning that they would be prohibited from occupancy because they are unsafe for human habitation.

80. On December 13, 2024, upon demand by the City, Defendants produced to the City what it contended to be a capital improvement plan ("Proposed CIP") under which Defendants indicated how they intended to resolve the issues at Arbor One Apartments, including its proposed plan for repairing and restoring each of the buildings to habitable, code compliant status by July 2025 at a rate of at least three buildings per month for six months.

81. Upon receipt and full review of the Proposed CIP, the City officials determined it unsustainable and further concluded that it failed to sufficiently address or effectively prioritize correction of critical issues that had been identified in the inspection reports,

and failed to provide a workable or acceptable timeline for completing those repairs, including but not limited to the following:

    a.  No contract regarding significant plumbing repairs required throughout the Arbor One Apartments was attached or appears to have been sought.

    b.  The door replacement quotes relate to only ten of the buildings.

    c.  The exterior repair quotes cover only sixteen of eighteen buildings.

    d.  None of the quotes address required permits, flooring or fixture replacements, or any indication that any materials have been ordered.

    e.  The pest remediation and management proposal offered addressed only cockroaches, and not also eradication and prevention of bed bug infestations.

82. Separately, of the nearly four dozen copies of invoices and unsigned estimates from National Glass submitted, they were largely outdated, duplicative, or unrelated to Arbor One Apartments, with only 10 reflecting work completed in response to the Exterior Citations.

83. Since submission of the Proposed CIP, Defendants have failed or refused to take reasonable steps to repair or remediate all the conditions cited above.

84. On December 16, 2024, Defendants failed to appear for a scheduled reinspection of a building at 721 Green Road in Arbor One South, prompting the City to issue additional citations to Defendants.

85. On February 7, 2025, based on dangerous conditions, the City condemned the remaining ten (10) buildings in Arbor One Apartments based on findings including but not limited to: unsafe equipment, structure unfit for human occupancy, unlawful structure, and dangerous structure or premises.

86. All 18 of the occupied buildings at Arbor One Apartments are now condemned.

    a. Depending on Defendants' actions and responses, the buildings and each unit therein may be "red tagged"—meaning that they would be prohibited from occupancy because they are unsafe for human habitation.

87. The conditions at Arbor One Apartments, including work and/or omission of work thereon, present an immediate threat to the health and safety of the residents and any persons visiting.

<u>Unfair and Deceptive Business Practices – September 2024 to Present</u>

88. Due to the revocation of the Certificates of Compliance (not to mention the condemnation notices), Defendants are prohibited from leasing to new tenants, requiring payment of rent, or relocating existing tenants to other rental homes at Arbor One Apartments or elsewhere that do not have a Certificate of Compliance.

89. Notwithstanding the revocations of the Certificates of Compliance and the condemnation actions, Defendants have continued to:

    a. Solicit prospective tenants and execute lease agreements with new tenants.

    b. Demand and/or collect rent from tenants and seek eviction of tenants for nonpayment of rent.

    c. Misrepresent Arbor One Apartments as fit for human habitation.

    d. Fail to disclose to tenants, prospective tenants, and referral agencies that Arbor One Apartments does not have a valid Certificate of Compliance, may not be lawfully occupied, and that tenants may be entitled to withhold or escrow rent.

90. Defendants have provided negative references and adverse information in background checks that have prevented families seeking to leave Arbor One Apartments from being able to find safe alternative housing.

<u>History of Violent Activity and Extensive Police Involvement</u>

91. Furthermore, for the two-year period from October 31, 2022 to October 31, 2024, the police have been called to Arbor One Apartments more than 775 times (on average, more than one time per day), for reported criminal activity, including but not limited to:

    a.  Misdemeanor and felonious assault and battery (including domestic violence).

    b.  Disturbing the peace.

    c.  Disorderly conduct.

    d.  Vehicle theft.

    e.  Malicious destruction of property.

    f.  Burglary/home invasion and property theft.

    g.  Child neglect.

    h.  Criminal sexual conduct.

    i.  Gun shots fired.

    j.  Murder.

Exhibit 13 – Door at Arbor One Apartments with Bullet Holes



## COUNT I: PUBLIC NUISANCE IN FACT
### (Both Plaintiffs v. All Defendants)

92. Plaintiffs reallege and incorporate by reference all preceding paragraphs.

93. The common law prohibits public nuisance and provides remedies to address them. "Public nuisance includes interference with the public health, the public safety, the public morals, the public peace, the public comfort, and the public convenience in travel." *Bronson v Oscoda Twp*, 188 Mich App 679, 684; 470 NW2d 688, 690 (1991) (citations omitted).

94. Common law public nuisances include dangers to the general health, safety, and welfare of tenants in rental homes: "exposed live electrical wires, significant accumulations of trash and rubbish, insect and vermin infestations, falling bricks and windows, collapsing walls, and sanitary sewer leakages certainly pose[] substantial risks to the general health, safety, and welfare of the tenants." *Ypsilanti Charter Twp v Kircher*, 281 Mich App 251, 276–77; 761 NW2d 761 (2008).

95. The conditions at Arbor One Apartments threaten the public health, safety, and welfare, including but not limited to:

   a. Exposed live electrical wires.

   b. Insect and vermin infestations, with extensive presence of cockroaches.

   c. Damaged and/or inoperable heating systems, with many tenants are forced to use their kitchen ovens and/or space heaters to stay warm.

   d. Damaged and inoperable smoke detectors in many rental homes and common areas.

38

      i.  Arbor One Apartments has *already* experienced a catastrophic fire on February 7, 2024, which destroyed 24 units and forced primarily low-income residents out of their homes in the dead of a Michigan winter.

      ii.  Yet Defendants have failed to address the lack of heat that causes off-label use of alternative heat sources, and the lack of smoke detectors.

e.  Broken and/or leaking plumbing that creates water damage, and corresponding collapsing interior walls and ceilings, mold, mildew, and other potential health threats.

f.  The exterior condition exposes the buildings and residents to the elements.

g.  Insecure exterior doors, moreover, further exacerbate safety concerns in an environment with extensive criminal activity.

      i.  Defendants have maintained conditions at Arbor One conducive to rampant criminal activity, including violence, with over 775 police calls in two years.

96. Each Defendant has ownership of and/or power to control the activities of Arbor One Apartments.

> A director or officer of a corporation may be held liable for a nuisance created or maintained by that corporation if he had knowledge of the existence or continuance of the nuisance, or if he should have known of it by exercising ordinary diligence. . . . Likewise, where a party, by virtue of his position or ownership interest, is vested with the power to control corporate activities, he may also be held responsible for a nuisance created or maintained by the corporation.

*Attorney Gen ex rel Dir of Dept of Nat. Res v Acme Disposal Co*, 189 Mich App 722, 726–27; 473 NW2d 824 (1991) (internal citations omitted).

97. Each Defendant knew of the nuisances or should have known by exercising ordinary diligence, and Defendants were in a position to abate the nuisances.

98. The conditions at Arbor One Apartments are readily apparent, and they have also been brought to Defendants' attention – repeatedly and for months – through tenants' requests for repairs, the representation and advocacy of legal services, elected officials with constituent complaints, a history of notices and inspection reports from the City ordering Defendants to remediate observed health and safety code violations, and coverage by the news media.

99. Defendants have maintained and even exacerbated already dangerous conditions by refusing to perform necessary repairs and maintenance, and by performing improper work without required permits or inspections, allowing work to be performed by unlicensed individuals, and performing work not in compliance with state and local codes.

100. Therefore, Defendants have created and maintained public nuisances in fact with a natural tendency to endanger the public health, safety, comfort, and welfare.

### COUNT II: PUBLIC NUISANCE PER SE
### (Both Plaintiffs v. All Defendants)

101. Plaintiffs reallege and incorporate by reference all preceding paragraphs.

102. The conditions at Arbor One Apartments are public nuisances per se because they violate laws that define and prohibit public nuisances, specifically the Housing Law of Michigan and the City of Ypsilanti Code of Ordinances.

103. The Housing Law of Michigan's definition of public nuisance incorporates all common law nuisances and adds additional breadth, as follows:

Nuisance. The word "nuisance" shall be held to embrace public nuisance as

40

known at common law or in equity jurisprudence; and whatever is dangerous to human life or detrimental to health; whatever dwelling is overcrowded with occupants or is not provided with adequate ingress and egress to or from the same, or is not sufficiently supported, ventilated, sewered, drained, cleaned or lighted, in reference to its intended or actual use; and whatever renders the air or human food or drink unwholesome, are also severally, in contemplation of this act, nuisances . . .

MCL 125.402(18).

104.    The Housing Law of Michigan then prohibits such nuisances: "all such nuisances are hereby declared illegal." *Id*.

105.    City of Ypsilanti Code of Ordinances defines public nuisance as follows: "whatever annoys, injures or endangers the safety, health, comfort or repose of the public; offends public decency . . .  or in any way renders the public insecure in life or property . . ." City Code, § 42-31.

106.    The City of Ypsilanti Code of Ordinances then prohibits such nuisances: "[n]o person shall commit, create, or maintain any nuisance."  City Code, § 42-32(a).

107.    The conditions at Arbor One Apartments are public nuisances in fact, see supra, Count I, and therefore are also public nuisances per se by violating the statutory definitions.  MCL 125.402(18).; City Code, § 42-31.

108.    Moreover, the conditions at Arbor One Apartments are public nuisances per se because of a broader territory of conditions issues – all alleged conditions that are detrimental to health and/or renders the air unwholesome and/or in any way renders the public insecure in life or property.  MCL 125.402(18).; City Code, § 42-31.

109.    Therefore, Defendants have created and maintained public nuisances per se that violate the statutory prohibitions.

## COUNT III: VIOLATION OF THE HOUSING LAW OF MICHIGAN
### (Plaintiff City Only v. All Defendants)

110.    Plaintiff City realleges and incorporates by reference all preceding paragraphs.

111.    Defendants have violated the Housing Law of Michigan by failing to provide maintenance and repair to Arbor One Apartments.

112.    The City is the "[e]nforcing agency . . . charged with responsibility for administration and enforcement of" the Housing Law of Michigan.  MCL 125.402a.

113.    Arbor One Apartments are "dwellings" subject to the Housing Law of Michigan because they are the home, residence, living or sleeping space of human beings.  MCL 125.402(1).

    a.   Arbor One Apartments are "Class A" multiple dwellings.  MCL 125.402(2)(c), (3).

    b.   Arbor One Apartments are "sub-standard dwellings" because they have defective plumbing.  MCL 125.402(1a).

114.    The conditions at Arbor One Apartments violate the prohibition on dangerous buildings in the Housing Law of Michigan, MCL 125.538, including but not limited to:

    a.   "The building, structure, or a part of the building or structure is manifestly unsafe for the purpose for which it is used."  MCL 125.529(f).

    b.   "A building or structure used or intended to be used for dwelling purposes, including the adjoining grounds, because of dilapidation, decay, damage, faulty construction or arrangement, or for other reason, is unsanitary or unfit for human habitation, is in a condition that the health officer determines is likely to cause sickness or disease, or is likely to injure the health, safety, or general welfare of people living in the dwelling."  MCL 125.539(h).

    c.  "A building or structure is vacant, dilapidated, and open at door or window, leaving the interior of the building exposed to the elements or accessible to entrance by trespassers."  MCL 125.539(i).

115.    The conditions at Arbor One Apartment violate various enumerated prohibitions and requirements of the Housing Law of Michigan, including but not limited to:

    a.  The basement rooms "shall have sufficient light and ventilation, shall be well drained and dry, and shall be fit for human habitation."  MCL 125.468(6).

    b.  "[T]he floor or other surface beneath and around water-closets and sinks shall be maintained in good order and repair and if of wood shall be kept well painted."  MCL 125.470.

    c.  "Every dwelling and all the parts thereof including plumbing, heating, ventilating and electrical wiring shall be kept in good repair by the owner."  MCL 125.471.

    d.  "The owner of every dwelling shall be responsible for keeping the entire building free from vermin."  MCL 125.474.

    e.  "Each dwelling unit contained within a class 'A' multiple dwelling shall be equipped with a single-station or multiple-station smoke alarm . . ."  MCL 125.482a.

    f.  "In all dwellings, plumbing fixtures shall be so arranged and maintained as to prevent the wetting of the supporting or surrounding framework which may cause an insanitary condition."  MCL 125.491

    g.  "The floor and wall surfaces beneath and adjacent to all plumbing fixtures shall be maintained in a sound and sanitary condition."  *Id.*

    h. "Defective and insanitary plumbing fixtures, which cannot be repaired, shall be replaced by approved fixtures." *Id*.

    i. "Such water-closets and all plumbing in connection therewith shall be sanitary in every respect and, except as in this act otherwise provided, shall be in accordance with the local ordinances and regulations in relation to plumbing and drainage." MCL 125.492.

116. The City has inspected Arbor One Apartments pursuant to the Housing Law of Michigan and its own City Code "in the public interest, to secure the health and safety of the occupants of dwellings and of the general public." MCL 125.528.

117. The City has provided notice of violations of the Housing Law of Michigan to Defendants, including but not limited to, the condemnation notices for eight buildings in December 2024, and Defendants have failed to comply with the orders to correct the violations contained in the notices of violation. MCL 125.534(1).

118. Therefore, the City is bringing this "action to enforce this act and to abate or enjoin the violation." *Id*.

    a. Due to the imminent danger to the health and safety of the occupants of Arbor One Apartments, Court should order "a preliminary injunction or other temporary relief appropriate to remove the danger during the pendency of the action." MCL 125.534(3).

    b. On a temporary or permanent basis, the "court may enjoin the maintenance of unsafe, unhealthy, or unsanitary conditions, or violations of this act, and may order the defendant to make repairs or corrections necessary to abate the conditions." MCL 125.534(5).

119.     In addition to and/or in the alternative, "[w]hen a suit has been brought to enforce this act against the owner the court may appoint a receiver of the premises."  MCL 125.535(1).

120.     The receiver shall "repair, renovate and rehabilitate the premises as needed to make the building comply with the provisions of this act, and where ordered by the court, [] remove a building."  MCL 125.535(3).

## COUNT IV: VIOLATION OF THE MICHIGAN CONSUMER PROTECTION ACT
### (Plaintiff Prosecuting Attorney v. All Defendants)

121.     Plaintiff Prosecuting Attorney realleges and incorporates by reference all preceding paragraphs.

122.     The Michigan Consumer Protection Act prohibits thirty-eight (38) enumerated "[u]nfair, unconscionable, or deceptive methods, acts, or practices in the conduct of trade or commerce."  MCL 445.903(1).

123.     Defendants advertised to and solicited for new tenants, without the legal ability to do so, City Code §§ 18-146, 58-122(a)(2), from the date of revocation of the Certificates of Compliance on September 17, 2024 forward.  Each such action and/or each day of such continuing conduct, violated the Michigan Consumer Protection Act in multiple ways because Defendants:

   a.  Caused a probability of confusion or misunderstanding regarding the approval or certification of Arbor One Apartments. MCL 445.903(1)(a).
   b.  Represented that Arbor One Apartments had sponsorship, approval, and characteristics that they did not have. MCL 445.903(1)(c).
   c.  Represented that Arbor One Apartments had a different standard, quality, or grade than they were. MCL 445.903(1)(e).
   d.  Advertised or represented Arbor One Apartments to consumers without the intent to dispose of them as advertised or represented.  MCL 445.903(1)(g).
   e.  Caused a probability of confusion as to the legal rights, obligations, or remedies of a party to a transaction.  MCL 445.903(1)(n).

f.   Misrepresented facts regarding the ability to rent properties such that customers reasonably believed Defendants had the ability to rent properties. MCL 445.901(1)(bb).

g.   Failed to reveal facts that were material to the transaction in light of positive factual representations. MCL 445.903(1)(cc).

124.   Defendants entered new leases with prospective tenants and/or transferred actual possession of rental homes to new tenants, without the legal ability to do so, City Code §§ 18-146, 58-122(a)(2), from the date of revocation of the Certificates of Compliance on September 18, 2024 forward. Every time Defendants illegally entered a lease with a prospective tenant violated the Michigan Consumer Protection Act in multiple ways because Defendants:

a.   Caused a probability of confusion or misunderstanding regarding the approval or certification of Arbor One Apartments. MCL 445.903(1)(a).

b.   Represented that Arbor One Apartments had sponsorship, approval, and characteristics that they did not have. MCL 445.903(1)(c).

c.   Represented that Arbor One Apartments had a different standard, quality, or grade than they were. MCL 445.903(1)(e).

d.   Advertised or represented Arbor One Apartments to consumers without the intent to dispose of them as advertised or represented.  MCL 445.903(1)(g).

e.   Caused a probability of confusion as to the legal rights, obligations, or remedies of a party to a transaction.  MCL 445.903(1)(n).

f.   Misrepresented facts regarding the ability to rent properties such that customers reasonably believed Defendants had the ability to rent properties. MCL 445.901(1)(bb).

g.   Failed to reveal facts that were material to the transaction in light of positive factual representations. MCL 445.903(1)(cc).

125.   Defendants demanded and/or accepted rent from former, current, and prospective tenants, without the legal ability to do so, City Code § 58-122(d), for rental time periods from the date of revocation of the Certificates of Compliance on September 18, 2024 forward.  Every time Defendants illegally demanded and/or accepted rent violated the Michigan Consumer Protection Act in multiple ways because Defendants:

46

   a. Caused a probability of confusion or misunderstanding regarding the approval or certification of Arbor One Apartments. MCL 445.903(1)(a).
   b. Represented that Arbor One Apartments had sponsorship, approval, and characteristics that they did not have. MCL 445.903(1)(c).
   c. Represented that Arbor One Apartments had a different standard, quality, or grade than they were. MCL 445.903(1)(e).
   d. Caused a probability of confusion as to the legal rights, obligations, or remedies of a party to a transaction.  MCL 445.903(1)(n).
   e. Misrepresented facts regarding the ability to collect rent such that customers reasonably believed Defendants had the ability to collect rent.  MCL 445.901(1)(bb).
   f. Failed to reveal facts that were material to the transaction in light of positive factual representations. MCL 445.903(1)(cc).

126.    Defendants served demands for possession for nonpayment of rent, filed

complaints for possession for nonpayment of rent, maintained actions for nonpayment

of rent, without a legal ability to demand and/or accept rent, City Code § 58-122(d),

for rental time periods from the date of revocation of the Certificates of Compliance

on September 18, 2024 forward.  Every time Defendants did so violated the Michigan

Consumer Protection Act in multiple ways because Defendants:

   a. Caused a probability of confusion or misunderstanding regarding the approval or certification of Arbor One Apartments. MCL 445.903(1)(a).
   b. Represented that Arbor One Apartments had sponsorship, approval, and characteristics that they did not have. MCL 445.903(1)(c).
   c. Represented that Arbor One Apartments had a different standard, quality, or grade than they were. MCL 445.903(1)(e).
   d. Caused a probability of confusion as to the legal rights, obligations, or remedies of a party to a transaction.  MCL 445.903(1)(n).
   e. Misrepresented facts regarding the ability to collect rent such that customers reasonably believed Defendants had the ability to collect rent.  MCL 445.901(1)(bb).
   f. Failed to reveal facts that were material to the transaction in light of positive factual representations. MCL 445.903(1)(cc).

127.   Defendants deployed third-party collection agents who demanded and/or accepted

rent from former, current, and prospective tenants, without the legal ability to do so,

City Code § 58-122(d), for rental time periods from the date of revocation of the

Certificates of Compliance on September 18, 2024 forward.  Every time Defendants

did so violated the Michigan Consumer Protection Act in multiple ways because

Defendants:

  a. Caused a probability of confusion or misunderstanding regarding the approval
     or certification of Arbor One Apartments. MCL 445.903(1)(a).
  b. Represented that Arbor One Apartments had sponsorship, approval, and
     characteristics that they did not have. MCL 445.903(1)(c).
  c. Represented that Arbor One Apartments had a different standard, quality, or
     grade than they were. MCL 445.903(1)(e).
  d. Caused a probability of confusion as to the legal rights, obligations, or
     remedies of a party to a transaction.  MCL 445.903(1)(n).
  e. Misrepresented facts regarding the ability to collect rent such that customers
     reasonably believed Defendants had the ability to collect rent.  MCL
     445.901(1)(bb).
  f. Failed to reveal facts that were material to the transaction in light of positive
     factual representations. MCL 445.903(1)(cc).

128.   Defendants failed to make provide maintenance and repairs to Arbor One

Apartments to such an extent that Defendants created public nuisances, violated state

and local laws, and failed to perform contractual promises.  Every time Defendants

did so violated the Michigan Consumer Protection Act in multiple ways because

Defendants:

  a. Advertised or represented Arbor One Apartments to consumers without the
     intent to dispose of them as advertised or represented.  MCL 445.903(1)(g).
  b. Caused a probability of confusion as to the legal rights, obligations, or
     remedies of a party to a transaction.  MCL 445.903(1)(n).
  c. Failed to provide the subject of a consumer transaction as promised or within
     a reasonable time, when Defendants had reason to know it would not be so
     provided.  MCL 445.903(1)(q).
  d. Failed to provide the promised benefits on the transaction by not performing
     maintenance and repair work as agreed.  MCL 445.903(1)(y).
  e. Failed to reveal facts that were material to the transaction in light of positive
     factual representations. MCL 445.903(1)(cc).

129.   Defendants' violations of the Michigan Consumer Protection Act were persistent,

as the violations occurred for months and harmed hundreds of consumers.

130.    Defendants' violations of the Michigan Consumer Protection Act were knowing, as Defendants are sophisticated, professional multi-state real estate operators with the able representation of at least two experienced law firms, Defendants had been subject to notices and enforcement actions before the current dispute (having previously rented homes without the requisite Certificates of Compliance), Defendants had been subject to notices and enforcement actions since the beginning of the current dispute, and Defendants continued to violate the Michigan Consumer Protection Act by offering and/or renting units without a Certificate of Compliance even after Prosecutor served Defendants with a Notice of Intended Action on December 13, 2024.

131.    The Michigan Consumer Protection Act authorizes the Prosecuting Attorney, MCL 445.915, to enforce these prohibitions through injunctive relief, class action damages, declaratory relief, and civil fines and costs.  MCL 445.905, MCL 445.910, 445.911.

   a.  The Michigan Consumer Protection Act provides a public enforcement class action mechanism that is different from the traditional private enforcement class action mechanism.

   b.  To be clear, the class requirements of MCR 3.501 (e.g., typicality, motion for certification, etc.) do not apply to this public-enforcement class action brought under the Michigan Consumer Protection Act, MCL 445.910.  *Nessel ex rel Michigan v AmeriGas Partners, LP*, 954 F3d 831, 837 (CA 6, 2020).

   c.  The *AmeriGas Partners* holding applies equally to suits initiated by the Attorney General or by a Prosecuting Attorney, because the MCPA expressly

provides that a Prosecuting Attorney "may institute and prosecute an action under this act in the same manner as the attorney general." MCL 445.915.

132.    Therefore, Defendants' repeatedly, persistently, and knowingly violated the Michigan Consumer Protection Act, and Defendants should be enjoined from further violations and are liable for actual damages on a class wide basis, costs, and a civil fine of up to $25,000 for each violation.  MCL 445.905; MCL 445.910; MCL 445 911.

<u>**COUNT V: DECLARATORY JUDGMENT**</u>
<u>**(Both Plaintiffs v. All Defendants)**</u>

133.    Plaintiffs reallege and incorporate by reference all preceding paragraphs.

134.    "In a case of actual controversy within its jurisdiction, a Michigan court of record may declare the rights and other legal relations of an interested party seeking a declaratory judgment, whether or not other relief is or could be sought or granted." MCR 2.605(A)(1); see also, MCL 445.911(1)(A).

135.    Defendants have defied City Code in refusing to make repairs to Arbor One Apartments, challenging the specificity required for citations and notices of violation, and flouting the revocation of the Certificates of Compliance by continuing to solicit new tenants; entering new leases with new tenants; demanding rent from former residents, existing tenants, and prospective tenants; and filing nonpayment of rent eviction actions against tenants in district court.

136.    The direct violation of City Code—and representations and actions demonstrating that Defendants believe they do not have to follow the City Code—create an actual controversy regarding the rights and other legal relations of Defendants, the City, and hundreds of former, current, and prospective tenants.

137.   Plaintiffs are entitled to a judicial declaration as follows:

a.  No tenant is obligated to pay rent for period of time when Defendants failed to have or maintain a valid Certificate of Compliance, that is, Defendants are not entitled to rent from September 17, 2024 until the day new Certificates of Compliance are issued and/or the current Certificates are valid and not suspended;

i.  All claims, demands, or collections seeking rent for such time periods and not valid and subject to appropriate relief (e.g., dismissal of eviction cases, clearing credit reports, neutral or positive rental history reporting);

b.  In addition, due to the failure to maintain Certificates of Compliance, pending condemnations, and overall conditions issues, the leases regarding Arbor One Apartments are voidable at the tenants' election, and all tenants of Arbor One Apartments are entitled to elect for the remedy of rescission of their lease agreements – with the tenant returning possession to the landlord after a reasonable time for relocation (not less than 60 days), and Defendants returning all rental payments, security deposits, and any other funds paid under the contract, to return the Defendants and tenants to their pre-contractual state;

c.  In addition, and in the alternative to rescission, all tenants of Arbor One Apartments may elect for specific performance for Defendants to carry out a transaction in accordance with the tenants' reasonable expectations – namely, that Defendants provide maintenance and repair for Abor One in compliance

with housing laws, property maintenance codes, and contractual repair promises.

138.   For clarity only, the Court should declare that this action is binding upon the legal rights of Plaintiffs and Defendants only, and while the relief herein may provide benefits to tenants as third-parties, the orders and judgments herein do not act to prejudice any private right of action of the tenants to any relief (such as personal injury claims for harmful health conditions, Fair Debt Collection Practices Act claims for improper debt collection, etc.).

## **RELIEF REQUESTED**

WHEREFORE, on behalf of the People of the State of Michigan, Plaintiff Eli Savit, Prosecuting Attorney for Washtenaw County, and Plaintiff City of Ypsilanti, respectfully request that this Court:

A.  Declare that:

    1.   Defendants created and maintained Arbor One Apartments as a public nuisance, in fact and in law, that is subject to abatement;

    2.   Defendants violated the Housing Law of Michigan by renting dangerous buildings and by failing to maintain and repair the rental homes as the law requires;

    3.   Defendants violated the Michigan Consumer Protection Act by unfair and deceptive trade practices; and

    4.   The City of Ypsilanti's Code of Ordinances are valid and enforceable, with corresponding legal rights, obligations, and remedies on Defendants that provide options for third-party tenants.

B. Order Defendants to take immediate action to remedy the public nuisance and correct violations of the Housing Law of Michigan, including but not limited to, by providing:

1. <u>Temporary shelter</u>: Defendants shall, at their sole expense, provide temporary alternative shelter in a safe location (such as a furnished apartment or hotel) to be available at the option of the tenants;

2. <u>Relocation assistance</u>: Defendants shall, at their sole expense, provide relocation funding and/or assistance for any tenant who wishes to voluntarily relocate from the property, on a temporary or a permanent basis, to be available at the option of the tenants;

3. <u>Emergency repairs</u>: Defendants shall provide emergency repairs as appropriate, such as by fixing the lack of heat and leaking pipes;

4. <u>Health and safety related repairs</u>: Defendants shall provide health and safety related repairs, such as abating mold, and vermin and insect infestations;

5. <u>Continuing duty</u>: Order Defendants to permanently maintain Arbor One Apartments without nuisance conditions and in compliance with housing laws and ordinances; and/or

6. <u>Appoint a receiver</u>: In the alternative, appoint a receiver for Arbor One Apartments to address the public nuisance and violations of the Housing Law of Michigan, with the full and complete authority to make Arbor One Apartments comply with the laws on public nuisance and the Housing Law of Michigan, including all reasonable expectations and provisions for the

payment of same (liens, etc.) provided by the law for Arbor One Apartments and/or Defendants other assets;

C. Order Defendants to take immediate action to remedy the violations of the Housing Law of Michigan, including but not limited to, by providing:

    1. <u>Capital Improvement Plan and Execution:</u>

        a.  Defendants shall submit a Capital Improvement Plan to the City that addresses the conditions at the property as quickly and comprehensively as possible;

        b.  Defendants shall engage in good-faith iterative review of the proposed plan with the City;

        c.  Should the City approve the Capital Improvement Plan, it shall enter as an order of the Court;

        d.  Should the City find the Capital Improvement Plan insufficient, the Court shall appoint a special master to resolve the differences, with or without a hearing before the Court, and the resulting Capital Improvement Plan shall enter as an order of the Court; and

D. Order Defendants to take immediate action to remedy the violations of the Michigan Consumer Protection Act, including but not limited to:

    1.  Stop advertising for or soliciting to prospective tenants, by any and all means, methods, and media through which Defendants are, have been, or may begin doing so (e.g., taking down website offerings, including on third party sites, etc.).

2. Stop demanding and/or accepting rent, directly and indirectly, for time periods without a Certificate of Compliance.

3. Provide the maintenance and repair of Arbor One Apartments in keeping with reasonable consumer expectations.

4. Take affirmative steps to remedy any violations of the Michigan Consumer Protection Act (e.g., correcting information furnished to consumer reporting agencies, setting aside and/or dismissing past judgments for nonpayment of rent to clear the court record of improper, dismiss pending eviction actions, etc.).

E. Enter a money judgment against Defendants, jointly and severally, for:

1. Restitution for those harmed in the form of class-wide actual damages and individual actual damages;

2. Statutory penalties and civil fines, including but not limited to $25,000 per violation of the Michigan Consumer Protection Act, in recognition of the harm done and to deter future violations;

3. If necessary, the reasonable costs of public nuisance abatement and/or costs of correcting Housing Law of Michigan violations (if incurred by receiver or other non-Defendant); and

4. Enforcement costs, investigation costs, inspection costs, and attorney's fees, expert and lay witness costs and expenses, court costs, interest, and any other monetary relief to which Plaintiffs are entitled.

F. Any other relief this Court finds equitable and just.

Respectfully submitted,

Dated: February 19, 2025

/s/ Todd Ryan
Todd Ryan (P81848)

Eli Savit (P76528)
Victoria Burton-Harris (P78263)
Todd Pierce-Ryan (P81848)
WASHTENAW COUNTY PROSECUTOR'S
OFFICE
*Attorneys for Plaintiff State of Michigan*
P.O. Box 8645
Ann Arbor, MI 48107
(734) 222-6620
*ryant@washtenaw.org*

Dated: February 19, 2025

 /s/ Randolph T. Barker
Randolph T. Barker (P62604)

Randolph T. Barker (P62604)
W. Daniel Troyka (P65155)
Andrew D. Sugerman (P46687)
CONLIN, MCKENNEY & PHILBRICK, P.C.
*Attorneys for Plaintiff City of Ypsilanti*
350 S. Main Street, Ste. 400
Ann Arbor, MI  48104-2131
(734) 761-9000
*barker@cmplaw.com*

56

STATE OF MICHIGAN
IN THE 22ND JUDICIAL CIRCUIT

---

| | |
|---|---|
| ELI SAVIT, PROSECUTING ATTORNEY FOR WASHTENAW COUNTY, *ex rel.* the People of the State of Michigan, and CITY OF YPSILANTI, | **INDEX TO ATTACHMENTS** |
| Plaintiffs, | |
| v. | |
| VALLEYTREE PARTNERS LLC, VTP A1 LP, VTP ARBOR GP LLC, VTP ARBOR JV LP, VTP ARBOR ONE LLC, VTP RIVER WOODS, LLC, SAMUEL ROSENTHAL, YAAKOV NUSBAUM, and AMY VUJNOV, | Case No. _____ |
| | The Hon. _____ |
| Defendants. | |

---

Eli Savit (P76528)
Victoria Burton-Harris (P78263)
Todd Ryan (P81848)
WASHTENAW COUNTY PROSECUTOR'S OFFICE
*Attorneys for Plaintiff State of Michigan*
P.O. Box 8645
Ann Arbor, MI 48107
(734) 222-6620
*ryant@washtenaw.org*

Randolph T. Barker (P62604)
W. Daniel Troyka (P65155)
Andrew D. Sugerman (P46687)
CONLIN, MCKENNEY & PHILBRICK, P.C.
*Attorneys for Plaintiff City of Ypsilanti*
350 S. Main Street, Ste. 400
Ann Arbor, MI 48104-2131
(734) 761-9000
*barker@cmplaw.com*

---

## <u>INDEX TO ATTACHMENTS</u>

A.  Covenant Deed, WCROD Doc. No. 6551900, Aug. 31, 2020 (recorded Nov. 3, 2020)

B.  Covenant Deed, WCROD Doc. No. 6651122, May 12, 2022 (recorded May 26, 2022)

C.  City of Ypsilanti Ordinance No. 854 on May 6, 1997

D.  Building Permit & Plan Review Application, City of Ypsilanti Building Department,

   24-0103, Apr. 12, 2024

11/03/2020 10:58 AM   Total Pages: 11
Lawrence Kestenbaum, Washtenaw Co

Helex

Record and return to:
Madison Title Agency, LLC
1125 Ocean Avenue
Lakewood, NJ 08701
MTA 14385

## COVENANT DEED

The Grantor: Arbor One 18 LLC, a Delaware limited liability company

whose address is: 301 W. Michigan Avenue, Suite 411, Ypsilanti, Michigan 48197,

Grants and Conveys to VTP A1 LP, a Delaware limited partnership

Whose address is: 920 E. County Line Rd., Suite 103, Lakewood, New Jersey 08701

The following described premises situated in City of Ypsilanti and the Township of Ypsilanti, County of Washtenaw, State of Michigan, to wit, as further described on **Exhibit A** attached hereto and made a part hereof (the "Premises"), together with all tenements, hereditaments, improvements and appurtenances, if any, belonging or in anywise appertaining thereto; for the consideration set forth on the Real Property Transfer Valuation Affidavit filed, the receipt and adequacy of which is hereby acknowledged. 1108

The Grantor covenants and agrees that as of the date of this Deed it has not done or suffered to be done anything by which the Premises is, or may be, in any manner encumbered or charged, and Grantor warrants and agrees to defend the Premises to Grantee, its successors and assigns, against the lawful claims of all persons claiming by, through or under Grantor and against no others, subject only to those matters set forth in **Exhibit B** attached hereto (the "Permitted Exceptions").

See attached   Private Road Notice

Grantor grants to the Grantee the right to make all permitted divisions under Section 108 of the Land Division Act, Act No. 288 of the Public Acts of 1967, as amended.

This property may be located within the vicinity of farmland or a farm operation. Generally accepted agricultural and management practices which may generate noise, dust, odors, and other associated conditions may be used and are protected by the Michigan Right to Farm Act.

Time Submitted for Recording
Date 10-22 20 20 Time 11:50a.m
Lawrence Kestenbaum
Washtenaw County Clerk/Register

Dated: August 31, 2020



Time Submitted for Recording
Date 9-3 20 20 Time 10.35am
Lawrence Kestenbaum
Washtenaw County Clerk/Register

Time Submitted for Recording
Date 11-28 20 20 Time 9:50am
Lawrence Kestenbaum
Washtenaw County Clerk/Register

## WASHTENAW COUNTY TREASURER
TAX CERTIFICATE NO. 04198T1zRL

Time Submitted for Recording
Date 11-3 20 20 Time 10:03am
Lawrence Kestenbaum
Washtenaw County Clerk/Register

FILED IN Washtenaw County Trial Court; 2/19/2025 5:27 PM

IN WITNESS WHEREOF, this Covenant Deed has been exected to be effective as of the date first above written.

**GRANTOR:**

**Arbor One 18 LLC,**
a Delaware limited liability company

By:   Arbor One, LLC,
      a Michigan limited liability company

Its:   Sole Member

     By:   Watermark Partners Fund IV GP LLC,
          a Michigan limited liability company

     Its:   Manager

         By:   Michael Schmansky

         Its:   Member

State of Michigan   )
                 )ss
County of Oakland   )

The foregoing instrument was acknowledged before me this $\underline{2\,5}$ day of August, 2020, by Michael Schmanksy, a Member of Watermark Partners Fund IV GP LLC, a Michigan limited liability company, the Manager of Arbor One, LLC, a Michigan limited liability company, the Sole Member of Arbor One 18 LLC, a Delaware limited liability company, on behalf of the company.

Notary Public, Juliana Wrasse

My Commission Expires _12-15-2020_

JULIANA R WRASSE
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF OAKLAND
My Comm. Exp. 12/15/2020
Acting in the County of Oakland
8/25/2020

| When recorded return to: | Send subsequent Tax Bills To: | Drafted by: |
|---|---|---|
| Grantee | Grantee | Nathan Lewis |
| | | 301 W. Michigan Ave. |
| | | Suite 411 |
| | | Ypsilanti, Michigan 48197 |

## EXHIBIT A TO COVENANT DEED

### LEGAL DESCRIPTION

All that certain lot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the City of Ypsilanti, County of Washtenaw, State of Michigan.



### TRACT I:

Lot 1 of NEWTON ACRES SUBDIVISION, according to the plat thereof recorded in Liber 19 of Plats, Pages 4 and 5 of Washtenaw County Records.

### TRACT II:

Part of the Northwest fractional 1/4 of Section 4, Town 3 South, Range 7 East, Ypsilanti Township, ~~Ypsilanti~~ *Superior* Township, Washtenaw County, Michigan, described as follows: Commencing at the Northwest corner of fractional Section 4; thence North 88 degrees 20 minutes 30 seconds East 73.70 feet along the North line of said Section 4 and the centerline of Clark Road to the Southwest corner of Section 33, Town 2 South, Range 7 East, Ypsilanti Township, Washtenaw County, Michigan; thence South 89 degrees 55 minutes 30 seconds East 1211.40 feet along the North line of said Section 4 and the centerline of Clark Road to a point that lies North 89 degrees 55 minutes 30 seconds West 1327.26 feet along the North line of said Section 4 and the centerline of Clark Road from the North 1/4 corner of said Section 4; thence South 00 degrees 04 minutes 30 seconds West 572.85 feet to the Point of Beginning; thence South 00 degrees 04 minutes 30 seconds West 635.25 feet; thence North 56 degrees 37 minutes 00 seconds West 492.35 feet; thence South 78 degrees 12 minutes 00 seconds West 643.43 feet; thence North 00 degrees 49 minutes 00 seconds East 391.73 feet; thence North 87 degrees 23 minutes 30 seconds West 257.75 feet; thence North 00 degrees 49 minutes 00 seconds East 98.97 feet; thence South 89 degrees 57 minutes 00 seconds East 231.00 feet; thence North 00 degrees 49 minutes 00 seconds East 64.58 feet; thence South 89 degrees 57 minutes 00 seconds East 33.00 feet; thence North 00 degrees 49 minutes 00 seconds East 237.00 feet; thence South 89 degrees 58 minutes 30 seconds East 481.40 feet; thence South 00 degrees 04 minutes 30 seconds West 307.16 feet; thence South 89 degrees 55 minutes 00 seconds East 543.01 feet to the Point of Beginning.

### TRACT II ALSO DESCRIBED BY SURVEY AS FOLLOWS:

Part of the Northwest 1/4 of Section 4, Town 3 South, Range 7 East, Ypsilanti Township, Washtenaw County, Michigan, described as follows: Commencing at the Northwest corner of Section 4; thence North 88 degrees 22 minutes 07 seconds East 73.89 feet along the North line of said Section 4 and the centerline of Clark Road (66' wide) to the Southwest corner of Section 33, Town 2 South, Range 7 East, Ypsilanti Township, Washtenaw County, Michigan; thence South 89 degrees 55 minutes 02 seconds East 1211.40 feet along said North line of Section 4 and said centerline of Clark Road; thence South 00 degrees 04 minutes 58 seconds West 572.85 feet to the Point of Beginning; thence South 00 degrees 04 minutes 58 seconds West 635.25 feet; thence North 56 degrees 36 minutes 32 seconds West 492.35 feet; thence South 78 degrees 14 minutes 16 seconds West 643.48 feet; thence North 00 degrees 49 minutes 00 seconds East 391.89 feet; thence North 87 degrees 23 minutes 19 seconds West 257.75 feet to a point on the West line of said Section 4; thence North 00 degrees 49 minutes 00 seconds East 98.97 feet along said West line; thence South 89 degrees 58 minutes 20 seconds East 231.17 feet; thence North 00 degrees 49 minutes 00 seconds East 64.58 feet; thence South 89 degrees 58 minutes 20 seconds East 33.00 feet; thence North 00 degrees 49 minutes 00 seconds East 238.83 feet; thence South 89 degrees 43 minutes 18 seconds East 481.40 feet; thence South 00 degrees 04 minutes 58 seconds West 307.16 feet; thence South 89 degrees 54 minutes 32 seconds East 543.01 feet to the Point of Beginning.

**TRACT III:**



That part of the Northeast 1/4 of Section 5, Town 3 South, Range 7 East, formerly in Ypsilanti Township, now in the City of Ypsilanti, Washtenaw County, Michigan, described as follows: Starting at the Northeast corner of said Section 5; thence South 00 degrees 49 minutes 00 seconds West along the East line of said Section 5, being also the centerline of LaForge Road, a distance of 620.40 feet to the POINT OF BEGINNING of the premises hereinafter described; thence South 00 degrees 49 minutes 00 seconds West along the East line of said Section 5, a distance of 402.60 feet to a point; thence Due West parallel with the North line of said Section 5, a distance of 577.00 feet (measured North 89 degrees 59 minutes 54 seconds West 576.20 feet); thence North 00 degrees 49 minutes 00 seconds East and parallel with the East line of Section 5, a distance of 267.00 feet to a point; thence Due West a distance of 62.00 feet to a point; thence North 00 degrees 49 minutes 00 seconds East, a distance of 135.60 feet (measured North 00 degrees 46 minutes 59 seconds East 135.43 feet) to a point; thence Due East, a distance of 639.00 feet (measured North 89 degrees 58 minutes 44 seconds East 638.20 feet) to the POINT OF BEGINNING, EXCEPT the Easterly 43 feet thereof.

**TRACT III ALSO DESCRIBED BY SURVEY AS FOLLOWS:**

That part of the Northeast 1/4 of Section 5, Town 3 South, Range 7 East, City of Ypsilanti, Washtenaw County, Michigan, described as follows: Commencing at the Northeast corner of said Section 5; thence North 89 degrees 58 minutes 50 seconds West, 42.65 feet; thence South 00 degrees 49 minutes 00 seconds: West, 620.40 feet along the Westerly 43 foot right of way line of LaForge Road to the Point of Beginning, said point also being the intersection of the Westerly right of way line of said LaForge Road and the Southerly right of way line of Green Road (50 feet wide); thence South 00 degrees 49 minutes 00 seconds West, 402.60 feet along the Westerly right of way line of said LaForge Road; thence North 89 degrees 58 minutes 50 seconds West, 534.00 feet; thence North 00 degrees 49 minutes 00 seconds East, 267.00 feet; thence North 89 degrees 58 minutes 50 seconds West, 62.00 feet; thence North 00 degrees 49 minutes 00 seconds East, 135.60 feet to a point on the Southerly right of way line of said Green Road; thence South 89 degrees 58 minutes 50 seconds East, 596.00 feet to the Point of Beginning.

NOTE FOR INFORMATION: Being Parcel No. 11-11-05-100-001 (Tract I), K-11-04-200-013 (Tract II) and 11-11-05-100-007 (Tract III), of the City of Ypsilanti, County of Washtenaw

## EXHIBIT B TO COVENANT DEED

### PERMITTED EXCEPTIONS

1. Rights of tenants in possession, as tenants only, under unrecorded leases pursuant to the attached rent roll, with no rights to purchase or rights of first refusal to purchase of all any portion of the property.
2. Taxes for the year 2020 and all subsequent years, a lien not yet due and payable.
3. The rights of upper and lower riparian owners and the rights of others to the free and unobstructed flow of the water of the Superior Number One Drain extending through the subject land, without diminution or pollution.
4. No title is insured to any land now or formerly lying in the bed of the Superior Number One Drain and its shore lands extending to the ordinary high-water mark thereof.
5. No title is insured to any land lying in the bed of LeForge Road, abutting, adjoining, passing through or crossing the premises herein.
6. Agreement between Gordon, Shubow and Oliver, The Detroit Edison Company and Michigan Bell Telephone Company recorded on October 16, 1967 in Liber 1220 Page 569. (As to Tract I).
7. Conditions, restrictions, covenants, easements and agreements in Easement Grant and Declaration of Restrictions dated September 28, 1967 and recorded November 28, 1967 in Washtenaw County in Liber 1226 Page 285 and any amendments thereto. (As to Tract I).
8. Agreement between Mill Development Company, The Detroit Edison Company and Michigan Bell Telephone Company recorded on February 13, 1968 in Liber 1234 Page 421. (As to Tracts I and III).
9. Right-of-Way Agreement between Highland Construction Company and Michigan Consolidated Gas Company recorded on January 23, 1973 in Liber 1426 Page 511. (As to Tract II).
10. Agreement - Easement - Restrictions recorded on April 27, 1973 in Liber 1436 Page 583 and re-recorded on March 20, 1974 in Liber 1471 Page 673. (As to Tract II).
11. Grant of Easement to Comcast of the South, Inc. recorded on September 20, 2004 in Liber 4425 Page 886. (As to Tract II).
12. Grant of Easement to Comcast of the South, Inc. recorded on October 13, 2005 in Liber 4514 Page 74. (As to Tract II).
13. Grant of Easement to Comcast of the South, Inc. recorded on April 30, 2013 in Liber 4974 Page 962. (As to Tract II).
14. Grant of Easement to Comcast of the South, Inc. recorded on April 30, 2013 in Liber 4974 Page 963. (As to Tract II).
15. As to Tract I:
    The following matters disclosed by Survey prepared by Kevin Navaroli of Nowak & Fraus, Project/Job Number G208, dated 03/02/2020, last revised 8|24|2020
    a. Fences, Trashes enclosure walls and asphalt extends beyond westerly property line;
    b. Walls encroach easement as reflected in Liber 1220, page 569 and Liber 1226, page 285;

c. Rights of others, both public and private in and to manholes, catch basins, fire hydrants, cleanouts, guy wires, utility poles, gas regulators, sanitary lines, storm sewer lines, cables tv and cables phone on or crossing subject property.

As to Tract II:

The following matters disclosed by Survey prepared by Kevin Navaroli of Nowak & Fraus, Project/Job Number G208, dated 03/02/2020, last revised _8/24/2020_

a. Fences do not coincide with property lines;

b. Rights of others, both public and private, in and to guy wires, gas services, catch basins, manholes, storm lines, fire hydrants, electric risers, electric meters, light poles, overhead line, utility poles, overhead lines, utility cables, sanitary lines, utility boxes and utility cable son or crossing subject property.

As to Tract III:

The following matters disclosed by Survey prepared by Kevin Nayaroli of Nowak & Fraus, Project/Job Number G208, dated 03/02/2020, last revised _8/24/2020_,

a. Fence and wall do not coincide with southerly property line;

b. Sign encroaches easterly property line;

c. Asphalt extends beyond easterly property line;

d. Rights of others, both public and private, in and to utility poles, overhead lines, utility boxes, sanitary lines, fire hydrants, manholes, water main line, transformers, catch basins, storm sewer lines, cleanouts, gas and utility cables on or crossing subject property.

## EXHIBIT A TO COVENANT DEED

### LEGAL DESCRIPTION

All that certain lot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the City of Ypsilanti, County of Washtenaw, State of Michigan.

**TRACT I:**

Lot 1 of NEWTON ACRES SUBDIVISION, according to the plat thereof recorded in Liber 19 of Plats, Pages 4 and 5 of Washtenaw County Records.

**TRACT II:**

Part of the Northwest fractional 1/4 of Section 4, Town 3 South, Range 7 East, Ypsilanti Township, Washtenaw County, Michigan, described as follows: Commencing at the Northwest corner of fractional Section 4; thence North 88 degrees 20 minutes 30 seconds East 73.70 feet along the North line of said Section 4 and the centerline of Clark Road to the Southwest corner of Section 33, Town 2 South, Range 7 East, Ypsilanti Township, Washtenaw County, Michigan; thence South 89 degrees 55 minutes 30 seconds East 1211.40 feet along the North line of said Section 4 and the centerline of Clark Road to a point that lies North 89 degrees 55 minutes 30 seconds West 1327.26 feet along the North line of said Section 4 and the centerline of Clark Road from the North 1/4 corner of said Section 4; thence South 00 degrees 04 minutes 30 seconds West 572.85 feet to the Point of Beginning; thence South 00 degrees 04 minutes 30 seconds West 635.25 feet; thence North 56 degrees 37 minutes 00 seconds West 492.35 feet; thence South 78 degrees 12 minutes 00 seconds West 643.43 feet; thence North 00 degrees 49 minutes 00 seconds East 391.73 feet; thence North 87 degrees 23 minutes 30 seconds West 257.75 feet; thence North 00 degrees 49 minutes 00 seconds East 98.97 feet; thence South 89 degrees 57 minutes 00 seconds East 231.00 feet; thence North 00 degrees 49 minutes 00 seconds East 64.58 feet; thence South 89 degrees 57 minutes 00 seconds East 33.00 feet; thence North 00 degrees 49 minutes 00 seconds East 237.00 feet; thence South 89 degrees 58 minutes 30 seconds East 481.40 feet; thence South 00 degrees 04 minutes 30 seconds West 307.16 feet; thence South 89 degrees 55 minutes 00 seconds East 543.01 feet to the Point of Beginning.

### TRACT II ALSO DESCRIBED BY SURVEY AS FOLLOWS:

Part of the Northwest 1/4 of Section 4, Town 3 South, Range 7 East, Ypsilanti Township, Washtenaw County, Michigan, described as follows: Commencing at the Northwest corner of Section 4; thence North 88 degrees 22 minutes 07 seconds East 73.89 feet along the North line of said Section 4 and the centerline of Clark Road (66' wide) to the Southwest corner of Section 33, Town 2 South, Range 7 East, Ypsilanti Township, Washtenaw County, Michigan; thence South 89 degrees 55 minutes 02 seconds East 1211.40 feet along said North line of Section 4 and said centerline of Clark Road; thence South 00 degrees 04 minutes 58 seconds West 572.85 feet to the Point of Beginning; thence South 00 degrees 04 minutes 58 seconds West 635.25 feet; thence North 56 degrees 36 minutes 32 seconds West 492.35 feet; thence South 78 degrees 14 minutes 16 seconds West 643.48 feet; thence North 00 degrees 49 minutes 00 seconds East 391.89 feet; thence North 87 degrees 23 minutes 19 seconds West 257.75 feet to a point on the West line of said Section 4; thence North 00 degrees 49 minutes 00 seconds East 98.97 feet along said West line; thence South 89 degrees 58 minutes 20 seconds East 231.17 feet; thence North 00 degrees 49 minutes 00 seconds East 64.58 feet; thence South 89 degrees 58 minutes 20 seconds East 33.00 feet; thence North 00 degrees 49 minutes 00 seconds East 236.83 feet; thence South 89 degrees 43 minutes 18 seconds East 481.40 feet; thence South 00 degrees 04 minutes 58 seconds West 307.16 feet; thence South 89 degrees 54 minutes 32 seconds East 543.01 feet to the Point of Beginning.

APPROVED: YPSILANTI TOWNSHIP

FOR RECORDING PURPOSES ONLY

NOV 0 1 2020

Record and return to:
Madison Title Agency, LLC
1125 Ocean Avenue
Lakewood, NJ 08701
MTA_146385___

PRIVATE ROAD NOTICE THIS NOTICE is given pursuant to MCL 560.261

BY: ARBOR ONE 18 LLC

Whose address is: 301 W. MICHIGAN AVE., SUITE 411, YPSILANTI, MI 48197

TO: VTP A1 LP

Whose Address is: 920 E. COUNTY LINE RD., SUITE 103, LAKEWOOD, NJ 08701

PARTIES to a certain Sales Agreement for the sale of a parcel of land in the City of Ypsilanti, County of Washtenaw, and State of Michigan, described as follows:

See attached Exhibit A

Commonly known as: 799 Green Rd., Ypsilanti, Michigan 48198

SELLER hereby advises Purchaser that said parcel of land abuts a private road that has not been accepted for maintenance by the Washtenaw County Road Commission or any other public body.

THIS Notice is made on August 31, 2020.

[Signature on Following Page]

Signed By:

ARBOR ONE 18 LLC
By: Arbor One LLC, its sole member
By: Watermark Partners Fund IV GP LLC, is manager

By: _____
Michael Schmansky

Its:     Member

COUNTY OF Oakland
STATE OF MICHIGAN

The foregoing instrument was acknowledged before me on August 25, 2020 by Michael Schmansky,
the member of Watermark Partners Fund IV GP LLC, the manager of Arbor One LLC, the sole member of
Arbor One 18 LLC.

Notary Public, Oakland County,
Acting in Oakland County,
State of MI
Commission Expires: 12-15-2020

Drafted By: Nathan Lewis, 301 W. Michigan Ave., Suite 411, Ypsilanti, MI 48197

```
JULIANA II WRASSE
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF OAKLAND
My Comm. Exp. 12/15/2020
Acting in the County of Oakland
Date 8/26/2020
```

After recording, return to: VTP A1 LP, 920 E. County Line Rd., Suite 103, Lakewood, NJ 08701

# Old Republic National Title Insurance Company

Commitment Number: 146385

## TITLE INSURANCE COMMITMENT
## SCHEDULE A
## LEGAL DESCRIPTION

All that certain lot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the City of Ypsilanti, County of Washtenaw, State of Michigan.

### TRACT I:

Lot 1 of NEWTON ACRES SUBDIVISION, according to the plat thereof recorded in Liber 19 of Plats, Pages 4 and 5 of Washtenaw County Records.

### TRACT II:

Part of the Northwest fractional 1/4 of Section 4, Town 3 South, Range 7 East, Ypsilanti Township, Washtenaw County, Michigan, described as follows: Commencing at the Northwest corner of fractional Section 4; thence North 88 degrees 20 minutes 30 seconds East 73.70 feet along the North line of said Section 4 and the centerline of Clark Road to the Southwest corner of Section 33, Town 2 South, Range 7 East, Ypsilanti Township, Washtenaw County, Michigan; thence South 89 degrees 55 minutes 30 seconds East 1211.40 feet along the North line of said Section 4 and the centerline of Clark Road to a point that lies North 89 degrees 55 minutes 30 seconds West 1327.26 feet along the North line of said Section 4 and the centerline of Clark Road from the North 1/4 corner of said Section 4; thence South 00 degrees 04 minutes 30 seconds West 572.85 feet to the Point of Beginning; thence South 00 degrees 04 minutes 30 seconds West 635.25 feet; thence North 56 degrees 37 minutes 00 seconds West 492.35 feet; thence South 78 degrees 12 minutes 00 seconds West 643.43 feet; thence North 00 degrees 49 minutes 00 seconds East 391.73 feet; thence North 87 degrees 23 minutes 30 seconds West 257.75 feet; thence North 00 degrees 49 minutes 00 seconds East 98.97 feet; thence South 89 degrees 57 minutes 00 seconds East 231.00 feet; thence North 00 degrees 49 minutes 00 seconds East 64.58 feet; thence South 89 degrees 57 minutes 00 seconds East 33.00 feet; thence North 00 degrees 49 minutes 00 seconds East 237.00 feet; thence South 89 degrees 58 minutes 30 seconds East 481.40 feet; thence South 00 degrees 04 minutes 30 seconds West 307.16 feet; thence South 89 degrees 55 minutes 00 seconds East 543.01 feet to the Point of Beginning.

### TRACT II ALSO DESCRIBED BY SURVEY AS FOLLOWS:

Part of the Northwest 1/4 of Section 4, Town 3 South, Range 7 East, Ypsilanti Township, Washtenaw County, Michigan, described as follows: Commencing at the Northwest corner of Section 4; thence North 88 degrees 22 minutes 07 seconds East 73.89 feet along the North line of said Section 4 and the centerline of Clark Road (66' wide) to the Southwest corner of Section 33, Town 2 South, Range 7 East, Ypsilanti Township, Washtenaw County, Michigan; thence South 89 degrees 55 minutes 02 seconds East 1211.40 feet along said North line of Section 4 and said centerline of Clark Road; thence South 00 degrees 04 minutes 58 seconds West 572.85 feet to the Point of Beginning; thence South 00 degrees 04 minutes 58 seconds West 635.25 feet; thence North 56 degrees 36 minutes 32 seconds West 492.35 feet; thence South 78 degrees 14 minutes 16 seconds West 643.48 feet; thence North 00 degrees 49 minutes 00 seconds East 391.89 feet; thence North 87 degrees 23 minutes 19 seconds West 257.75 feet to a point on the West line of said Section 4; thence North 00 degrees 49 minutes 00 seconds East 98.97 feet along said West line; thence South 89 degrees 58 minutes 20 seconds East 231.17 feet; thence North 00 degrees 49 minutes 00 seconds East 64.58 feet; thence South 89 degrees 58 minutes 20 seconds East 33.00 feet; thence North 00 degrees 49 minutes 00 seconds East 238.83 feet; thence South 89

*This page is only a part of a 2016 ALTA® Commitment for Title Insurance issued by Old Republic National Title Insurance Company. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I—Requirements; Schedule B, Part II—Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.*

**SCHEDULE A**
**LEGAL DESCRIPTION**
(Continued)

degrees 43 minutes 18 seconds East 481.40 feet; thence South 00 degrees 04 minutes 58 seconds West 307.16 feet; thence South 89 degrees 54 minutes 32 seconds East 543.01 feet to the Point of Beginning.

## TRACT III:

That part of the Northeast 1/4 of Section 5, Town 3 South, Range 7 East, formerly in Ypsilanti Township, now in the City of Ypsilanti, Washtenaw County, Michigan, described as follows: Starting at the Northeast corner of said Section 5; thence South 00 degrees 49 minutes 00 seconds West along the East line of said Section 5, being also the centerline of LaForge Road, a distance of 620.40 feet to the POINT OF BEGINNING of the premises hereinafter described; thence South 00 degrees 49 minutes 00 seconds West along the East line of said Section 5, a distance of 402.60 feet to a point; thence Due West parallel with the North line of said Section 5, a distance of 577.00 feet (measured North 89 degrees 59 minutes 54 seconds West 576.20 feet); thence North 00 degrees 49 minutes 00 seconds East and parallel with the East line of Section 5, a distance of 267.00 feet to a point; thence Due West a distance of 62.00 feet to a point; thence North 00 degrees 49 minutes 00 seconds East, a distance of 135.60 feet (measured North 00 degrees 46 minutes 59 seconds East 135.43 feet) to a point; thence Due East, a distance of 639.00 feet (measured North 89 degrees 58 minutes 44 seconds East 638.20 feet) to the POINT OF BEGINNING, EXCEPT the Easterly 43 feet thereof.

## TRACT III ALSO DESCRIBED BY SURVEY AS FOLLOWS:

That part of the Northeast 1/4 of Section 5, Town 3 South, Range 7 East, City of Ypsilanti, Washtenaw County, Michigan, described as follows: Commencing at the Northeast corner of said Section 5; thence North 89 degrees 58 minutes 50 seconds West, 42.65 feet; thence South 00 degrees 49 minutes 00 seconds: West, 620.40 feet along the Westerly 43 foot right of way line of LaForge Road to the Point of Beginning, said point also being the intersection of the Westerly right of way line of said LaForge Road and the Southerly right of way line of Green Road (50 feet wide); thence South 00 degrees 49 minutes 00 seconds West, 402.60 feet along the Westerly right of way line of said LaForge Road; thence North 89 degrees 58 minutes 50 seconds West, 534.00 feet; thence North 00 degrees 49 minutes 00 seconds East, 267.00 feet; thence North 89 degrees 58 minutes 50 seconds West, 62.00 feet; thence North 00 degrees 49 minutes 00 seconds East, 135.60 feet to a point on the Southerly right of way line of said Green Road; thence South 89 degrees 58 minutes 50 seconds East, 596.00 feet to the Point of Beginning.

NOTE FOR INFORMATION: Being Parcel No. 11-11-05-100-001 (Tract I), K-11-04-200-013 (Tract II) and 11-11-05-100-007 (Tract III), of the City of Ypsilanti, County of Washtenaw

**NOTE: The Property tax parcel identification number is provided solely for informational purposes, without warranty as to accuracy or completeness and is not hereby insured.**

*This page is only a part of a 2016 ALTA® Commitment for Title Insurance issued by Old Republic National Title Insurance Company, This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I—Requirements; Schedule B, Part II—Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.*

L: 5484 P: 293    6651122    D
05/26/2022 11:08 AM    Total Pages. 6
Lawrence Kestenbaum, Washtenaw Co



Record and Return to:
Madison Title Agency, LLC
National Commercial Dept
1125 Ocean Avenue
Lakewood, NJ 08701
MTA 174667

**COVENANT DEED**

Time Submitted for Recording
Date 5/26 2022 Time 9:36 am
Lawrence Kestenbaum
Washtenaw County Clerk/Register

KNOW ALL MEN BY THESE PRESENTS: that **THE PARK AT RIVER WOODS LP**, a Delaware limited partnership ("**Grantor**"), whose address is 7366 Lincoln Ave, Ste 304, Lincolnwood, IL 60712, hereby conveys, sets over and transfers to **VTP RIVER WOODS LLC**, a Delaware limited liability company ("**Grantee**"), whose address is 920 E. County Line Rd., Suite 103, Lakewood, New Jersey 08701, the certain real property situated in the City of Ypsilanti, Washtenaw County, State of Michigan, commonly known as 855 Green Road, Ypsilanti, Michigan as more particularly described on **Exhibit A** attached hereto and incorporated herein by reference (the "**Real Property**"), together with all of Grantor's rights in all easements or rights-of-way abutting or adjoining and benefitting the Real Property; all air, mineral and riparian rights; all tenements, hereditaments, retention ponds, utilities, privileges and appurtenances belonging or in any way appertaining thereto; and all buildings, structures, parking areas, improvements, landscaping, timber, crops, and fixtures situated thereupon, for the full consideration set forth on the Real Estate Transfer Tax Valuation Affidavit, the receipt and sufficiency of which is hereby acknowledged, subject to the following: (i) real estate taxes and assessments not yet due and payable which have become a lien on the Real Property; (ii) those matters set forth in **Exhibit B** attached hereto; (iii) the rights of tenants under leases, as tenants only; (iv) matters arising out of any act of Grantee or its agents, employees or representatives; and (v) existing restrictions of record, easements for public utilities and driveways, and zoning ordinances (collectively, the "**Permitted Encumbrances**").

TO        HAVE        AND        TO        HOLD        the        Real Property in fee simple forever, unto Grantee, its legal representatives, successors and assigns, and Grantor does hereby covenant title to the above described property, rights and interests and binds itself and its legal representatives, successors and assigns to covenant and forever defend all and singular the above described property and interests unto the said Grantee, its successors, legal representatives and assigns, against the claims of all persons claiming by, through or under Grantor but not otherwise, subject, however, to the Permitted Encumbrances.

Aside from the Permitted Encumbrances, the Grantor covenants and agrees that the Grantor has not previously done or committed or willingly suffered to be done or committed any act, matter, or thing that would cause the premises or any part of them to be charged or encumbered in title, estate, or otherwise. The Grantor hereby covenants that it will defend the above-described property unto Grantee, its heirs and assigns, against the lawful claims and demands of all persons claiming by, from or under Grantor, but against no other claims or persons.        TTOB

Dated: May 12, 2022.

Time Submitted for Recording
Date 5/24 20 22 Time 12:36 pm
Lawrence Kestenbaum
Washtenaw County Clerk/Register

Time Submitted for Recording
Date 5-17 2022 Time 10:31 am
Lawrence Kestenbaum
Washtenaw County Clerk/Register



WASHTENAW COUNTY TREASURER
TAX CERTIFICATE NO. B8029T131K

FILED IN Washtenaw County Trial Court; 2/19/2025 5:27 PM

**IN WITNESS WHEREOF**, this Covenant Deed has been executed to be effective as of the date first above written.

**GRANTOR:**

**THE PARK AT RIVER WOODS LP**
a Delaware limited partnership

By: _____
      Name: Yechiel Lopiansky
      Its: Authorized representative


STATE OF MICHIGAN        )
                                           ) ss.
COUNTY OF Oakland        )

The foregoing instrument was acknowledged before me this _10_ day of May, 2022, by Yechiel Lopiansky, authorized representative of The Park at River Woods LP, a Delaware limited partnership, on behalf of the limited partnership.

_____ .

Notary Public, State of _____
My Commission Expires: _____
Acting in the County of _____

> **MOSHE MORDECHAI SHERIZEN**
> Notary Public, State of Michigan
> County of Oakland
> My Commission Expires May 29, 2024
> Acting in the County of _____ Oakland

DRAFTED BY:                                           AFTER RECORDING RETURN TO:
Aidenbaum Schloff and Bloom PLLC               GRANTEE
Elliott B. Indig
6960 Orchard Lake Road, Suite 250
West Bloomfield, Michigan 48322


SEND SUBSEQUENT TAX BILLS TO:
GRANTEE

2

## EXHIBIT A TO DEED

### LEGAL DESCRIPTION OF REAL PROPERTY

Land situated in the City of Ypsilanti, County of Washtenaw, State of Michigan, more particularly described as follows: described as follows:

Starting at the Northeast corner of said Section 5, Town 3 South, Range 7 East, City of Ypsilanti, Washtenaw County, Michigan; thence West along the North line of the Northeast 1/4 of said section being also known as the centerline of Clark Road, a distance of 1056.00 feet to a point; thence South 0 degrees 49 minutes 00 seconds West along a line parallel to the East line of the Northeast 1/4 of said Section 5, being also known as the centerline of LeForge Road, a distance of 391.71 feet to a point of beginning of the premises hereinafter described; thence South 0 degrees 49 minutes 00 seconds West a distance of 228.69 feet to a point; thence East a distance of 417.00 feet to a point; thence South 0 degrees 49 minutes 00 seconds West a distance of 135.60 feet to a point; thence East, a distance of 62.00 feet to a point; thence South 00 degrees 49 minutes 00 seconds West a distance of 267.00 feet to a point; thence West a distance of 799.20 feet to the water's edge of Huron River; thence along the water's edge of Huron River in the following four courses: North 01 degrees 59 minutes 30 seconds West a distance of 144.08 feet; thence North 31 degrees 15 minutes 00 seconds West a distance of 163.19 feet; thence North 47 degrees 59 minutes 30 seconds West a distance of 191.98 feet; thence North 48 degrees 36 minutes 30 seconds West a distance of 28.13 feet; thence North 44 degrees 30 minutes 00 seconds East, a distance of 282.00 feet to a point; thence South 45 degrees 30 minutes 00 seconds East a distance of 35.00 feet to a point, thence North 43 degrees 18 minutes 31 seconds East a distance of 50.28 feet to a point; thence South 77 degrees 17 minutes 35 seconds East a distance of 32.40 feet; thence South 46 degrees 58 minutes 19 seconds a distance of 71.53 feet; thence North 44 degrees 30 minutes 00 seconds East a distance of 60.83 feet; thence East, a distance of 198.98 feet to a point of beginning, being part of the Northeast 1/4 of Section 5, Town 3 South, Range 7 East, City of Ypsilanti, Washtenaw County, Michigan, except that part for Green Road as disclosed in Liber 1299, Page 216,Washtenaw County Records as described as follows: That part of the Northeast 1/4 of Section 5, Town 3 South, Range 7East, formerly in Ypsilanti Township, now in the City of Ypsilanti, Washtenaw County, Michigan, bounded and described as follows: Starting at the Northeast 1/4 of said Section 5; thence due West along the North line of the Northeast 1/4 of said Section 5, being also the centerline of Clark Road, a distance of 1056.0 feet to the point of beginning; thence due West along the North line of the Northeast 1/4 of said Section 5, a distance of 33.0 feet to a point; thence South 0 degrees 49 minutes 00 seconds West parallel with the East line of the Northeast 1/4 of said Section 5, a distance of 620.4 feet to a point; thence due East, a distance of 33.0 feet to a point, thence North 0 degrees 49 minutes 00 seconds East, a distance of 620.4 feet to the point of beginning, being the same property as described in survey dated March 8, 1993 by Basney &Smith, Inc.

Commonly known as: 835-855 Green Road
Tax Parcel Number: 11-11-05-100-006

Being further described on a Survey prepared by Jonathan Murphy, PLS of Murphy Geomatics dated

3/16/2022 as follows:

ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND, WITH THE BUILDINGS AND IMPROVEMENTS THEREON ERECTED, SITUATE, LYING AND BEING IN THE CITY OF YPSILANTI, COUNTY OF WASHTENAW, STATE OF MICHIGAN. STARTING AT THE NORTHEAST CORNER OF SAID SECTION 5, TOWN 3 SOUTH, RANGE 7 EAST, CITY OF YPSILANTI, WASHTENAW COUNTY, MICHIGAN; THENCE WEST ALONG THE NORTH LINE OF THE NORTHEAST 1/4 OF SAID SECTION BEING ALSO KNOWN AS THE CENTERLINE OF CLARK ROAD, A DISTANCE OF 1056.00 FEET TO A POINT; THENCE SOUTH 0 DEGREES 49 MINUTES 00 SECONDS WEST ALONG A LINE PARALLEL TO THE EAST LINE OF THE NORTHEAST 1/4 OF SAID SECTION 5, BEING ALSO KNOWN AS THE CENTERLINE OF LEFORGE ROAD, A DISTANCE OF 391.71 FEET TO A POINT OF BEGINNING OF THE PREMISES HEREINAFTER DESCRIBED;

FROM THE POINT OF BEGINNING; THENCE, S 01° 51' 51" E FOR A DISTANCE OF 228.69 FEET TO A POINT; THENCE, N 87° 19' 05" E FOR A DISTANCE OF 417.00 FEET TO A POINT; THENCE, S 01° 51' 55" E FOR A DISTANCE OF 135.60 FEET TO A POINT; THENCE, N 87° 19' 05" E FOR A DISTANCE OF 62.00 FEET TO A POINT; THENCE, S 01° 51' 55" E FOR A DISTANCE OF 267.00 FEET TO A POINT; THENCE, S 87° 19' 05" W FOR A DISTANCE OF 799.20 FEET TO A POINT ALONG THE EDGE OF THE HURON RIVER; THENCE THE FOLLOWING 4 COURESES:

N 04° 40' 25" W FOR A DISTANCE OF 144.08 FEET TO A POINT;
N 33° 55' 55" W FOR A DISTANCE OF 163.19 FEET TO A POINT;
N 50° 40' 25" W FOR A DISTANCE OF 191.98 FEET TO A POINT;
N 51° 17' 25" W FOR A DISTANCE OF 28.13 FEET TO A POINT;

THENCE, N 41° 49' 05" E FOR A DISTANCE OF 282.00 FEET TO A POINT; THENCE, S 48° 10' 55" E FOR A DISTANCE OF 35.00 FEET TO A POINT; THENCE, N 40° 37' 36" E FOR A DISTANCE OF 50.28 FEET TO A POINT; THENCE, S 79° 58' 30" E FOR A DISTANCE OF 32.40 FEET TO A POINT; THENCE, S 49° 39' 14" E FOR A DISTANCE OF 71.53 FEET TO A POINT; THENCE, N 41° 49' 05" E FOR A DISTANCE OF 60.83 FEET TO A POINT; THENCE N 87° 19' 05" E A DISTANCE OF 198.98 FEET TO THE POINT OF BEGINNING. BEING PART OF THE NORTHEAST 1/4 OF SECTION 5, TOWN 3 SOUTH, RANGE 7 EAST, CITY OF YPSILANTI, WASHTENAW COUNTY, MICHIGAN, EXCEPT THAT PART FOR GREEN ROAD AS DISCLOSED IN LIBER 1299, PAGE 216, WASHTENAW COUNTY RECORDS AS DESCRIBED AS FOLLOWS: THAT PART OF THE NORTHEAST 1/4 OF SECTION 5, TOWN 3 SOUTH, RANGE 7 EAST, FORMERLY IN YPSILANTI TOWNSHIP, NOW IN THE CITY OF YPSILANTI, WASHTENAW COUNTY, MICHIGAN, BOUNDED AND DESCRIBED AS FOLLOWS: STARTING AT THE NORTHEAST 1/4 OF SAID SECTION 5; THENCE DUE WEST ALONG THE NORTH LINE OF THE NORTHEAST 1/4 OF SAID SECTION 5, BEING ALSO THE CENTERLINE OF CLARK ROAD, A DISTANCE OF 1056.0 FEET TO THE POINT OF BEGINNING; THENCE DUE WEST ALONG THE NORTH LINE OF THE NORTHEAST 1/4 OF SAID SECTION 5, NORTH 88 DEGREES 08 MINUTES 05 SECONDS EAST, A DISTANCE OF 33 FEET TO A POINT; THENCE SOUTH 1 DEGREES 51 MINUTES 51 SECONDS WEST PARALLEL WITH THE EAST LINE OF THE

NORTHEAST 1/4 OF SAID SECTION 5, A DISTANCE OF 620.4 FEET TO A POINT; THENCE SOUTH 87 DEGREES 19 MINUTES 05 SECONDS WEST, A DISTANCE OF 33 FEET TO A POINT, THENCE NORTH 1 DEGREES 51 MINUTES 51 SECONDS EAST, A DISTANCE OF 620.4 FEET TO THE POINT OF BEGINNING.

For information only: Address reference: 815-855 Green Road, Ypsilanti, Michigan 48198

NOTE FOR INFORMATION: Being Parcel No. 11-11-05-100-006, of the City of Ypsilanti, County of Washtenaw.

## EXHIBIT B TO DEED

## PERMITTED ENCUMBRANCES

1. Agreement made by and between Mill Development Company and the City of Ypsilanti recorded on July 17, 1967 in Liber 1207 Page 543.

2. Easement granted to the City of Ypsilanti recorded on November 17, 1967 in Liber 1225 Page 180, as shown on Survey.

3. Agreement made by and between Mill Development Company and The Detroit Edison Company recorded on February 13, 1968 in Liber 1234 Page 421.

4. Easement Grant and Declaration of Restrictions granted to The Detroit Edison Company and Michigan Bell Telephone Company recorded on January 11, 1968 in Liber 1243 Page 186.

5. Agreement made by and between Mill Development Company and the City of Ypsilanti recorded in Liber 1299 Page 217.

6. Easement granted to the City of Ypsilanti recorded on December 12, 1969 in Liber 1311 Page 65.

7. Agreement - Easement - Restrictions by and between Detroit Edison Company, et al. and Michigan Bell Telephone Company recorded on April 16, 1971 in Liber 1354 Page 375.

8. Agreement - Easement - Restrictions granted to the Detroit Edison Company recorded on June 21, 1971 in Liber 1361 Page 112.

9. Memorandum of Agreement made by and between Huron View Properties, L.L.C. and Comcast of the South, Inc. recorded on August 5, 2009 in Liber 4746 Page 426.

10. Survey prepared by Jonathan Murphy, PLS of Murphy Geomatics dated 3/16/2022, last revised _____, discloses the following:
a. Asphalt extends beyond northerly property line;
b. Stairway extends beyond southerly property line;
c. Rights of others, both public and private, in and to overhead wires, utility poles, fire hydrants, electrical utility and any other utility equipment on or crossing subject property;

FILED IN Washtenaw County Trial Court; 2/19/2025 5:27 PM

Ordinance No. 854

AN ORDINANCE TO ADD CHAPTER 66 **RESIDENTIAL LEASES** TO TITLE VI **HEALTH REGULATIONS** OF THE CODE OF THE CITY OF YPSILANTI

**THE CITY OF YPSILANTI ORDAINS:**

That Chapter 66 **Residential Leases** be added to Title VI **Health Regulations** of the Ypsilanti City Code.

That Section 6.300 **Lease or License of Residential Premises** be add to Chapter 66 **Residential Leases** of the Ypsilanti City Code to read as follows:

6.300     <u>Lease or License of Residential Premises.</u>

(1)     In every lease or license of residential premises, the lessor or licensor covenants:

(a)     That the premises and all common areas are fit for the use intended by the parties.

(b)     To keep the premises in reasonable repair during the term of the lease or license, and to comply with the applicable health and safety laws of the state and of the City of Ypsilanti, except when the disrepair or violation of the applicable health or safety laws has been caused by the tenants wilful or irresponsible conduct or lack of conduct.  Any residential premise failing to have a valid certificate of compliance from the City of Ypsilanti Building Inspection Department is not in compliance with the health and safety laws of the City of Ypsilanti.

(2)     The parties to the lease or license may modify the obligations imposed by this section where the lease or license has a current term of at least 1 year.

(3)     The provisions of this section shall be liberally construed, and the privilege of a prospective lessee or licensee to inspect the premises before concluding a lease or license shall not defeat his or her right to have the benefit of the covenants established herein.

(4)     No lessee or licensee shall be obligated to pay rent for any time periods that the lessor or licensor is in violation of this ordinance.  Such

G:\USERS\CITY\ORDINANC\RESIDENT.LSE

violiation shall be a complete defense for any lessee or licensee sued for non-payment of rent for such period.

MADE, PASSED AND ADOPTED BY THE YPSILANTI CITY COUNCIL THIS 6th DAY OF  May  , 1997.

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXManagerX
Cheryl C. Farmer, Mayor

Robert A. Slone, Jr., City Clerk

Attest

I do hereby confirm that the above Ordinance No. 854 was published in the Ypsilanti Press on the 12th day of  May  , 1997.

Robert A. Slone, Jr., City Clerk

CERTIFICATE OF ADOPTING

I hereby certify that the foregoing is a true copy of the Ordinance passed at the regular meeting of the City Council held on the 6th day of  May  , 1997.

Robert A. Slone, Jr., City Clerk
Ordinance No.

G:\USERS\CITY\ORDINANC\RESIDENT.LSE

# City of Ypsilanti Building Department

One South Huron · Ypsilanti, MI 48197
Phone: (734) 482-1025 · Fax: (734) 483-7444
www.cityofypsilanti.com

## Building Permit & Plan Review Application

Separate Applications Must Be Completed for Electrical, Mechanical, Plumbing & Signs

**Faxed or emailed applications cannot be accepted**

*(stamp, left margin:)* CITY OF YPSILANTI BUILDING DEPARTMENT — RECEIVED APR 1 9 2024

| Office Use Only: |
|---|
| Receipt: _____ |
| Method: _____ |

## I. Owner/Contractor Information

| | | | |
|---|---|---|---|
| **Property** (Job Location) | Address 772 GREEN RD, YPSILANTI MI ARBOR 1 | Parcel Number | |
| | Between LEFORGE And GREEN | Number of Apts./Suites 22 | Owner Occupied ☐ Yes ☒ No |

| | | | |
|---|---|---|---|
| **Owner/ Agent** | Name ~~FINESSE~~ VTP ARBOR 1 LLC | Phone: 972 839 6617 | |
| | Address ★ SCOTTSDALE AZ ARBOR 1 | Cell: Email: PD@FINESSECONSTRUCTION.COM | |

| | | | |
|---|---|---|---|
| **Contractor Information** If work is being done by owner/agent skip to next section | Company / Licensee # 242400170 JEFFREY SCHUH | Phone: 734-772-3195 | |
| | Address 4293 LILAC Ln, Ypsilanti, MI | Email: License# JEFFREYA-SCHUH@gmail | Expiration 5/3/26 |
| | Federal Employer ID # (or reason for exemption)  Worker's Comp Carrier (or reason for exemption)  MESC Employer # (or reason for exemption) | | |

| | | | |
|---|---|---|---|
| **Architect/ Engineer** | Name | Phone: | |
| | Address | Email: License# | Expiration |

## II. Property/Land Information

| Historic District | Zoning District | Flood Zone | Number/Type of Structures Currently on Property |
|---|---|---|---|
| ☐ Yes ☒ No | | ☐ Yes ☒ No | ☐ House ☐ Garage ☐ Shed ☒ Other: APARTMENT |

## III. Building Information

| ☐ **Residential** | | ☐ **Commercial** | |
|---|---|---|---|
| ☐ Single Family | ☐ Hotel/Motel | ☐ Multi-Family (# units_____) | ☐ Office   ☐ Church |
| ☐ Two Family | ☐ Pole Barn/Shed | ☐ Mercantile/Retail | ☐ Public Utility   ☐ Restaurant/Bar |
| ☐ Detached Garage | ☒ Other APARTMENT | ☐ Industrial | ☐ Hospital   ☐ Other _____ |

## IV. Proposed Use of Building and Type of Improvement

☐ New Building ☐ Addition ☐ Windows ☐ Re-Roof ☐ Foundation ☐ Accessory Structure (garage, shed, pool, etc.)

☐ Alteration ☐ Repair ☐ Deck/Porch ☐House ☐Garage ☒ Demolition ☐ Other _____

Are there/will there be additional permits for this project? ☐None ☒Building ☐HDC ☒Electrical ☐Mechanical ☒Plumbing

**Description of proposed work** (please specify apartment/suite numbers):

FIRE DAMAGED UNIT(S) 301 & 302: PROPOSED DEMO BOTH UNITS TO STUDS 3
REBUILDING: DEMO UNITS 101 & 102 TO STUDS DUE TO WATER DAMAGE
AND REBUILDING

## V. Construction Value *

| * Must be based on market value of labor and materials | | OFFICE USE ONLY | | | | |
|---|---|---|---|---|---|---|
| | | **Additional Reviews** | | **Date Received** | Permit Fee | $ |
| Building | $ | ☐ Planning/Zoning/HDC ☐ Yes ☐ No | | | Plan Review | $ |
| Electrical | $ | ☐ DPS/MDOT ☐ Yes ☐ No | | | Contractor Reg. | $ |
| Mechanical | $ | ☐ Health Dept. ☐ Yes ☐ No | | | HDC Fee | $ |
| Plumbing | $ | ☐ Soil Erosion ☐ Yes ☐ No | | | Administrative Fee | $ |
| Other | $ | ☐ YCUA ☐ Yes ☐ No | | | Certificate of Occ. | $ |
| **Total** | $ 39,000 | ☐ Other: _____ ☐ Yes ☐ No | | | **Fee Total** | $ |

FILED IN Washtenaw County Trial Court; 2/19/2025 5:27 PM

## VI. Plan Review

Plans must be submitted with this application before a permit can be issued, except as listed below.

Plans are not required for alterations and repair work **determined by the Building Official** to be of a minor nature.

Plans and specifications are required for all other building types and shall be prepared by, or under the direct supervision of, an architect or engineer licensed pursuant to 1980 PA 299 and shall bear that architect's or engineer's seal and signature.

**Plan Review Required** ☐ Yes ☐ No                    **Plan Submission Date:** _____

### You MUST submit three copies of plans.  At least one set must be no larger than 11 x 17

## VII. Homeowner Affidavit

HOMEOWNERS: I hereby certify that I am the bona fide homeowner of the above property.  I am familiar with the provisions of the applicable ordinances and rules and hereby agree to make this installation or construction in conformance with the ordinance.  I realize that in making this application, I assume the responsibility of a licensed contractor for the work mentioned in this permit.  I agree to notify the Building Department after the work is completed so that the Department may make its required inspection(s). I further agree to keep all parts of this work exposed until approved by the inspector.

_____        _____        _____
Signature *(Homeowners Only)*                    Printed Name and Address                             Date

## VIII. Applicant Signature

I HEREBY CERTIFY THAT THE PROPOSED WORK IS AUTHORIZED BY THE OWNER OF RECORD AND THAT I HAVE BEEN AUTHORIZED BY THE OWNER TO MAKE THIS APPLICATION AS HIS/HER AUTHORIZED AGENT, AND WE AGREE TO CONFORM TO ALL APPLICABLE LAWS OF THE STATE OF MICHIGAN. ALL INFORMATION SUBMITTED ON THIS APPLICATION IS ACCURATE TO THE BEST OF MY KNOWLEDGE.

APPLICANT IS RESPONSIBLE FOR THE PAYMENT OF ALL APPLICABLE FEES AND CHARGES ASSOCIATED WITH THIS APPLICATION.

**SECTION 23A of the State Construction Code Act of 1972, Act No. 230 of Public Acts of 1972, being Section 125.1523a of the Michigan Compiled Laws, prohibits a person from conspiring to circumvent the licensing requirements of this State relating to persons who perform work on a residential building or a residential structure.  Violators of Section 23a are subjected to civil fines.**

_____        _____        _____
Signature of Applicant                             Printed Name of Applicant                           Date

How would you like the permit to be sent?        ☐ Email        ☐ U.S. Mail

**It is recommended that if you are hiring a contractor to do the work proposed on this application, that the contractor be the one to obtain permits.  Permits will not be closed until a final inspection has been completed and approved by the Building Department.**

### Frequent Contacts:

Miss Dig (800) 482-7171            Washtenaw County Soil Erosion (734) 222-6860
YCUA    (734) 484-4600            Washtenaw County Health Dept. (734) 544-6700
DTE      (800) 477-4747            City Building Inspection Line     (734) 482-1025

### OFFICE USE ONLY

**ZONING NOTES:**  Zoning District: _____  Use: _____

Setbacks – Front: _____  Side: _____  Side: _____  Rear: _____

Notes: _____

_____

☐ Approved    ☐ Disapproved  Reviewed By: _____  Date: _____

**HISTORIC DISTRICT:**  ☐ Yes  ☐ No

Notes: _____

_____

☐ Approved    ☐ Disapproved  Reviewed By: _____  Date: _____

**BUILDING NOTES:**  Use: __RZ__  Construction Type: __VB__  Code Edition(s): __2015 MICH REHAB__

Notes: Interior Demo Permit

☑ Approved    ☐ Disapproved  Reviewed By: _____  Date: 4/16/24

Page 2 of 2



# CITY OF YPSILANTI

BUILDING INSPECTION & ORDINANCE
ENFORCEMENT DEPARTMENT
ONE SOUTH HURON STREET
YPSILANTI MI 48197

## DEMOLITION PERMIT CHECK LIST

Property Address: 772 GREEN ROAD, YPSILANTI; MI

Owner Name: ARBOR ONE

Permit Applicants Name: JEFFREY SCHUH

Before a permit may be issued, all of the documentation must be provided or justified as non-applicable (N/A).

1. **WATER/SEWER DISCONNECTION NOTICE**, contact YCUA at 734-484-4600. Plumbing permit for inspection of cap-off water and sewer, or inspection of wells, septic tanks or cisterns are required. Minimum Plumbing Permit fee is charged (Note: a licensed plumber is not required for purpose of this permit).

2. **ELECTRICAL DISCONNECTION NOTICE**, contact DTE Energy at 800-477-4747.

3. **GAS DISCONNECTION NOTICE**, contact DTE Energy at 800-477-4747.

4. **SOIL EROSION AND SEDIMENTATION** permit must accompany application if your project is within 500 Feet of a lake, body of water, stream or county drain. Contact Washtenaw County Soil Erosion and Sedimentation Control at 734-222-6860

5. **RIGHT-OF-WAY PERMIT**, for authorization of any work within the Public Right-of-Way contact Department of Public Services 734-483-1421.

6. **PEDESTRIAN PROTECTION and/or CONSTRUCTION SITE SAFETY PLAN.**

7. **PLOT/SITE PLAN** shall be provided for all construction types.

8. **PROOF OF OWNERSHIP**, recorded deed. Contact the Washtenaw County Register of Deeds at 734-222-6710.

9. **PROPERTY CODE/TAX IDENTIFICATION NUMBER** for all subject parcels.

10. **HAZARDOUS MATERIALS REPORT.**

11. **RESIDENTIAL BUILDERS LICENSING** information shall be provided for all residential structures.

12. **PLANNING & DEVELOPMENT** approval is required for all demolition permits.

13. **NEIGHBORHOOD NOTIFICATION:** 72 hours prior to the commencement of work the applicant shall notify the adjacent property owners and property owners on both sides of the block of the proposed activity. Acceptable methods would include direct mail, door hangers or fliers.

**Yes-No** Is the proposed building and/or structure within 500 feet of a body of water? Will the excavated area include an acre or more? If yes, **a Soil Erosion and Sedimentation Permit** shall be obtained from the Washtenaw Coutny Soil Erosion and Sedimentation Control. No site work shall begin until a valid permit has been issued.

I understand Public Act 230, Section 10 requires that I obtain a building permit prior to starting construction/demolition.

Applicant Signature

4-12-24

Date



# ASBESTOS-CONTAINING MATERIAL BUILDING INSPECTION REPORT



**ARBOR ONE APARTMENTS**
**799 GREEN ROAD**
**YPSILANTI, MICHIGAN 48198**

PREPARED FOR:

**FINESSE CONSTRUCTION, LLC**
**825 MARKET STREET, BUILDING M #250**
**ALLEN, TEXAS 75013**
**ATTENTION: KENNETH SHANNON**

PREPARED BY:

**ENVIRONMENTAL RESOURCES GROUP, LLC.**
**3125 SOVEREIGN DRIVE, SUITE 9B**
**LANSING, MICHIGAN 48911**

**ERG PROJECT NO.: 240179**

**PROJECT DATE: FEBRUARY 28 & MARCH 4, 2024**

**FINAL REPORT DATE: APRIL 3, 2024**

# 1.0    INTRODUCTION

Environmental Resources Group, LLC. (ERG) was retained by Finesse Construction, LLC to perform an inspection for asbestos-containing materials (ACM) at Arbor One Apartments, 799 Green Road, Ypsilanti, Michigan. The project was discussed with Kenneth Shannon prior to beginning the fieldwork.

The inspection included the collection of an appropriate number and distribution of bulk asbestos samples pursuant to the inspection requirements of the Michigan Occupational Safety and Health Administration (MIOSHA) General Industry Standard for Asbestos, Part 305, the Environmental Protection Agency (EPA) Supplemental Sampling Bulletin dated September 30, 1994, and current industry standards. This inspection was designed to identify ACM within the building.

The scope of this certification was limited to accessible areas of the fire-damaged apartments.

## 1.1    CERTIFICATION

The inspection was conducted, and the samples collected by Kaleb Schetter, a State of Michigan Accredited Asbestos Building Inspector.  A copy of his asbestos inspector accreditation appears in Appendix A.

All bulk asbestos samples were submitted to Apex Research, Inc. for asbestos analysis by Polarized Light Microscopy (PLM) with dispersion staining. The bulk asbestos samples were analyzed using EPA Method 600/R-93/116. Apex Research, Inc. maintains current National Voluntary Laboratory Accreditation Program (NVLAP) accreditation (Lab Code 102118-0).  A copy of the Apex Research, Inc. NVLAP certificate of accreditation can be found in Appendix B.

## 1.2    GENERAL INSPECTION PROCEDURES

In an effort to identify ACM, the following inspection procedure was followed: A visual inspection within the accessible portions of the fire damaged apartments was combined with the collection of an appropriate number and distribution of bulk asbestos samples.

Determination of suspect ACM was based on visual examination and bulk sample analysis.  Specifically, materials similar in color and texture were classified into homogenous areas (*e.g.*, white, original construction drywall).

Destructive testing (*i.e.*, demolition) was not conducted as part of this building inspection.  Some ACM hidden from view (*e.g.,* pipe insulation in unknown pipe chases, vermiculite in cinderblock wall cavities, underground utility pipe insulation) may be present, and was not accounted for as part of this inspection.

## 3.0    SUMMARY OF ASBESTOS-CONTAINING MATERIALS

The following materials were sampled, tested, and found to contain asbestos at Arbor One Apartments, 799 Green Road, Ypsilanti, Michigan:

HA 2    white mud joint compound on drywall
HA 15   black sink undercoating
HA 31   black caulk

The following homogenous materials were sampled, tested, and found not to contain asbestos at Arbor One Apartments, 799 Green Road, Ypsilanti, Michigan:

HA 1    roof shingle, black, gray underlayer
HA 3    cove base, blue, yellow mastic
HA 4    floor tile, gray, yellow mastic
HA 5    cinderblock mortar, gray
HA 6    glue pods, white
HA 7    foundation concrete, gray
HA 8    caulk, white
HA 9    laminate floor, gray, black mastic
HA 10   1"x1" ceramic floor tile bedding compound, gray
HA 11   transition strip, brown
HA 12   carpet mastic, white, underlayer foam
HA 13   door insulation material, white
HA 14   ceramic shower wall tile, white, yellow mastic
HA 16   wood pattern laminate flooring, black mastic
HA 17   insulation material, yellow
HA 18   balcony floor tile bedding compound, gray
HA 19   caulk, beige
HA 20   brick mortar, gray
HA 21   caulk, gray
HA 22   laminate bathroom flooring, beige, black underlayer
HA 23   laminate flooring, brown, black underlayer
HA 24   stairwell carpet, blue, white mastic
HA 25   12"x12" ceramic floor tile bedding compound, red
HA 26   patterned ceiling texture, white
HA 27   transition strip, gray
HA 28   patterned gray laminate floor, black backing

## 4.0   CONCLUSIONS

Based on the findings of the inspection and the results of the sample analysis, the following conclusions were drawn:

Undamaged, non-friable (cannot be crumbled, pulverized, or reduced to powder by hand pressure when dry) and friable (can be crumbled, pulverized, or reduced to powder by hand pressure when dry) known asbestos-containing materials were discovered during the course of this inspection. Specifically, drywall joint compound (and by extension, drywall), sink undercoating, and black caulk were identified as ACM. During any future maintenance, renovation, or demolition, any ACM likely to become friable must be removed by trained, accredited, protected individuals prior to their disturbance by future renovation or demolition pursuant to the requirements of MIOSHA Asbestos in Construction Industry Standard, Part 602, and, in the case of demolition, the EPA Asbestos National Emission Standards for Hazardous Air Pollutants (NESHAP), in the case of demolition.

Drywall, contaminated by ACM drywall joint compound, must also be considered ACM.

This inspection was conducted pursuant to the requirement of the Michigan General Industry Standard for Asbestos, the EPA Sampling Bulletin and current industry standards. This inspection may not satisfy the pre-demolition inspection requirements of the Asbestos NESHAP.

Kaleb Schetter
Michigan Accredited Asbestos Inspector
Card #A54546

Phillip A. Peterson
Senior Project Manager

**State of Michigan**
Department of Labor and Economic Opportunity
Michigan Occupational Safety & Health Administration - Asbestos Program

**Asbestos Inspector**

**Kaleb J. Schetter**
1029 East Jarvis Avenue
Hazel Park, MI 48030

Accreditation Number        Expiration Date
A54546                      01/23/2025              DOB: 08/03/1997

This individual has satisfactorily met or exceeded the
requirements of Michigan Public Act 440 of 1988, as
amended, to be accredited as an Asbestos Inspector

Accreditation card is not
valid if altered          166842

# APPENDIX B

# APEX RESEARCH, INC. SCOPE AND CERTIFICATE OF NVLAP ACCREDITATION



**United States Department of Commerce**
**National Institute of Standards and Technology**



# NVLAP

# Certificate of Accreditation to ISO/IEC 17025:2017

**NVLAP LAB CODE: 102118-0**

**Apex Research, Inc.**
Brighton, MI

*is accredited by the National Voluntary Laboratory Accreditation Program for specific services,*
*listed on the Scope of Accreditation, for:*

**Asbestos Fiber Analysis**

*This laboratory is accredited in accordance with the recognized International Standard ISO/IEC 17025:2017.*
*This accreditation demonstrates technical competence for a defined scope and the operation of a laboratory quality*
*management system (refer to joint ISO-ILAC-IAF Communique dated January 2009).*



*For the National Voluntary Laboratory Accreditation Program*

2023-10-01 through 2024-09-30
*Effective Dates*

Address: 799 Green Road, Ypsilanti, Michigan
ERG Project No.: 240179
Date: 3/6/2024

**ASBESTOS FIELD DATA SHEETS**

| ERG Sample ID | Description | Sample Locations | Condition | Friable/Non-Friable (F/NF) | Building Material Type (S/T/M) | Percentage and Type of Asbestos | Quantity of ACM |
|---|---|---|---|---|---|---|---|
| HA-1A | Roof shingle, black, gray underlayer | Roof (3rd floor hall) | Damaged | F | M | N/A | |
| HA-1B | Roof shingle, black, gray underlayer | Roof (Room 304) | Damaged | F | M | N/A | |
| HA-2A | Drywall with mud joint compound, white | 3rd floor hall straight | Significantly damaged | F | M | 2% CHR. | 92,136 SF |
| HA-2B | Drywall with mud joint compound, white | Room 303 convex | Significantly damaged | F | M | 2% CHR. | 92,136 SF |
| HA-2C | Drywall with mud joint compound, white | Room 207 concave | Undamaged | F | M | 2% CHR. | 92,136 SF |
| HA-3A | Cove base, blue, yellow mastic | 3rd floor laundry | Undamaged | NF | M | N/A | |
| HA-3B | Cove base, blue, yellow mastic | 2nd floor laundry | Undamaged | NF | M | N/A | |
| HA-4A | Floor tile, gray, yellow mastic | 3rd floor laundry | Undamaged | NF | M | N/A | |
| HA-4B | Floor tile, gray, yellow mastic | 2nd floor laundry | Undamaged | NF | M | N/A | |
| HA-5A | Cinderblock mortar, gray | 3rd floor boiler room | Undamaged | NF | M | N/A | |
| HA-5B | Cinderblock mortar, gray | 2nd floor storage | Undamaged | NF | M | N/A | |
| HA-6A | Glue pods, white | 3rd floor boiler room | Undamaged | F | M | N/A | |
| HA-6B | Glue pods, white | 3rd floor boiler room | Undamaged | F | M | N/A | |
| HA-7A | Foundational concrete, gray | 3rd floor boiler room | Undamaged | NF | M | N/A | |
| HA-7B | Foundational concrete, gray | 1st floor electrical room | Undamaged | NF | M | N/A | |
| HA-8A | Caulk, white | 3rd floor laundry | Undamaged | F | M | N/A | |
| HA-8B | Caulk, white | 1st floor laundry | Undamaged | F | M | N/A | |
| HA-9A | Laminate floor, gray, black mastic | 3rd floor hall | Undamaged | NF | M | N/A | |
| HA-9B | Laminate floor, gray, black mastic | Room 107 living room | Undamaged | NF | M | N/A | |
| HA-10A | 1"x1" ceramic floor bedding compound, gray | Room 303 bathroom | Undamaged | NF | M | N/A | |
| HA-10B | 1"x1" ceramic floor bedding compound, gray | Room 308 bathroom | Undamaged | NF | M | N/A | |
| HA-11A | Transition strip, brown | Room 303 bedroom | Undamaged | NF | M | N/A | |
| HA-11B | Transition strip, brown | Room 308 bedroom | Undamaged | NF | M | N/A | |
| HA-12A | Carpet mastic, white with underlayer | Room 303 bedroom | Undamaged | F | M | N/A | |
| HA-12B | Carpet mastic, white with underlayer | Room 308 bedroom | Undamaged | F | M | N/A | |

Address: 799 Green Road, Ypsilanti, Michigan
ERG Project No.: 240179
Date: 3/6/2024

## ASBESTOS FIELD DATA SHEETS

| ERG Sample ID | Description | Sample Locations | Condition | Friable/Non-Friable (F/NF) | Building Material Type (S/T/M) | Percentage and Type of Asbestos | Quantity of ACM |
|---|---|---|---|---|---|---|---|
| HA-24B | Stairwell carpet, blue, white mastic | 1st floor stairs south | Undamaged | F | M | N/A | |
| HA-25A | 12"x12" ceramic floor tile bedding compound, red | Room 208 bathroom | Undamaged | NF | M | N/A | |
| HA-25B | 12"x12" ceramic floor tile bedding compound, red | Room 107 bathroom | Undamaged | NF | M | N/A | |
| HA-26A | Patterned ceiling beads, white | Room 205 ceiling | Undamaged | F | M | N/A | |
| HA-26B | Patterned ceiling beads, white | Room 205 ceiling | Undamaged | F | M | N/A | |
| HA-27A | Transition strip, gray | Room 204 bedroom | Undamaged | NF | M | N/A | |
| HA-27B | Transition strip, gray | Room 102 front door | Undamaged | NF | M | N/A | |
| HA-28A | Patterned laminate floor, gray, black backing | Room 104 kitchen | Undamaged | NF | M | N/A | |
| HA-28B | Patterned laminate floor, gray, black backing | Room 108 hallway | Undamaged | NF | M | N/A | |
| HA-29A | Transition strip, black | Room 108 bedroom | Undamaged | NF | M | N/A | |
| HA-29B | Transition strip, black | Room 108 bedroom | Undamaged | NF | M | N/A | |
| HA-30A | Transition strip, tan | Room 108 bedroom | Undamaged | NF | M | N/A | |
| HA-30B | Transition strip, tan | Room 108 bedroom | Undamaged | NF | M | N/A | |
| HA-31A | Caulk, black | Exterior outside electrical room | Undamaged | F | M | 10% CHR. | 10 LF |
| HA-31B | Caulk, black | Exterior outside electrical room | Undamaged | F | M | 10% CHR. | 10 LF |
| HA-32A | Ceiling glue, yellow | 3rd floor hall | Damaged | F | M | N/A | |
| HA-32B | Ceiling glue, yellow | 3rd floor hall | Damaged | F | M | N/A | |
| | | | | | | | |
| | | | | | | | |

Notes:
S - Surfacing Material
T - Thermal Systems Insulation
M - Miscellaneous
NAD - No Asbestos Detected
LF - Linear Feet
$ft^2$ - Square Feet

# Certificate of Laboratory Analysis

## Test Method, Polarized Light Microscopy (PLM)

### Project: Arbor One
### Project #: 240179



**Report To:**
Mr. Phil Peterson / Mr. Kaleb Schetter
Environmental Resource Group
28003 Center Oaks Ct., Suite 106
Wixom, MI 48393

| | |
|---|---|
| ARI Report # | 24-109043 |
| Date Collected: | 02/28/24 |
| Date Received: | 02/29/24 |
| Date Analyzed: | 03/04/24 |
| Date Reported: | 03/05/24 |

| Sample Information | Asbestos Type/Percent | Non-Asbestos Material |
|---|---|---|
| **Lab ID #:** 109043 - 01<br>**Cust. #:** HA-1A<br>**Material:** Roof Shingle, Black<br>**Location:** Roof<br>**Appearance:** black,fibrous,nonhomogenous<br>**Layer:** 1 of 2 | Asbestos Present: **NO**<br>No Asbestos Observed | Fiberglass - 30%<br>Other - 70% |
| **Lab ID #:** 109043 - 01a<br>**Cust. #:** HA-1A<br>**Material:** Grey Underlayer - Drywall<br>**Location:** Roof<br>**Appearance:** white,fibrous,nonhomogenous<br>**Layer:** 2 of 2 | Asbestos Present: **NO**<br>No Asbestos Observed | Cellulose - 20%<br>Other - 80% |
| **Lab ID #:** 109043 - 02<br>**Cust. #:** HA-1B<br>**Material:** Roof Shingle, Black<br>**Location:** Roof<br>**Appearance:** black,fibrous,nonhomogenous<br>**Layer:** 1 of 2 | Asbestos Present: **NO**<br>No Asbestos Observed | Fiberglass - 30%<br>Other - 70% |

For Layered Samples, each component will be analyzed and reported separately.

Robert T. Letarte Jr., Laboratory Director

Test Method EPA 40 CFR - Part 763 and/or EPA 600/R-93/116 was used to analyze the above samples. Matrix interference and/or resolution limits may yield false/negative results in certain circumstances. Suspect floor tiles containing <1% should be tested with SEM or TEM. This certificate of analysis relates only to the samples as submitted and to insure the integrity of the results, may only be reproduced in full. This certificate must not be used by the customer to claim product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government. Liability limited to cost of analysis.



**NVLAP**
TESTING
NVLAP Lab Code 102118-0

# Certificate of Laboratory Analysis

## Test Method, Polarized Light Microscopy (PLM)

### Project: Arbor One
### Project #: 240179



**Report To:**
Mr. Phil Peterson / Mr. Kaleb Schetter
Environmental Resource Group
28003 Center Oaks Ct., Suite 106
Wixom, MI 48393

ARI Report #    24-109043
Date Collected:    02/28/24
Date Received:    02/29/24
Date Analyzed:    03/04/24
Date Reported:    03/05/24

| Sample Information | Asbestos Type/Percent | Non-Asbestos Material |
|---|---|---|
| Lab ID #:  109043 - 04<br>Cust.  #:  HA-2B<br>Material:  Drywall, White<br>Location:  303<br>Appearance:  white, fibrous, nonhomogenous<br>Layer:  1  of  2 | Asbestos Present: **NO**<br>No Asbestos Observed | Cellulose - 20%<br>Other - 80% |
| Lab ID #:  109043 - 04a<br>Cust.  #:  HA-2B<br>Material:  Mud Joint Compound<br>Location:  303<br>Appearance:  white, fibrous, homogenous<br>Layer:  2  of  2 | Asbestos Present: **YES**<br>Chrysotile -  2% | Other - 98% |
| Lab ID #:  109043 - 05<br>Cust.  #:  HA-2C<br>Material:  Drywall, White<br>Location:  207<br>Appearance:  white, fibrous, nonhomogenous<br>Layer:  1  of  2 | Asbestos Present: **NO**<br>No Asbestos Observed | Cellulose - 20%<br>Other - 80% |

For Layered Samples, each component will be analyzed and reported separately.

Robert T.  Letarte Jr., Laboratory Director

Test Method EPA 40 CFR - Part 763 and/or EPA 600/R-93/116 was used to analyze the above samples. Matrix interference and/or resolution limits may yield false/negative results in certain circumstances.  Suspect floor tiles containing <1% should be tested with SEM or TEM.  This certificate of analysis relates only to the samples as submitted and to insure the integrity of the results, may only be reproduced in full.  This certificate must not be used by the customer to claim product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government.  Liability limited to cost of analysis.



**NVLAP Lab Code 102118-0**

**APEX Research Inc., 7717 Kensington Ct., Brighton, MI 48116**
**(734) 449-9990, Fax (734) 449-9991**

# Certificate of Laboratory Analysis

## Test Method, Polarized Light Microscopy (PLM)

### Project: Arbor One
### Project #: 240179



**Report To:**
Mr. Phil Peterson / Mr. Kaleb Schetter
Environmental Resource Group
28003 Center Oaks Ct., Suite 106
Wixom, MI 48393

| | |
|---|---|
| ARI Report # | 24-109043 |
| Date Collected: | 02/28/24 |
| Date Received: | 02/29/24 |
| Date Analyzed: | 03/04/24 |
| Date Reported: | 03/05/24 |

| Sample Information | Asbestos Type/Percent | Non-Asbestos Material |
|---|---|---|
| **Lab ID #:** 109043 - 07<br>**Cust. #:** HA-3B<br>**Material:** Cove Base, Blue<br>**Location:** 2nd Floor Laundry<br>**Appearance:** blue,nonfibrous,homogenous<br>**Layer:** 1 of 2 | **Asbestos Present: NO**<br>No Asbestos Observed | Other - 100% |
| **Lab ID #:** 109043 - 07a<br>**Cust. #:** HA-3B<br>**Material:** Yellow Mastic<br>**Location:** 2nd Floor Laundry<br>**Appearance:** yellow,nonfibrous,homogenous<br>**Layer:** 2 of 2 | **Asbestos Present: NO**<br>No Asbestos Observed | Other - 100% |
| **Lab ID #:** 109043 - 08<br>**Cust. #:** HA-4A<br>**Material:** Floor Tile, Grey<br>**Location:** 3rd Floor Laundry<br>**Appearance:** blue,nonfibrous,homogenous<br>**Layer:** 1 of 2 | **Asbestos Present: NO**<br>No Asbestos Observed | Other - 100% |

For Layered Samples, each component will be analyzed and reported separately.

Robert T. Letarte Jr., Laboratory Director

Test Method EPA 40 CFR - Part 763 and/or EPA 600/R-93/116 was used to analyze the above samples. Matrix interference and/or resolution limits may yield false/negative results in certain circumstances. Suspect floor tiles containing <1% should be tested with SEM or TEM. This certificate of analysis relates only to the samples as submitted and to insure the integrity of the results, may only be reproduced in full. This certificate must not be used by the customer to claim product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government. Liability limited to cost of analysis.



TESTING

**NVLAP Lab Code 102118-0**

# Certificate of Laboratory Analysis

## Test Method, Polarized Light Microscopy (PLM)

### Project: Arbor One
### Project #: 240179



**Report To:**
Mr. Phil Peterson / Mr. Kaleb Schetter
Environmental Resource Group
28003 Center Oaks Ct., Suite 106
Wixom, MI 48393

| | |
|---|---|
| ARI Report # | 24-109043 |
| Date Collected: | 02/28/24 |
| Date Received: | 02/29/24 |
| Date Analyzed: | 03/04/24 |
| Date Reported: | 03/05/24 |

| Sample Information | Asbestos Type/Percent | Non-Asbestos Material |
|---|---|---|
| Lab ID #:   109043 - 10<br>Cust.  #:   HA-5A<br>Material:   Cinderblock Mortar, Grey<br>Location:   3rd Floor Boiler Room<br>Appearance:  grey,nonfibrous,homogenous<br>Layer:   1   of   1 | Asbestos Present: **NO**<br>No Asbestos Observed | Other - 100% |
| Lab ID #:   109043 - 11<br>Cust.  #:   HA-5B<br>Material:   Cinderblock Mortar, Grey<br>Location:   2nd Floor Storage<br>Appearance:  grey,nonfibrous,homogenous<br>Layer:   1   of   1 | Asbestos Present: **NO**<br>No Asbestos Observed | Other - 100% |
| Lab ID #:   109043 - 12<br>Cust.  #:   HA-6A<br>Material:   Glue Pods, White<br>Location:   3rd Floor Boiler Room<br>Appearance:  white,nonfibrous,homogenous<br>Layer:   1   of   1 | Asbestos Present: **NO**<br>No Asbestos Observed | Other - 100% |

For Layered Samples, each component will be analyzed and reported separately.

Robert T.  Letarte Jr., Laboratory Director

Test Method EPA 40 CFR - Part 763 and/or EPA 600/R-93/116 was used to analyze the above samples. Matrix interference and/or resolution limits may yield false/negative results in certain circumstances.  Suspect floor tiles containing <1% should be tested with SEM or TEM.  This certificate of analysis relates only to the samples as submitted and to insure the integrity of the results, may only be reproduced in full.  This certificate must not be used by the customer to claim product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government.  Liability limited to cost of analysis.



**NVLAP Lab Code 102118-0**

# Certificate of Laboratory Analysis

## Test Method, Polarized Light Microscopy (PLM)

Project: Arbor One
Project #: 240179



**Report To:**
Mr. Phil Peterson / Mr. Kaleb Schetter
Environmental Resource Group
28003 Center Oaks Ct., Suite 106
Wixom, MI 48393

| | |
|---|---|
| ARI Report # | 24-109043 |
| Date Collected: | 02/28/24 |
| Date Received: | 02/29/24 |
| Date Analyzed: | 03/04/24 |
| Date Reported: | 03/05/24 |

| Sample Information | Asbestos Type/Percent | Non-Asbestos Material |
|---|---|---|
| Lab ID #: 109043 - 16<br>Cust. #: HA-8A<br>Material: Caulk, White<br>Location: 3rd Floor Laundry<br>Appearance: white,nonfibrous,homogenous<br>Layer: 1 of 1 | Asbestos Present: **NO**<br>No Asbestos Observed | Other - 100% |
| Lab ID #: 109043 - 17<br>Cust. #: HA-8B<br>Material: Caulk, White<br>Location: 1st Floor Laundry<br>Appearance: white,nonfibrous,homogenous<br>Layer: 1 of 1 | Asbestos Present: **NO**<br>No Asbestos Observed | Other - 100% |
| Lab ID #: 109043 - 18<br>Cust. #: HA-9A<br>Material: Laminate Floor, Grey<br>Location: 3rd Floor Hall<br>Appearance: grey,nonfibrous,homogenous<br>Layer: 1 of 2 | Asbestos Present: **NO**<br>No Asbestos Observed | Other - 100% |

For Layered Samples, each component will be analyzed and reported separately.

Robert T. Letarte Jr., Laboratory Director

Test Method EPA 40 CFR - Part 763 and/or EPA 600/R-93/116 was used to analyze the above samples. Matrix interference and/or resolution limits may yield false/negative results in certain circumstances. Suspect floor tiles containing <1% should be tested with SEM or TEM. This certificate of analysis relates only to the samples as submitted and to insure the integrity of the results, may only be reproduced in full. This certificate must not be used by the customer to claim product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government. Liability limited to cost of analysis.



TESTING

NVLAP Lab Code 102118-0

# Certificate of Laboratory Analysis

## Test Method, Polarized Light Microscopy (PLM)

### Project: Arbor One
### Project #: 240179



**Report To:**
Mr. Phil Peterson / Mr. Kaleb Schetter
Environmental Resource Group
28003 Center Oaks Ct., Suite 106
Wixom, MI 48393

| | |
|---|---|
| ARI Report # | 24-109043 |
| Date Collected: | 02/28/24 |
| Date Received: | 02/29/24 |
| Date Analyzed: | 03/04/24 |
| Date Reported: | 03/05/24 |

| Sample Information | Asbestos Type/Percent | Non-Asbestos Material |
|---|---|---|
| **Lab ID #:** 109043 - 20<br>**Cust. #:** HA-10A<br>**Material:** 1"x1" Ceramic Floor Tile<br>**Location:** 303 Bathroom<br>**Appearance:** white,nonfibrous,homogenous<br>**Layer:** 1 of 2 | Asbestos Present: **NO**<br>No Asbestos Observed | Other - 100% |
| **Lab ID #:** 109043 - 20a<br>**Cust. #:** HA-10A<br>**Material:** Bedding Compound, Grey<br>**Location:** 303 Bathroom<br>**Appearance:** grey,nonfibrous,homogenous<br>**Layer:** 2 of 2 | Asbestos Present: **NO**<br>No Asbestos Observed | Other - 100% |
| **Lab ID #:** 109043 - 21<br>**Cust. #:** HA-10B<br>**Material:** 1"x1" Ceramic Floor Tile<br>**Location:** 308 Bathroom<br>**Appearance:** white,nonfibrous,homogenous<br>**Layer:** 1 of 2 | Asbestos Present: **NO**<br>No Asbestos Observed | Other - 100% |

For Layered Samples, each component will be analyzed and reported separately.

Robert T. Letarte Jr., Laboratory Director

Test Method EPA 40 CFR - Part 763 and/or EPA 600/R-93/116 was used to analyze the above samples. Matrix interference and/or resolution limits may yield false/negative results in certain circumstances. Suspect floor tiles containing <1% should be tested with SEM or TEM. This certificate of analysis relates only to the samples as submitted and to insure the integrity of the results, may only be reproduced in full. This certificate must not be used by the customer to claim product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government. Liability limited to cost of analysis.



NVLAP Lab Code 102118-0

APEX Research Inc., 7717 Kensington Ct., Brighton, MI 48116
(734) 449-9990, Fax (734) 449-9991

# Certificate of Laboratory Analysis
## Test Method, Polarized Light Microscopy (PLM)
### Project: Arbor One
### Project #: 240179



**Report To:**
Mr. Phil Peterson / Mr. Kaleb Schetter
Environmental Resource Group
28003 Center Oaks Ct., Suite 106
Wixom, MI 48393

| | |
|---|---|
| ARI Report # | 24-109043 |
| Date Collected: | 02/28/24 |
| Date Received: | 02/29/24 |
| Date Analyzed: | 03/04/24 |
| Date Reported: | 03/05/24 |

| Sample Information | Asbestos Type/Percent | Non-Asbestos Material |
|---|---|---|
| **Lab ID #:** 109043 - 24<br>**Cust. #:** HA-12A<br>**Material:** Carpet Mastic, White<br>**Location:** 303 Bedroom<br>**Appearance:** white,nonfibrous,homogenous<br>**Layer:** 1 of 2 | Asbestos Present: **NO**<br>No Asbestos Observed | Other - 100% |
| **Lab ID #:** 109043 - 24a<br>**Cust. #:** HA-12A<br>**Material:** Underlayer - Foam<br>**Location:** 303 Bedroom<br>**Appearance:** multi,nonfibrous,homogenous<br>**Layer:** 2 of 2 | Asbestos Present: **NO**<br>No Asbestos Observed | Other - 100% |
| **Lab ID #:** 109043 - 25<br>**Cust. #:** HA-12B<br>**Material:** Carpet Mastic, White<br>**Location:** 308 Bedroom<br>**Appearance:** white,nonfibrous,homogenous<br>**Layer:** 1 of 2 | Asbestos Present: **NO**<br>No Asbestos Observed | Other - 100% |

For Layered Samples, each component will be analyzed and reported separately.

Robert T. Letarte Jr., Laboratory Director

Test Method EPA 40 CFR - Part 763 and/or EPA 600/R-93/116 was used to analyze the above samples. Matrix interference and/or resolution limits may yield false/negative results in certain circumstances. Suspect floor tiles containing <1% should be tested with SEM or TEM. This certificate of analysis relates only to the samples as submitted and to insure the integrity of the results, may only be reproduced in full. This certificate must not be used by the customer to claim product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government. Liability limited to cost of analysis.



TESTING

NVLAP Lab Code 102118-0

**APEX Research Inc., 7717 Kensington Ct., Brighton, MI 48116**
**(734) 449-9990, Fax (734) 449-9991**

Page 13 of 35

# Certificate of Laboratory Analysis
## Test Method, Polarized Light Microscopy (PLM)



### Project: Arbor One
### Project #: 240179

**Report To:**
Mr. Phil Peterson / Mr. Kaleb Schetter
Environmental Resource Group
28003 Center Oaks Ct., Suite 106
Wixom, MI 48393

| | |
|---|---|
| ARI Report # | 24-109043 |
| Date Collected: | 02/28/24 |
| Date Received: | 02/29/24 |
| Date Analyzed: | 03/04/24 |
| Date Reported: | 03/05/24 |

| Sample Information | Asbestos Type/Percent | Non-Asbestos Material |
|---|---|---|
| **Lab ID #:** 109043 - 28<br>**Cust. #:** HA-14A<br>**Material:** Ceramic Shower Wall Tile, White<br>**Location:** 306 Bathroom<br>**Appearance:** white,nonfibrous,homogenous<br>**Layer:** 1 of 2 | Asbestos Present: **NO**<br>No Asbestos Observed | Other - 100% |
| **Lab ID #:** 109043 - 28a<br>**Cust. #:** HA-14A<br>**Material:** Yellow Mastic<br>**Location:** 306 Bathroom<br>**Appearance:** yellow,nonfibrous,homogenous<br>**Layer:** 2 of 2 | Asbestos Present: **NO**<br>No Asbestos Observed | Other - 100% |
| **Lab ID #:** 109043 - 29<br>**Cust. #:** HA-14B<br>**Material:** Ceramic Shower Wall Tile, White<br>**Location:** 108 Bathroom<br>**Appearance:** white,nonfibrous,homogenous<br>**Layer:** 1 of 2 | Asbestos Present: **NO**<br>No Asbestos Observed | Other - 100% |

For Layered Samples, each component will be analyzed and reported separately.

Robert T. Letarte Jr., Laboratory Director

Test Method EPA 40 CFR - Part 763 and/or EPA 600/R-93/116 was used to analyze the above samples. Matrix interference and/or resolution limits may yield false/negative results in certain circumstances. Suspect floor tiles containing <1% should be tested with SEM or TEM. This certificate of analysis relates only to the samples as submitted and to insure the integrity of the results, may only be reproduced in full. This certificate must not be used by the customer to claim product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government. Liability limited to cost of analysis.



**NVLAP Lab Code 102118-0**

# Certificate of Laboratory Analysis

## Test Method, Polarized Light Microscopy (PLM)

### Project: Arbor One
### Project #: 240179



**Report To:**
Mr. Phil Peterson / Mr. Kaleb Schetter
Environmental Resource Group
28003 Center Oaks Ct., Suite 106
Wixom, MI 48393

| | |
|---|---|
| ARI Report # | 24-109043 |
| Date Collected: | 02/28/24 |
| Date Received: | 02/29/24 |
| Date Analyzed: | 03/04/24 |
| Date Reported: | 03/05/24 |

| Sample Information | Asbestos Type/Percent | Non-Asbestos Material |
|---|---|---|
| Lab ID #:   109043 - 32<br>Cust.  #:   HA-16A<br>Material:   Wood Pattern Laminate Flooring<br>Location:   306 Kitchen<br>Appearance:  brown,nonfibrous,homogenous<br>Layer:   1  of  4 | Asbestos Present: **NO**<br>No Asbestos Observed | Other - 100% |
| Lab ID #:   109043 - 32a<br>Cust.  #:   HA-16A<br>Material:   Black Mastic<br>Location:   306 Kitchen<br>Appearance:  clear,nonfibrous,homogenous<br>Layer:   2  of  4 | Asbestos Present: **NO**<br>No Asbestos Observed | Other - 100% |
| Lab ID #:   109043 - 32b<br>Cust.  #:   HA-16A<br>Material:   Linoleum<br>Location:   306 Kitchen<br>Appearance:  white,fibrous,nonhomogenous<br>Layer:   3  of  4 | Asbestos Present: **NO**<br>No Asbestos Observed | Cellulose - 2%<br>Fiberglass - 10%<br>Other - 88% |

For Layered Samples, each component will be analyzed and reported separately.

_Robert T. Letarte Jr._, Laboratory Director

Test Method EPA 40 CFR - Part 763 and/or EPA 600/R-93/116 was used to analyze the above samples. Matrix interference and/or resolution limits may yield false/negative results in certain circumstances.  Suspect floor tiles containing <1% should be tested with SEM or TEM.  This certificate of analysis relates only to the samples as submitted and to insure the integrity of the results, may only be reproduced in full.  This certificate must not be used by the customer to claim product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government.  Liability limited to cost of analysis.



NVLAP Lab Code 102118-0

# Certificate of Laboratory Analysis
## Test Method, Polarized Light Microscopy (PLM)

### Project: Arbor One
### Project #: 240179



**Report To:**
Mr. Phil Peterson / Mr. Kaleb Schetter
Environmental Resource Group
28003 Center Oaks Ct., Suite 106
Wixom, MI 48393

| | |
|---|---|
| ARI Report # | 24-109043 |
| Date Collected: | 02/28/24 |
| Date Received: | 02/29/24 |
| Date Analyzed: | 03/04/24 |
| Date Reported: | 03/05/24 |

| Sample Information | Asbestos Type/Percent | Non-Asbestos Material |
|---|---|---|
| **Lab ID #:** 109043 - 33b<br>**Cust. #:** HA-16B<br>**Material:** Linoleum<br>**Location:** 205 Bathroom<br>**Appearance:** white,fibrous,nonhomogenous<br>**Layer:** 3 of 4 | Asbestos Present: **NO**<br>No Asbestos Observed | Cellulose - 2%<br>Fiberglass - 10%<br>Other - 88% |
| **Lab ID #:** 109043 - 33c<br>**Cust. #:** HA-16B<br>**Material:** Glue<br>**Location:** 205 Bathroom<br>**Appearance:** yellow,nonfibrous,homogenous<br>**Layer:** 4 of 4 | Asbestos Present: **NO**<br>No Asbestos Observed | Other - 100% |
| **Lab ID #:** 109043 - 34<br>**Cust. #:** HA-17A<br>**Material:** Insulation Material, Yellow<br>**Location:** 304 Ceiling<br>**Appearance:** yellow,fibrous,homogenous<br>**Layer:** 1 of 1 | Asbestos Present: **NO**<br>No Asbestos Observed | Fiberglass - 80%<br>Other - 20% |

For Layered Samples, each component will be analyzed and reported separately.

Robert T. Letarte Jr., Laboratory Director

Test Method EPA 40 CFR - Part 763 and/or EPA 600/R-93/116 was used to analyze the above samples. Matrix interference and/or resolution limits may yield false/negative results in certain circumstances. Suspect floor tiles containing <1% should be tested with SEM or TEM. This certificate of analysis relates only to the samples as submitted and to insure the integrity of the results, may only be reproduced in full. This certificate must not be used by the customer to claim product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government. Liability limited to cost of analysis.



**NVLAP Lab Code 102118-0**

**APEX Research Inc., 7717 Kensington Ct., Brighton, MI 48116**
**(734) 449-9990, Fax (734) 449-9991**

Page 19 of 35

# Certificate of Laboratory Analysis

## Test Method, Polarized Light Microscopy (PLM)

### Project: Arbor One
### Project #: 240179



**Report To:**
Mr. Phil Peterson / Mr. Kaleb Schetter
Environmental Resource Group
28003 Center Oaks Ct., Suite 106
Wixom, MI 48393

| | |
|---|---|
| ARI Report # | 24-109043 |
| Date Collected: | 02/28/24 |
| Date Received: | 02/29/24 |
| Date Analyzed: | 03/04/24 |
| Date Reported: | 03/05/24 |

| Sample Information | Asbestos Type/Percent | Non-Asbestos Material |
|---|---|---|
| Lab ID #: 109043 - 37<br>Cust. #: HA-18B<br>Material: Balcony Floor Tile, Grey<br>Location: 308 Balcony<br>Appearance: grey,nonfibrous,homogenous<br>Layer: 1 of 2 | Asbestos Present: **NO**<br>No Asbestos Observed | Other - 100% |
| Lab ID #: 109043 - 37a<br>Cust. #: HA-18B<br>Material: Bedding Compound<br>Location: 308 Balcony<br>Appearance: beige,nonfibrous,homogenous<br>Layer: 2 of 2 | Asbestos Present: **NO**<br>No Asbestos Observed | Other - 100% |
| Lab ID #: 109043 - 38<br>Cust. #: HA-19A<br>Material: Caulk, Beige<br>Location: 308 Balcony<br>Appearance: beige,fibrous,homogenous<br>Layer: 1 of 1 | Asbestos Present: **YES**<br>Chrysotile - 5% | Other - 95% |

For Layered Samples, each component will be analyzed and reported separately.

_____
Robert T. Letarte Jr., Laboratory Director

Test Method EPA 40 CFR - Part 763 and/or EPA 600/R-93/116 was used to analyze the above samples. Matrix interference and/or resolution limits may yield false/negative results in certain circumstances. Suspect floor tiles containing <1% should be tested with SEM or TEM. This certificate of analysis relates only to the samples as submitted and to insure the integrity of the results, may only be reproduced in full. This certificate must not be used by the customer to claim product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government. Liability limited to cost of analysis.



TESTING

NVLAP Lab Code 102118-0

APEX Research Inc., 7717 Kensington Ct., Brighton, MI 48116
(734) 449-9990, Fax (734) 449-9991

# Certificate of Laboratory Analysis
## Test Method, Polarized Light Microscopy (PLM)



### Project: Arbor One
### Project #: 240179

**Report To:**
Mr. Phil Peterson / Mr. Kaleb Schetter
Environmental Resource Group
28003 Center Oaks Ct., Suite 106
Wixom, MI 48393

ARI Report #    24-109043
Date Collected:    02/28/24
Date Received:    02/29/24
Date Analyzed:    03/04/24
Date Reported:    03/05/24

| Sample Information | Asbestos Type/Percent | Non-Asbestos Material |
|---|---|---|
| Lab ID #:  109043 - 42<br>Cust. #:  HA-21A<br>Material:  Caulk, Grey<br>Location:  308 Balcony<br>Appearance:  grey,nonfibrous,homogenous<br>Layer:  1  of  1 | Asbestos Present: **NO**<br>No Asbestos Observed | Other - 100% |
| Lab ID #:  109043 - 43<br>Cust. #:  HA-21B<br>Material:  Caulk, Grey<br>Location:  307 Balcony<br>Appearance:  grey,nonfibrous,homogenous<br>Layer:  1  of  1 | Asbestos Present: **NO**<br>No Asbestos Observed | Other - 100% |
| Lab ID #:  109043 - 44<br>Cust. #:  HA-22A<br>Material:  Laminate Bathroom Flooring, Beige<br>Location:  308 Bathroom<br>Appearance:  beige,nonfibrous,homogenous<br>Layer:  1  of  2 | Asbestos Present: **NO**<br>No Asbestos Observed | Other - 100% |

For Layered Samples, each component will be analyzed and reported separately.

Robert T.  Letarte Jr., Laboratory Director

Test Method EPA 40 CFR - Part 763 and/or EPA 600/R-93/116 was used to analyze the above samples. Matrix interference and/or resolution limits may yield false/negative results in certain circumstances.  Suspect floor tiles containing <1% should be tested with SEM or TEM.  This certificate of analysis relates only to the samples as submitted and to insure the integrity of the results, may only be reproduced in full.  This certificate must not be used by the customer to claim product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government.  Liability limited to cost of analysis.



TESTING

NVLAP Lab Code 102118-0

**APEX Research Inc., 7717 Kensington Ct., Brighton, MI 48116**
**(734) 449-9990, Fax (734) 449-9991**

Page 23 of 35

# Certificate of Laboratory Analysis

## Test Method, Polarized Light Microscopy (PLM)

### Project: Arbor One
### Project #: 240179



**Report To:**
Mr. Phil Peterson / Mr. Kaleb Schetter
Environmental Resource Group
28003 Center Oaks Ct., Suite 106
Wixom, MI 48393

| | |
|---|---|
| ARI Report # | 24-109043 |
| Date Collected: | 02/28/24 |
| Date Received: | 02/29/24 |
| Date Analyzed: | 03/04/24 |
| Date Reported: | 03/05/24 |

| Sample Information | Asbestos Type/Percent | Non-Asbestos Material |
|---|---|---|
| Lab ID #:  109043 - 46<br>Cust.  #:  HA-23A<br>Material:  Laminate Flooring, Brown<br>Location:  308 Living Room<br>Appearance:  brown,nonfibrous,homogenous<br>Layer:  1  of  3 | Asbestos Present: **NO**<br>No Asbestos Observed | Other - 100% |
| Lab ID #:  109043 - 46a<br>Cust.  #:  HA-23A<br>Material:  Glue<br>Location:  308 Living Room<br>Appearance:  yellow,nonfibrous,homogenous<br>Layer:  2  of  3 | Asbestos Present: **NO**<br>No Asbestos Observed | Other - 100% |
| Lab ID #:  109043 - 46b<br>Cust.  #:  HA-23A<br>Material:  Black Underlayer - Foam<br>Location:  308 Living Room<br>Appearance:  black,nonfibrous,homogenous<br>Layer:  3  of  3 | Asbestos Present: **NO**<br>No Asbestos Observed | Other - 100% |

For Layered Samples, each component will be analyzed and reported separately.

_Robert T. Letarte Jr._, Laboratory Director

Test Method EPA 40 CFR - Part 763 and/or EPA 600/R-93/116 was used to analyze the above samples. Matrix interference and/or resolution limits may yield false/negative results in certain circumstances.  Suspect floor tiles containing <1% should be tested with SEM or TEM.  This certificate of analysis relates only to the samples as submitted and to insure the integrity of the results, may only be reproduced in full.  This certificate must not be used by the customer to claim product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government.  Liability limited to cost of analysis.



TESTING

**NVLAP Lab Code 102118-0**

**APEX Research Inc., 7717 Kensington Ct., Brighton, MI 48116**
**(734) 449-9990, Fax (734) 449-9991**

# Certificate of Laboratory Analysis

## Test Method, Polarized Light Microscopy (PLM)

### Project: Arbor One
### Project #: 240179



**Report To:**
Mr. Phil Peterson / Mr. Kaleb Schetter
Environmental Resource Group
28003 Center Oaks Ct., Suite 106
Wixom, MI 48393

| | |
|---|---|
| ARI Report # | 24-109043 |
| Date Collected: | 02/28/24 |
| Date Received: | 02/29/24 |
| Date Analyzed: | 03/04/24 |
| Date Reported: | 03/05/24 |

| Sample Information | Asbestos Type/Percent | Non-Asbestos Material |
|---|---|---|
| **Lab ID #:** 109043 - 47c<br>**Cust. #:** HA-23B<br>**Material:** Glue<br>**Location:** 207 Kitchen<br>**Appearance:** yellow,nonfibrous,homogenous<br>**Layer:** 4 of 6 | Asbestos Present: **NO**<br>No Asbestos Observed | Other - 100% |
| **Lab ID #:** 109043 - 47d<br>**Cust. #:** HA-23B<br>**Material:** Floor Tile<br>**Location:** 207 Kitchen<br>**Appearance:** beige,nonfibrous,homogenous<br>**Layer:** 5 of 6 | Asbestos Present: **NO**<br>No Asbestos Observed | Other - 100% |
| **Lab ID #:** 109043 - 47e<br>**Cust. #:** HA-23B<br>**Material:** Glue<br>**Location:** 207 Kitchen<br>**Appearance:** clear,nonfibrous,homogenous<br>**Layer:** 6 of 6 | Asbestos Present: **NO**<br>No Asbestos Observed | Other - 100% |

For Layered Samples, each component will be analyzed and reported separately.

Robert T.  Letarte Jr., Laboratory Director

Test Method EPA 40 CFR - Part 763 and/or EPA 600/R-93/116 was used to analyze the above samples. Matrix interference and/or resolution limits may yield false/negative results in certain circumstances. Suspect floor tiles containing <1% should be tested with SEM or TEM.  This certificate of analysis relates only to the samples as submitted and to insure the integrity of the results, may only be reproduced in full.  This certificate must not be used by the customer to claim product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government.  Liability limited to cost of analysis.



**NVLAP Lab Code 102118-0**

**APEX Research Inc., 7717 Kensington Ct., Brighton, MI 48116**
**(734) 449-9990, Fax (734) 449-9991**

# Certificate of Laboratory Analysis

## Test Method, Polarized Light Microscopy (PLM)

### Project: Arbor One
### Project #: 240179



**Report To:**
Mr. Phil Peterson / Mr. Kaleb Schetter
Environmental Resource Group
28003 Center Oaks Ct., Suite 106
Wixom, MI 48393

| | |
|---|---|
| ARI Report # | 24-109043 |
| Date Collected: | 02/28/24 |
| Date Received: | 02/29/24 |
| Date Analyzed: | 03/04/24 |
| Date Reported: | 03/05/24 |

| Sample Information | Asbestos Type/Percent | Non-Asbestos Material |
|---|---|---|
| **Lab ID #:** 109043 - 49a<br>**Cust. #:** HA-24B<br>**Material:** White Mastic<br>**Location:** 1st Floor South Stairs<br>**Appearance:** white,nonfibrous,homogenous<br>**Layer:** 2 of 2 | Asbestos Present: **NO**<br>No Asbestos Observed | Other - 100% |
| **Lab ID #:** 109043 - 50<br>**Cust. #:** HA-25A<br>**Material:** 12"x12" Ceramic Floor Tile, Red<br>**Location:** 208 Bathroom<br>**Appearance:** white,nonfibrous,homogenous<br>**Layer:** 1 of 2 | Asbestos Present: **NO**<br>No Asbestos Observed | Other - 100% |
| **Lab ID #:** 109043 - 50a<br>**Cust. #:** HA-25A<br>**Material:** Bedding Tile<br>**Location:** 208 Bathroom<br>**Appearance:** beige,nonfibrous,homogenous<br>**Layer:** 2 of 2 | Asbestos Present: **NO**<br>No Asbestos Observed | Other - 100% |

For Layered Samples, each component will be analyzed and reported separately.

_____
Robert T. Letarte Jr., Laboratory Director

Test Method EPA 40 CFR - Part 763 and/or EPA 600/R-93/116 was used to analyze the above samples. Matrix interference and/or resolution limits may yield false/negative results in certain circumstances. Suspect floor tiles containing <1% should be tested with SEM or TEM. This certificate of analysis relates only to the samples as submitted and to insure the integrity of the results, may only be reproduced in full. This certificate must not be used by the customer to claim product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government. Liability limited to cost of analysis.



TESTING

**NVLAP Lab Code 102118-0**

**APEX Research Inc., 7717 Kensington Ct., Brighton, MI 48116**
**(734) 449-9990, Fax (734) 449-9991**

# Certificate of Laboratory Analysis
## Test Method, Polarized Light Microscopy (PLM)



### Project: Arbor One
### Project #: 240179

**Report To:**
Mr. Phil Peterson / Mr. Kaleb Schetter
Environmental Resource Group
28003 Center Oaks Ct., Suite 106
Wixom, MI 48393

| | |
|---|---|
| ARI Report # | 24-109043 |
| Date Collected: | 02/28/24 |
| Date Received: | 02/29/24 |
| Date Analyzed: | 03/04/24 |
| Date Reported: | 03/05/24 |

| Sample Information | Asbestos Type/Percent | Non-Asbestos Material |
|---|---|---|
| **Lab ID #:** 109043 - 53<br>**Cust. #:** HA-26B<br>**Material:** Patterned Ceiling Texture, White<br>**Location:** 205 Ceiling<br>**Appearance:** white,nonfibrous,homogenous<br>**Layer:** 1 of 1 | Asbestos Present: **NO**<br>No Asbestos Observed | Other - 100% |
| **Lab ID #:** 109043 - 54<br>**Cust. #:** HA-27A<br>**Material:** Transition Strip, Grey<br>**Location:** 204 Bedroom<br>**Appearance:** grey,nonfibrous,homogenous<br>**Layer:** 1 of 1 | Asbestos Present: **NO**<br>No Asbestos Observed | Other - 100% |
| **Lab ID #:** 109043 - 55<br>**Cust. #:** HA-27B<br>**Material:** Transition Strip, Grey<br>**Location:** 102 Front Door<br>**Appearance:** grey,nonfibrous,homogenous<br>**Layer:** 1 of 1 | Asbestos Present: **NO**<br>No Asbestos Observed | Other - 100% |

For Layered Samples, each component will be analyzed and reported separately.

Robert T. Letarte Jr., Laboratory Director

Test Method EPA 40 CFR - Part 763 and/or EPA 600/R-93/116 was used to analyze the above samples. Matrix interference and/or resolution limits may yield false/negative results in certain circumstances. Suspect floor tiles containing <1% should be tested with SEM or TEM. This certificate of analysis relates only to the samples as submitted and to insure the integrity of the results, may only be reproduced in full. This certificate must not be used by the customer to claim product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government. Liability limited to cost of analysis.



TESTING

NVLAP Lab Code 102118-0

**APEX Research Inc., 7717 Kensington Ct., Brighton, MI 48116**
**(734) 449-9990, Fax (734) 449-9991**

# Certificate of Laboratory Analysis

## Test Method, Polarized Light Microscopy (PLM)

### Project: Arbor One
### Project #: 240179



**Report To:**
Mr. Phil Peterson / Mr. Kaleb Schetter
Environmental Resource Group
28003 Center Oaks Ct., Suite 106
Wixom, MI 48393

| | |
|---|---|
| ARI Report # | 24-109043 |
| Date Collected: | 02/28/24 |
| Date Received: | 02/29/24 |
| Date Analyzed: | 03/04/24 |
| Date Reported: | 03/05/24 |

| Sample Information | Asbestos Type/Percent | Non-Asbestos Material |
|---|---|---|
| Lab ID #: 109043 - 57<br>Cust. #: HA-28B<br>Material: Patterned Grey Laminate Floor<br>Location: 108 Hallway<br>Appearance: grey,nonfibrous,homogenous<br>Layer: 1 of 3 | Asbestos Present: **NO**<br>No Asbestos Observed | Other - 100% |
| Lab ID #: 109043 - 57a<br>Cust. #: HA-28B<br>Material: Glue<br>Location: 108 Hallway<br>Appearance: yellow,nonfibrous,homogenous<br>Layer: 2 of 3 | Asbestos Present: **NO**<br>No Asbestos Observed | Other - 100% |
| Lab ID #: 109043 - 57b<br>Cust. #: HA-28B<br>Material: Black Backing - Foam<br>Location: 108 Hallway<br>Appearance: black,nonfibrous,homogenous<br>Layer: 3 of 3 | Asbestos Present: **NO**<br>No Asbestos Observed | Other - 100% |

For Layered Samples, each component will be analyzed and reported separately.

Robert T. Letarte Jr., Laboratory Director

Test Method EPA 40 CFR - Part 763 and/or EPA 600/R-93/116 was used to analyze the above samples. Matrix interference and/or resolution limits may yield false/negative results in certain circumstances. Suspect floor tiles containing <1% should be tested with SEM or TEM. This certificate of analysis relates only to the samples as submitted and to insure the integrity of the results, may only be reproduced in full. This certificate must not be used by the customer to claim product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government. Liability limited to cost of analysis.



NVLAP Lab Code 102118-0

# Certificate of Laboratory Analysis

## Test Method, Polarized Light Microscopy (PLM)

Project: Arbor One
Project #: 240179



**Report To:**
Mr. Phil Peterson / Mr. Kaleb Schetter
Environmental Resource Group
28003 Center Oaks Ct., Suite 106
Wixom, MI 48393

| | |
|---|---|
| ARI Report # | 24-109043 |
| Date Collected: | 02/28/24 |
| Date Received: | 02/29/24 |
| Date Analyzed: | 03/04/24 |
| Date Reported: | 03/05/24 |

| Sample Information | Asbestos Type/Percent | Non-Asbestos Material |
|---|---|---|
| Lab ID #:  109043 - 61<br>Cust.  #:  HA-30B<br>Material:  Transition Strip, Tan<br>Location:  108 Bedroom<br>Appearance:  brown,nonfibrous,homogenous<br>Layer:  1  of  1 | Asbestos Present: **NO**<br>No Asbestos Observed | Other - 100% |
| Lab ID #:  109043 - 62<br>Cust.  #:  HA-31A<br>Material:  Caulk, Black/Tar<br>Location:  Electrical Room Exterior<br>Appearance:  black,fibrous,homogenous<br>Layer:  1  of  1 | Asbestos Present: **YES**<br>Chrysotile - 10% | Other - 90% |
| Lab ID #:  109043 - 63<br>Cust.  #:  HA-31B<br>Material:  Caulk, Black/Tar<br>Location:  Electrical Room Exterior<br>Appearance:<br>Layer:  1  of  1 | Asbestos Present:<br><br>NOT ANALYZED | |

For Layered Samples, each component will be analyzed and reported separately.

Robert T.  Letarte Jr., Laboratory Director

Test Method EPA 40 CFR - Part 763 and/or EPA 600/R-93/116 was used to analyze the above samples. Matrix interference and/or resolution limits may yield false/negative results in certain circumstances.  Suspect floor tiles containing <1% should be tested with SEM or TEM.  This certificate of analysis relates only to the samples as submitted and to insure the integrity of the results, may only be reproduced in full.  This certificate must not be used by the customer to claim product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government.  Liability limited to cost of analysis.



NVLAP Lab Code 102118-0

**APEX Research Inc., 7717 Kensington Ct., Brighton, MI 48116**
**(734) 449-9990, Fax (734) 449-9991**

Page 35 of 35

**Apex # 109043** Page 2

# APEX Research, Inc.

7717 Kensington Ct., Brighton, MI 48116 Phone: (734) 449 - 9990, Fax (734) 449 - 9991 www.ApexMI.com

Company: EAG

Customer Name: Phil Peterson

Address: 28003 Center Oaks Ct Ste 106

City, St., Zip: Wixom MI 48393

Phone: (517) 216-4248 Fax:

Date of Survey: 2/15/24

Project Name: Arbor One

Project #: 240179

Contact Person: Phil Peterson

Email: phill.peterson@epgh.net

**Turn Around Time:** (circle one) \*Daily Sample Reception Cutoff: 3 pm, Lead Same Day Cutoff: 10:30 am

- Same Day
- 48 Hour
- 24 Hour
- 3-5 Day
- Other: _____

TYP Yes / no
(Test Till Positive)

\*\*\*If RUSH, please specify above.
\*\*\*Terms & Conditions on other side

**Circle analyses required, indicate type and quantity**

| | | |
|---|---|---|
| Asbestos: Bulk ☒ | Air ___ | Other ___ Point Count |
| Lead / Cad / Chrome: Paint | Air ___ | Wipe ASTM E1792? circle YES or NO |
| Mold: Bulk | Air ___ | Tape ___ Other ___ |
| Smoke/Soot/Char: Bulk | Wipe | Tape ___ Other ___ |

| Lab ID | Customer ID # | Material/Location | Volume | Area | Results |
|---|---|---|---|---|---|
| | HA-8A | Caulk, white | | 3rd floor laundry | |
| | HA-8B | " | | 1st floor laundry | |
| | HA-9A | lam mate floor, gray, black mastic | | 3rd first hall | |
| | HA-9B | " | | 304 [?] [?] [?] [?] | |
| | HA-10A | 14x1 ceramic floor, tile bedding comp and grey | | 303 bathroom | |
| | HA-10B | " | | 305 bathroom | |
| | HA-11A | transition strip brown | | 303 bedroom | |
| | HA-11B | " | | 305 bedroom | |
| | HA-12A | carpet mastic, white, with mastering? | | 303 bedroom | |
| | HA-12B | " | | 308 bedroom | |
| | HA-13A | Door insulation master of white | | 303 door | |
| | HA-13B | " | | 303 door | |
| | HA-14A | ceramic shower wall tile, white, grout mastic | | 306 bathroom | |
| | HA-14B | " | | 108 bathroom | |
| | HA-15A | Sink undercoating, block | | 306 kitchen | |

Relinquished By: Todd S
Date: 2/28/24

Received By: _____
Time/Date: _____

Relinquished By: _____
Date: _____

Received By: _____
Time/Date: _____

Received By: [signature]
Time/Date: 0800 FEB 29 2024

RECEIVED


APEX RESEARCH

Apex # **109043**

Page 4

# APEX Research, Inc.

7717 Kensington Ct., Brighton, MI 48116  Phone: (734) 449 - 9990, Fax (734) 449 - 9991  www.ApexMI.com

Company: EAC
Customer Name: Phil Peterson
Address: 28003 Central Oaks Ct ste 106
City, St, Zip: Wixom MI 48393
Phone: (517) 256-4248  Fax:

Date of Survey: 2/28/24
Project Name: Arbor One
Project #: 240172
Contact Person: Phil Peterson
Email: phillip.peterson@egrp.net

**Turn Around Time:** (circle one) **Daily Sample Reception Cutoff: 3 pm, Lead Same Day Cutoff: 10:30 am**

Same Day
48 Hour
24 Hour
3-5 Day
Other:
TTP yes / no
(Test Fill Positive)

If RUSH, please specify above.
***Terms & Conditions on other side

**Circle analyses required, indicate type and quantity**

| | | |
|---|---|---|
| Asbestos: | Bulk | Air ___ Other ___ |
| Lead / Cad / Chrome: | Paint | Air ___ Wipe ASTM E1792? circle YES or NO  Point Count ___ |
| Mold: | Bulk | Air ___ Tape ___ Other ___ |
| Smoke/Soot/Char: | Bulk | Wipe ___ Tape ___ Other ___ |

| Lab ID | Customer ID # | Material/Location | Volume | Area | Results |
|---|---|---|---|---|---|
| | HA-27A | textured flooring, brown/black underlayer | | 308 crawlspace | |
| | HA-27B | " | | 207 kitchen | |
| | HA-29A | stairwell carpet, blue, white mastic | | 3rd floor south stairs | |
| | HA-24B | " | | 1st floor | |
| | HA-25A | 12x12 ceramic floor tile, bedding tile, red | | 105 bathroom 208 bathroom | |
| | HA-25B | " | | 107 bathroom | |
| | HA-26A | patterned ceiling texture, white | | 205 ceiling | |
| | HA-26B | " | | 201 bedroom | |
| | HA-27A | transition strip, grey | | 102 front door | |
| | HA-27B | " | | | |
| | HA-28A | patterned grey laminate floor, black backing | | 104 kitchen | |
| | HA-28B | " | | 108 hallway | |
| | HA-29A | " | | 108 bedroom | |
| | HA-27B | transition strip, black | | 108 bedroom | |
| | HA-3CA | transition strip, area | | 108 bedroom | |

Relinquished By: _Zell_
Date: 2/28/24

Received By:
Time/Date:

Relinquished By:
Date:

Received By:
Time/Date:

RECEIVED
FEB 29 2024
APEX RESEARCH

Received By: _(signature)_
Time/Date:

# Certificate of Laboratory Analysis

## Test Method, Polarized Light Microscopy (PLM)

### Project: Arbor One
### Project #: 240179



**Report To:**
Mr. Phil Peterson / Mr. Kaleb Schetter
Environmental Resource Group
28003 Center Oaks Ct., Suite 106
Wixom, MI 48393

| | |
|---|---|
| ARI Report # | 24-109133 |
| Date Collected: | 03/04/24 |
| Date Received: | 03/04/24 |
| Date Analyzed: | 03/06/24 |
| Date Reported: | 03/06/24 |

| Sample Information | Asbestos Type/Percent | Non-Asbestos Material |
|---|---|---|
| **Lab ID #:** 109133 - 01<br>**Cust. #:** HA-32A<br>**Material:** Ceiling Glue, Yellow<br>**Location:** 3rd Floor Hall<br>**Appearance:** yellow,nonfibrous,homogenous<br>**Layer:** 1 of 1 | Asbestos Present: **NO**<br>No Asbestos Observed | Other - 100% |
| **Lab ID #:** 109133 - 02<br>**Cust. #:** HA-32B<br>**Material:** Ceiling Glue, Yellow<br>**Location:** 3rd Floor Hall<br>**Appearance:** yellow,nonfibrous,homogenous<br>**Layer:** 1 of 1 | Asbestos Present: **NO**<br>No Asbestos Observed | Other - 100% |
| **Lab ID #:**<br>**Cust. #:**<br>**Material:**<br>**Location:**<br>**Appearance:**<br>**Layer:** of | Asbestos Present: | |

For Layered Samples, each component will be analyzed and reported separately.

Robert T. Letarte Jr., Laboratory Director

Test Method EPA 40 CFR - Part 763 and/or EPA 600/R-93/116 was used to analyze the above samples. Matrix interference and/or resolution limits may yield false/negative results in certain circumstances. Suspect floor tiles containing <1% should be tested with SEM or TEM. This certificate of analysis relates only to the samples as submitted and to insure the integrity of the results, may only be reproduced in full. This certificate must not be used by the customer to claim product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government. Liability limited to cost of analysis.



**NVLAP Lab Code 102118-0**

**APEX Research Inc., 7717 Kensington Ct., Brighton, MI 48116**
**(734) 449-9990, Fax (734) 449-9991**

# APPENDIX E

# DIGITAL PHOTOGRAPH LOG



Photograph Date:  February 28, 2024
Photo taken by:  K. Schetter
Site:  799 Green Road, Ypsilanti, Michigan
ERG Project No.:  240179





4.   Asbestos-containing exterior caulk







## SITE DATA
Gross Land Area: 236,778 S.F or 5 436 Acres.

Total Parking: 215 striped spaces including 1 striped barrier free (handicap) space

## ZONING DATA
Zoned: MD Multiple Family Dwelling Residential
Site Requirements:
- Min. Lot Area: 8,000 SF
- Min Lot Width 45' for all buildings
- Max. Lot Coverage: 45%, 106,550 SF
- Min. Open Space: 32,760 SF
- Max Height (Feet) 65'
- Max Height (Stories) 6 Stories
- Front Setback– Along Green Rd 25'
- Front Setback– Along W Clark Rd. 25'
- Corner Setback– Along LeForge 15'
- Side Setback 6'
- Aggregate Side Setback 14'
- Rear Setback 25'
- Parking Side Setback From West Property line 10'
- Building Separation 20'
- Accessory Structure Setback Side. 3'
- Accessory Structure Setback: 7'
- Swimming Pool Setback 4' from any building on same parcel
- Swimming Pool Setback 10' from West Property line

Parking Requirements
230 Required

NOTE: THE ZONING DESIGNATION AND ALL ZONING REQUIREMENTS SHOWN & NOTED ON THIS SURVEY ARE BASED UPON A REPORT FURNISHED BY THE CLIENT (ENTITLED "FINAL ZONING REPORT" ISSUED BY ZONING–INFO, INC., SITE #69992, DATED 08–24–2020). NOWAK & FRAUS ENGINEERS MAKES NO CERTIFICATION OF THE ACCURACY OR COMPLETENESS OF THE ZONING INFORMATION CONTAINED IN SAID REPORT AND NO INDEPENDENT REVIEW HAS BEEN PERFORMED BY THE SURVEYOR. THE BUILDING SETBACK LINES DEPICTED HEREON ARE FOR INFORMATIONAL PURPOSES ONLY A SURVEYOR CANNOT MAKE A CERTIFICATION ON THE BASIS OF AN INTERPRETATION OR OPINION OF ANOTHER PARTY

## BUILDING DATA

| BUILDING NUMBER | SQUARE FOOTAGE |
|---|---|
| 1 | 8,873 |
| 2 | 8,873 |
| 3 | 8,873 |
| 4 | 8,873 |
| 5 | 8,873 |
| 6 | 8,873 |

BUILDING S.F. IS BASED ON EXTERIOR BUILDING DIMENSIONS AT GROUND LEVEL ONLY

ALL APARTMENT BUILDINGS ARE THREE STORIES (TWO STORIES W/ GARDEN VIEW LEVEL) CONSTRUCTED OF WOOD FRAME WITH BRICK AND VINYL EXTERIORS AND A COMPOSITE SHINGLE ROOF

ALL BUILDING HEIGHTS DO NOT EXCEED ±30 5', MEASURED FROM ROOF PEAK TO FINISHED GRADE

## FLOOD HAZARD NOTE
The Property described on this survey does not lie within a Special Flood Hazard Area as defined by the Federal Emergency Management Agency; the property lies within Zone C of the Flood Insurance Rate Map identified as Map No 26161C0288E, bearing an effective date of 04–03–2012

## CEMETERY NOTE
There was no observable evidence of cemeteries or burial grounds within the subject property

## UTILITY NOTE
All utilities are underground unless otherwise noted

The utilities shown on this survey were determined by field observation. All locations are approximate The location of any other underground services which may exist can only be depicted if a Utility Plan is furnished to the surveyor

## LEGEND
- ASPH = Asphalt
- CONC = Concrete
- C = Cable
- CATV = Cable TV
- CB = Catch Basin
- CO = Clean Out
- E = Electric
- G = Gas
- GP = Guard Post
- GV = Gate Valve
- HYD = Hydrant
- LP = Light Pole
- L/S = Landscape
- MH = Man Hole
- MW = Monitor Well
- OH LINES = Overhead Lines
- P = Phone
- PH = Physically Handicapped
- PIV = Post Indicator Valve
- P/L = Property Line
- PM = Parking Meter
- ROW = Right of Way
- SAN = Sanitary Sewer
- SO = Water Shutoff
- STM = Storm Sewer
- TRANS = Transformer
- UP = Utility Pole
- WM = Water Main
- F.I = Found Iron
- S.I = Set Iron
- (R) = Record Measurement
- (M) = Surveyed Measurement
- (C) = Calculated

30 0 15 30 60
GRAPHIC SCALE 1"=30'

PUBLICLY DEDICATED
W. CLARK ROAD (76' WD.)
ASPHALT PAVEMENT W/ CONC. CURB & GUTTER
S 89°58'50" E 449.00'
N 00°49'00" E 527.40'
S 00°49'00" W 527.40'
N 89°58'50" W 449.00'
PUBLICLY DEDICATED
LE FORGE ROAD (76' WD.)
ASPHALT PAVEMENT W/ CONC. CURB & GUTTER
PUBLICLY DEDICATED
GREEN ROAD (50' WD.)
ASPHALT PAVEMENT W/ CONC. CURB & GUTTER
LOT 1
BLDG. #1
No. 721 Green Road
BLDG. #2
No. 1431
LaForge Rd.
BLDG. #3
No. 720 Green Rd.
BLDG. #4
No. 772
Green Rd.
BLDG. #5
No. 1433
LaForge Rd.
BLDG. #6
No. 773
LaForge Rd.
ASPHALT PARKING LOT
POOL AREA
W/ CONC. PATIO
& CHAIN-LINK FENCE
POOL
ASPHALT
-VACANT-
6' VINYL SCREEN FENCE
VINYL FENCE
W OF P/L AS SHOWN
TRASH ENCLOSURE
WALL & ASPH. WEST OF
P/L AS SHOWN
FOUND IRON PIPE
GRAVEL

CLARK RD
GREEN RD
SITE
HURON RIVER
HURON RD
LeFORGE RD
LOCATION MAP

## LEGAL DESCRIPTION (TRACT I)
Land situated in the County of Washtenaw, City of Ypsilanti, State of Michigan, is described as follows

Lot 1, NEWTON ACRES SUBDIVISION, according to the plat thereof as recorded in Liber 19 of Plats, pages 4 and 5, Washtenaw County Records.

Tax Item No. 11–11–05–100–001

## BASIS OF BEARING NOTE
The basis of bearing for this survey was established by the plat of NEWTON ACRES SUBDIVISION, according to the plat thereof as recorded in Liber 19 of Plats, pages 4 and 5, Washtenaw County Records

## TITLE NOTES
2. Rights or claims of parties other than insured in actual possession of any or all of the property

4. Public or private easements, or claims of easements, not shown by the public record.

5 Rights of tenants as tenants only under unrecorded leases.

9 Interest of others in oil, gas and mineral rights, if any, recorded or unrecorded
This page is only a part of a 2016 ALTA® Commitment for Title insurance issued by Old Republic National Title Insurance Company, This

10 Interest, if any, of the United States, State of Michigan, or any political subdivision thereof, in the oil, gas and minerals in and under and that may be produced from the captioned land

11 Rights of automated service or laundry facility providers, if any

12 The rights of upper and lower riparian owners and the rights of others to the free and unobstructed flow of the water of the Superior Number One Drain extending through the subject land, without diminution or pollution

13. No title is insured to any land now or formerly lying in the bed of the Superior Number One Drain and its shore lands extending to the ordinary high–water mark thereof.

14 No title is insured to any land lying in the bed of LeForge Road, abutting, adjoining, passing through or crossing the premises herein

15 Agreement between Gordon, Shubow and Oliver, The Detroit Edison Company and Michigan Bell Telephone Company recorded on October 16, 1967 in Liber 1220 Page 569 [SAID EASEMENT IS PLOTTED HEREON].

16 Conditions, restrictions, covenants, easements and agreements in Easement Grant and Declaration of Restrictions dated September 28, 1967 and recorded November 28, 1967 in Washtenaw County in Liber 1226 Page 265 and any amendments thereto [SAID EASEMENT IS PLOTTED HEREON]

17 Agreement between Mill Development Company, The Detroit Edison Company and Michigan Bell Telephone Company recorded on February 13, 1968 in Liber 1234 Page 421 [BLANKET. DOCUMENT DOES NOT DESCRIBE ANY PLOTTABLE EASEMENTS SUBJECT LAND IS WITHIN THE AREA DESCRIBED ON APPENDIX A]

18 INTENTIONALLY DELETED

19 Right–of–Way Agreement between Highland Construction Company and Michigan Consolidated Gas Company recorded on January 23, 1973 in Liber 1426 Page 511 [NOT WITHIN SUBJECT LAND AND IS NOT PLOTTED]

20 Agreement –Easement –Restrictions recorded on April 27, 1973 in Liber 1436 Page 583 and re–recorded on March 20, 1974 in Liber 1471 Page 673 [NOT WITHIN SUBJECT LAND AND IS NOT PLOTTED].

21. Grant of Easement to Comcast of the South, Inc. recorded on September 20, 2004 in Liber 4425 Page 886 [NOT WITHIN SUBJECT LAND AND IS NOT PLOTTED].

22 Grant of Easement to Comcast of the South, Inc recorded on October 13, 2005 in Liber 4514 Page 74. [NOT WITHIN SUBJECT LAND AND IS NOT PLOTTED].

23. Grant of Easement to Comcast of the South, Inc recorded on April 30, 2013 in Liber 4974 Page 962 [NOT WITHIN SUBJECT LAND AND IS NOT PLOTTED].

24 Grant of Easement to Comcast of the South, Inc recorded on April 30, 2013 in Liber 4974 Page 963 [NOT WITHIN SUBJECT LAND AND IS NOT PLOTTED].

25 INTENTIONALLY DELETED

26 INTENTIONALLY DELETED

27. Laundry Room Lease Agreement dated 09–01–2014 by and between Coinmach Corporation and CPI Apartment Fund 18, LLC [NOT PLOTTABLE– DOCUMENT NOT PROVIDED].

All exceptions shown or noted on this survey were obtained from Title Commitment No. MTAMI–146385, Revision Number 2, with an commitment date of 07–13–2020, issued by Madison Title Agency

## MISC. SURVEY NOTE
The subject land has direct access to Green Road and W. Clark Road, each being a dedicated public right–of–way

## TABLE A NOTES
10(a): Based on an exterior survey of the property, the surveyor did not observe any party walls

16: There was no observable evidence of current earth moving work, building construction or building additions observed in the process of conducting the fieldwork

17 There are no known proposed changes in street right–of–way lines available from the controlling jurisdiction.

17: There was no observable evidence of recent street or sidewalk construction or repairs observed in the process of conducting the fieldwork.

19: Improvements within offsite easements or servitudes as provided by the Title Company are shown within 25 feet of the subject land only

## SURVEYOR'S CERTIFICATION
To
Berkadia Commercial Mortgage LLC
Federal Home Loan Mortgage Corporation, their successors and assigns
VTP A1 LP, a Delaware limited partnership
HGI Opportunity Fund XIV, LP, a Delaware limited liability partnership
HG 2020 Multifamily Holdings, LP, a Delaware limited partnership
HG 2020 Multifamily Select, LP, a Delaware limited partnership
KBS Pinehurst II Owner LLC
GSG SK Owner LLC
3Z Arbor One Owner LLC
VTP Arbor One LLC
VTP Arbor One 18, LLC, a Delaware limited liability company
Madison Title Agency, LLC
Old Republic National Title Insurance Company

This is to certify that this map or plat and the survey on which it is based were made in accordance with the 2016 Minimum Standard Detail Requirements for ALTA/NSPS Land Title Surveys, jointly established and adopted by ALTA and NSPS, and includes Items 2, 3, 4, 6(a), 6(b), 7(a), 7(b1), 7(c), 8, 9, 10(a), 13, 14, 16, 17, 19 and 20 of Table A thereof

The field work was completed on 02–18–2020

Kevin Navaroli, P S.
No 53503
Dated: 03–02–2020
Revised: 08–24–2020

STATE OF MICHIGAN
KEVIN NAVAROLI
PROFESSIONAL SURVEYOR
No. 53503
LICENSED PROFESSIONAL SURVEYOR

NF ENGINEERS
CIVIL ENGINEERS
LAND SURVEYORS
LAND PLANNERS

NOWAK & FRAUS ENGINEERS
46777 WOODWARD AVENUE
PONTIAC, MI 48342
TEL. (248) 332-7931
FAX. (248) 332-8257
www.nowakfraus.com
EMAIL: rfraus@nfe-engr.com

PROJECT
UNIVERSITY GREEN NORTH APARTMENTS

PROJECT LOCATION
No. 772
Green Road
Part of the N.E. 1/4 of Section 5, T.3S., R.7E., City of Ypsilanti, Washtenaw County, MI

SHEET
ALTA/ACSM
Land Title Survey

PARCEL 1

REVISIONS
- 11–15–2010 ORIGINAL SURVEY
- 03–20–2013 UPDATE
- 03–07–2018 UPDATE
- 03–28–2018 Revised
- 04–24–2018 Rev. per Rev's & Rev T.C
- 06–19–2018 Rev. per Rev PZR
- 06–20–2018 Rev per Review
- 03–02–2020 UPDATE
- 03–05–2020 Rev per Lender
- 03–24–2020 Rev Certificate
- 08–13–2020 Rev per Client
- 08–24–2020 Rev. per new Zoning Co./Report

DRAWN BY:
K.N./R.FRAUS
APPROVED BY:
K.N./R.FRAUS
EMAIL:
rfraus@nfe-engr.com
DATE ISSUED:
03-02-2020
SCALE:
1"=30'
NFE JOB NO.
G208
SHEET NO.
1

LEFORGE ROAD (76' WIDE)
CLARK ROAD (66' WIDE)
VILLA DRIVE
NOWAK & FRAUS ENGINEERS
CIVIL ENGINEERS
LAND SURVEYORS
LAND PLANNERS
NEXT DOOR APTS.
ALTA/NSPS Land Title Survey

## BUILDING DEPARTMENT
PAYMENT RECEIPT

*Ypsilanti*
*Pride. Diversity. Heritage.*

**№ 32839**

Date: _4/12/24_

Project Address: _772 Green_

Name: _Jeffry Schuh_

| | | | | | | |
|---|---|---|---|---|---|---|
| ☑ Bldg | 101-4-3710-461-00 | _531.00_ | ☐ Abate | 101-4-3720-607-06 | |
| ☐ Elec | 101-4-3710-461-01 | | ☐ Animal | 101-4-3720-461-06 | |
| ☐ Mech | 101-4-3710-461-02 | | ☐ Copy | 101-4-3710-607-05 | |
| ☐ Plumb | 101-4-3710-461-03 | | ☐ Water | 101-221-39 | |
| ☐ Occup | 101-4-3710-461-04 | | ☐ Zoning | 101-4-3710-607-05 | |
| ☐ Sign | 101-4-3710-461-05 | | ☐ Other | | |
| ☐ HDC | 101-4-7210-477-00 | | | | |

Authorization: _LS_

White: Treasurer's Office Copy    Yellow: Building Dept. Copy

**Total:** _531.00_
**Check #:** _171.00_
**Cash/Charge:** _360.00 MP_
**Grand Total:** _531.00_

For Office Use Only

CITY OF YPSILANTI
RECH: 000065904    4/12/2024    BUILDING PERMITS
TRAN: BLDG    TERM: 009
OPER: JW
REPR: CASH    772 GREEN
BUILDING PERMITS
TENDERED:
APPLIED:
CHANGE:
531.000R
1 CASH
1 CREDIT CA
360.00
171.00
531.00-
0.00
12:08 PM

Approved, SCAO

| | | Original - Court | 2nd copy - Plaintiff |
| | | 1st copy - Defendant | 3rd copy - Return |

| STATE OF MICHIGAN | | CASE NUMBER |
|---|---|---|
| 22nd   **JUDICIAL DISTRICT** **JUDICIAL CIRCUIT** **COUNTY** | **SUMMONS** | 25-000262-CH JUDGE CAROL KUHNKE |

**Court address**
101 E. Huron Street, P.O. Box 8645, Ann Arbor, MI 48107-8645

**Court telephone number**
(734) 222-3270

| Plaintiff's name, address, and telephone number | | Defendant's name, address, and telephone number |
|---|---|---|
| **Washtenaw County Prosecutor ex rel. State of Michigan;** **P.O. Box 8645, Ann Arbor, MI 48107; (734) 222-6620** **City of Ypsilanti; 1 S. Huron St., Ypsilanti, MI 48197; (734) 483-1810** | v | **ValleyTree Partners LLC** **c/o Samuel Rosenthal (Registered Agent)** **30 Sea Point Drive, Lakewood, NJ 08701** |

| Plaintiff's attorney bar number, address, and telephone number | | |
|---|---|---|
| **Todd Ryan (P81848); P.O. Box 8645, Ann Arbor, MI 48107; (734) 622-9049; ryant@washtenaw.org** **Randolph T. Barker (P62604); 350 S. Main St., Ste. 400, Ann Arbor, MI 48104; (734) 761-9000; barker@cmplaw.com** | | **920 E. County Line Road, Suite 103 (Registered Office) Lakewood, NJ 08701** **sam@valleytreepartners.com** **jack@valleytreepartners.com** |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

### Domestic Relations Case

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

### Civil Case

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☑ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☑ this court, ☑ <u>14A-1 District Court; U.S. District Court, E.D. Mich; Ypsi Admin Bureau</u> Court, where

it was given case number <u>See attached Complaint</u> and assigned to Judge <u>Kuhnke; Simpson; Leitman; Hearings Officer</u>

The action ☑ remains ☐ is no longer pending.

Summons section completed by court clerk.

**SUMMONS**

**NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk | |
|---|---|---|---|
| 2/21/2025 | 5/23/2025 | /s/ Lawrence Kestenbaum | /s/ Xavier Malcolm February 21, 2025 |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01  (3/23)  **SUMMONS**                    MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105
SRA

25-000262-CH

**Summons**   (3/23)                                         **Case Number** _____

## PROOF OF SERVICE

**TO PROCESS SERVER**: You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

## CERTIFICATE OF SERVICE / NONSERVICE

☐ I served   ☐ personally   ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached)   a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled | Fee $ | **TOTAL FEE** $ | Name (type or print) |

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the summons and complaint, together with

_____ on _____ .
Attachments (if any)                                    Date and time

_____ on behalf of _____
Signature

_____
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105

Approved, SCAO

| | | Original - Court | 2nd copy - Plaintiff |
| | | 1st copy - Defendant | 3rd copy - Return |

| **STATE OF MICHIGAN** | | **CASE NUMBER** |
|---|---|---|
| **22nd** **JUDICIAL DISTRICT JUDICIAL CIRCUIT COUNTY** | **SUMMONS** | **25-000262-CH** **JUDGE CAROL KUHNKE** |

**Court address**
101 E. Huron Street, P.O. Box 8645, Ann Arbor, MI 48107-8645

**Court telephone number**
(734) 222-3270

| Plaintiff's name, address, and telephone number | | Defendant's name, address, and telephone number |
|---|---|---|
| **Washtenaw County Prosecutor ex rel. State of Michigan;** **P.O. Box 8645, Ann Arbor, MI 48107; (734) 222-6620** **City of Ypsilanti; 1 S. Huron St., Ypsilanti, MI 48197; (734) 483-1810** | **v** | **Samuel Rosenthal** **29 Shady Lane Drive** **Lakewood, NJ 08701** **30 Sea Point Drive** **Lakewood, NJ 08701** **sam@valleytreepartners.com** |

Plaintiff's attorney bar number, address, and telephone number
**Todd Ryan (P81848); P.O. Box 8645, Ann Arbor, MI 48107; (734) 622-9049; ryant@washtenaw.org**
**Randolph T. Barker (P62604); 350 S. Main St., Ste. 400, Ann Arbor, MI 48104; (734) 761-9000; barker@cmplaw.com**

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

### Domestic Relations Case

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

### Civil Case

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☑ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☑ this court, ☑ 14A-1 District Court; U.S. District Court, E.D. Mich; Ypsi Admin Bureau Court, where

it was given case number See attached Complaint and assigned to Judge Kuhnke; Simpson; Leitman; Hearings Officer

The action ☑ remains ☐ is no longer pending.

Summons section completed by court clerk.

**SUMMONS**

**NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk | /s/ Xavier Malcolm |
|---|---|---|---|
| 2/21/2025 | 5/23/2025 | /s/ Lawrence Kestenbaum | February 21, 2025 |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

25-000262-CH

**Summons**   (3/23)                                    **Case Number** _____

---

### PROOF OF SERVICE

**TO PROCESS SERVER**: You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

### CERTIFICATE OF SERVICE / NONSERVICE

☐ I served    ☐ personally    ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached)    a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled | Fee $ | **TOTAL FEE** $ | Name (type or print) |

---

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the summons and complaint, together with

_____ on _____ .
Attachments (if any)                                                    Date and time

_____ on behalf of _____
Signature

_____
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105

Approved, SCAO

|  | Original - Court | 2nd copy - Plaintiff |
|---|---|---|
|  | 1st copy - Defendant | 3rd copy - Return |

| STATE OF MICHIGAN | | CASE NUMBER |
|---|---|---|
| **22nd**    JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY | **SUMMONS** | **25-000262-CH**<br>JUDGE CAROL<br>KUHNKE |

| Court address | Court telephone number |
|---|---|
| **101 E. Huron Street, P.O. Box 8645, Ann Arbor, MI 48107-8645** | **(734) 222-3270** |

| Plaintiff's name, address, and telephone number | | Defendant's name, address, and telephone number |
|---|---|---|
| **Washtenaw County Prosecutor ex rel. State of Michigan;**<br>**P.O. Box 8645, Ann Arbor, MI 48107; (734) 222-6620**<br>**City of Ypsilanti; 1 S. Huron St., Ypsilanti, MI 48197; (734)**<br>**483-1810** | **v** | **VTP A1 LP**<br><br>**c/o VCorp Services, LLC (Resident Agent)**<br>**40600 Ann Arbor Road E, Suite 201, Plymouth, MI 48170** |
| Plaintiff's attorney bar number, address, and telephone number<br>**Todd Ryan (P81848); P.O. Box 8645, Ann Arbor, MI 48107;**<br>**(734) 622-9049; ryant@washtenaw.org**<br>**Randolph T. Barker (P62604); 350 S. Main St., Ste. 400, Ann**<br>**Arbor, MI 48104; (734) 761-9000; barker@cmplaw.com** | | **920 E. County Line Road, Suite 103 (Registered Office)**<br>**Lakewood, NJ 08701**<br><br>**sam@valleytreepartners.com**<br>**jack@valleytreepartners.com** |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

### Domestic Relations Case

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

### Civil Case

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☑ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☑ this court, ☑ **14A-1 District Court; U.S. District Court, E.D. Mich; Ypsi Admin Bureau** Court, where

it was given case number **See attached Complaint** and assigned to Judge **Kuhnke; Simpson; Leitman; Hearings Officer**

The action ☑ remains ☐ is no longer pending.

Summons section completed by court clerk.

**SUMMONS**

**NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk | /s/ Xavier Malcolm |
|---|---|---|---|
| 2/21/2025 | 5/23/2025 | /s/ Lawrence Kestenbaum | February 21, 2025 |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

| MC 01   (3/23)   **SUMMONS** | MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105 |
|---|---|
| SRA | |

25-000262-CH

**Summons**   (3/23)                                                    Case Number _____

| PROOF OF SERVICE |

**TO PROCESS SERVER**: You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

| CERTIFICATE OF SERVICE / NONSERVICE |

☐ I served   ☐ personally   ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached)   a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|------|--------------------------|
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled | Fee $ | | Signature |
|---------------|----------------|-------|--|-----------|
| Incorrect address fee $ | Miles traveled | Fee $ | TOTAL FEE $ | Name (type or print) |

| ACKNOWLEDGMENT OF SERVICE |

I acknowledge that I have received service of a copy of the summons and complaint, together with

_____ on _____ .
Attachments (if any)                                    Date and time

_____ on behalf of _____
Signature

_____
Name (type or print)

Approved, SCAO

| | | Original - Court | 2nd copy - Plaintiff |
| | | 1st copy - Defendant | 3rd copy - Return |

| **STATE OF MICHIGAN** | | **CASE NUMBER** |
| 22nd  **JUDICIAL DISTRICT**  **JUDICIAL CIRCUIT**  **COUNTY** | **SUMMONS** | 25-000262-CH  JUDGE CAROL KUHNKE |

| Court address | Court telephone number |
| 101 E. Huron Street, P.O. Box 8645, Ann Arbor, MI 48107-8645 | (734) 222-3270 |

| Plaintiff's name, address, and telephone number | | Defendant's name, address, and telephone number |
| Washtenaw County Prosecutor ex rel. State of Michigan; P.O. Box 8645, Ann Arbor, MI 48107; (734) 222-6620 City of Ypsilanti; 1 S. Huron St., Ypsilanti, MI 48197; (734) 483-1810 | v | VTP Arbor JV LP  c/o VCorp Services, LLC (Resident Agent)  108 W. 13th Street, Suite 100, Wilmington, DE 19801  sam@valleytreepartners.com  jack@valleytreepartners.com |
| Plaintiff's attorney bar number, address, and telephone number | | |
| Todd Ryan (P81848); P.O. Box 8645, Ann Arbor, MI 48107; (734) 622-9049; ryant@washtenaw.org  Randolph T. Barker (P62604); 350 S. Main St., Ste. 400, Ann Arbor, MI 48104; (734) 761-9000; barker@cmplaw.com | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

## Domestic Relations Case

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

## Civil Case

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☑ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☑ this court, ☑ 14A-1 District Court; U.S. District Court, E.D. Mich; Ypsi Admin Bureau   Court, where

it was given case number  See attached Complaint   and assigned to Judge  Kuhnke; Simpson; Leitman; Hearings Officer

The action ☑ remains ☐ is no longer pending.

Summons section completed by court clerk.

**SUMMONS**

**NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk | /s/ Xavier Malcolm |
| 2/21/2025 | 5/23/2025 | /s/ Lawrence Kestenbaum | February 21, 2025 |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01   (3/23)   **SUMMONS**                                                                MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105
SRA

25-000262-CH

**Summons**   (3/23)                                    **Case Number** _____

### PROOF OF SERVICE

**TO PROCESS SERVER**: You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

### CERTIFICATE OF SERVICE / NONSERVICE

☐ I served   ☐ personally   ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached)   a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled | Fee $ | **TOTAL FEE** $ | Name (type or print) |

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the summons and complaint, together with

_____ on _____ .
Attachments (if any)                                              Date and time

_____ on behalf of _____
Signature

_____
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105

Approved, SCAO

| | | Original - Court | 2nd copy - Plaintiff |
| | | 1st copy - Defendant | 3rd copy - Return |

| STATE OF MICHIGAN | | CASE NUMBER |
| 22nd **JUDICIAL DISTRICT** **JUDICIAL CIRCUIT** **COUNTY** | **SUMMONS** | 25-000262-CH JUDGE CAROL KUHNKE |

| Court address | Court telephone number |
| **101 E. Huron Street, P.O. Box 8645, Ann Arbor, MI 48107-8645** | **(734) 222-3270** |

| Plaintiff's name, address, and telephone number | | Defendant's name, address, and telephone number |
| **Washtenaw County Prosecutor ex rel. State of Michigan;** **P.O. Box 8645, Ann Arbor, MI 48107; (734) 222-6620** **City of Ypsilanti; 1 S. Huron St., Ypsilanti, MI 48197; (734) 483-1810** | v | **VTP Arbor One LLC** **c/o VCorp Services, LLC (Resident Agent)** **108 W. 13th Street, Suite 100, Wilmington, DE 19801** **sam@valleytreepartners.com** **jack@valleytreepartners.com** |
| Plaintiff's attorney bar number, address, and telephone number **Todd Ryan (P81848); P.O. Box 8645, Ann Arbor, MI 48107; (734) 622-9049; ryant@washtenaw.org** **Randolph T. Barker (P62604); 350 S. Main St., Ste. 400, Ann Arbor, MI 48104; (734) 761-9000; barker@cmplaw.com** | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

### Domestic Relations Case

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

### Civil Case

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☑ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☑ this court, ☑ <u>14A-1 District Court; U.S. District Court, E.D. Mich; Ypsi Admin Bureau</u> Court, where

it was given case number <u>See attached Complaint</u> and assigned to Judge <u>Kuhnke; Simpson; Leitman; Hearings Officer</u>

The action ☑ remains ☐ is no longer pending.

Summons section completed by court clerk.

| **SUMMONS** |

**NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk | /s/ Xavier Malcolm |
| 2/21/2025 | 5/23/2025 | /s/ Lawrence Kestenbaum | February 21, 2025 |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01 (3/23) **SUMMONS**                                        MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105
SRA

25-000262-CH

**Summons**   (3/23)                                                    **Case Number** _____

<div align="center">

## PROOF OF SERVICE

</div>

**TO PROCESS SERVER**: You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

<div align="center">

### CERTIFICATE OF SERVICE / NONSERVICE

</div>

☐ I served   ☐ personally   ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached)   a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled | Fee $ | **TOTAL FEE** $ | Name (type or print) |

<div align="center">

### ACKNOWLEDGMENT OF SERVICE

</div>

I acknowledge that I have received service of a copy of the summons and complaint, together with

_____ on _____ .
Attachments (if any)                                            Date and time

_____ on behalf of _____
Signature

_____
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105

Approved, SCAO

| | | | |
|---|---|---|---|
| | Original - Court | 2nd copy - Plaintiff | |
| | 1st copy - Defendant | 3rd copy - Return | |

| STATE OF MICHIGAN | | CASE NUMBER |
|---|---|---|
| **22nd** JUDICIAL DISTRICT / JUDICIAL CIRCUIT / COUNTY | **SUMMONS** | 25-000262-CH JUDGE CAROL KUHNKE |

Court address: **101 E. Huron Street, P.O. Box 8645, Ann Arbor, MI 48107-8645**

Court telephone number: **(734) 222-3270**

Plaintiff's name, address, and telephone number
**Washtenaw County Prosecutor ex rel. State of Michigan;**
**P.O. Box 8645, Ann Arbor, MI 48107; (734) 222-6620**
**City of Ypsilanti; 1 S. Huron St., Ypsilanti, MI 48197; (734) 483-1810**

Plaintiff's attorney bar number, address, and telephone number
**Todd Ryan (P81848); P.O. Box 8645, Ann Arbor, MI 48107;**
**(734) 622-9049; ryant@washtenaw.org**
**Randolph T. Barker (P62604); 350 S. Main St., Ste. 400, Ann Arbor, MI 48104; (734) 761-9000; barker@cmplaw.com**

v

Defendant's name, address, and telephone number
**VTP River Woods, LLC**

**c/o VCorp Services, LLC (Resident Agent)**
**108 W. 13th Street, Suite 100, Wilmington, DE 19801**

**sam@valleytreepartners.com**
**jack@valleytreepartners.com**

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

### Domestic Relations Case

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

### Civil Case

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☑ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☑ this court, ☑ 14A-1 District Court; U.S. District Court, E.D. Mich; Ypsi Admin Bureau Court, where

it was given case number _See attached Complaint_ and assigned to Judge _Kuhnke; Simpson; Leitman; Hearings Officer_

The action ☑ remains ☐ is no longer pending.

Summons section completed by court clerk.

**SUMMONS**

**NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk | /s/ Xavier Malcolm |
|---|---|---|---|
| 2/21/2025 | 5/23/2025 | /s/ Lawrence Kestenbaum | February 21, 2025 |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01 (3/23) **SUMMONS**
SRA

MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

25-000262-CH

**Summons**   (3/23)                                              **Case Number** _____

<div align="center">

**PROOF OF SERVICE**

</div>

**TO PROCESS SERVER**: You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

<div align="center">

**CERTIFICATE OF SERVICE / NONSERVICE**

</div>

☐ I served   ☐ personally   ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached)   a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled | Fee $ | **TOTAL FEE** $ | Name (type or print) |

<div align="center">

**ACKNOWLEDGMENT OF SERVICE**

</div>

I acknowledge that I have received service of a copy of the summons and complaint, together with

_____ on _____ .
Attachments (if any)                                                      Date and time

_____ on behalf of _____
Signature

_____
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105

Approved, SCAO

| | | | |
|---|---|---|---|
| | Original - Court | 2nd copy - Plaintiff | |
| | 1st copy - Defendant | 3rd copy - Return | |

| STATE OF MICHIGAN | | CASE NUMBER |
|---|---|---|
| **22nd** JUDICIAL DISTRICT JUDICIAL CIRCUIT COUNTY | **SUMMONS** | 25-000262-CH JUDGE CAROL KUHNKE |

**Court address**
101 E. Huron Street, P.O. Box 8645, Ann Arbor, MI 48107-8645

**Court telephone number**
(734) 222-3270

Plaintiff's name, address, and telephone number
**Washtenaw County Prosecutor ex rel. State of Michigan;
P.O. Box 8645, Ann Arbor, MI 48107; (734) 222-6620
City of Ypsilanti; 1 S. Huron St., Ypsilanti, MI 48197; (734)
483-1810**

v

Defendant's name, address, and telephone number
**Yaakov ("Jack") Nusbaum**

**17 Noam Lane
Lakewood, NJ 08701**

jack@valleytreepartners.com

Plaintiff's attorney bar number, address, and telephone number
**Todd Ryan (P81848); P.O. Box 8645, Ann Arbor, MI 48107;
(734) 622-9049; ryant@washtenaw.org
Randolph T. Barker (P62604); 350 S. Main St., Ste. 400, Ann
Arbor, MI 48104; (734) 761-9000; barker@cmplaw.com**

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

### Domestic Relations Case

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

### Civil Case

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☑ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☑ this court, ☑ 14A-1 District Court; U.S. District Court, E.D. Mich; Ypsi Admin Bureau Court, where

it was given case number See attached Complaint and assigned to Judge Kuhnke; Simpson; Leitman; Hearings Officer

The action ☑ remains ☐ is no longer pending.

Summons section completed by court clerk.

**SUMMONS**

**NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk | |
|---|---|---|---|
| 2/21/2025 | 5/23/2025 | /s/ Lawrence Kestenbaum | /s/ Xavier Malcolm February 21, 2025 |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01  (3/23)  **SUMMONS**
SRA

MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

25-000262-CH

**Summons**   (3/23)                                                         **Case Number** _____

## PROOF OF SERVICE

**TO PROCESS SERVER**: You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

## CERTIFICATE OF SERVICE / NONSERVICE

☐ I served   ☐ personally   ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached)   a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled | Fee $ | **TOTAL FEE** $ | Name (type or print) |

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the summons and complaint, together with

_____ on _____ .
Attachments (if any)                                                    Date and time

_____ on behalf of _____
Signature

_____
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105

Approved, SCAO

| | | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|---|

| **STATE OF MICHIGAN** | | **CASE NUMBER** |
|---|---|---|
| **22nd**    **JUDICIAL DISTRICT**<br>**JUDICIAL CIRCUIT**<br>**COUNTY** | **SUMMONS** | **25-000262-CH**<br><br>**JUDGE CAROL KUHNKE** |

| Court address | Court telephone number |
|---|---|
| **101 E. Huron Street, P.O. Box 8645, Ann Arbor, MI 48107-8645** | **(734) 222-3270** |

| Plaintiff's name, address, and telephone number | | Defendant's name, address, and telephone number |
|---|---|---|
| **Washtenaw County Prosecutor ex rel. State of Michigan;**<br>**P.O. Box 8645, Ann Arbor, MI 48107; (734) 222-6620**<br>**City of Ypsilanti; 1 S. Huron St., Ypsilanti, MI 48197; (734)**<br>**483-1810** | **v** | **Amy Vujnov**<br><br>**9066 Nathaline Avenue**<br>**Redford, MI 48239**<br><br>**amyv@arboroneypsilanti.com** |

| Plaintiff's attorney bar number, address, and telephone number |
|---|
| **Todd Ryan (P81848); P.O. Box 8645, Ann Arbor, MI 48107;**<br>**(734) 622-9049; ryant@washtenaw.org**<br>**Randolph T. Barker (P62604); 350 S. Main St., Ste. 400, Ann**<br>**Arbor, MI 48104; (734) 761-9000; barker@cmplaw.com** |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

### Domestic Relations Case

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

### Civil Case

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☑ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☑ this court, ☑ <u>14A-1 District Court; U.S. District Court, E.D. Mich; Ypsi Admin Bureau</u> Court, where

it was given case number <u>See attached Complaint</u> and assigned to Judge <u>Kuhnke; Simpson; Leitman; Hearings Officer</u>

The action ☑ remains ☐ is no longer pending.

Summons section completed by court clerk.    **SUMMONS**

**NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk | /s/ Xavier Malcolm |
|---|---|---|---|
| 2/21/2025 | 5/23/2025 | /s/ Lawrence Kestenbaum | February 21, 2025 |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

| MC 01    (3/23)    **SUMMONS** | |
|---|---|
| SRA | MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105 |

25-000262-CH

**Summons**   (3/23)                                        **Case Number** _____

<div style="text-align:center">

**PROOF OF SERVICE**

</div>

**TO PROCESS SERVER**: You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

<div style="text-align:center">

**CERTIFICATE OF SERVICE / NONSERVICE**

</div>

☐ I served    ☐ personally    ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached)    a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled | Fee $ | **TOTAL FEE** $ | Name (type or print) |

<div style="text-align:center">

**ACKNOWLEDGMENT OF SERVICE**

</div>

I acknowledge that I have received service of a copy of the summons and complaint, together with

_____ on _____ .
Attachments (if any)                                                    Date and time

_____ on behalf of _____
Signature

_____
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105

Approved, SCAO

| | | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |

| STATE OF MICHIGAN | | CASE NUMBER |
|---|---|---|
| **22nd** JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY | **SUMMONS** | 25-000262-CH<br>JUDGE CAROL KUHNKE |

| Court address | Court telephone number |
|---|---|
| **101 E. Huron Street, P.O. Box 8645, Ann Arbor, MI 48107-8645** | **(734) 222-3270** |

| Plaintiff's name, address, and telephone number | | Defendant's name, address, and telephone number |
|---|---|---|
| **Washtenaw County Prosecutor ex rel. State of Michigan;<br>P.O. Box 8645, Ann Arbor, MI 48107; (734) 222-6620<br>City of Ypsilanti; 1 S. Huron St., Ypsilanti, MI 48197; (734)<br>483-1810** | **v** | **VTP Arbor GP LLC**<br><br>**c/o VCorp Services, LLC (Resident Agent)<br>108 W. 13th Street, Suite 100, Wilmington, DE 19801**<br><br>sam@valleytreepartners.com<br>jack@valleytreepartners.com |

| Plaintiff's attorney bar number, address, and telephone number |
|---|
| **Todd Ryan (P81848); P.O. Box 8645, Ann Arbor, MI 48107;<br>(734) 622-9049; ryant@washtenaw.org<br>Randolph T. Barker (P62604); 350 S. Main St., Ste. 400, Ann<br>Arbor, MI 48104; (734) 761-9000; barker@cmplaw.com** |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

### Domestic Relations Case

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

### Civil Case

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☑ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☑ this court, ☑ 14A-1 District Court; U.S. District Court, E.D. Mich; Ypsi Admin Bureau Court, where

it was given case number See attached Complaint and assigned to Judge Kuhnke; Simpson; Leitman; Hearings Officer

The action ☑ remains ☐ is no longer pending.

Summons section completed by court clerk.

**SUMMONS**

**NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk | /s/ Xavier Malcolm |
|---|---|---|---|
| 2/21/2025 | 5/23/2025 | /s/ Lawrence Kestenbaum | February 21, 2025 |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01   (3/23)   **SUMMONS**                                    MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105
SRA

25-000262-CH

**Summons** (3/23)                                         **Case Number** _____

<div align="center">

**PROOF OF SERVICE**

</div>

**TO PROCESS SERVER**: You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

<div align="center">

**CERTIFICATE OF SERVICE / NONSERVICE**

</div>

☐ I served   ☐ personally   ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached)   a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled | Fee $ | **TOTAL FEE** $ | Name (type or print) |

<div align="center">

**ACKNOWLEDGMENT OF SERVICE**

</div>

I acknowledge that I have received service of a copy of the summons and complaint, together with

_____ on _____ .
Attachments (if any)                                                      Date and time

_____ on behalf of _____
Signature

_____
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105



# WASHTENAW COUNTY

## OFFICE OF THE PROSECUTING ATTORNEY

**ELI SAVIT**
PROSECUTING ATTORNEY

**VICTORIA BURTON-HARRIS**
CHIEF ASSISTANT PROSECUTING ATTORNEY

February 21, 2025

## <u>Preservation Demand</u>

**To: ValleyTree Partners LLC**
**VTP A1 LP**
**VTP Arbor GP LLC**
**VTP Arbor JV LP**
**VTP Arbor One LLC**
**VTP River Woods, LLC**
**Samuel Rosenthal**
**Yaakov ("Jack") Nusbaum**
**Amy Vujnov**

On behalf of the Washtenaw County Prosecutor's Office, I write to formally provide notice of the legal obligation to preserve all documents and information that are in any way relevant to, or which may lead to the discovery of information relevant to, the claims potentially at issue in this matter. Please refer to the Complaint of February 21, 2025, served with this document, for a description of the claims at issue in this matter. The law requires a business and/or an individual to take <u>affirmative steps</u> to preserve relevant or potentially relevant records when litigation has been filed.

The consequences of a failure to preserve records varies depending on the circumstances but may include: regulatory fines and penalties; civil litigation consequences such as increased litigation costs, sanctions, fines, adverse inference instructions, default judgment and civil contempt; vicarious liability for responsible senior management; and criminal liability for organizations and individuals. The duty to preserve documents and information applies to all existing or future related actions that may be commenced.

This duty extends to all members, officers, directors, and managers of ValleyTree Partners LLC, VTP A1 LP, VTP Arbor GP LLC, VTP Arbor JV LP, VTP Arbor One LLC, and VTP River Woods, LLC, as business entities (including but not limited to the individual defendants, Samuel Rosenthal, Yaakov Nusbaum, and Amy Vujnov), as well as to your agents, affiliates, independent contractors, and others acting on your behalf, to the extent

200 NORTH MAIN STREET • P.O. BOX 8645 • ANN ARBOR, MICHIGAN 48107-8645
TEL. (734) 222-6620 • FAX (734) 222-6610
www.washtenaw.org

*Justice, Justice, Shall You Pursue*

those individuals or entities have any such documents and information within their possession, custody, or control.

In keeping with this duty, the Washtenaw County Prosecutor's Office demands that all such documents and information shall be preserved, including all electronically stored information ("ESI").  MCR 2.302(B)(5).  Again, the failure to preserve and produce such documents and information may be subject to sanctions.  See, e.g., MCR 2.313(D).

For purposes of clarity only and not limitation, please note that this demand to preserve information includes, but is not limited to: physical documents, hardware such as computers and phones, social media accounts and information, including social media posts and messages, pictures, videos, text messages, metadata, emails, call logs, and screenshots. This duty also supersedes any standard document retention time periods and policies (for example only, a policy of shredding documents after seven years), including the use (without further preservation) of forms of communication that have automatic processes for the destruction of potential evidence, such as Snapchat.  The Washtenaw County Prosecutor's Office intends to seek documents and information in their original and/or native electronic format, and preservation in an alternative format does not comply with the duty to preserve and this notice.

Sincerely,

/s/ Todd Ryan
Todd Ryan
Director of the Economic Justice Unit

200 NORTH MAIN STREET • P.O. BOX 8645 • ANN ARBOR, MICHIGAN 48107-8645
TEL. (734) 222-6620 • FAX (734) 222-6610
www.washtenaw.org

*Justice, Justice, Shall You Pursue*

Approved, SCAO

| | Original - Court | 2nd copy - Plaintiff |
|---|---|---|
| | 1st copy - Defendant | 3rd copy - Return |

| STATE OF MICHIGAN | | CASE NUMBER |
|---|---|---|
| **JUDICIAL DISTRICT** | **SUMMONS** | 25-000262-CH |
| 22nd **JUDICIAL CIRCUIT** | | JUDGE CAROL KUHNKE |
| **COUNTY** | | |

**Court address**
101 E. Huron Street, P.O. Box 8645, Ann Arbor, MI 48107-8645

**Court telephone number**
(734) 222-3270

**Plaintiff's name, address, and telephone number**
Washtenaw County Prosecutor ex rel. State of Michigan;
P.O. Box 8645, Ann Arbor, MI 48107; (734) 222-6620
City of Ypsilanti; 1 S. Huron St., Ypsilanti, MI 48197; (734)
483-1810

v

**Defendant's name, address, and telephone number**
VTP Arbor One LLC

c/o VCorp Services, LLC (Resident Agent)
108 W. 13th Street, Suite 100, Wilmington, DE 19801

sam@valleytreepartners.com
jack@valleytreepartners.com

**Plaintiff's attorney bar number, address, and telephone number**
Todd Ryan (P81848); P.O. Box 8645, Ann Arbor, MI 48107;
(734) 622-9049; ryant@washtenaw.org
Randolph T. Barker (P62604); 350 S. Main St., Ste. 400, Ann
Arbor, MI 48104; (734) 761-9000; barker@cmplaw.com

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☑ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in  ☑ this court,  ☑ 14A-1 District Court; U.S. District Court, E.D. Mich; Ypsi Admin Bureau   Court, where

it was given case number  See attached Complaint   and assigned to Judge  Kuhnke; Simpson; Leitman; Hearings Officer

The action  ☑ remains  ☐ is no longer  pending.

Summons section completed by court clerk.

**SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

/s/ Xavier Malcolm

| Issue date | Expiration date* | Court clerk | February 21, 2025 |
|---|---|---|---|
| 2/21/2025 | 5/23/2025 | /s/ Lawrence Kestenbaum | |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

**MC 01** (3/23)  **SUMMONS**
SRA

MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

FILED IN Washtenaw County Trial Court; 3/3/2025 4:05 PM

25-000262-CH

**Summons**  (3/23)                                          Case Number _____

<div align="center">

**PROOF OF SERVICE**

</div>

**TO PROCESS SERVER:** You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

<div align="center">

**CERTIFICATE OF SERVICE / NONSERVICE**

</div>

☒ I served   ☒ personally   ☒ by registered ~~or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached)~~   *BY MAIL TO THE REGISTERED OFFICE PER MCR 2.105(H)(2)*  a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name PERSONAL SERVICE ON: PERSON IN CHARGE OF OFFICE FOR VTP ARBOR ONE LLC (JAKE) | Date and time of service 2/24, 12:19 PM |
|---|---|

Place or address of service
PERSONAL: 799 GREEN RD, YPSILANTI, MI 48198
MAILED: 920 E COUNTY LINE RD, SUITE 103, LAKEWOOD, NJ 08701

Attachments (if any)
COVER LETTER; JURY DEMAND; PRESERVATION DEMAND

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☒ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled | Fee $ | **TOTAL FEE** $ | Name (type or print) ANDREW SCHROEDER |

<div align="center">

**ACKNOWLEDGMENT OF SERVICE**

</div>

I acknowledge that I have received service of a copy of the summons and complaint, together with

_____ on _____ .
Attachments (if any)                                                      Date and time

_____ on behalf of _____
Signature

_____
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105

**Registered No.**

**Date Stamp**

0107
69

Postage $ $4.31

Extra Services & Fees
(continued)

□ Signature Confirmation
$

Extra Services & Fees

□ Registered Mail $ $13.60

□ Signature Confirmation
Restricted Delivery
$

□ Return Receipt
(hardcopy) $ $0.00

□ Return Receipt
(electronic) $ $0.00

**Total Postage & Fees**
$ $22.91

□ Restricted Delivery $0.00

Customer Must Declare
Full Value
$ $0.00

Received by
02/28/2025

Domestic Insurance up to $50,000
is included based upon the
declared value. International
Indemnity is limited. (See Reverse).

To Be Completed
By Post Office

ANN ARBOR MI LIBERTY STA
48107

FEB 28 2025

USPS

**OFFICIAL USE**

FROM

Economic Crime Unit

Washtenaw County Prosecutors Office

P.O. Box 8645

Ann Arbor, MI 48107

TO

VTP Arbor One LLC

920 Oakwood County Lane Road, St/03

Lakewood, NJ 08701

To Be Completed By Customer
(Please Print)
All Entries Must Be in Ballpoint or Typed

PS Form **3806, Registered Mail Receipt**    Copy 1 - Customer
April  2015, PSN 7530-02-000-9051    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

FILED IN Washtenaw County Trial Court; 3/3/2025 4:05 PM

| Approved, SCAO | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|

| **STATE OF MICHIGAN**<br>**22nd JUDICIAL DISTRICT**<br>**JUDICIAL CIRCUIT COUNTY** | **SUMMONS** | **CASE NUMBER**<br>25-000262-CH<br>JUDGE CAROL KUHNKE |
|---|---|---|

| Court address | Court telephone number |
|---|---|
| 101 E. Huron Street, P.O. Box 8645, Ann Arbor, MI 48107-8645 | (734) 222-3270 |

| Plaintiff's name, address, and telephone number | | Defendant's name, address, and telephone number |
|---|---|---|
| Washtenaw County Prosecutor ex rel. State of Michigan;<br>P.O. Box 8645, Ann Arbor, MI 48107; (734) 222-6620<br>City of Ypsilanti; 1 S. Huron St., Ypsilanti, MI 48197; (734) 483-1810 | v | ValleyTree Partners LLC<br><br>c/o Samuel Rosenthal (Registered Agent)<br>30 Sea Point Drive, Lakewood, NJ 08701<br><br>920 E. County Line Road, Suite 103 (Registered Office)<br>Lakewood, NJ 08701<br><br>sam@valleytreepartners.com<br>jack@valleytreepartners.com |

| Plaintiff's attorney bar number, address, and telephone number |
|---|
| Todd Ryan (P81848); P.O. Box 8645, Ann Arbor, MI 48107;<br>(734) 622-9049; ryant@washtenaw.org<br>Randolph T. Barker (P62604); 350 S. Main St., Ste. 400, Ann<br>Arbor, MI 48104; (734) 761-9000; barker@cmplaw.com |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☑ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☑ this court, ☑ 14A-1 District Court; U.S. District Court, E.D. Mich; Ypsi Admin Bureau    Court, where

it was given case number See attached Complaint    and assigned to Judge Kuhnke; Simpson; Leitman; Hearings Officer

The action ☑ remains ☐ is no longer pending.

Summons section completed by court clerk.    **SUMMONS**

**NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:

1. You are being sued.

2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).

3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

/s/ Xavier Malcolm

| Issue date | Expiration date* | Court clerk | February 21, 2025 |
|---|---|---|---|
| 2/21/2025 | 5/23/2025 | /s/ Lawrence Kestenbaum | |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

**MC 01**   (3/23)   **SUMMONS**<br>SRA

MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

25-000262-CH

**Summons** (3/23)

Case Number _____

| **PROOF OF SERVICE** |

**TO PROCESS SERVER**: You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

| **CERTIFICATE OF SERVICE / NONSERVICE** |

☒ I served ☒ personally ☒ by registered or certified mail, return receipt requested, and delivery restricted to the *~~the addressee (copy of return receipt attached)~~* a copy of the summons and the complaint, together with the attachments listed below, on: ↳ MAIL TO THE REGISTERED OFFICE PER MCR 2.105 (H)(2)

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name PERSONAL SERVICE ON: PERSON IN CHARGE OF OFFICE FOR VALLEY THREE PARTNERS LLC (WALKE) | Date and time of service 2/27 ; 12:19 PM |
|---|---|
| Place or address of service PERSONAL: 799 GREEN RD, YPSILANTI, MI 48198 MAILED: 920 E COUNTY LINE RD, SUITE 103, LAKEWOOD, NJ 08701 | |
| Attachments (if any) COVER LETTER ; JURY DEMAND ; PRESERVATION DEMAND | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☒ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled | Fee $ | TOTAL FEE $ | Name (type or print) ANDREW SCHREDEN |

| **ACKNOWLEDGMENT OF SERVICE** |

I acknowledge that I have received service of a copy of the summons and complaint, together with

_____ on _____ .
Attachments (if any)                                    Date and time

_____ on behalf of _____
Signature

_____
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105

**Registered No.** 0107 69

**Date Stamp**

Postage $ $4.31

Extra Services & Fees
☐ Registered Mail $8.60
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Restricted Delivery $ $0.00

Extra Services & Fees *(continued)*
☐ Signature Confirmation $
☐ Signature Confirmation Restricted Delivery $

**Total Postage & Fees**
$ $22.91

Customer Must Declare Full Value
$ $0.00

Received by
02/28/2025

FEB 28 2025 MI LIBERTY STA 48107 ANN ARBOR USPS

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

To Be Completed By Post Office

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM
Washtenaw County Prosecutor
200 N. Main St, P.O. 8645
Ann Arbor, MI 48107

TO
Valley Tree Partners LLC
920 E. County Line Road
Suite 103
Lakewood, NJ 08701

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at *www.usps.com* ®

*Copy 1 - Customer*
*(See Information on Reverse)*

| STATE OF MICHIGAN<br>MI Washtenaw County - 22nd Circuit Court | PROOF OF ELECTRONIC SERVICE | CASE NO. 25-000262-CH |
|---|---|---|

| Case Title |
|---|
| Washtenaw County Prosecutor et al vs ValleyTree Partners LLC et al |

1. MiFILE served the following documents on the following persons in accordance with MCR 1.109(G)(6).

| Type of Document | Title of Document |
|---|---|
| Return of Service of Summons and Complaint | Certificate of Service - VTP Arbor One LLC |
| Return of Service of Summons and Complaint | Certificate of Service - ValleyTree Partners LLC |
| Return of Service of Summons and Complaint | Certificate of Service - VTP River Woods, LLC |
| Return of Service of Summons and Complaint | Certificate of Service - VTP A1 LP |
| Return of Service of Summons and Complaint | Certificate of Service - VTP Arbor GP LLC |
| Return of Service of Summons and Complaint | Certificate of Service - VTP Arbor JV LP |

| Person Served | E-mail Address of Service | Date and Time of Service |
|---|---|---|
| Washtenaw County Prosecutor | savite@washtenaw.org | 3/3/2025 4:05:42 PM |
| Victoria M. Burton-Harris | burtonharrisv@washtenaw.org | 3/3/2025 4:05:42 PM |
| Randolph T. Barker | barker@cmplaw.com | 3/3/2025 4:05:42 PM |
| William Daniel Troyka | troyka@cmplaw.com | 3/3/2025 4:05:42 PM |
| Andrew D. Sugerman | sugerman@cmplaw.com | 3/3/2025 4:05:42 PM |

2. I, Todd Ryan, initiated the above MiFILE service transmission.

This proof of electronic service was automatically created, submitted, and signed on my behalf by MiFILE. I declare under the penalties of perjury that this proof of electronic service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

3/3/2025
_____
Date

/s/Todd Ryan
_____
Signature

Washtenaw County Prosecutor's Office
_____
Firm (if applicable)

Approved, SCAO

| | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|

| STATE OF MICHIGAN<br>22nd   JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY | SUMMONS | CASE NUMBER<br>25-000262-CH<br>JUDGE CAROL<br>KUHNKE |
|---|---|---|

**Court address**
101 E. Huron Street, P.O. Box 8645, Ann Arbor, MI 48107-8645

**Court telephone number**
(734) 222-3270

| Plaintiff's name, address, and telephone number<br>Washtenaw County Prosecutor ex rel. State of Michigan;<br>P.O. Box 8645, Ann Arbor, MI 48107; (734) 222-6620<br>City of Ypsilanti; 1 S. Huron St., Ypsilanti, MI 48197; (734)<br>483-1810 | v | Defendant's name, address, and telephone number<br>VTP River Woods, LLC<br><br>c/o VCorp Services, LLC (Resident Agent)<br>108 W. 13th Street, Suite 100, Wilmington, DE 19801<br><br>sam@valleytreepartners.com<br>jack@valleytreepartners.com |
|---|---|---|

Plaintiff's attorney bar number, address, and telephone number
Todd Ryan (P81848); P.O. Box 8645, Ann Arbor, MI 48107;
(734) 622-9049; ryant@washtenaw.org
Randolph T. Barker (P62604); 350 S. Main St., Ste. 400, Ann
Arbor, MI 48104; (734) 761-9000; barker@cmplaw.com

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☑ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☑ this court, ☑ 14A-1 District Court; U.S. District Court, E.D. Mich; Ypsi Admin Bureau   Court, where

it was given case number See attached Complaint   and assigned to Judge Kuhnke; Simpson; Leitman; Hearings Officer

The action ☑ remains ☐ is no longer   pending.

Summons section completed by court clerk.

**SUMMONS**

**NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:

1. You are being sued.

2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).

3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

/s/ Xavier Malcolm
February 21, 2025

| Issue date<br>2/21/2025 | Expiration date*<br>5/23/2025 | Court clerk<br>/s/ Lawrence Kestenbaum |
|---|---|---|

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

**MC 01** (3/23)   **SUMMONS**
SRA

MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

FILED IN Washtenaw County Trial Court; 3/3/2025 4:05 PM

25-000262-CH

**Summons**   (3/23)                                                                    Case Number _____

## PROOF OF SERVICE

**TO PROCESS SERVER:** You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

## CERTIFICATE OF SERVICE / NONSERVICE

☒ I served   ☒ personally   ☒ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached)   a copy of the summons and the complaint, together with the attachments listed below, on:

→ MAIL TO THE REGISTERED OFFICE PER MCR 2.105 (H)(2)

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name PERSONAL SERVICE ON: | Date and time of service |
|---|---|
| PERSON IN CHARGE OF OFFICE FOR VTP RIVER WOODS LLC (JAKE) | 2/27, 12:19 PM |
| Place or address of service PERSONAL: 799 GREEN RD, YPSILANTI, MI 48198 | |
| MAILED: 920 E COUNTY LINE RD, SUITE 103, LAKEWOOD, NJ 08701 | |
| Attachments (if any) COVER LETTER, JURY DEMAND, PRESERVATION DEMAND | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☒ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled | Fee $ |
|---|---|---|
| Incorrect address fee $ | Miles traveled | Fee $ |

_Signature_

Signature

ANDREW SCHREDER
Name (type or print)

| TOTAL FEE $ |
|---|

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the summons and complaint, together with

_____ on _____.
Attachments (if any)                              Date and time

_____ on behalf of _____
Signature

_____
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105

**Registered No.**

**Date Stamp**

0107
69

Postage $ $4.31

Extra Services & Fees
(continued)

☐ Signature Confirmation
$

Extra Services & Fees

☐ Registered Mail $ $8.60

☐ Signature Confirmation
Restricted Delivery
$

☐ Return Receipt
(hardcopy) $ $0.00

☐ Return Receipt
(electronic) $ $0.00

**Total Postage & Fees**
$ $22.91

☐ Restricted Delivery $0.00

Customer Must Declare
Full Value
$ $0.00

Received by
02/28/2025

Domestic Insurance up to $50,000
is included based upon the
declared value. International
Indemnity is limited. (See Reverse).

*To Be Completed By Post Office*

**OFFICIAL USE**

FEB 2 8 2025
STA 48107
ANN ARBOR

FROM

Washtenaw County Prosecutor
200 N. Main Street
P.O. Box 8645
Ann Arbor, MI 48107

TO

VTP River Woods, LLC
920 Cedar Bridge North Lake Road
Suite 103
Lakewood, NJ 08701

*To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed*

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at *www.usps.com* ®

*Copy 1 - Customer*
*(See Information on Reverse)*

| Approved, SCAO | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|

| **STATE OF MICHIGAN**<br>22nd **JUDICIAL DISTRICT**<br>**JUDICIAL CIRCUIT**<br>**COUNTY** | **SUMMONS** | **CASE NUMBER**<br>25-000262-CH<br>JUDGE CAROL KUHNKE |
|---|---|---|

| Court address | Court telephone number |
|---|---|
| 101 E. Huron Street, P.O. Box 8645, Ann Arbor, MI 48107-8645 | (734) 222-3270 |

| Plaintiff's name, address, and telephone number<br>Washtenaw County Prosecutor ex rel. State of Michigan;<br>P.O. Box 8645, Ann Arbor, MI 48107; (734) 222-6620<br>City of Ypsilanti; 1 S. Huron St., Ypsilanti, MI 48197; (734) 483-1810 | v | Defendant's name, address, and telephone number<br>VTP A1 LP<br><br>c/o VCorp Services, LLC (Resident Agent)<br>40600 Ann Arbor Road E, Suite 201, Plymouth, MI 48170<br><br>920 E. County Line Road, Suite 103 (Registered Office)<br>Lakewood, NJ 08701<br><br>sam@valleytreepartners.com<br>jack@valleytreepartners.com |
|---|---|---|

| Plaintiff's attorney bar number, address, and telephone number<br>Todd Ryan (P81848); P.O. Box 8645, Ann Arbor, MI 48107;<br>(734) 622-9049; ryant@washtenaw.org<br>Randolph T. Barker (P62604); 350 S. Main St., Ste. 400, Ann Arbor, MI 48104; (734) 761-9000; barker@cmplaw.com |
|---|

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**
☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.
☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.
☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**
☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.
☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).
☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☑ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☑ this court, ☑ 14A-1 District Court; U.S. District Court, E.D. Mich; Ypsi Admin Bureau   Court, where

it was given case number _See attached Complaint_   and assigned to Judge _Kuhnke; Simpson; Leitman; Hearings Officer_

The action ☑ remains ☐ is no longer  pending.

Summons section completed by court clerk.   **SUMMONS**

**NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk | /s/ Xavier Malcolm |
|---|---|---|---|
| 2/21/2025 | 5/23/2025 | /s/ Lawrence Kestenbaum | February 21, 2025 |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01   (3/23)   **SUMMONS**
SRA                                                MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

FILED IN Washtenaw County Trial Court; 3/3/2025 4:05 PM

25-000262-CH

**Summons**   (3/23)                                                       Case Number _____

## PROOF OF SERVICE

**TO PROCESS SERVER:** You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

## CERTIFICATE OF SERVICE / NONSERVICE

☒ I served   ☒ personally   ☒ by registered or certified mail, return receipt requested, and delivery restricted to the ~~addressee~~ (copy of return receipt attached)   a copy of the summons and the complaint, together with the attachments listed below, on: ~~BY MAIL PER MCR 2.105(c)(2)~~

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| PERSONAL SERVICE ON: PERSON IN CHARGE OF OFFICE FOR VTP A1 LP (JAKE) | 2/27; 12:19 PM |
| Place or address of service |  |
| PERSONAL: 499 GREEN ROAD, YPSILANTI, MI 48198 MAILED: C/O VCORP SERVICES, LLC 40600 ANN ARBOR ROAD, SUITE 201, PLYMOUTH MI 48170 |  |
| Attachments (if any) |  |
| COVER LETTER; JURY DEMAND; PRESERVATION DEMAND |  |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☒ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled | Fee $ | **TOTAL FEE** $ | Name (type or print) ANDREW SCHRADER |

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the summons and complaint, together with

_____ on _____ .
Attachments (if any)                                      Date and time

_____ on behalf of _____
Signature

_____
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105

**Registered No.** RE237715421U5

**Date Stamp** 0107 69

| Postage $ | $4.31 | Extra Services & Fees (continued) |
|---|---|---|
| Extra Services & Fees | $18.60 | ☐ Signature Confirmation $ |
| ☐ Registered Mail $ | | ☐ Signature Confirmation Restricted Delivery $ |
| ☐ Return Receipt (hardcopy) $ | $0.00 | |
| ☐ Return Receipt (electronic) $ | $0.00 | **Total Postage & Fees** $ $22.91 |
| ☐ Restricted Delivery $ | $0.00 | |
| Customer Must Declare Full Value $ | $0.00 | Received by 02/28/2025 |

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

FROM: Escheated/Abandoned Vines
Washtenaw County Prosecutors Office
P.O. Box 8645
Ann Arbor, MI 48107

TO: VTP AI LP c/o Yardi Services, LLC
40600 Ann Arbor Road E, Suite 201
Plymouth, MI 48170

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051                    *Copy 1 - Customer*
                                                    *(See Information on Reverse)*
For domestic delivery information, visit our website at www.usps.com ®

Approved, SCAO

| | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|

| **STATE OF MICHIGAN**<br>**JUDICIAL DISTRICT**<br>22nd **JUDICIAL CIRCUIT**<br>**COUNTY** | **SUMMONS** | **CASE NUMBER**<br>25-000262-CH<br>JUDGE CAROL KUHNKE |
|---|---|---|

| Court address | Court telephone number |
|---|---|
| 101 E. Huron Street, P.O. Box 8645, Ann Arbor, MI 48107-8645 | (734) 222-3270 |

| Plaintiff's name, address, and telephone number<br>Washtenaw County Prosecutor ex rel. State of Michigan;<br>P.O. Box 8645, Ann Arbor, MI 48107; (734) 222-6620<br>City of Ypsilanti; 1 S. Huron St., Ypsilanti, MI 48197; (734)<br>483-1810 | v | Defendant's name, address, and telephone number<br>VTP Arbor GP LLC<br><br>c/o VCorp Services, LLC (Resident Agent)<br>108 W. 13th Street, Suite 100, Wilmington, DE 19801<br><br>sam@valleytreepartners.com<br>jack@valleytreepartners.com |
|---|---|---|
| Plaintiff's attorney bar number, address, and telephone number<br>Todd Ryan (P81848); P.O. Box 8645, Ann Arbor, MI 48107;<br>(734) 622-9049; ryant@washtenaw.org<br>Randolph T. Barker (P62604); 350 S. Main St., Ste. 400, Ann<br>Arbor, MI 48104; (734) 761-9000; barker@cmplaw.com | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☑ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☑ this court, ☑ 14A-1 District Court; U.S. District Court, E.D. Mich; Ypsi Admin Bureau   Court, where

it was given case number See attached Complaint   and assigned to Judge Kuhnke; Simpson; Leitman; Hearings Officer

The action ☑ remains ☐ is no longer   pending.

Summons section completed by court clerk.    **SUMMONS**

**NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk | /s/ Xavier Malcolm |
|---|---|---|---|
| 2/21/2025 | 5/23/2025 | /s/ Lawrence Kestenbaum | February 21, 2025 |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01   (3/23)   **SUMMONS**                                          MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105
SRA

FILED IN Washtenaw County Trial Court; 3/3/2025 4:05 PM

25-000262-CH

**Summons**   (3/23)                                                                           Case Number _____

### PROOF OF SERVICE

**TO PROCESS SERVER:** You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

### CERTIFICATE OF SERVICE / NONSERVICE

☒ I served   ☒ personally   ☒ by registered ~~or certified mail, return receipt requested, and delivery restricted to the~~   ⌐MAIL TO THE REGISTERED OFFICE PER MCR 2.105 (H) (2)   ~~the addressee (copy of return receipt attached)~~   a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name  PERSONAL SERVICE ON:                                  (JAKE)   PERSON IN CHARGE OF OFFICE FOR VTP ARBOR GP LLC | Date and time of service   2/24, 12:19 PM |
|---|---|
| Place or address of service   PERSONAL: 799 GREEN ROAD, YPSILANTI, MI 48198   MAILED: 920 E COUNTY LINE ROAD, SUITE 103, LAKEWOOD, NJ 08701 | |
| Attachments (if any)   COVER LETTER; JURY DEMAND; PRESERVATION DEMAND | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☒ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled | Fee $ | TOTAL FEE $ | Name (type or print)   ANDREW SCHREDER |

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the summons and complaint, together with

_____ on _____ .
Attachments (if any)                                                              Date and time

_____ on behalf of _____
Signature

_____
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105

**Registered No.**

**Date Stamp**
0107
69

ANN ARBOR MI LIBERTY ST.
FEB 28 2025
USPS

| | |
|---|---|
| Postage $ $4.31 | Extra Services & Fees *(continued)* |
| Extra Services & Fees | ☐ Signature Confirmation $ |
| ☐ Registered Mail $ $8.60 | |
| ☐ Return Receipt *(hardcopy)* $ $0.00 | ☐ Signature Confirmation Restricted Delivery $ |
| ☐ Return Receipt *(electronic)* $ $0.00 | **Total Postage & Fees** |
| ☐ Restricted Delivery $ $0.00 | $ $22.91 |

Customer Must Declare Full Value
$ $0.00

Received by
02/28/2025

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

**FROM**
Economic Crime~~...~~ Unit
Washtenaw County Prosecutor's Office
P.O. Box 8645
Ann Arbor, MI 48107

**TO**
VIP Anbon GP LLC
920 E.~~County Line~~ Road, ST 103
Lakewood, NJ 08701

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051

*Copy 1 - Customer*
*(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com* ®

| Approved, SCAO | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|

| **STATE OF MICHIGAN**<br>**22nd JUDICIAL DISTRICT**<br>**JUDICIAL CIRCUIT**<br>**COUNTY** | **SUMMONS** | **CASE NUMBER**<br>25-000262-CH<br>JUDGE CAROL KUHNKE |
|---|---|---|

| Court address | Court telephone number |
|---|---|
| 101 E. Huron Street, P.O. Box 8645, Ann Arbor, MI 48107-8645 | (734) 222-3270 |

| Plaintiff's name, address, and telephone number<br>Washtenaw County Prosecutor ex rel. State of Michigan;<br>P.O. Box 8645, Ann Arbor, MI 48107; (734) 222-6620<br>City of Ypsilanti; 1 S. Huron St., Ypsilanti, MI 48197; (734) 483-1810 | v | Defendant's name, address, and telephone number<br>VTP Arbor JV LP<br><br>c/o VCorp Services, LLC (Resident Agent)<br>108 W. 13th Street, Suite 100, Wilmington, DE 19801<br><br>sam@valleytreepartners.com<br>jack@valleytreepartners.com |
|---|---|---|
| Plaintiff's attorney bar number, address, and telephone number<br>Todd Ryan (P81848); P.O. Box 8645, Ann Arbor, MI 48107;<br>(734) 622-9049; ryant@washtenaw.org<br>Randolph T. Barker (P62604); 350 S. Main St., Ste. 400, Ann Arbor, MI 48104; (734) 761-9000; barker@cmplaw.com | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☑ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☑ this court, ☑ 14A-1 District Court; U.S. District Court, E.D. Mich; Ypsi Admin Bureau ___ Court, where

it was given case number _See attached Complaint_ and assigned to Judge _Kuhnke; Simpson; Leitman; Hearings Officer_

The action ☑ remains ☐ is no longer pending.

Summons section completed by court clerk. **SUMMONS**

**NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
|---|---|---|
| 2/21/2025 | 5/23/2025 | /s/ Lawrence Kestenbaum |

/s/ Xavier Malcolm
February 21, 2025

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01 (3/23) **SUMMONS**
SRA

MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

FILED IN Washtenaw County Trial Court; 3/3/2025 4:05 PM

25-000262-CH

**Summons**  (3/23)

Case Number_____

## PROOF OF SERVICE

**TO PROCESS SERVER:** You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

## CERTIFICATE OF SERVICE / NONSERVICE

☒ I served    ☒ personally    ☒ by registered ~~or certified mail (return receipt requested, and delivery restricted to the the addressee) (copy of return receipt attached)~~    ᴀMAIL PER MCR 2.105 (c)(2)    a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| PERSONAL SERVICE ON: PERSON IN CHARGE OF OFFICE FOR VTP ALBON JV LP (JAKE) | 2/27; 12:19 PM |

Place or address of service
PERSONAL: 799 GREEN ROAD; YPSILANTI, MI 48198
MAILED: 108 W 13TH STREET, SUITE 100, WILMINGTON; DE 19801

Attachments (if any)
COVER LETTER; JURY DEMAND; PRESERVATION DEMAND

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☒ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled | Fee $ | TOTAL FEE $ | Name (type or print) ANDREW SHREDER |

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the summons and complaint, together with

_____ on _____ .
Attachments (if any)                              Date and time

_____ on behalf of _____
Signature

_____
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105

**Registered No.**

**Date Stamp**

| Postage $ $4.31 | Extra Services & Fees *(continued)* |
|---|---|
| **Extra Services & Fees** | ☐ Signature Confirmation $ |
| ☐ Registered Mail $8.60 | ☐ Signature Confirmation Restricted Delivery $ |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | **Total Postage & Fees** |
| ☐ Restricted Delivery $ $0.00 | $ $22.91 |
| Customer Must Declare Full Value | Received by |
| $ $0.00 | 02/28/2025 |

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

FROM
Washtenaw County Prosecutor
200 N. Main St.
P.O. Box 8645
Ann Arbor, MI 48107

TO
VTP Arbor JV LP
c/o V Corp Services, LLC.
108 W. 13th St, Ste 100
Wilmington, DE 1980

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at *www.usps.com* ®

*Copy 1 - Customer*
*(See Information on Reverse)*

**STATE OF MICHIGAN**
**IN THE WASHTENAW COUNTY CIRCUIT COURT**

ELI SAVIT, PROSECUTING ATTORNEY
FOR WASHTENAW COUNTY ex rel., the
People of the State of Michigan, and CITY
OF YPSILANTI,

　　　　　Plaintiffs,

v.

VALLEYTREE PARTNERS LLC, VTP A1 LP,
VTP ARBOR GP LLC, VTP ARBOR JV LP, VTP
ARBOR ONE LLC, VTP RIVER WOODS, LLC,
SAMUEL ROSENTHOL, YAAKOV NUSBAUM
and AMY VUJNOV,

　　　　　Defendants,

Case No. 25-000262-CH
Hon. Hon. Carol Kuhnke

**APPEARANCE OF COUNSEL**

_____/

WASHTENAW CUNTY PROSECUTOR'S
OFFICE
By:  Eli Savit (P76528)
Victoria Burton-Harris (P78623)
Todd Ryan (P81848)
P.O. Box 8645
Ann Arbor, MI  48107
(734) 622-9049
ryant@washtenaw.org
*Attorneys for Plaintiff State of Michigan*

CONLIN McKENNEY & PHILBRICK PC
By:  Randolph T. Barker (P62604
W. Daniel Troyka (P65155)
Andrw D. Sugarman (P46687)
350 Main St., Suite 400
Ann Arbor, MI  48104
(734) 761-9000
barker@cmplaw.com
*Attorneys for Plaintiff City of Ypsilanti*

BODMAN PLC
By:  J. Adam Behrendt (P58607)
　　　Debani T. Gordon Lehman (P83909)
201 W. Big Beaver, Suite 500
Troy, MI  48084
(248) 743-6000
jbehrendt@bodmanlaw.com
*Attorneys for Defendants*

_____/

FILED IN Washtenaw County Trial Court; 3/4/2025 8:46 AM

## APPEARANCE OF COUNSEL

Please take notice that Debani T. Gordon Lehman of Bodman PLC, hereby enters her appearance

as counsel for defendants in the above captioned matter.

Respectfully submitted,

BODMAN PLC

By: */s/ Debani T. Gordon Lehman*
J. Adam Behrendt (P58607)
Debani T. Gordon Lehman (P83909)
201 W. Big Beaver Road, Suite 500
Troy, MI 48084
(248) 743-6000
abehrendt@bodmanlaw.com
dgordon@bodmanlaw.com
*Attorneys for Defendants*

Dated: March 4, 2025

## PROOF OF SERVICE

I hereby certify that on March 4, 2025, I electronically filed the foregoing papers with the Clerk of the Court using the E-filing system which will send notification of such filing to all attorneys of record.

*/s/ Debani T. Gordon Lehman (P83909)*

2

| **STATE OF MICHIGAN**<br>MI Washtenaw County - 22nd Circuit Court | **PROOF OF ELECTRONIC SERVICE** | **CASE NO.** 25-000262-CH |
|---|---|---|

Case Title

Washtenaw County Prosecutor et al vs ValleyTree Partners LLC et al

1. MiFILE served the following documents on the following persons in accordance with MCR 1.109(G)(6).

| Type of Document | Title of Document |
|---|---|
| Appearance | Washtenaw Pros v VTP - Appearance of Debani Gordon 4912-8903-8883 v.1 |
| Proof of Service | Executed Acknow. of Service Packet |

| Person Served | E-mail Address of Service | Date and Time of Service |
|---|---|---|
| Todd  Michael Ryan | ryant@washtenaw.org | 3/4/2025 8:46:17 AM |
| Washtenaw County Prosecutor | savite@washtenaw.org | 3/4/2025 8:46:17 AM |
| Victoria  M. Burton-Harris | burtonharrisv@washtenaw.org | 3/4/2025 8:46:17 AM |
| Randolph  T. Barker | barker@cmplaw.com | 3/4/2025 8:46:17 AM |
| William  Daniel Troyka | troyka@cmplaw.com | 3/4/2025 8:46:17 AM |
| Andrew  D. Sugerman | sugerman@cmplaw.com | 3/4/2025 8:46:17 AM |

2. I, Debani Gordon Lehman, initiated the above MiFILE service transmission.

This proof of electronic service was automatically created, submitted, and signed on my behalf by MiFILE. I declare under the penalties of perjury that this proof of electronic service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

3/4/2025
_____
Date

/s/Debani Gordon Lehman
_____
Signature

Bodman PLC
_____
Firm (if applicable)

FILED IN Washtenaw County Trial Court; 3/4/2025 8:46 AM

Approved, SCAO

| | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|

| **STATE OF MICHIGAN** | | **CASE NUMBER** |
|---|---|---|
| 22nd  **JUDICIAL DISTRICT**<br>**JUDICIAL CIRCUIT**<br>**COUNTY** | **SUMMONS** | 25-000262-CH<br><br>**JUDGE CAROL KUHNKE** |

Court address
101 E. Huron Street, P.O. Box 8645, Ann Arbor, MI 48107-8645

Court telephone number
(734) 222-3270

| Plaintiff's name, address, and telephone number<br>Washtenaw County Prosecutor ex rel. State of Michigan;<br>P.O. Box 8645, Ann Arbor, MI 48107; (734) 222-6620<br>City of Ypsilanti; 1 S. Huron St., Ypsilanti, MI 48197; (734)<br>483-1810 | v | Defendant's name, address, and telephone number<br>Amy Vujnov<br><br>9066 Nathaline Avenue<br>Redford, MI 48239<br><br>amyv@arboroneypsilanti.com |
|---|---|---|
| Plaintiff's attorney bar number, address, and telephone number<br>Todd Ryan (P81848); P.O. Box 8645, Ann Arbor, MI 48107;<br>(734) 622-9049; ryant@washtenaw.org<br>Randolph T. Barker (P62604); 350 S. Main St., Ste. 400, Ann<br>Arbor, MI 48104; (734) 761-9000; barker@cmplaw.com | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**
- ☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.
- ☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.
- ☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**
- ☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.
- ☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).
- ☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
- ☑ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☑ this court, ☑ 14A-1 District Court; U.S. District Court, E.D. Mich; Ypsi Admin Bureau  Court, where

it was given case number  See attached Complaint  and assigned to Judge  Kuhnke; Simpson; Leitman; Hearings Officer

The action ☑ remains ☐ is no longer  pending.

Summons section completed by court clerk.   **SUMMONS**

**NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date<br>2/21/2025 | Expiration date*<br>5/23/2025 | Court clerk<br>/s/ Lawrence Kestenbaum | February 21, 2025 |
|---|---|---|---|

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

**MC 01**  (3/23)  **SUMMONS**
SRA

MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

FILED IN Washtenaw County Trial Court; 3/4/2025 9:38 AM

25-000262-CH

Summons  (3/23)

Case Number_____

## PROOF OF SERVICE

**TO PROCESS SERVER**: You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

### CERTIFICATE OF SERVICE / NONSERVICE

☐ I served   ☐ personally   ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached)   a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled | Fee $ | TOTAL FEE $ | Name (type or print) |

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the summons and complaint, together with

Jury Demand and Preservation Demand                                    on  March 3, 2025
Attachments (if any)                                                              Date and time

_Dw I J_                                          on behalf of   Amy Vujnov
Signature
Debani T. Gordon Lehman P83909
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105

Approved, SCAO

| | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|

| STATE OF MICHIGAN | | CASE NUMBER |
|---|---|---|
| 22nd JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY | **SUMMONS** | 25-000262-CH<br>JUDGE CAROL KUHNKE |

**Court address**

101 E. Huron Street, P.O. Box 8645, Ann Arbor, MI 48107-8645

Court telephone number (734) 222-3270

**Plaintiff's name, address, and telephone number**
Washtenaw County Prosecutor ex rel. State of Michigan;
P.O. Box 8645, Ann Arbor, MI 48107; (734) 222-6620
City of Ypsilanti; 1 S. Huron St., Ypsilanti, MI 48197; (734)
483-1810

v

**Defendant's name, address, and telephone number**
Samuel Rosenthal

29 Shady Lane Drive
Lakewood, NJ 08701

30 Sea Point Drive
Lakewood, NJ 08701

sam@valleytreepartners.com

**Plaintiff's attorney bar number, address, and telephone number**
Todd Ryan (P81848); P.O. Box 8645, Ann Arbor, MI 48107;
(734) 622-9049; ryant@washtenaw.org
Randolph T. Barker (P62604); 350 S. Main St., Ste. 400, Ann
Arbor, MI 48104; (734) 761-9000; barker@cmplaw.com

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☑ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☑ this court, ☑ 14A-1 District Court; U.S. District Court, E.D. Mich; Ypsi Admin Bureau   Court, where

it was given case number See attached Complaint    and assigned to Judge  Kuhnke; Simpson; Leitman; Hearings Officer

The action ☑ remains ☐ is no longer pending.

Summons section completed by court clerk.

**SUMMONS**

**NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
|---|---|---|
| 2/21/2025 | 5/23/2025 | /s/ Lawrence Kestenbaum    February 21, 2025 |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01   (3/23)   **SUMMONS**
SRA

MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

FILED IN Washtenaw County Trial Court; 3/4/2025 9:38 AM

25-000262-CH

**Summons**   (3/23)

Case Number_____

| PROOF OF SERVICE |

**TO PROCESS SERVER:** You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

| CERTIFICATE OF SERVICE / NONSERVICE |

☐ I served      ☐ personally      ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached)    a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|------|--------------------------|
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled | Fee $ | | Signature |
|---------------|----------------|-------|--|-----------|
| Incorrect address fee $ | Miles traveled | Fee $ | TOTAL FEE $ | Name (type or print) |

| ACKNOWLEDGMENT OF SERVICE |

I acknowledge that I have received service of a copy of the summons and complaint, together with

Jury Demand and Preservation Demand _____ on ___March 3, 2025_____
Attachments (if any)                                                        Date and time

_[signature]_____ on behalf of  Samuel Rosenthal_____
Signature

Debani T. Gordon Lehman P83909_____
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105

| STATE OF MICHIGAN<br>MI Washtenaw County - 22nd Circuit Court | PROOF OF ELECTRONIC SERVICE | CASE NO. 25-000262-CH |
|---|---|---|

Case Title

Washtenaw County Prosecutor et al vs ValleyTree Partners LLC et al

1. MiFILE served the following documents on the following persons in accordance with MCR 1.109(G)(6).

| Type of Document | Title of Document |
|---|---|
| Proof of Service | Acknowledgment of Service - Amy Vujnov |
| Proof of Service | Acknowledgment of Service - Samuel Rosenthal |
| Proof of Service | Acknowledgment of Service - ValleyTree Partners LLC |
| Proof of Service | Acknowledgment of Service - VTP A1 LP |
| Proof of Service | Acknowledgment of Service - VTP Arbor GP LLC |
| Proof of Service | Acknowledgment of Service - VTP Arbor JV LP |
| Proof of Service | Acknowledgment of Service - VTP Arbor One LLC |
| Proof of Service | Acknowledgment of Service - VTP River Woods, LLC |
| Proof of Service | Acknowledgment of Service - Yaakov Nusbaum |

| Person Served | E-mail Address of Service | Date and Time of Service |
|---|---|---|
| Todd  Michael Ryan | ryant@washtenaw.org | 3/4/2025 9:38:43 AM |
| Washtenaw  County Prosecutor | savite@washtenaw.org | 3/4/2025 9:38:43 AM |
| Victoria  M. Burton-Harris | burtonharrisv@washtenaw.org | 3/4/2025 9:38:43 AM |
| Randolph  T. Barker | barker@cmplaw.com | 3/4/2025 9:38:43 AM |
| William  Daniel Troyka | troyka@cmplaw.com | 3/4/2025 9:38:43 AM |
| Andrew  D. Sugerman | sugerman@cmplaw.com | 3/4/2025 9:38:43 AM |

2. I, Debani Gordon Lehman, initiated the above MiFILE service transmission.

This proof of electronic service was automatically created, submitted, and signed on my behalf by MiFILE. I declare under the penalties of perjury that this proof of electronic service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

3/4/2025
Date

/s/Debani Gordon Lehman
Signature

Bodman PLC
Firm (if applicable)

| Approved, SCAO | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|

| STATE OF MICHIGAN<br>22nd    **JUDICIAL DISTRICT**<br>**JUDICIAL CIRCUIT**<br>**COUNTY** | **SUMMONS** | **CASE NUMBER**<br>25-000262-CH<br>JUDGE CAROL KUHNKE |
|---|---|---|

| Court address | Court telephone number |
|---|---|
| 101 E. Huron Street, P.O. Box 8645, Ann Arbor, MI 48107-8645 | (734) 222-3270 |

**Plaintiff's name, address, and telephone number**
Washtenaw County Prosecutor ex rel. State of Michigan;
P.O. Box 8645, Ann Arbor, MI 48107; (734) 222-6620
City of Ypsilanti; 1 S. Huron St., Ypsilanti, MI 48197; (734) 483-1810

**Plaintiff's attorney bar number, address, and telephone number**
Todd Ryan (P81848); P.O. Box 8645, Ann Arbor, MI 48107;
(734) 622-9049; ryant@washtenaw.org
Randolph T. Barker (P62604); 350 S. Main St., Ste. 400, Ann Arbor, MI 48104; (734) 761-9000; barker@cmplaw.com

v

**Defendant's name, address, and telephone number**
ValleyTree Partners LLC

c/o Samuel Rosenthal (Registered Agent)
30 Sea Point Drive, Lakewood, NJ 08701

920 E. County Line Road, Suite 103 (Registered Office)
Lakewood, NJ 08701

sam@valleytreepartners.com
jack@valleytreepartners.com

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**
☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.
☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.
☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**
☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.
☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).
☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☑ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☑ this court, ☑ 14A-1 District Court; U.S. District Court, E.D. Mich; Ypsi Admin Bureau Court, where it was given case number See attached Complaint and assigned to Judge Kuhnke; Simpson; Leitman; Hearings Officer

The action ☑ remains ☐ is no longer pending.

Summons section completed by court clerk.    **SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
|---|---|---|
| 2/21/2025 | 5/23/2025 | /s/ Lawrence Kestenbaum    February 21, 2025 |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

**MC 01** (3/23)   **SUMMONS**
SRA                                           MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

FILED IN Washtenaw County Trial Court; 3/4/2025 9:38 AM

25-000262-CH

**Summons** (3/23)

Case Number _____

## PROOF OF SERVICE

**TO PROCESS SERVER:** You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

### CERTIFICATE OF SERVICE / NONSERVICE

☐ I served  ☐ personally  ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached)   a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| | |
| **Place or address of service** | |
| | |
| **Attachments (if any)** | |
| | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled | Fee $ | TOTAL FEE $ | Name (type or print) |

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the summons and complaint, together with

Jury Demand and Preservation Demand _____ on  March 3, 2025 _____.
Attachments (if any)                                                    Date and time

_Dw J.L_ _____ on behalf of  ValleyTree Partners LLC _____
Signature
Debani T. Gordon Lehman P83909 _____
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105

| Approved, SCAO | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|

| | STATE OF MICHIGAN | | CASE NUMBER |
|---|---|---|---|
| 22nd | **JUDICIAL DISTRICT**<br>**JUDICIAL CIRCUIT**<br>**COUNTY** | **SUMMONS** | 25-000262-CH<br>JUDGE CAROL<br>KUHNKE |

| Court address | Court telephone number |
|---|---|
| 101 E. Huron Street, P.O. Box 8645, Ann Arbor, MI 48107-8645 | (734) 222-3270 |

| Plaintiff's name, address, and telephone number | | Defendant's name, address, and telephone number |
|---|---|---|
| Washtenaw County Prosecutor ex rel. State of Michigan;<br>P.O. Box 8645, Ann Arbor, MI 48107; (734) 222-6620<br>City of Ypsilanti; 1 S. Huron St., Ypsilanti, MI 48197; (734)<br>483-1810 | v | VTP A1 LP<br><br>c/o VCorp Services, LLC (Resident Agent)<br>40600 Ann Arbor Road E, Suite 201, Plymouth, MI 48170 |

| Plaintiff's attorney bar number, address, and telephone number |
|---|
| Todd Ryan (P81848); P.O. Box 8645, Ann Arbor, MI 48107;<br>(734) 622-9049; ryant@washtenaw.org<br>Randolph T. Barker (P62604); 350 S. Main St., Ste. 400, Ann<br>Arbor, MI 48104; (734) 761-9000; barker@cmplaw.com |

920 E. County Line Road, Suite 103 (Registered Office)
Lakewood, NJ 08701

sam@valleytreepartners.com
jack@valleytreepartners.com

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☑ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☑ this court, ☑ 14A-1 District Court; U.S. District Court, E.D. Mich; Ypsi Admin Bureau Court, where

it was given case number See attached Complaint and assigned to Judge Kuhnke; Simpson; Leitman; Hearings Officer

The action ☑ remains ☐ is no longer pending.

Summons section completed by court clerk.  **SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
|---|---|---|
| 2/21/2025 | 5/23/2025 | /s/ Lawrence Kestenbaum February 21, 2025 |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01  (3/23)  **SUMMONS**
SRA

MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

FILED IN Washtenaw County Trial Court; 3/4/2025 9:38 AM

25-000262-CH

**Summons**   (3/23)

**Case Number** _____

---

### PROOF OF SERVICE

**TO PROCESS SERVER:** You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

### CERTIFICATE OF SERVICE / NONSERVICE

☐ I served   ☐ personally   ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached)   a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled | Fee $ | TOTAL FEE $ | Name (type or print) |

---

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the summons and complaint, together with

Jury Demand and Preservation Demand _____ on March 3, 2025 .
Attachments (if any)                                                                  Date and time

_Signature_ _____ on behalf of   VTP A1 LP _____
Debani T. Gordon Lehman P83909
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105

Approved, SCAO

| | Original - Court | 2nd copy - Plaintiff |
|---|---|---|
| | 1st copy - Defendant | 3rd copy - Return |

| STATE OF MICHIGAN | | CASE NUMBER |
|---|---|---|
| 22nd **JUDICIAL DISTRICT** **JUDICIAL CIRCUIT** **COUNTY** | **SUMMONS** | 25-000262-CH<br>JUDGE CAROL KUHNKE |

| Court address | Court telephone number |
|---|---|
| 101 E. Huron Street, P.O. Box 8645, Ann Arbor, MI 48107-8645 | (734) 222-3270 |

| Plaintiff's name, address, and telephone number | | Defendant's name, address, and telephone number |
|---|---|---|
| Washtenaw County Prosecutor ex rel. State of Michigan; P.O. Box 8645, Ann Arbor, MI 48107; (734) 222-6620<br>City of Ypsilanti; 1 S. Huron St., Ypsilanti, MI 48197; (734) 483-1810 | v | VTP Arbor GP LLC<br><br>c/o VCorp Services, LLC (Resident Agent)<br>108 W. 13th Street, Suite 100, Wilmington, DE 19801<br><br>sam@valleytreepartners.com<br>jack@valleytreepartners.com |
| Plaintiff's attorney bar number, address, and telephone number | | |
| Todd Ryan (P81848); P.O. Box 8645, Ann Arbor, MI 48107; (734) 622-9049; ryant@washtenaw.org<br>Randolph T. Barker (P62604); 350 S. Main St., Ste. 400, Ann Arbor, MI 48104; (734) 761-9000; barker@cmplaw.com | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☑ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☑ this court, ☑ 14A-1 District Court; U.S. District Court, E.D. Mich; Ypsi Admin Bureau  Court, where

it was given case number See attached Complaint  and assigned to Judge Kuhnke; Simpson; Leitman; Hearings Officer

The action ☑ remains ☐ is no longer  pending.

Summons section completed by court clerk.   | **SUMMONS** |

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk | |
|---|---|---|---|
| 2/21/2025 | 5/23/2025 | /s/ Lawrence Kestenbaum | February 21, 2025 |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01   (3/23)   **SUMMONS**
SRA

MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

FILED IN Washtenaw County Trial Court; 3/4/2025 9:38 AM

25-000262-CH

**Summons**  (3/23)

**Case Number** _____

<div style="text-align: center;">

**PROOF OF SERVICE**

</div>

**TO PROCESS SERVER:** You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

<div style="text-align: center;">

**CERTIFICATE OF SERVICE / NONSERVICE**

</div>

☐ I served  ☐ personally  ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached)   a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled | Fee $ | TOTAL FEE $ | Name (type or print) |

<div style="text-align: center;">

**ACKNOWLEDGMENT OF SERVICE**

</div>

I acknowledge that I have received service of a copy of the summons and complaint, together with

Jury Demand and Preservation Demand
_____  on  March 3, 2025
Attachments (if any)                                           Date and time

_____  on behalf of  VTP Arbor GP LLC
Signature
Debani T. Gordon Lehman P83909
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105

Approved, SCAO

| | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|

| STATE OF MICHIGAN | | CASE NUMBER |
|---|---|---|
| 22nd JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY | SUMMONS | 25-000262-CH<br>JUDGE CAROL KUHNKE |

| Court address | Court telephone number |
|---|---|
| 101 E. Huron Street, P.O. Box 8645, Ann Arbor, MI 48107-8645 | (734) 222-3270 |

| Plaintiff's name, address, and telephone number | | Defendant's name, address, and telephone number |
|---|---|---|
| Washtenaw County Prosecutor ex rel. State of Michigan;<br>P.O. Box 8645, Ann Arbor, MI 48107; (734) 222-6620<br>City of Ypsilanti; 1 S. Huron St., Ypsilanti, MI 48197; (734) 483-1810 | v | VTP Arbor JV LP<br><br>c/o VCorp Services, LLC (Resident Agent)<br>108 W. 13th Street, Suite 100, Wilmington, DE 19801<br><br>sam@valleytreepartners.com<br>jack@valleytreepartners.com |

| Plaintiff's attorney bar number, address, and telephone number |
|---|
| Todd Ryan (P81848); P.O. Box 8645, Ann Arbor, MI 48107;<br>(734) 622-9049; ryant@washtenaw.org<br>Randolph T. Barker (P62604); 350 S. Main St., Ste. 400, Ann Arbor, MI 48104; (734) 761-9000; barker@cmplaw.com |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☑ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☑ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☑ this court, ☑ 14A-1 District Court; U.S. District Court, E.D. Mich; Ypsi Admin Bureau     Court, where

it was given case number See attached Complaint     and assigned to Judge Kuhnke; Simpson; Leitman; Hearings Officer

The action ☑ remains ☐ is no longer  pending.

Summons section completed by court clerk.                    **SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
|---|---|---|
| 2/21/2025 | 5/23/2025 | /s/ Lawrence Kestenbaum    February 21, 2025 |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01   (3/23)   **SUMMONS**                    MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105
SRA

FILED IN Washtenaw County Trial Court; 3/4/2025 9:38 AM

25-000262-CH

**Summons**   (3/23)

Case Number_____

---

### PROOF OF SERVICE

**TO PROCESS SERVER**: You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

### CERTIFICATE OF SERVICE / NONSERVICE

☐ I served     ☐ personally     ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached)     a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled | Fee $ | TOTAL FEE $ | Name (type or print) |

---

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the summons and complaint, together with

Jury Demand and Preservation Demand _____ on March 3, 2025
Attachments (if any)                                                 Date and time

_Debani T. Gordon_ _____ on behalf of   VTP Arbor JV LP
Signature
Debani T. Gordon Lehman P83909
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105

FILED IN Washtenaw County Trial Court; 3/4/2025 9:38 AM

| Approved, SCAO | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|

| | STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY | SUMMONS | CASE NUMBER |
|---|---|---|---|
| 22nd | | | 25-000262-CH<br>JUDGE CAROL KUHNKE |

| Court address | Court telephone number |
|---|---|
| 101 E. Huron Street, P.O. Box 8645, Ann Arbor, MI 48107-8645 | (734) 222-3270 |

| Plaintiff's name, address, and telephone number | | Defendant's name, address, and telephone number |
|---|---|---|
| Washtenaw County Prosecutor ex rel. State of Michigan;<br>P.O. Box 8645, Ann Arbor, MI 48107; (734) 222-6620<br>City of Ypsilanti; 1 S. Huron St., Ypsilanti, MI 48197; (734)<br>483-1810 | v | VTP Arbor One LLC<br><br>c/o VCorp Services, LLC (Resident Agent)<br>108 W. 13th Street, Suite 100, Wilmington, DE 19801<br><br>sam@valleytreepartners.com<br>jack@valleytreepartners.com |
| Plaintiff's attorney bar number, address, and telephone number<br>Todd Ryan (P81848); P.O. Box 8645, Ann Arbor, MI 48107;<br>(734) 622-9049; ryant@washtenaw.org<br>Randolph T. Barker (P62604); 350 S. Main St., Ste. 400, Ann<br>Arbor, MI 48104; (734) 761-9000; barker@cmplaw.com | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☑ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☑ this court, ☑ 14A-1 District Court; U.S. District Court, E.D. Mich; Ypsi Admin Bureau __ Court, where

it was given case number See attached Complaint __ and assigned to Judge Kuhnke; Simpson; Leitman; Hearings Officer

The action ☑ remains ☐ is no longer pending.

Summons section completed by court clerk.

**SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk | |
|---|---|---|---|
| 2/21/2025 | 5/23/2025 | /s/ Lawrence Kestenbaum | February 21, 2025 |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

**MC 01** (3/23)  **SUMMONS**                    MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105
SRA

25-000262-CH

**Summons** (3/23)

Case Number _____

---

## PROOF OF SERVICE

**TO PROCESS SERVER:** You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

### CERTIFICATE OF SERVICE / NONSERVICE

☐ I served  ☐ personally  ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached)    a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled | Fee $ | TOTAL FEE $ | Name (type or print) |

---

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the summons and complaint, together with

Jury Demand and Preservation Demand _____ on March 3, 2025
Attachments (if any)                                              Date and time

_Debani T. Gordon Lehman_ _____ on behalf of   VTP Arbor One LLC
Signature
Debani T. Gordon Lehman P83909 _____
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105

FILED IN Washtenaw County Trial Court; 3/4/2025 9:38 AM

| Approved, SCAO | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|

| STATE OF MICHIGAN<br>**22nd** JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY | **SUMMONS** | **CASE NUMBER**<br>25-000262-CH<br>JUDGE CAROL<br>KUHNKE |
|---|---|---|

**Court address**
101 E. Huron Street, P.O. Box 8645, Ann Arbor, MI 48107-8645

**Court telephone number**
(734) 222-3270

**Plaintiff's name, address, and telephone number**
Washtenaw County Prosecutor ex rel. State of Michigan;
P.O. Box 8645, Ann Arbor, MI 48107; (734) 222-6620
City of Ypsilanti; 1 S. Huron St., Ypsilanti, MI 48197; (734) 483-1810

v

**Defendant's name, address, and telephone number**
VTP River Woods, LLC

c/o VCorp Services, LLC (Resident Agent)
108 W. 13th Street, Suite 100, Wilmington, DE 19801

sam@valleytreepartners.com
jack@valleytreepartners.com

**Plaintiff's attorney bar number, address, and telephone number**
Todd Ryan (P81848); P.O. Box 8645, Ann Arbor, MI 48107;
(734) 622-9049; ryant@washtenaw.org
Randolph T. Barker (P62604); 350 S. Main St., Ste. 400, Ann Arbor, MI 48104; (734) 761-9000; barker@cmplaw.com

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**
☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.
☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.
☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**
☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.
☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).
☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☑ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☑ this court, ☑ 14A-1 District Court; U.S. District Court, E.D. Mich; Ypsi Admin Bureau  Court, where

it was given case number See attached Complaint  and assigned to Judge Kuhnke; Simpson; Leitman; Hearings Officer

The action ☑ remains ☐ is no longer  pending.

Summons section completed by court clerk.  **SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk | |
|---|---|---|---|
| 2/21/2025 | 5/23/2025 | /s/ Lawrence Kestenbaum | February 21, 2025 |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

**MC 01** (3/23) **SUMMONS**
SRA

MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

25-000262-CH

**Summons**   (3/23)

Case Number_____

---

**PROOF OF SERVICE**

**TO PROCESS SERVER:** You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

**CERTIFICATE OF SERVICE / NONSERVICE**

☐ I served       ☐ personally       ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached)     a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled | Fee $ | TOTAL FEE $ | Name (type or print) |

---

**ACKNOWLEDGMENT OF SERVICE**

I acknowledge that I have received service of a copy of the summons and complaint, together with

Jury Demand and Preservation Demand                    on March 3, 2025
Attachments (if any)                                                       Date and time

_Debani T. Gordon Lehman_ _____ on behalf of  VTP River Woods, LLC
Signature
Debani T. Gordon Lehman P83909
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105

Approved, SCAO

| | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|

| STATE OF MICHIGAN<br>22nd JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY | SUMMONS | CASE NUMBER<br>25-000262-CH<br>JUDGE CAROL<br>KUHNKE |
|---|---|---|

**Court address**
101 E. Huron Street, P.O. Box 8645, Ann Arbor, MI 48107-8645

**Court telephone number**
(734) 222-3270

**Plaintiff's name, address, and telephone number**
Washtenaw County Prosecutor ex rel. State of Michigan;
P.O. Box 8645, Ann Arbor, MI 48107; (734) 222-6620
City of Ypsilanti; 1 S. Huron St., Ypsilanti, MI 48197; (734)
483-1810

v

**Defendant's name, address, and telephone number**
Yaakov ("Jack") Nusbaum

17 Noam Lane
Lakewood, NJ 08701

jack@valleytreepartners.com

**Plaintiff's attorney bar number, address, and telephone number**
Todd Ryan (P81848); P.O. Box 8645, Ann Arbor, MI 48107;
(734) 622-9049; ryant@washtenaw.org
Randolph T. Barker (P62604); 350 S. Main St., Ste. 400, Ann
Arbor, MI 48104; (734) 761-9000; barker@cmplaw.com

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**
☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.
☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.
☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**
☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.
☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).
☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☑ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☑ this court, ☑ 14A-1 District Court; U.S. District Court, E.D. Mich; Ypsi Admin Bureau  Court, where

it was given case number See attached Complaint  and assigned to Judge Kuhnke; Simpson; Leitman; Hearings Officer

The action ☑ remains ☐ is no longer  pending.

Summons section completed by court clerk.    SUMMONS

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk | |
|---|---|---|---|
| 2/21/2025 | 5/23/2025 | /s/ Lawrence Kestenbaum | February 21, 2025 |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

**MC 01** (3/23)  **SUMMONS**
SRA

MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

FILED IN Washtenaw County Trial Court; 3/4/2025 9:38 AM

25-000262-CH

**Summons**  (3/23)

Case Number _____

---

### PROOF OF SERVICE

**TO PROCESS SERVER:** You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

### CERTIFICATE OF SERVICE / NONSERVICE

☐ I served   ☐ personally   ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached)    a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| | |

Place or address of service

Attachments (if any)

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee<br>$ | Miles traveled | Fee<br>$ | | Signature |
|---|---|---|---|---|
| Incorrect address fee<br>$ | Miles traveled | Fee<br>$ | TOTAL FEE<br>$ | Name (type or print) |

---

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the summons and complaint, together with

Jury Demand and Preservation Demand _____ on March 3, 2025 _____.
Attachments (if any)                                                                Date and time

_Dur T.G_____ on behalf of  Yaakov Nusbaum _____
Signature
Debani T. Gordon Lehman P83909
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105

| STATE OF MICHIGAN<br>MI Washtenaw County - 22nd Circuit Court | PROOF OF ELECTRONIC SERVICE | CASE NO. 25-000262-CH |
|---|---|---|

Case Title

Washtenaw County Prosecutor et al vs ValleyTree Partners LLC et al

1. MiFILE served the following documents on the following persons in accordance with MCR 1.109(G)(6).

| Type of Document | Title of Document |
|---|---|
| Appearance | Washtenaw Pros v VTP - Appearance of JAB 4932-1847-1203 v.1 |

| Person Served | E-mail Address of Service | Date and Time of Service |
|---|---|---|
| Todd  Michael Ryan | ryant@washtenaw.org | 3/4/2025 12:21:39 PM |
| Washtenaw  County Prosecutor | savite@washtenaw.org | 3/4/2025 12:21:39 PM |
| Victoria  M. Burton-Harris | burtonharrisv@washtenaw.org | 3/4/2025 12:21:39 PM |
| Randolph  T. Barker | barker@cmplaw.com | 3/4/2025 12:21:39 PM |
| William  Daniel Troyka | troyka@cmplaw.com | 3/4/2025 12:21:39 PM |
| Andrew  D. Sugerman | sugerman@cmplaw.com | 3/4/2025 12:21:39 PM |
| Debani  Tanay Gordon-Lehman | Dgordon@Bodmanlaw.com | 3/4/2025 12:21:39 PM |

2. I, J. Adam Behrendt, initiated the above MiFILE service transmission.

This proof of electronic service was automatically created, submitted, and signed on my behalf by MiFILE. I declare under the penalties of perjury that this proof of electronic service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

3/4/2025
_____
Date

/s/J. Adam Behrendt
_____
Signature

Bodman LLP
_____
Firm (if applicable)

**STATE OF MICHIGAN**
**IN THE WASHTENAW COUNTY CIRCUIT COURT**

ELI SAVIT, PROSECUTING ATTORNEY
FOR WASHTENAW COUNTY ex rel., the
People of the State of Michigan, and CITY
OF YPSILANTI,

        Plaintiffs,

v.

VALLEYTREE PARTNERS LLC, VTP A1 LP,
VTP ARBOR GP LLC, VTP ARBOR JV LP, VTP
ARBOR ONE LLC, VTP RIVER WOODS, LLC,
SAMUEL ROSENTHOL, YAAKOV NUSBAUM
and AMY VUJNOV,

        Defendants,

Case No. 25-000262-CH

Hon. Hon. Carol Kuhnke

**APPEARANCE OF COUNSEL**

_____/

WASHTENAW CUNTY PROSECUTOR'S
OFFICE
By:  Eli Savit (P76528)
Victoria Burton-Harris (P78623)
Todd Ryan (P81848)
P.O. Box 8645
Ann Arbor, MI  48107
(734) 622-9049
ryant@washtenaw.org
*Attorneys for Plaintiff State of Michigan*

CONLIN McKENNEY & PHILBRICK PC
By:   Randolph T. Barker (P62604)
W. Daniel Troyka (P65155)
Andrw D. Sugarman (P46687)
350 Main St., Suite 400
Ann Arbor, MI  48104
(734) 761-9000
barker@cmplaw.com
*Attorneys for Plaintiff City of Ypsilanti*

BODMAN PLC
By:    J. Adam Behrendt (P58607)
201 W. Big Beaver, Suite 500
Troy, MI  48084
(248) 743-6000
jbehrendt@bodmanlaw.com
*Attorneys for Defendants*

_____/

FILED IN Washtenaw County Trial Court; 3/4/2025 12:21 PM

### APPEARANCE OF COUNSEL

Please take notice that J. Adam Behrendt of Bodman PLC, hereby enters his appearance as counsel for defendants in the above captioned matter.

Respectfully submitted,

BODMAN PLC

By: */s/ J. Adam Behrendt*
J. Adam Behrendt (P58607)
201 W. Big Beaver Road, Suite 500
Troy, MI 48084
(248) 743-6000
abehrendt@bodmanlaw.com
*Attorneys for Defendants*

Dated: March 4, 2025

### PROOF OF SERVICE

I hereby certify that on March 4, 2025, I electronically filed the foregoing papers with the Clerk of the Court using the E-filing system which will send notification of such filing to all attorneys of record.

/s/ J. Adam Behrendt  (P58607)

2

4932-1847-1203_1

STATE OF MICHIGAN
IN THE 22ND JUDICIAL CIRCUIT

WASHTENAW COUNTY PROSECUTING
ATTORNEY, *ex rel.* the People of the State
of Michigan, and CITY OF YPSILANTI,

    Plaintiffs,

v.

VALLEYTREE PARTNERS LLC, et al.,

    Defendants.

**PROOF OF SERVICE**

Case No. 25-000262-CH

The Hon. Carol Kuhnke

Eli Savit (P76528)
Victoria Burton-Harris (P78263)
Todd Ryan (P81848)
WASHTENAW COUNTY PROSECUTOR'S OFFICE
*Attorneys for Plaintiff State of Michigan*
P.O. Box 8645
Ann Arbor, MI 48107
(734) 222-6620
*ryant@washtenaw.org*

Randolph T. Barker (P62604)
W. Daniel Troyka (P65155)
Andrew D. Sugerman (P46687)
CONLIN, MCKENNEY & PHILBRICK, P.C.
*Attorneys for Plaintiff City of Ypsilanti*
350 S. Main Street, Ste. 400
Ann Arbor, MI 48104
(734) 761-9000
*barker@cmplaw.com*

J. Adam Behrendt (P58607)
Debani T. Gordon Lehman (P83909)
BODMAN PLC
*Attorneys for All Defendants*
201 W. Big Beaver Rd., Suite 500
Troy, MI 48084
(248) 743-6000
*jbehrendt@bodmanlaw.com*

## **PROOF OF SERVICE**

    I, Todd Ryan, state that on March 17, 2025, I filed Plaintiffs' Joint Motion for Preliminary Injunction, Brief in Support of Plaintiffs' Joint Motion for Preliminary Injunction (with 16 attachments, including placeholders on Attachments 3D and 10C-10P), and a Notice of Hearing, and I served same upon all parties of record through the Court's electronic filing system.

On March 18, 2025, I electronically served Attachments 3D and 10C-10P on the Court and on counsel of record as follows:

Counsel for Defendants
J. Adam Behrendt (P58607), *ABehrendt@BODMANLAW.COM*
Debani T. Gordon Lehman (P83909), *DGordon@BODMANLAW.COM*

Judge Carol Kuhnke (22nd Judicial Circuit)
Daniel Tai, *taid@washtenaw.org*

Judge J. Cedric Simpson (14A-1 Judicial District)
Anne Wiedling, *wiedlinga@washtenaw.org*

On March 18, 2025, I filed this Proof of Service, and I served same upon all parties of record through the Court's electronic filing system.

Pursuant to MCR 2.107(D) and MCR 1.109(D)(3), I declare under the penalties of perjury that this Proof of Service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

Date:  March 18, 2025                                                  /s/ Todd Ryan
Todd Ryan (P81848)

| STATE OF MICHIGAN<br>WASHTENAW COUNTY<br>TRIAL COURT | **ZOOM**<br>**NOTICE OF MOTION HEARING**<br>☐ Rescheduled | Case No:<br>**25-000262-CH**<br>Judge:<br>**Carol Kuhnke** |
|---|---|---|

101 E Huron St., P.O. Box 8645, Ann Arbor, Michigan 48107                                    (734)222-3001

| Plaintiff(s)/Petitioner(s) Name:<br>Washtenaw County Prosecuting Attorney<br>ex rel. People of the State of Michigan, et | v | Defendant(s)/Respondent(s) Name:<br>ValleyTree Partners LLC, et al. |
|---|---|---|

*NOTE: This is a scheduling form, NOT a motion. This form is only used to schedule the hearing on the Judge's docket.*
*Go online to www.washtenaw.org/3109 for Judge-specific instructions.*

1. Motion Title(s): Plaintiffs' Joint Motion for Preliminary Injunction

   _____

2. Moving Party: Plaintiff Prosecuting Attorney and Plaintiff City of Ypsilanti

   Attorney for Moving Party: Todd Ryan (P81848); Randolph T. Barker (P62604)

   Phone Number of Attorney/Moving Party: (734) 496-7842

3. Responding Attorneys/Parties (include Bar No.(s))

   J. Adam Behrendt (P58607)                    Debani T. Gordon Lehman (P83909)

4. **Names AND Email Addresses for ALL attorneys/parties who will attend the hearing:**

   **It is the responsibility of the moving party to notify all parties involved of the assigned hearing date AND Zoom Meeting ID.**

| Name | Email Address |
|---|---|
| Todd Ryan (P81848) | ryant@washtenaw.org |
| Randolph T. Barker (P62604) | barker@cmplaw.com |
| J. Adam Behrendt (P58607) | jbehrendt@bodmanlaw.com |
| Debani T. Gordon Lehman (P83909) | dgordon@bodmanlaw.com |
| | |

/s/ Todd Ryan (P81848)                                           3/17/2025
Signature of moving attorney or party                              Date

*Hearing date approved by Judge Kuhnke's chambers*

## NOTICE OF HEARING
**Contact the Trial Court for available hearing dates**

| Judge<br>**Carol Kuhnke** | Date and Time<br>**Monday, March 24, 2025 at 1:00pm** |
|---|---|

**BELOW ZOOM MEETING ID FILLED IN BY THE COURT ONLY**

*Plaintiffs request in-person hearing
**ZOOM MEETING ID:**        896 108 0727

(1/21) **To connect to the meeting, go to www.zoom.com, click "Join a Meeting" and enter the above Meeting ID**

FILED IN Washtenaw County Trial Court; 3/18/2025 5:49 PM

| **STATE OF MICHIGAN**<br>MI Washtenaw County - 22nd Circuit Court | **PROOF OF ELECTRONIC SERVICE** | **CASE NO.** 25-000262-CH |
|---|---|---|

Case Title

Washtenaw County Prosecutor et al vs ValleyTree Partners LLC et al

1. MiFILE served the following documents on the following persons in accordance with MCR 1.109(G)(6).

| Type of Document | Title of Document |
|---|---|
| Proof of Service | Proof of Service - Motion for Preliminary Injunction |

| Person Served | E-mail Address of Service | Date and Time of Service |
|---|---|---|
| Washtenaw County Prosecutor | savite@washtenaw.org | 3/18/2025 7:55:20 AM |
| Victoria  M. Burton-Harris | burtonharrisv@washtenaw.org | 3/18/2025 7:55:20 AM |
| Randolph  T. Barker | barker@cmplaw.com | 3/18/2025 7:55:20 AM |
| William  Daniel Troyka | troyka@cmplaw.com | 3/18/2025 7:55:20 AM |
| Andrew  D. Sugerman | sugerman@cmplaw.com | 3/18/2025 7:55:20 AM |
| Debani  Tanay Gordon-Lehman | Dgordon@Bodmanlaw.com | 3/18/2025 7:55:20 AM |
| J.  Adam Behrendt | jbehrendt@bodmanlaw.com | 3/18/2025 7:55:20 AM |

2. I, Todd Ryan, initiated the above MiFILE service transmission.

This proof of electronic service was automatically created, submitted, and signed on my behalf by MiFILE. I declare under the penalties of perjury that this proof of electronic service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

3/18/2025
_____
Date

/s/Todd Ryan
_____
Signature

Washtenaw County Prosecutor's Office
_____
Firm (if applicable)

| STATE OF MICHIGAN<br>WASHTENAW COUNTY<br>TRIAL COURT | **ZOOM<br>NOTICE OF MOTION HEARING**<br>☐ Rescheduled | Case No:<br>**25-000262-CH**<br>Judge:<br>**Carol Kuhnke** |
|---|---|---|

101 E Huron St., P.O. Box 8645, Ann Arbor, Michigan 48107                    (734)222-3001

| Plaintiff(s)/Petitioner(s) Name:<br>Washtenaw County Prosecuting Attorney<br>ex rel. People of the State of Michigan, et | v | Defendant(s)/Respondent(s) Name:<br>ValleyTree Partners LLC, et al. |
|---|---|---|

*NOTE: This is a scheduling form, NOT a motion. This form is only used to schedule the hearing on the Judge's docket.*
*Go online to www.washtenaw.org/3109 for Judge-specific instructions.*

1. Motion Title(s): Plaintiffs' Joint Motion for Preliminary Injunction
_____

2. Moving Party: Plaintiff Prosecuting Attorney and Plaintiff City of Ypsilanti

   Attorney for Moving Party: Todd Ryan (P81848); Randolph T. Barker (P62604)

   Phone Number of Attorney/Moving Party: (734) 496-7842

3. Responding Attorneys/Parties (include Bar No.(s))

   J. Adam Behrendt (P58607)                    Debani T. Gordon Lehman (P83909)

4. **Names AND Email Addresses for ALL attorneys/parties who will attend the hearing:**

   **It is the responsibility of the moving party to notify all parties involved of the assigned hearing date AND Zoom Meeting ID.**

| Name | Email Address |
|---|---|
| Todd Ryan (P81848) | ryant@washtenaw.org |
| Randolph T. Barker (P62604) | barker@cmplaw.com |
| J. Adam Behrendt (P58607) | jbehrendt@bodmanlaw.com |
| Debani T. Gordon Lehman (P83909) | dgordon@bodmanlaw.com |
| | |

/s/ Todd Ryan (P81848)                                3/17/2025
Signature of moving attorney or party                    Date

*Hearing date approved by Judge Kuhnke's chambers*

**NOTICE OF HEARING**
**Contact the Trial Court for available hearing dates**

| Judge<br>**Carol Kuhnke** | Date and Time<br>**Monday, March 24, 2025 at 1:00pm** |
|---|---|

**BELOW ZOOM MEETING ID FILLED IN BY THE COURT ONLY**

*Plaintiffs request in-person hearing
**ZOOM MEETING ID:** _____ 896 108 0727

(1/21) **To connect to the meeting, go to www.zoom.com, click "Join a Meeting" and enter the above Meeting ID**

FILED IN Washtenaw County Trial Court; 3/17/2025 11:57 PM

STATE OF MICHIGAN
IN THE 22ND JUDICIAL CIRCUIT

---

WASHTENAW COUNTY PROSECUTING
ATTORNEY, *ex rel.* the People of the State
of Michigan, and CITY OF YPSILANTI,

    Plaintiffs,

v.

VALLEYTREE PARTNERS LLC, et al.,

    Defendants.

**PLAINTIFFS' JOINT MOTION
TO FILE A MOTION FOR
PRELIMINARY INJUNCTION
AND BRIEF IN SUPPORT
EXCEEDING 20 PAGES TO BE
HEARD ON 6 DAYS NOTICE**

Case No. 25-000262-CH

The Hon. Carol Kuhnke

---

Eli Savit (P76528)
Victoria Burton-Harris (P78263)
Todd Ryan (P81848)
WASHTENAW COUNTY PROSECUTOR'S OFFICE
*Attorneys for Plaintiff State of Michigan*
P.O. Box 8645
Ann Arbor, MI 48107
(734) 222-6620
*ryant@washtenaw.org*

Randolph T. Barker (P62604)
W. Daniel Troyka (P65155)
Andrew D. Sugerman (P46687)
CONLIN, MCKENNEY & PHILBRICK, P.C.
*Attorneys for Plaintiff City of Ypsilanti*
350 S. Main Street, Ste. 400
Ann Arbor, MI 48104
(734) 761-9000
*barker@cmplaw.com*

J. Adam Behrendt (P58607)
Debani T. Gordon Lehman (P83909)
BODMAN PLC
*Attorneys for All Defendants*
201 W. Big Beaver Rd., Suite 500
Troy, MI 48084
(248) 743-6000
*jbehrendt@bodmanlaw.com*

---

**<u>PLAINTIFFS' JOINT MOTION TO FILE A MOTION FOR PRELIMINARY
INJUNCTION AND BRIEF IN SUPPORT EXCEEDING 20 PAGES TO BE HEARD ON
6 DAYS NOTICE</u>**

Plaintiff Prosecuting Attorney for Washtenaw County *ex rel.* the People of the State of

Michigan ("State"), and Plaintiff City of Ypsilanti ("City") (collectively, "Plaintiffs"), hereby

FILED IN Washtenaw County Trial Court; 3/18/2025 5:49 PM

move, pursuant to MCR 2.119(a)(2)(A) and MCR 3.310(A)(3), that this Court allow Plaintiffs to file a Motion for Preliminary Injunction and Brief in Support that is up to 30 pages combined, and to allow the Motion for Preliminary Injunction to be heard with 6 days of notice, for the following reasons:

1. First, except as permitted by the court, the combined length of any motion and brief is limited to 20 pages, exclusive of attachments and exhibits.  MCR 2.119(A)(2)(a).

2. The court should permit the filing of a combined Motion for Preliminary Injunction and Brief in Support that is up to 30 pages because of the scope of the matters at issue:

    a. <u>Factual Scope</u>: Plaintiffs have filed this lawsuit to remediate unsafe living conditions at Arbor One Apartments, a complex of 19 buildings with 474 total residential units in the City of Ypsilanti. To date, the City of Ypsilanti has identified 1,113 health, safety, and welfare violations at Arbor One.

    b. <u>Procedural Scope</u>: This matter involves hundreds of direct enforcement actions by the City of Ypsilanti and related proceedings in state circuit court, state district court, the City of Ypsilanti Administrative Hearings Bureau, federal district court, and most recently, the Washtenaw County Construction Code Board of Appeals.

3. Plaintiffs believe that a full presentation of these issues—particularly in the context of the four-factor standard for preliminary relief, see, e.g., *Alliance for Mentally Ill v. Dep't of Community Health*, 231 Mich App 647, 661; 588 NW2d 133 (1998)—provide good cause to allow a combined brief and motion that exceeds the 20-page limit for standard situations.  MCR 2.119(A)(2)(a).

4. Plaintiffs believe that this Court will be aided to reach a decision on the merits by a longer brief which more fully details the factual background and the legal issues involved.

5. Given the complexity of the issues involved, and the need for a full and fair presentation to the Court, Plaintiffs have no objection to a parallel expansion of the page limit for Defendants' response, and to allow Defendants to file a combined response and brief of no more than 30 pages.

6. Second, Plaintiffs show good cause for the court to order the Motion for Preliminary Injunction to be heard on six (6) days of notice instead of seven (7), with a hearing date noticed for March 24, 2025.

7. "A motion for a preliminary injunction must be filed and noticed for hearing in compliance with the rules governing other motions *unless the court orders otherwise on a showing of good cause*." MCR 3.310(A)(3) (emphasis added); see also MCR 2.119(C)(1)(b) (allowing good cause modifications of seven-day notice timing).

8. Here, Plaintiffs allege that dangerous conditions are threatening the health and safety of hundreds of residents of Arbor One Apartments. This alone presents good cause for a speedy determination on the merits of these allegations.

9. Moreover, on March 17, 2025, Plaintiffs initially filed a previous version of the Motion for Preliminary Injunction in compliance with the full seven days of notice.

   a. However, on March 18, 2025, the court rejected the electronic filing due to the size of a single supporting document filed with an attachment. MiFILE Rejection Notice, Mar. 28, 2025 ("Exhibit 5B has pages that are flagged as too large").

3

b.   The exact same attachment in question had already been successfully filed with the court without being rejected.  See Compl., Feb. 19, 2025, Attachment D (stamped "FILED IN Washtenaw County Trial Court; 2/19/2025 5:27 PM").

c.   Defendants received service of the previous version with all of the supporting factual material (16 attachments with supporting documents for a total of 40 separate files) with seven days notice.

10. In addition, Defendants have been on continual notice of the issues presented in this Motion due to the nature of the issues and the corresponding City of Ypsilanti enforcement actions, other court proceedings, direct communications, and myriad other means.

THEREFORE, for the above-stated reasons, the Court should grant Plaintiffs' Motion and provide the relief requested.

Dated: March 18, 2025                          Respectfully submitted,

/s/ Todd Ryan                                  /s/ Randolph T. Barker
Todd Ryan (P81848)                             Randolph T. Barker (P62604)

Eli Savit (P76528)                             Randolph T. Barker (P62604)
Victoria Burton-Harris (P78263)                W. Daniel Troyka (P65155)
Todd Ryan (P81848)                             Andrew D. Sugerman (P46687)
WASHTENAW COUNTY PROSECUTOR'S OFFICE           CONLIN, MCKENNEY & PHILBRICK, P.C.
*Attorneys for Plaintiff State of Michigan*    *Attorneys for Plaintiff City of Ypsilanti*
P.O. Box 8645                                   350 S. Main Street, Ste. 400
Ann Arbor, MI 48107                            Ann Arbor, MI 48104
(734) 222-6620                                 (734) 761-9000
*ryant@washtenaw.org*                          *barker@cmplaw.com*

4

STATE OF MICHIGAN
IN THE 22ND JUDICIAL CIRCUIT

---

WASHTENAW COUNTY PROSECUTING
ATTORNEY, *ex rel.* the People of the State
of Michigan, and CITY OF YPSILANTI,

    Plaintiffs,

v.

VALLEYTREE PARTNERS LLC, et al.,

    Defendants.

**PROOF OF SERVICE**

Case No. 25-000262-CH

The Hon. Carol Kuhnke

---

Eli Savit (P76528)
Victoria Burton-Harris (P78263)
Todd Ryan (P81848)
WASHTENAW COUNTY PROSECUTOR'S OFFICE
*Attorneys for Plaintiff State of Michigan*
P.O. Box 8645
Ann Arbor, MI 48107
(734) 222-6620
*ryant@washtenaw.org*

Randolph T. Barker (P62604)
W. Daniel Troyka (P65155)
Andrew D. Sugerman (P46687)
CONLIN, MCKENNEY & PHILBRICK, P.C.
*Attorneys for Plaintiff City of Ypsilanti*
350 S. Main Street, Ste. 400
Ann Arbor, MI 48104
(734) 761-9000
*barker@cmplaw.com*

J. Adam Behrendt (P58607)
Debani T. Gordon Lehman (P83909)
BODMAN PLC
*Attorneys for All Defendants*
201 W. Big Beaver Rd., Suite 500
Troy, MI 48084
(248) 743-6000
*jbehrendt@bodmanlaw.com*

---

## PROOF OF SERVICE

    I, Todd Ryan, state that on March 18, 2025, I filed Plaintiffs' Joint Motion to File a Motion for Preliminary Injunction and Brief in Support Exceeding 20 Pages To Be Heard On 6 Days Notice, Plaintiffs' Joint Motion for Preliminary Injunction, Brief in Support of Plaintiffs' Joint Motion for Preliminary Injunction (with 16 attachments, including placeholders on Attachments 3D and 10C-10P), Notice of Hearing, and this Proof of Service and I served same upon all parties of record through the Court's electronic filing system.

On March 18, 2025, I electronically served Attachments 3D and 10C-10P on the Court and on counsel of record as follows:

Counsel for Defendants
    J. Adam Behrendt (P58607), *ABehrendt@BODMANLAW.COM*
    Debani T. Gordon Lehman (P83909), *DGordon@BODMANLAW.COM*

Judge Carol Kuhnke (22nd Judicial Circuit)
    Daniel Tai, *taid@washtenaw.org*

Judge J. Cedric Simpson (14A-1 Judicial District)
    Anne Wiedling, *wiedlinga@washtenaw.org*


Pursuant to MCR 2.107(D) and MCR 1.109(D)(3), I declare under the penalties of perjury that this Proof of Service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

Date:  March 18, 2025                                   /s/ Todd Ryan
                                                        Todd Ryan (P81848)

2

| **STATE OF MICHIGAN**<br>MI Washtenaw County - 22nd Circuit Court | **PROOF OF ELECTRONIC SERVICE** | **CASE NO.** 25-000262-CH |
|---|---|---|

| Case Title |
|---|
| Washtenaw County Prosecutor et al vs ValleyTree Partners LLC et al |

1. MiFILE served the following documents on the following persons in accordance with MCR 1.109(G)(6).

| Type of Document | Title of Document |
|---|---|
| Motion | Motion re Page Limit and Hearing Date - 3-18-25 |
| Motion | Motion for Preliminary Injunction - 3-18-25 |
| Brief | Brief in Support of Motion for Preliminary Injunction - 3-18-24 |
| CONNECTED FILING | 1 - Property Records |
| CONNECTED FILING | 2 - Business Records |
| CONNECTED FILING | 3 - Affidavit - Jerry Dunham - 3-17-24 |
| CONNECTED FILING | 3a - City of Ypsilanti Inspection Records |
| CONNECTED FILING | 3b - City of Ypsilanti Condemnations |
| CONNECTED FILING | 3c - City of Ypsilanti Notices |
| CONNECTED FILING | 3d - City of Ypsilanti Photos and Videos - Coversheet Only |
| CONNECTED FILING | 4 - Affidavit - Joe Meyers - 3-17-25 |
| CONNECTED FILING | 4a - Notices - City to Tenants - 3-4-25 |
| CONNECTED FILING | 4b - Emails - City w Landlords and Tenants |
| CONNECTED FILING | 4c - Spreadsheet - City of Ypsilanti Review |
| CONNECTED FILING | 4d - Spreadsheet - City of Ypsilanti Totals |
| CONNECTED FILING | 5 - Affidavit - Andrew Hellenga - 3-17-25 |
| CONNECTED FILING | 5a - Complaint |
| CONNECTED FILING | 5b - Permit Application - 4-12-24 - resized |
| CONNECTED FILING | 6 - Affidavit - Reica McGuire - 3-17-25 |
| CONNECTED FILING | 7 - Affidavit - Reico McGuire - 3-17-25 |
| CONNECTED FILING | 8 - Affidavit - Richard Gerringer - 3-15-25 |
| CONNECTED FILING | 9 - Affidavit - Kristen Schweighoefer |
| CONNECTED FILING | 10 - Affidavit - Rhonda Woodriffe - 3-17-25.PDF |
| CONNECTED FILING | 10a - Investigation Report |
| CONNECTED FILING | 10b - Documents from Leasing Office.PDF |
| CONNECTED FILING | 10c-10p - Attachments - Coversheet Only |
| CONNECTED FILING | 11 - Email - Schlefstein |
| CONNECTED FILING | 11a - Lease - Schlefstein |
| CONNECTED FILING | 12 - Email - Bohman |
| CONNECTED FILING | 12a - Solicitation of New Tenants |
| CONNECTED FILING | 13 - News Article - WEMU-FM - 3-10-25 |
| CONNECTED FILING | 14 - News Article - MLive.com - 2-9-25 |
| CONNECTED FILING | 15 - City Ordinance 854 - 5-6-97.PDF |
| CONNECTED FILING | 16 - Proposed Order for Preliminary Injunction |
| Notice of Hearing | Notice of Hearing |
| Proof of Service | Proof of Service - Re-Filing - 3-18-25 |

| Person Served | E-mail Address of Service | Date and Time of Service |
|---|---|---|
| Washtenaw County Prosecutor | savite@washtenaw.org | 3/18/2025 5:49:48 PM |
| Victoria M. Burton-Harris | burtonharrisv@washtenaw.org | 3/18/2025 5:49:48 PM |
| Randolph T. Barker | barker@cmplaw.com | 3/18/2025 5:49:48 PM |
| William Daniel Troyka | troyka@cmplaw.com | 3/18/2025 5:49:48 PM |
| Andrew D. Sugerman | sugerman@cmplaw.com | 3/18/2025 5:49:48 PM |
| Debani Tanay Gordon-Lehman | Dgordon@Bodmanlaw.com | 3/18/2025 5:49:48 PM |

| J.  Adam Behrendt | jbehrendt@bodmanlaw.com | 3/18/2025 5:49:48 PM |

2. I, Todd Ryan, initiated the above MiFILE service transmission.

This proof of electronic service was automatically created, submitted, and signed on my behalf by MiFILE. I declare under the penalties of perjury that this proof of electronic service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

3/18/2025
Date

/s/Todd Ryan
Signature

Washtenaw County Prosecutor's Office
Firm (if applicable)

STATE OF MICHIGAN
IN THE 22ND JUDICIAL CIRCUIT

---

WASHTENAW COUNTY PROSECUTING
ATTORNEY, *ex rel.* the People of the State
of Michigan, and CITY OF YPSILANTI,

    Plaintiffs,

v.

VALLEYTREE PARTNERS LLC, et al.,

    Defendants.

**PLAINTIFFS' JOINT MOTION
FOR PRELIMINARY
INJUNCTION**

Case No. 25-000262-CH

The Hon. Carol Kuhnke

---

Eli Savit (P76528)
Victoria Burton-Harris (P78263)
Todd Ryan (P81848)
WASHTENAW COUNTY PROSECUTOR'S OFFICE
*Attorneys for Plaintiff State of Michigan*
P.O. Box 8645
Ann Arbor, MI 48107
(734) 222-6620
*ryant@washtenaw.org*

Randolph T. Barker (P62604)
W. Daniel Troyka (P65155)
Andrew D. Sugerman (P46687)
CONLIN, MCKENNEY & PHILBRICK, P.C.
*Attorneys for Plaintiff City of Ypsilanti*
350 S. Main Street, Ste. 400
Ann Arbor, MI 48104
(734) 761-9000
*barker@cmplaw.com*

J. Adam Behrendt (P58607)
Debani T. Gordon Lehman (P83909)
BODMAN PLC
*Attorneys for All Defendants*
201 W. Big Beaver Rd., Suite 500
Troy, MI 48084
(248) 743-6000
*jbehrendt@bodmanlaw.com*

---

## **PLAINTIFFS' JOINT MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Prosecuting Attorney for Washtenaw County *ex rel*. the People of the State of

Michigan ("State"), and Plaintiff City of Ypsilanti ("City") (collectively, "Plaintiffs"), hereby

move, pursuant to MCR 3.310, that this court enter a preliminary injunction against Defendants

ValleyTree Partners LLC, VTP A1 LP, VTP Arbor GP LLC, VTP Arbor JV LP, VTP Arbor One LLC, VTP River Woods, LLC, Samuel Rosenthal, and Yaakov Nusbaum (collectively, "Defendants") to protect the public against public nuisance conditions, to stop violations of the Housing Law of Michigan, and to enjoin unfair and deceptive business practices, for the following reasons, as further discussed in the accompanying Brief in Support of Plaintiffs' Motion for Preliminary Injunction:

1. Dangerous living conditions are currently threatening the health and safety of hundreds of tenants at Arbor One Apartments.

2. Of the hundreds of rental homes at Arbor One Apartments that the City of Ypsilanti has inspected, over 75% of the homes have health, safety, and welfare violations.

3. The City of Ypsilanti has identified 1,113 health, safety, and welfare violations.

4. These violations include but are not limited to:

   a. Furnaces and boilers in poor or inoperable condition, with families using kitchen ovens for heat;

   b. Disturbing drywall that was tested for and documented to have asbestos containing material—without permits or safeguards;

   c. Leaking, rusted, and broken pipes, drains, and plumbing fixtures;

   d. Water damage, including collapsing ceilings and mold growth; and

   e. Insect and vermin infestations, with extensive presence of cockroaches and bed bugs.

5. There are 19 apartment buildings at Arbor One Apartments.

   a. One building has been burnt out for over a year and appears vacant; and

   b. The remaining 18 buildings are condemned but remain occupied.

2

6. Defendants are the owners, managers, operators, and people with control over Arbor One Apartments.

7. In defiance of the law and common sense, Defendants have been renting to new tenants and continuing to demand rent from the people living at Arbor One Apartments.

8. Therefore, through this Motion, the State and the City seek to enjoin the dangerous living conditions at Arbor One Apartments and to stop the ongoing violations of housing and consumer protection laws.

WHEREFORE, Plaintiffs respectfully request that this Court grant the following relief in keeping with the attached Proposed Order:

A) Grant a preliminary injunction requiring Defendants to:

1) Provide temporary alternative shelter for tenants who are displaced from residences that must be vacated for health and safety reasons;

2) Provide relocation for any tenant who wishes to voluntarily relocate from the property;

3) Immediately perform, in a lawful manner, emergency repairs and health and safety related repairs at the property;

4) Stop advertising, soliciting, or leasing units that lack a Certificate of Compliance to prospective tenants; and

5) Stop unlawfully demanding rent from tenants for the time periods in which their dwelling lacked a legally required Certificate of Compliance from the City of Ypsilanti; and

B) Grant such other relief as is just and equitable.

3

THEREFORE, for the above-stated reasons, the Court should grant Plaintiffs' Motion for

Preliminary Injunction and provide the relief requested.


Dated: March 18, 2025                              Respectfully submitted,


/s/ Todd Ryan                                      /s/ Randolph T. Barker
Todd Ryan (P81848)                                 Randolph T. Barker (P62604)

Eli Savit (P76528)                                 Randolph T. Barker (P62604)
Victoria Burton-Harris (P78263)                    W. Daniel Troyka (P65155)
Todd Ryan (P81848)                                 Andrew D. Sugerman (P46687)
WASHTENAW COUNTY PROSECUTOR'S OFFICE               CONLIN, MCKENNEY & PHILBRICK, P.C.
*Attorneys for Plaintiff State of Michigan*        *Attorneys for Plaintiff City of Ypsilanti*
P.O. Box 8645                                      350 S. Main Street, Ste. 400
Ann Arbor, MI 48107                                Ann Arbor, MI 48104
(734) 222-6620                                     (734) 761-9000
*ryant@washtenaw.org*                              *barker@cmplaw.com*

4

STATE OF MICHIGAN
IN THE 22ND JUDICIAL CIRCUIT

FILED IN Washtenaw County Trial Court; 3/18/2025 5:49 PM

| | |
|---|---|
| WASHTENAW COUNTY PROSECUTING ATTORNEY, *ex rel.* the People of the State of Michigan, and CITY OF YPSILANTI,<br><br>    Plaintiffs,<br><br>v.<br><br>VALLEYTREE PARTNERS LLC, et al.,<br><br>    Defendants. | **BRIEF IN SUPPORT OF PLAINTIFFS' JOINT MOTION FOR PRELIMINARY INJUNCTION**<br><br><br><br>Case No. 25-000262-CH<br><br>The Hon. Carol Kuhnke |

Eli Savit (P76528)
Victoria Burton-Harris (P78263)
Todd Ryan (P81848)
WASHTENAW COUNTY PROSECUTOR'S OFFICE
*Attorneys for Plaintiff State of Michigan*
P.O. Box 8645
Ann Arbor, MI 48107
(734) 222-6620
*ryant@washtenaw.org*

Randolph T. Barker (P62604)
W. Daniel Troyka (P65155)
Andrew D. Sugerman (P46687)
CONLIN, MCKENNEY & PHILBRICK, P.C.
*Attorneys for Plaintiff City of Ypsilanti*
350 S. Main Street, Ste. 400
Ann Arbor, MI 48104
(734) 761-9000
*barker@cmplaw.com*

J. Adam Behrendt (P58607)
Debani T. Gordon Lehman (P83909)
BODMAN PLC
*Attorneys for All Defendants*
201 W. Big Beaver Rd., Suite 500
Troy, MI 48084
(248) 743-6000
*jbehrendt@bodmanlaw.com*

## BRIEF IN SUPPORT OF
## PLAINTIFFS' JOINT MOTION FOR PRELIMINARY INJUNCTION

The Court should grant the State and City's Motion because Defendants have created and

maintained dangerous public nuisance conditions at Arbor One Apartments.  The conditions also

violate the Housing Law of Michigan.  Moreover, Defendants have continued to solicit new tenants and demand rent without the legal ability to do so, in violation of the Michigan Consumer Protection Act.  These are extraordinary circumstances which merit a preliminary injunction.

The relief sought through this Motion is appropriate and necessary to address the urgent state of affairs at Arbor One Apartments.  At bottom, the State and the City ask *only* that this Court enjoin Defendants from illegal activity and to abide by the requirements the law imposes. Specifically: Defendants must cease and desist from unlawfully renting out residential units without the legally required Certificate of Compliance—which ensure that the residences are in "safe, healthful and fit condition for occupancy."  Ypsi. City Code 18-149.  They must cease and desist from unlawfully seeking to collect rent (in violation of the Ypsilanti City Code) for the time periods in which the dwellings lacked a certificate of compliance.  Ypsi. City Code 18-146.  And because Defendants have created a public nuisance that endangers the safety, health, and welfare of tenants at Arbor One Apartments, they must abate that nuisance by (1) providing alternative shelter to tenants who are unable to remain at Arbor One due to Defendants' malfeasance; and (2) immediately performing emergency and health and safety related repairs.

All of the relief sought, in short, would simply require Defendants to abide by the rules they to which they voluntarily chose to subject themselves when they chose to enter the rental housing market in the City of Ypsilanti and the State of Michigan.  Defendants were (and remain) under an obligation to provide housing that the City determines is "in safe, healthful and fit condition for occupancy."  Ypsi. City Code 18-149; *see also, e.g.,* MCL 125.402(18) (the Housing Law of Michigan prohibits housing that is detrimental to human health, and defines housing maintained in violation of these standards as a public nuisance).  Having failed to abide by these standards—and

having violated state and city laws pertaining to public nuisance and consumer protection along the way—a preliminary injunction is warranted to ensure Defendants' compliance with the law.

## STATEMENT OF FACTS

### Defendants Own and Control Arbor One Apartments

Arbor One Apartments is a complex of 19 buildings with 474 total residential units in the City of Ypsilanti.  See Property Records ("Attachment 1").  Defendants ValleyTree Partners LLC, Rosenthal and Nusbaum are the members, operators and/or managers of the entire complex.  See, e.g., Business Records ("Attachment 2"); Compl. ¶ 26 (information re: ValleyTree Partners as of Feb. 6, 2025).  Defendants VTP A1 LP, VTP Arbor GP LLC, VTP Arbor JV LP, and VTP Arbor One LLC are business entities with identified ownership interests in Arbor One North and South. See Property Records, Att. 1.

|  | **Arbor One North** |  |
|---|---|---|
| 720 Green Road | 721 W. Clark Road | 1431 Leforge Road |
| 772 Green Road | 773 W. Clark Road | 1433 Leforge Road |
|  | **Arbor One South** |  |
| 721/723 Green Road | 791/793 Green Road | 1243/1425 Leforge Street |
| 725/727 Green Road | 801/803 Green Road | 1427/1429 Leforge Street |

*Id.*  Defendant VTP River Woods LLC is the business entity with identified ownership interests in Arbor One West.  See *id.*

|  | **Arbor One West** |  |
|---|---|---|
| 815/817 Green Road | 835/837 Green Road | 847/849 Green Road |
| 823/825 Green Road | 841/843 Green Road | 853/855 Green Road |
| 829/831 Green Road |  |  |

*Id.*

### Dangerous Housing Conditions at Arbor One Apartments

"Dangerous living conditions are currently threatening the health and safety of hundreds of tenants at the Arbor One Apartments."  Affidavit of Jerry Dunham, Mar. 17, 2025 ("Attachment

3

3").  This Statement of Facts will contain a brief narrative summary, with additional details provided in the attached affidavits of the professionally concerned public servants at the City of Ypsilanti, *id.*; see also Affidavit of Joe Meyers, Mar. 17, 2025 ("Attachment 4"), Affidavit of Andrew Hellenga, Mar. 17, 2025 ("Attachment 5"), as well as the lived experiences of tenants of Arbor One Apartments.  See Affidavit of Reica McGuire, Mar. 17, 2025 ("Attachment 6"); Affidavit of Reico McGuire, Mar. 17, 2025 ("Attachment 7"); Affidavit of Richard Gerringer, Mar. 15, 2025 ("Attachment 8").

The City of Ypsilanti has identified 1,113 health and safety violations at Arbor One Apartments.  Spreadsheet of Totals, Meyers Aff., Att. 4D.  Every unit is required to have a Certificate of Compliance, which certifies that the units are in in "safe, healthful and fit condition for occupancy," Ypsi. City Code 18-149, and no unit has a Certificate of Compliance.  Meyers Aff., Att. 4D.  There have been 21 condemnations.  *Id.*; see also, Condemnations, Dunham Aff., Att. 3B.

Among the thousands of identified violations affecting the complex are:

- Exposed live electrical wires.

- Unmitigated insect and vermin infestations, with extensive presence of cockroaches and bed bugs.

- Damaged and/or inoperable heating systems, with many tenants forced to use their kitchen ovens and/or space heaters to stay warm.

- Damaged and inoperable smoke detectors in many rental units and common areas.

- Broken and/or leaking plumbing creates water damage, and corresponding collapsing interior walls and ceilings, mold, mildew, recurring sewage backflows, and other potential health threats.

- Work being performed without required permits and below reasonable standards for materials and workmanship.

- The exterior condition exposes the buildings and residents to the elements. Insecure exterior doors, moreover, further exacerbate safety concerns in an environment with extensive criminal activity.

- Defendants have maintained conditions at Arbor One conducive to rampant criminal activity, including violence, with over 775 police calls in two years.

See, e.g., Dunham Aff., ¶ 5, Att. 3; Reica McGuire Aff., ¶ 10, Att. 6; see generally, Attachments 3-8.

Arbor One Apartments has *already* experienced a catastrophic fire on February 7, 2024, which destroyed 24 units and forced primarily low-income residents out of their homes in the dead of a Michigan winter. See, e.g., Hellenga Aff., ¶ 6(c), Att. 5. Yet Defendants have failed to address the lack of heat that causes off-label use of alternative heat sources, and the lack of smoke detectors. The continued presence of a building partially destroyed by fire and related debris at 773 Clark Rd., Ypsilanti, Michigan, remains an ongoing attractive nuisance and safety hazard. This building has more than 92,000 square feet of asbestos containing material in the drywall alone. See Building Permit & Plan Review Application, Apr. 12, 2024, Att. 5B.

While the dangers present in these conditions are a matter of common sense, the Washtenaw County Health Department provides further support and examples of the health impacts of dangers in rental housing. See Affidavit of Kristen Schweighoefer, Mar. 17, 2025 ("Attachment 9").

Defendants' own agent, Stewart Beal, recently took over management of Arbor One Apartments, and publicly stated "I had really no idea how out of control they had gotten." Kevin

Meerschaert, *New Arbor One management says cleanup will take some time*, WEMU-FM, Mar. 10, 2025 ("Attachment 13").  Mr. Beal also highlighted the scope of the issues present at Arbor One Apartments, publicly stating there are "more than 7,000 problems in total."  Sophia Kalakailo, *Condemnations, legal battles at Ypsilanti apartment lead to new management*, MLive.com, Feb. 9, 2025 ("Attachment 14").

<u>**Condemned Buildings and Illegal Rentals**</u>

On September 17, 2024, under City Code § 18-149, the City revoked all active Certificates of Compliance for the Arbor One Apartment buildings based upon Defendants' failure and refusal to correct violations affecting the exterior of apartment buildings situated at the complex.  This prohibited Defendants from renting units or collecting rent from any tenant from that date forward. Following a hearing before the City's Administrative Hearings Bureau, Defendants were found responsible for each of the underlying violations.

On December 9, 2024, the City issued condemnation orders on eight (8) of the Arbor One Apartment buildings, meaning the residents of those buildings were and continue to face the threat of forced displacement and the potential for homelessness.

On February 7, 2025, the City issued condemnation orders on the ten (10) remaining occupied buildings, meaning all the residents of Arbor One Apartments are facing the threat of forced displacement and the potential for homelessness.

As of February 20, 2025, a hearing officer determined that Defendants were responsible for dozens of first and second violations of the City Code for unlawfully permitting occupancy of rental units without a Certificate of Compliance, and in buildings that have been condemned.

As of March 4, 2025, the City has thus far "red-tagged" five Arbor One buildings in their entirety – those addressed 815 Green Rd., 829 Green Rd., 841 Green Rd., 847 Green Rd., and 1427

LaForge – in addition to dozens of individual units throughout the complex, ordering them immediately vacated because they are dangerous and unfit for human occupancy.

Despite revocations of the Certificates of Compliance – and even after the condemnations of the entire apartment complex and red-tagging of approximately one third of the complex to date – Defendants refuse to relent in their efforts to advertise and offer apartments for rent, solicit prospective tenants, and demand rent from existing tenants.  Among other things, investigators contracted by the Prosecutor's Office have confirmed that Defendants have continued to offer apartments that lack Certificates of Compliance for rent, and advertisements for Arbor One Apartments continue to be widely circulated online.  See, e.g., Affidavit of Rhonda Woodriffe, Mar. 17, 2025 ("Attachment 10"); Email from Schlefstein to City of Ypsilanti ("Attachment 11"); Email from Bohman to Prosecutor's Office ("Attachment 12").

During a hearing held February 21, 2025, Defendants' conduct in failing to make repairs for individual units with cases before the court prompted the 14A-1 District Court to issue an order directing Defendants to show cause why they should not be held in civil contempt.  That show cause matter was scheduled for hearing before that court on March 11, 2025, since adjourned at Defendants' request to March 24, 2025.

## ARGUMENT

The Court should issue a preliminary injunction against Defendants because Defendants are creating and maintaining dangerous conditions that threaten the health and safety of the public.  The scope and severity of the housing conditions at Arbor One Apartments are extraordinary circumstances, and these facts merit the Court granting relief through a preliminary injunction.  Moreover, every tenant at Arbor One Apartments is facing housing instability and potential homelessness because the dangerous conditions have required the City to issue

7

condemnation notices and orders.

All four factors for consideration support issuing a preliminary injunction: (1) the likelihood that the party seeking the injunction will prevail on the merits; (2) the danger that the party seeking the injunction will suffer irreparable injury if the injunction is not issued; (3) the risk that the party seeking the injunction would be harmed more by the absence of an injunction than the opposing party would be by granting of the relief; and (4) the harm to the public interest if the injunction is issued.  See, e.g., *Alliance for Mentally Ill v. Dep't of Community Health*, 231 Mich App 647, 661; 588 NW2d 133 (1998); *Campau v. McMath*, 185 Mich App 724, 728-729 (1990) (citing *Michigan State Employees Ass'n v Dep't of Mental Health*, 421 Mich 152, 157-158 (1984)).  As the moving parties, Plaintiffs have the burden of establishing that a preliminary injunction should issue.  MCR 3.310(A)(4).  Plaintiffs meet that burden as follows:

## I.    The State and the City are likely to prevail on the merits of their claims.

The State and the City are likely to prevail on the merits of their claims Defendants have violated the law, including but not limited to: creating and maintaining a public nuisance; violating the prohibitions and requirements of the Housing Law of Michigan; and engaging in unfair and deceptive business practices.

### A.  Arbor One Apartments is an abatable public nuisance.

There are extensive health and safety threats to the community at Arbor One Apartments. Under state common law, "[p]ublic nuisance includes interference with the public health, the public safety, the public morals, the public peace, the public comfort, and the public convenience in travel." *Bronson v Oscoda Twp*, 188 Mich App 679, 684; 470 NW2d 688, 690 (1991) (citations omitted).  The Housing Law of Michigan's definition of public nuisance incorporates all common law nuisances and adds additional breadth, as follows:

8

Nuisance. The word "nuisance" shall be held to embrace public nuisance as known at common law or in equity jurisprudence; and whatever is dangerous to human life or detrimental to health; whatever dwelling is overcrowded with occupants or is not provided with adequate ingress and egress to or from the same, or is not sufficiently supported, ventilated, sewered, drained, cleaned or lighted, in reference to its intended or actual use; and whatever renders the air or human food or drink unwholesome, are also severally, in contemplation of this act, nuisances . . .

MCL 125.402(18). The Housing Law of Michigan then prohibits such nuisances: "all such nuisances are hereby declared illegal." *Id*. Similarly, the Ypsilanti Code of Ordinances declares "whatever annoys, injures or endangers the safety, health, comfort or repose of the public; offends public decency . . . or in any way renders the public insecure in life or property" to be a public nuisance. Ypsilanti Ordinances, § 42-31 ("Definitions"). The Ypsilanti Code of Ordinances forbids such public nuisances: "No person shall commit, create, or maintain any nuisance." Ypsilanti Ordinances, § 42-32 ("Prohibited acts and conditions").

The conditions at Arbor One Apartments are inarguably a public nuisance. Among other things, multiple buildings have been condemned by the City as a result of "mold growth, heating/plumbing issues, sewage leaks, cockroaches and bed bug infestation, and other infractions." Affidavit of Joe Meyers, Att. 4; *see also* Affidavit of Jerry Dunham, Att. 3. The fire-damaged building at 773 Clark Road still has not been demolished, and "contains more than 92,000 square feet of asbestos containing hazardous materials." Affidavit of Joe Meyers, Att. 4. By their very terms, the conditions at Arbor One violate the statutory definition of public nuisance, as outlined in the Housing Law of Michigan. The Housing Law provides that "*whatever* dwelling" is (1) "overcrowded with occupants"; (2) lacks "adequate ingress and egress;" or (3) "is not sufficiently supported, ventilated, sewered, drained, cleaned or lighted" constitutes a public nuisance. MCL 125.402(18) (emphasis added). Jerry Dunham's affidavit provides a sampling of the myriad ways in which the conditions at Arbor One violate this

statutory standard, including but not limited to:

- **Overcrowding with occupants:**
  - "Allowing unauthorized occupancy of vacant units," Affidavit of Jerry Dunham, Att. 3;
  - "Permitting unauthorized occupancy in utility rooms and under stairwells," *id.*
- **Lacking adequate ingress and egress:**
  - "Damaged/unsecure exterior entry doors, permitting trespassers to freely enter the building," *id.;*
  - "Damaged/unsecure interior and exterior entry doors to utility/boiler rooms," *id.;*
- **Not sufficiently supported:**
  - "Damage/deterioration of the roof and roofing materials," *id.;*
  - "gaps/holes in exterior walls," *id.*
  - "deteriorating/poorly repaired exterior brickwork," *id.*
  - "buckling flooring," *id.*
  - "incomplete repairs, including open drywall and improper water, mold, and sewage remediation," *id.*;
- **Not sufficiently sewered/drained:**
  - "Leaking/rusted/broken pipes/drains/fixtures," *id.;*
  - "sewage backups in individual rental units and sewage in common corridors," *id.*;
  - "water damage and mold growth/accumulation in rental units," *id.;*
  - "improper water, mold, and sewage remediation," *id.*
- **Not sufficiently ventilated:**
  - "Brick sealing of an exterior wall at 815 Green Road such that exhaust from heating units is unable to ventilate to the outside air," *id.*;
- **Not sufficiently cleaned/lighted:**
  - "Severe and unmitigated long-term infestation of vermin (cockroaches and bedbugs)," *id.*;
  - "Lack of working utilities," *id.,* and
  - "accumulation of trash, debris, combustibles, human and animal waste, and food waste.

All of those conditions squarely violate the statutory public nuisance standard. MCL

125.402(18).

But lest there be any doubt, the conditions at Arbor One pose a severe threat to public

safety, public health, public morals, and the public peace as well—thus further violating

Michigan's common-law nuisance standard. *Bronson,* 188 Mich App at 684; 470 NW2d at 690.

This includes the threat of a catastrophic fire. In a complex that has *already* experienced one such

fire, there is an "accumulation of "combustibles," "[l]oose/exposed hanging high and low voltage

wires," "[c]ompromised fire rated assemblies," and "[d]amaged and/or nonfunctioning smoke and

10

carbon monoxide detectors."  Affidavit of Jerry Dunham, Att. 3.  Compounding matters, because

"[f]urnaces and boilers are in poor or inoperable condition," residents are forced to "use space

heaters and stoves as ambient heat sources within rental units because the units lack heat."  *Id.*

The probability of a catastrophic fire is thus pronounced, plainly posing a threat to public safety,

public health, and public peace.  *Bronson,* 188 Mich App at 684; 470 NW2d at 690.

       Even beyond those risks, tenants' health and safety are threatened each day that they are

exposed to the conditions at Defendants' properties.  As Kristen Schweighofer, Director of the

Environmental Health Division of the Washtenaw County Health Department, explains, the

presence of cockroaches "can make asthma worse . . . and cause allergic reactions in those that are

sensitive."  Affidavit of Kristen Schweighoefer, Mar. 17, 2025 ("Attachment 9").  Cockroaches

can also "carry diseases," and "help spread bacteria;" the threat is particularly pronounced for

"young children who often spend more time indoors."  *Id.*  Bedbugs, moreover, can cause "an

allergic reaction or a severe skin reaction when bit," as well as creating "significant social

stigma."  *Id.*  Sewage backups can spread pathogens that "cause short- or long-term

gastrointestinal infections," requiring "medical treatment, hospitalization, or even death."  *Id.*

Visible mold can "cause allergic reactions, irritants, and in some cases potentially toxic

substances called mycotoxins."  *Id.*  And asbestos is a "known human carcinogen" that, once

inhaled, "can enter lugs and remain there for a long time, leading to future health impacts."  *Id.*

       *All* of these conditions are present at Arbor One Apartments.  These conditions pose a

severe threat to the health and safety of residents and have engendered fear in the minds of

neighbors and disrupted the peace and quiet of the residents of the neighborhood.  *Rental Prop*

*Owners Ass'n of Kent Co v City of Grand Rapids*, 455 Mich 246, 250; 566 NW2d 514, 516

(1997).  Therefore, the State and the City are likely to prevail on their claims that Arbor One

Apartments is a public nuisance, subject to abatement.

### B.  Defendants are violating the Housing Law of Michigan.

Defendants have violated the Housing Law of Michigan by failing to provide maintenance and repair to Arbor One Apartments.  The City is the "[e]nforcing agency . . . charged with responsibility for administration and enforcement of" the Housing Law of Michigan.  MCL 125.402a.  Arbor One Apartments are "dwellings" subject to the Housing Law of Michigan because they are the home, residence, living or sleeping space of human beings.  MCL 125.402(1).  Arbor One Apartments are "Class A" multiple dwellings.  MCL 125.402(2)(c), (3).  Arbor One Apartments are "sub-standard dwellings" because they have defective plumbing.  MCL 125.402(1a).

The conditions at Arbor One Apartments violate the prohibition on dangerous buildings in the Housing Law of Michigan, MCL 125.538, including but not limited to: "The building, structure, or a part of the building or structure is manifestly unsafe for the purpose for which it is used."  MCL 125.529(f).  "A building or structure used or intended to be used for dwelling purposes, including the adjoining grounds, because of dilapidation, decay, damage, faulty construction or arrangement, or for other reason, is unsanitary or unfit for human habitation, is in a condition that the health officer determines is likely to cause sickness or disease, or is likely to injure the health, safety, or general welfare of people living in the dwelling."  MCL 125.539(h).  "A building or structure is vacant, dilapidated, and open at door or window, leaving the interior of the building exposed to the elements or accessible to entrance by trespassers."  MCL 125.539(i).

The conditions at Arbor One Apartment violate various enumerated prohibitions and requirements of the Housing Law of Michigan, including but not limited to: The basement rooms "shall have sufficient light and ventilation, shall be well drained and dry, and shall be fit for human

12

habitation." MCL 125.468(6). "[T]he floor or other surface beneath and around water-closets and sinks shall be maintained in good order and repair and if of wood shall be kept well painted." MCL 125.470. "Every dwelling and all the parts thereof including plumbing, heating, ventilating and electrical wiring shall be kept in good repair by the owner." MCL 125.471. "The owner of every dwelling shall be responsible for keeping the entire building free from vermin." MCL 125.474. "Each dwelling unit contained within a class 'A' multiple dwelling shall be equipped with a single-station or multiple-station smoke alarm . . ." MCL 125.482a. "In all dwellings, plumbing fixtures shall be so arranged and maintained as to prevent the wetting of the supporting or surrounding framework which may cause an insanitary condition." MCL 125.491. "The floor and wall surfaces beneath and adjacent to all plumbing fixtures shall be maintained in a sound and sanitary condition." *Id*. "Defective and insanitary plumbing fixtures, which cannot be repaired, shall be replaced by approved fixtures." *Id*. "Such water-closets and all plumbing in connection therewith shall be sanitary in every respect and, except as in this act otherwise provided, shall be in accordance with the local ordinances and regulations in relation to plumbing and drainage." MCL 125.492.

The City has inspected Arbor One Apartments pursuant to the Housing Law of Michigan and its own City Code "in the public interest, to secure the health and safety of the occupants of dwellings and of the general public." MCL 125.528. The City has provided notice of violations of the Housing Law of Michigan to Defendants, including but not limited to, the condemnation notices for eight buildings in December 2024 and the others in February 2025, and Defendants have failed to comply with the orders to correct the violations contained in the notices of violation. MCL 125.534(1).

Therefore, Plaintiff City of Ypsilanti is likely to prevail on the merits of its Housing Law

of Michigan claims.

### C.  Defendants are violating the Michigan Consumer Protection Act.

The Michigan Consumer Protection Act prohibits thirty-eight (38) enumerated "[u]nfair, unconscionable, or deceptive methods, acts, or practices in the conduct of trade or commerce." MCL 445.903(1).  By renting apartments without the legally mandated Certificate of Compliance from the City of Ypsilanti, Defendants violated the MCPA in multiple ways.

A Certificate of Compliance is required for any "multiple dwelling or one- or two-unit rental dwelling within the City of Ypsilanti.  City Code §§ 18-146, 18-149.  "No person, including but not limited to the owner, the owner/agent, and the owner's agent, shall rent, lease, or allow occupancy of a dwelling unit . . . unless that owner, owner/agent, or owner's agent has first obtained a valid certificate of compliance from the city."  City Code § 18-146.  A Certificate of Compliance certifies that a dwelling is "safe, healthful and fit condition for occupancy."  City Code § 18-149.  It is a certification of baseline habitability standards that tenants are entitled to rely upon when renting a unit.

On September 17, 2024, the City revoked Arbor One's Certificates of Compliance, owing to the abhorrent conditions outlined above.  Nevertheless, Defendants continued to advertise, rent, and demand rent for units that lacked a Certificate of Compliance, in flagrant violation of the Ypsilanti City Code and/or state law.  See, e.g., Affidavit of Rhonda Woodriffe, Mar. 17, 2025 ("Attachment 10"); Email from Schlefstein to City of Ypsilanti ("Attachment 11"); Email from Bohman to Prosecutor's Office ("Attachment 12").

Each such action and/or each day of such continuing conduct violated the Michigan Consumer Protection Act in multiple ways, including but not limited to the following:

- Causing a probability of confusion or misunderstanding regarding the approval or certification of Arbor One Apartments, MCL 445.903(1)(a);

- Representing that Arbor One Apartments had sponsorship, approval, and characteristics that they did not have, MCL 445.903(1)(c);

- Representing that Arbor One Apartments had a different standard, quality, or grade than they were, MCL 445.903(1)(e);

- Advertising or representing Arbor One Apartments to consumers without the intent to dispose of them as advertised or represented, MCL 445.903(1)(g);

- Causing a probability of confusion as to the legal rights, obligations, or remedies of a party to a transaction, MCL 445.903(1)(n);

- Misrepresenting facts regarding the ability to rent properties such that consumers reasonably believed Defendants had the ability to rent properties, MCL 445.901(1)(bb); and

- Failing to reveal facts that were material to the transaction in light of positive factual representations, MCL 445.903(1)(cc).

*Every* time Defendants illegally entered a lease with a prospective tenant violated the foregoing provisions of Michigan Consumer Protection Act.  And though Defendants' decision to advertise and solicit tenants without a baseline certification of health and safety was a facial violation of the Consumer Protection Act, it bears emphasis that the manner in which Defendants advertised was egregiously misleading.  Far from putting consumers on notice of the abhorrent "standard, quality, or grade" of the (condemned) apartments, MCL 445.903(1)(c); Defendants' advertising brags about the "upscale living at Arbor One Apartments," and the units' "comfortable and convenient" living standards.  See, e.g., Attachment E to Attachment

15

10, Affidavit of Rhonda Woodriffe, Mar. 17, 2025.

What is more, Defendants unlawfully demanded and/or accepted rent from former, current, and prospective tenants, without the legal ability to do so.  The Ypsilanti City Code expressly provides that tenants are not "obligated to pay rent for any time period" in which a unit lacks a "valid certificate of compliance from the city building inspection department."  City Code § 58-122(d); § 58-122(a)(2).  Thus, each and every time Defendants demanded or collected rent from the date of revocation of the Certificates of Compliance on September 18, 2024 forward.  Every time Defendants illegally demanded and/or accepted rent violated the Michigan Consumer Protection Act in violated the Michigan Consumer Protection Act in the following ways:

- Causing a probability of confusion or misunderstanding regarding the approval or certification of Arbor One Apartments, MCL 445.903(1)(a);

- Representing that Arbor One Apartments had sponsorship, approval, and characteristics that they did not have, MCL 445.903(1)(c);

- Representing that Arbor One Apartments had a different standard, quality, or grade than they were, MCL 445.903(1)(e);

- Causing a probability of confusion as to the legal rights, obligations, or remedies of a party to a transaction, MCL 445.903(1)(n);

- Misrepresenting facts regarding the ability to rent properties such that consumers reasonably believed Defendants had the ability to rent properties, MCL 445.901(1)(bb); and

- Failing to reveal facts that were material to the transaction in light of positive factual representations, MCL 445.903(1)(cc).

Once again, Defendants' conduct reflects straightforward violations of both the Ypsilanti City Code and the Michigan Consumer Protection Act. Therefore, Plaintiff Prosecutor is likely to prevail on the merits of the Michigan Consumer Protection Act claims.

**II.     There is a danger the public will suffer irreparable injury if the injunction is not issued.**

There is a significant risk of irreparable injury if the requested preliminary injunction is not issued. The requested preliminary injunction would require Defendants to:

    (1) provide temporary alternative shelter for tenants who are displaced from residences that must be vacated for health and safety reasons;

    (2) provide relocation from any tenant who wishes to voluntarily relocate from the property;

    (3) immediately perform, in a lawful manner, emergency repairs and health and safety related repairs at the property;

    (4) stop advertising, soliciting, or leasing units that lack a Certificate of Compliance to prospective tenants; and

    (5) stop unlawfully demanding rent from tenants for the time periods in which their dwelling lacked a legally required Certificate of Compliance from the City of Ypsilanti.

These tailored requirements are necessary to alleviate irreparable injury to tenants.

In order for a preliminary injunction to issue, a *risk* of irreparable harm is sufficient, and certainty of irreparable harm is not required. "The next factor to consider is the *danger* that the party seeking the injunction will suffer irreparable injury if the injunction is not issued." *All. for Mentally Ill of Michigan v Dept of Cmty Health*, 231 Mich App 647, 664; 588 NW2d 133, 141 (1998) (emphasis added) (discussing preliminary injunctions). The requested preliminary relief—which would require relocation of tenants whose health and safety is at risk, and prevent Defendants from further violating the law—is necessary to alleviate the risk of irreparable harm.

### A. Relocation Assistance

The abhorrent conditions in Defendants' apartments pose a significant risk of irreparable harm.  As outline above, *see supra* I.A, the conditions at Arbor One are such that there is a significant risk of a calamitous fire that could result in a catastrophic loss of life.  Again, it bears emphasis that this risk is far from conjectural.  One building at Arbor One has *already* experienced a catastrophic fire, and Defendants have failed to remedy conditions to alleviate that risk.  Among other things, Defendants have failed to remedy exposed wires, broken smoke and carbon monoxide detectors, and a lack of heat that forces residents to use space heaters and stoves as ambient heat sources.  Affidavit of Jerry Dunham, Att. 3.

Compounding matters, the unsanitary conditions at Arbor One pose a significant risk to the health, safety, and welfare of residents.  The cockroaches, bedbugs, asbestos, mold, and unabated sewage at the property creates significant irreparable health risks—risks that are particular pertinent for children that are living at the apartments.  Again, the affidavit of Kristen Schweighofer, Director of the Environmental Health Division of the Washtenaw County Health Department, is instructive.  Director Schweighofer lays out how exposure to the foregoing conditions can cause asthma, cancer, and transmissible diseases that are spread through the vermin and sewage to which residents at Arbor One are exposed.  Affidavit of Kristen Schweighoefer, Att. 9.

The risk of irreparable harm if residents in condemned units are not relocated is thus pronounced.  Nothing can repair the loss of life that might result from a catastrophic fire.  Nothing can repair the potentially lifelong health issues that might result from exposure to the dangerous conditions at Arbor One.  Having created and exacerbated these conditions in flagrant violation of the law, Defendants should be required to alleviate the risk of irreparable harm.

18

And to be clear, there is no viable solution other than requiring Defendants to provide relocation for residents that will alleviate these risks. Many of the tenants in Defendants' units are low-income and have housing vouchers. See, e.g., Affidavit of Reica McGuire, Mar. 17, 2025 ("Attachment 6"). These tenants are not economically able to simply pack up and move to alternative dwellings. Nor, frequently, are they *physically* able to do so. Elderly residents—even if they can find alternative living arrangements—are frequently unable to engage in "strenuous labor." *Id.* The only solution to alleviate the irreparable risk of harm is to require Defendants to provide what they were legally obligated to provide in the first place: namely, a dwelling that is "safe, healthful and fit condition for occupancy." City Code § 18-149.

### B. Cessation of Unlawful Advertising and Solicitation

Compounding matters, Defendants' continuing violations of the Michigan Consumer Protection Act only exacerbates the risk of irreparable harm. By advertising and renting units without the legally mandated Certificate of Compliance, Defendants are exposing *new* tenants to the dangerous conditions at their properties. That, in turn, exacerbates the risk of irreparable harm to a new subset of residents. As outlined above, *see* Supra I.C, such solicitation and advertising is unlawful in the first instance, and alleviating the risk of irreparable harm requires Defendants to cease such conduct.

### C. Cessation of Unlawful Requests for Rent

Further, unlawfully obligating tenants to pay rent for periods during which their unit lacked a Certificate of Compliance is an ongoing violation of the City of Ypsilanti's Ordinance, City Code § 58-122(d); § 58-122(a)(2), as well as the Michigan Consumer Protection Act. See *supra* I.C. It is, moreover, a violation that creates and perpetuates fear and uncertainty that chills

tenants from asserting their rights to safe housing—and inhibits tenants from relocating to safer housing voluntarily.

As outlined in the affidavit of Reica McGuire, Defendants are using purportedly "past due rent"—rent *that was illegal for them to demand in the first instance,* City Code § 58-122(d); § 58-122(a)(2)—as a reason to deny relocation services, and to otherwise refuse to repair dangerous units.  Affidavit of Reica McGuire, Att. 6 (elderly resident on Section 8 voucher recounting how, when she asked for assistance relocating from her red-tagged unit, the "owners responded by saying . . . she owes $2,920.94 in past due rent," and she should "go to her son['s]"—even though her disability prevented her from living in her son's apartment).  The confusion and coercion that stems from Defendants' unlawful demands for rent exacerbates the risk of harm to tenants, and risks forcing them to stay in unsafe units and/or to relocate to living situations that would be equally unsafe.  A preliminary injunction preventing Defendants from unlawfully demanding rent is necessary to alleviate these irreparable harms.

### D.  Expeditiously Repairing Units in a Lawful Manner

Finally, there is a significant risk of irreparable harm if Defendants fail to provide health-and-safety related repairs and emergency repairs in a lawful manner.  To be sure, temporary relocation is necessary for tenants who are facing imminent threats to their health and safety.  But temporary relocation is not a viable long-term solution.  Tenants may choose to live at Arbor One for any number of reasons.  It may be on a bus line to work.  It may be close to their children's school.  Or they may have relatives in or around the complex that can assist them with health and safety needs.  Cf, e.g., Affidavit of Reica McGuire, Att. 6 (elderly tenant explaining that her son lives in another unit in the building).

20

In short, through no fault of their own, tenants at Arbor One are facing the risk of irreparable harm.  As things stand, they can either (1) remain in units that are unsafe (and risk exposure to disease, health consequences, and potential loss of life), or (2) relocate (disrupting their work, education, and other life commitments).  It is impossible to categorize the full range of irreparable harms that might stem from the latter option (forced relocation).  But as Director Schweighoefer avers, "[f]amilies experiencing housing instability experience physical and mental health challenges, from elevated rates of childhood and chronic diseases and mortality, to stress, deprivation, anxiety, and suicide."  Affidavit of Kristen Schweighoefer, Att. 9.

Thus—though relocation of some residents is necessary in the short term—alleviating the risk of irreparable harm ultimately requires Defendants to expeditiously make the necessary repairs to their units.  Only then will tenants be able to enjoy what they are entitled to: safe, habitable, and *stable* living conditions.  But to alleviate the possibility of ongoing harm, these repairs must also be conducted in a *lawful* manner.  Defendants must be enjoined from performing repairs without necessary permits, and Defendants must allow the City to inspect the work that they have done to ensure that the potentially catastrophic risks at Arbor One do not recur.

### III.   The public will be harmed more by the absence of an injunction than Defendants will be harmed by the injunction.

The harm to the public greatly outweighs any cognizable harm to Defendants arising from the injunctive relief requested.  The weight of the harm to the public is established by the extensive violations of the law (a statement of public policy).  And it is inherent in the irreparable nature of the harm, as discussed *supra*.

To be clear, the risk to the public is pronounced. Tenants who are exposed to the dangerous living conditions at Arbor One are at increased risk for communicable diseases—

diseases that can be spread to the broader community as well. Affidavit of Kristen Schweighoefer, Att. 9.  The physical and mental health challenges that stem from exposure to these conditions will radiate outwards into the community.  Medical providers might be forced to shoulder the increased costs.  Schools and social service providers will be forced to serve additional families facing housing instability, "elevated rates of childhood and chronic disease," and "mortality" due to "stress, depression, anxiety, and suicide."  *Id.*  All of this is why living conditions like those at Arbor One are categorized as a *public* nuisance, which poses a threat to "public safety, public health, and public peace."  *Bronson,* 188 Mich App at 684; 470 NW2d at 690.

By contrast, issuance of the preliminary injunction will result in little to no cognizable legal harm to Defendants.  At bottom, Plaintiffs are simply requesting that the Court require Defendants to follow the law, and to provide the habitable residences they were *legally obligated to provide* when they made the decision to rent residential properties in the City of Ypsilanti and the State of Michigan.  Plaintiffs are asking this Court to protect the public through the relief requested in the Proposed Order ("Attachment 16"). *See Ypsilanti Charter Tp v Kircher*, 281 Mich App 251, 275-76; 761 NW2d 761, 777 (2008) (this Court has "broad equitable authority to abate nuisances").  By contrast, Defendants have no legally cognizable interest in creating dangerous conditions that threaten the public health.

The relief requested is designed to be enforceable and is carefully tailored based on the costs and benefits at issue—but the safety of the public is the most vital and overriding concern present.

At base, Defendants never had any sort of right or privilege to create dangerous conditions—conditions related to 1,113 identified health and safety violations at Arbor One

Apartments.  Therefore, the public will be harmed more by the absence of an injunction than Defendants will be harmed by the injunction.

**IV.    The public interest will not be harmed if the injunction is issued.  Instead, issuing the injunction will benefit the public interest.**

The public interest at issue here is established beyond prevarication due to the very nature of a public nuisance, the Housing Law of Michigan, the Michigan Consumer Protection Act, and City of Ypsilanti Ordinances.  "[W]hen the legislature has spoken, the public interest has been declared in terms well-nigh conclusive."  *Berman v. Parker*, 348 US 26, 32; 75 S Ct 98; 99 L Ed 27, 37 (1954); accord *Gregory Marina, Inc v. Detroit*, 378 Mich 364, 393; 144 NW2d 503 (1966) (quoting *Berman*).  The City of Ypsilanti's public nuisance ordinance and related housing enforcement ordinances, the action of a "municipal legislative body," likewise "enjoy[s] a presumption of validity" in determining the public interest.  *Horton v. Kalamazoo*, 81 Mich App 78 (1978) (citing *Watnick v. Detroit*, 365 Mich 600 (1962).  "[D]etermination of what constitutes a public purpose involves considerations of economic and social philosophies and principles of political science and government.  Such determinations should be made by the elected representatives of the people." *Id.* (quoting *Gregory Marina, Inc v. Detroit*, 378 Mich 364, 394; 144 NW2d 503 (1966)) (internal quotation marks omitted).

The above legal arguments comport with the common-sense notion that the public has an interest in protecting people from dangerous and illegal public nuisance conditions, and they demonstrate the wisdom of the law providing statutory and common law tools to stop dangerous conduct before further harm is done to the public.

THEREFORE, for the above-stated reasons, the Court should grant Plaintiffs' Motion for Preliminary Injunction and provide the relief requested.

Dated: March 24, 2025                    Respectfully submitted,


/s/ Todd Ryan_____                 /s/ Randolph T. Barker_____
Todd Ryan (P81848)                       Randolph T. Barker (P62604)


Eli Savit (P76528)                       Randolph T. Barker (P62604)
Victoria Burton-Harris (P78263)          W. Daniel Troyka (P65155)
Todd Ryan (P81848)                       Andrew D. Sugerman (P46687)
WASHTENAW COUNTY PROSECUTOR'S OFFICE      CONLIN, MCKENNEY & PHILBRICK, P.C.
*Attorneys for Plaintiff State of Michigan*   *Attorneys for Plaintiff City of Ypsilanti*
P.O. Box 8645                            350 S. Main Street, Ste. 400
Ann Arbor, MI 48107                      Ann Arbor, MI 48104
(734) 222-6620                          (734) 761-9000
*ryant@washtenaw.org*                    *barker@cmplaw.com*

## INDEX TO ATTACHMENTS

1.  Property Records
2.  Business Entity Records
3.  Affidavit of Jerry Dunham
    A.  City of Ypsilanti Inspection Records
    B.  City of Ypsilanti Condemnations
    C.  City of Ypsilanti Notices
    D.  City of Ypsilanti Photos and Videos
4.  Affidavit of Joe Meyers
    A.  Notices – City of Ypsilanti to Tenants
    B.  Emails – City of Ypsilanti with Landlords & Tenants
    C.  Spreadsheet – City of Ypsilanti – Reviewing & Categorizing Violations
    D.  Spreadsheet – City of Ypsilanti – Totals
5.  Affidavit of Andrew Hellenga
    A.  Complaint, Case No. 25-000262-CH
    B.  Building Permit & Plan Review Application
6.  Affidavit of Reica McGuire
7.  Affidavit of Reico McGuire
8.  Affidavit of Richard Gerringer
9.  Affidavit of Kristen Schweighoefer
10. Affidavit of Rhonda Woodriffe
    A.  Investigation Report
    B.  Documents from Leasing Office
11. Email from Schlefstein to City of Ypsilanti
    A.  Schlefstein Lease
12. Email from Bohman to Prosecutor's Office
    A.  Image of Solicitation of New Tenants
13. Kevin Meerschaert, *New Arbor One management says cleanup will take some time*, WEMU-FM, Mar. 10, 2025
14. Sophia Kalakailo, *Condemnations, legal battles at Ypsilanti apartment lead to new management*, MLive.com, Feb. 9, 2025
15. City of Ypsilanti Ordinance No. 854
16. Proposed Order for Preliminary Injunction

**ATTACHMENT 1**

PROPERTY RECORDS

FILED IN Washtenaw County Trial Court; 3/18/2025 5:49 PM

11/03/2020 10:58 AM   Total Pages: 11
Lawrence Kestenbaum, Washtenaw Co

Heder

Record and return to:
Madison Title Agency, LLC
1125 Ocean Avenue
Lakewood, NJ 08701
MTA 1416385

## COVENANT DEED

The Grantor:  Arbor One 18 LLC, a Delaware limited liability company

whose address is:  301 W. Michigan Avenue, Suite 411, Ypsilanti, Michigan  48197,

Grants and Conveys to VTP A1 LP, a Delaware limited partnership

Whose address is:  920 E. County Line Rd., Suite 103, Lakewood, New Jersey  08701

The following described premises situated in City of Ypsilanti and the Township of Ypsilanti, County of Washtenaw, State of Michigan, to wit, as further described on **Exhibit A** attached hereto and made a part hereof (the "Premises"), together with all tenements, hereditaments, improvements and appurtenances, if any, belonging or in anywise appertaining thereto; for the consideration set forth on the Real Property Transfer Valuation Affidavit filed, the receipt and adequacy of which is hereby acknowledged.   110B

The Grantor covenants and agrees that as of the date of this Deed it has not done or suffered to be done anything by which the Premises is, or may be, in any manner encumbered or charged, and Grantor warrants and agrees to defend the Premises to Grantee, its successors and assigns, against the lawful claims of all persons claiming by, through or under Grantor and against no others, subject only to those matters set forth in **Exhibit B** attached hereto (the "Permitted Exceptions").

See attached   Private Road Notice
Grantor grants to the Grantee the right to make all permitted divisions under Section 108 of the Land Division Act, Act No. 288 of the Public Acts of 1967, as amended.

This property may be located within the vicinity of farmland or a farm operation.  Generally accepted agricultural and management practices which may generate noise, dust, odors, and other associated conditions may be used and are protected by the Michigan Right to Farm Act.

Time Submitted for Recording
Date 10-22 20 20 Time 11:50a.m
Lawrence Kestenbaum
Washtenaw County Clerk/Register

Dated: August 31, 2020

Time Submitted for Recording
Date 9-3 20 20 Time 10:25nm
Lawrence Kestenbaum
Washtenaw County Clerk/Register

Time Submitted for Recording
Date 11-28 20 20 Time 9:50am
Lawrence Kestenbaum
Washtenaw County Clerk/Register

**WASHTENAW COUNTY TREASURER
TAX CERTIFICATE NO.** 04198TIZRL

Time Submitted for Recording
Date 11-3 20 20 Time 10:03am
Lawrence Kestenbaum
Washtenaw County Clerk/Register

IN WITNESS WHEREOF, this Covenant Deed has been exected to be effective as of the date first above written.

**GRANTOR:**

**Arbor One 18 LLC,**
a Delaware limited liability company

By:    Arbor One, LLC,
        a Michigan limited liability company
Its:    Sole Member

        By:    Watermark Partners Fund IV GP LLC,
                a Michigan limited liability company
        Its:    Manager

            By:
                Michael Schmansky
        Its:    Member

State of Michigan    )
                    )ss
County of Oakland    )

        The foregoing instrument was acknowledged before me this 2⁵ day of August, 2020, by Michael Schmanksy, a Member of Watermark Partners Fund IV GP LLC, a Michigan limited liability company, the Manager of Arbor One, LLC, a Michigan limited liability company, the Sole Member of Arbor One 18 LLC, a Delaware limited liability company, on behalf of the company.

        Notary Public, _Juliana Wrasse_
        My Commission Expires _12-15-2020_

JULIANA R WRASSE
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF OAKLAND
My Comm. Exp. 12/15/2020
Acting in the County of Oakland
8/25/2020

| When recorded return to: | Send subsequent Tax Bills To: | Drafted by: |
|---|---|---|
| Grantee | Grantee | Nathan Lewis |
| | | 301 W. Michigan Ave. |
| | | Suite 411 |
| | | Ypsilanti, Michigan 48197 |

## EXHIBIT A TO COVENANT DEED

### LEGAL DESCRIPTION

All that certain lot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the City of Ypsilanti, County of Washtenaw, State of Michigan.

### TRACT I:



Lot 1 of NEWTON ACRES SUBDIVISION, according to the plat thereof recorded in Liber 19 of Plats, Pages 4 and 5 of Washtenaw County Records.

### TRACT II:

Superior
Part of the Northwest fractional 1/4 of Section 4, Town 3 South, Range 7 East, ~~Ypsilanti~~ Township, Washtenaw County, Michigan, described as follows: Commencing at the Northwest corner of fractional Section 4; thence North 88 degrees 20 minutes 30 seconds East 73.70 feet along the North line of said Section 4 and the centerline of Clark Road to the Southwest corner of Section 33, Town 2 South, Range 7 East, Ypsilanti Township, Washtenaw County, Michigan; thence South 89 degrees 55 minutes 30 seconds East 1211.40 feet along the North line of said Section 4 and the centerline of Clark Road to a point that lies North 89 degrees 55 minutes 30 seconds West 1327.26 feet along the North line of said Section 4 and the centerline of Clark Road from the North 1/4 corner of said Section 4; thence South 00 degrees 04 minutes 30 seconds West 572.85 feet to the Point of Beginning; thence South 00 degrees 04 minutes 30 seconds West 635.25 feet; thence North 56 degrees 37 minutes 00 seconds West 492.35 feet; thence South 78 degrees 12 minutes 00 seconds West 643.43 feet; thence North 00 degrees 49 minutes 00 seconds East 391.73 feet; thence North 87 degrees 23 minutes 30 seconds West 257.75 feet; thence North 00 degrees 49 minutes 00 seconds East 98.97 feet; thence South 89 degrees 57 minutes 00 seconds East 231.00 feet; thence North 00 degrees 49 minutes 00 seconds East 64.58 feet; thence South 89 degrees 57 minutes 00 seconds East 33.00 feet; thence North 00 degrees 49 minutes 00 seconds East 237.00 feet; thence South 89 degrees 58 minutes 30 seconds East 481.40 feet; thence South 00 degrees 04 minutes 30 seconds West 307.16 feet; thence South 89 degrees 55 minutes 00 seconds East 543.01 feet to the Point of Beginning.

### TRACT II ALSO DESCRIBED BY SURVEY AS FOLLOWS:

Part of the Northwest 1/4 of Section 4, Town 3 South, Range 7 East, Ypsilanti Township, Washtenaw County, Michigan, described as follows: Commencing at the Northwest corner of Section 4; thence North 88 degrees 22 minutes 07 seconds East 73.89 feet along the North line of said Section 4 and the centerline of Clark Road (66' wide) to the Southwest corner of Section 33, Town 2 South, Range 7 East, Ypsilanti Township, Washtenaw County, Michigan; thence South 89 degrees 55 minutes 02 seconds East 1211.40 feet along said North line of Section 4 and said centerline of Clark Road; thence South 00 degrees 04 minutes 58 seconds West 572.85 feet to the Point of Beginning; thence South 00 degrees 04 minutes 58 seconds West 635.25 feet; thence North 56 degrees 36 minutes 32 seconds West 492.35 feet; thence South 78 degrees 14 minutes 16 seconds West 643.48 feet; thence North 00 degrees 49 minutes 00 seconds East 391.89 feet; thence North 87 degrees 23 minutes 19 seconds West 257.75 feet to a point on the West line of said Section 4; thence North 00 degrees 49 minutes 00 seconds East 98.97 feet along said West line; thence South 89 degrees 58 minutes 20 seconds East 231.17 feet; thence North 00 degrees 49 minutes 00 seconds East 64.58 feet; thence South 89 degrees 58 minutes 20 seconds East 33.00 feet; thence North 00 degrees 49 minutes 00 seconds East 238.83 feet; thence South 89 degrees 43 minutes 18 seconds East 481.40 feet; thence South 00 degrees 04 minutes 58 seconds West 307.16 feet; thence South 89 degrees 54 minutes 32 seconds East 543.01 feet to the Point of Beginning.

**TRACT III:**



That part of the Northeast 1/4 of Section 5, Town 3 South, Range 7 East, formerly in Ypsilanti Township, now in the City of Ypsilanti, Washtenaw County, Michigan, described as follows: Starting at the Northeast corner of said Section 5; thence South 00 degrees 49 minutes 00 seconds West along the East line of said Section 5, being also the centerline of LaForge Road, a distance of 620.40 feet to the POINT OF BEGINNING of the premises hereinafter described; thence South 00 degrees 49 minutes 00 seconds West along the East line of said Section 5, a distance of 402.60 feet to a point; thence Due West parallel with the North line of said Section 5, a distance of 577.00 feet (measured North 89 degrees 59 minutes 54 seconds West 576.20 feet); thence North 00 degrees 49 minutes 00 seconds East and parallel with the East line of Section 5, a distance of 267.00 feet to a point; thence Due West a distance of 62.00 feet to a point; thence North 00 degrees 49 minutes 00 seconds East, a distance of 135.60 feet (measured North 00 degrees 46 minutes 59 seconds East 135.43 feet) to a point; thence Due East, a distance of 639.00 feet (measured North 89 degrees 58 minutes 44 seconds East 638.20 feet) to the POINT OF BEGINNING, EXCEPT the Easterly 43 feet thereof.

**TRACT III ALSO DESCRIBED BY SURVEY AS FOLLOWS:**

That part of the Northeast 1/4 of Section 5, Town 3 South, Range 7 East, City of Ypsilanti, Washtenaw County, Michigan, described as follows: Commencing at the Northeast corner of said Section 5; thence North 89 degrees 58 minutes 50 seconds West, 42.65 feet; thence South 00 degrees 49 minutes 00 seconds: West, 620.40 feet along the Westerly 43 foot right of way line of LaForge Road to the Point of Beginning, said point also being the intersection of the Westerly right of way line of said LaForge Road and the Southerly right of way line of Green Road (50 feet wide); thence South 00 degrees 49 minutes 00 seconds West, 402.60 feet along the Westerly right of way line of said LaForge Road; thence North 89 degrees 58 minutes 50 seconds West, 534.00 feet; thence North 00 degrees 49 minutes 00 seconds East, 267.00 feet; thence North 89 degrees 58 minutes 50 seconds West, 62.00 feet; thence North 00 degrees 49 minutes 00 seconds East, 135.60 feet to a point on the Southerly right of way line of said Green Road; thence South 89 degrees 58 minutes 50 seconds East, 596.00 feet to the Point of Beginning.

NOTE FOR INFORMATION: Being Parcel No. 11-11-05-100-001 (Tract I), K-11-04-200-013 (Tract II) and 11-11-05-100-007 (Tract III), of the City of Ypsilanti, County of Washtenaw

## EXHIBIT B TO COVENANT DEED

### PERMITTED EXCEPTIONS

1. Rights of tenants in possession, as tenants only, under unrecorded leases pursuant to the attached rent roll, with no rights to purchase or rights of first refusal to purchase of all any portion of the property.
2. Taxes for the year 2020 and all subsequent years, a lien not yet due and payable.
3. The rights of upper and lower riparian owners and the rights of others to the free and unobstructed flow of the water of the Superior Number One Drain extending through the subject land, without diminution or pollution.
4. No title is insured to any land now or formerly lying in the bed of the Superior Number One Drain and its shore lands extending to the ordinary high-water mark thereof.
5. No title is insured to any land lying in the bed of LeForge Road, abutting, adjoining, passing through or crossing the premises herein.
6. Agreement between Gordon, Shubow and Oliver, The Detroit Edison Company and Michigan Bell Telephone Company recorded on October 16, 1967 in Liber 1220 Page 569. (As to Tract I).
7. Conditions, restrictions, covenants, easements and agreements in Easement Grant and Declaration of Restrictions dated September 28, 1967 and recorded November 28, 1967 in Washtenaw County in Liber 1226 Page 285 and any amendments thereto. (As to Tract I).
8. Agreement between Mill Development Company, The Detroit Edison Company and Michigan Bell Telephone Company recorded on February 13, 1968 in Liber 1234 Page 421. (As to Tracts I and III).
9. Right-of-Way Agreement between Highland Construction Company and Michigan Consolidated Gas Company recorded on January 23, 1973 in Liber 1426 Page 511. (As to Tract II).
10. Agreement - Easement - Restrictions recorded on April 27, 1973 in Liber 1436 Page 583 and re-recorded on March 20, 1974 in Liber 1471 Page 673. (As to Tract II).
11. Grant of Easement to Comcast of the South, Inc. recorded on September 20, 2004 in Liber 4425 Page 886. (As to Tract II).
12. Grant of Easement to Comcast of the South, Inc. recorded on October 13, 2005 in Liber 4514 Page 74. (As to Tract II).
13. Grant of Easement to Comcast of the South, Inc. recorded on April 30, 2013 in Liber 4974 Page 962. (As to Tract III).
14. Grant of Easement to Comcast of the South, Inc. recorded on April 30, 2013 in Liber 4974 Page 963. (As to Tract II).
15. As to Tract I:
    The following matters disclosed by Survey prepared by Kevin Navaroli of Nowak & Fraus, Project/Job Number G208, dated 03/02/2020, last revised _8|24 |2020_
    a. Fences, Trashes enclosure walls and asphalt extends beyond westerly property line;
    b. Walls encroach easement as reflected in Liber 1220, page 569 and Liber 1226, page 285;

c. Rights of others, both public and private in and to manholes, catch basins, fire hydrants, cleanouts, guy wires, utility poles, gas regulators, sanitary lines, storm sewer lines, cables tv and cables phone on or crossing subject property.

As to Tract II:
The following matters disclosed by Survey prepared by Kevin Navaroli of Nowak & Fraus, Project/Job Number G208, dated 03/02/2020, last revised _8/24/2020_
a. Fences do not coincide with property lines;

b. Rights of others, both public and private, in and to guy wires, gas services, catch basins, manholes, storm lines, fire hydrants, electric risers, electric meters, light poles, overhead line, utility poles, overhead lines, utility cables, sanitary lines, utility boxes and utility cable son or crossing subject property.

As to Tract III:

The following matters disclosed by Survey prepared by Kevin Navaroli of Nowak & Fraus, Project/Job Number G208, dated 03/02/2020, last revised _8/24/2020_,
a. Fence and wall do not coincide with southerly property line;

b. Sign encroaches easterly property line;

c. Asphalt extends beyond easterly property line;

d. Rights of others, both public and private, in and to utility poles, overhead lines, utility boxes, sanitary lines, fire hydrants, manholes, water main line, transformers, catch basins, storm sewer lines, cleanouts, gas and utility cables on or crossing subject property.

## EXHIBIT A TO COVENANT DEED

### LEGAL DESCRIPTION

All that certain lot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the City of Ypsilanti, County of Washtenaw, State of Michigan.

**TRACT I:**

Lot 1 of NEWTON ACRES SUBDIVISION, according to the plat thereof recorded in Liber 19 of Plats, Pages 4 and 5 of Washtenaw County Records.

**TRACT II:**

Part of the Northwest fractional 1/4 of Section 4, Town 3 South, Range 7 East, Ypsilanti Township, Washtenaw County, Michigan, described as follows: Commencing at the Northwest corner of fractional Section 4; thence North 88 degrees 20 minutes 30 seconds East 73.70 feet along the North line of said Section 4 and the centerline of Clark Road to the Southwest corner of Section 33, Town 2 South, Range 7 East, Ypsilanti Township, Washtenaw County, Michigan; thence South 89 degrees 55 minutes 30 seconds East 1211.40 feet along the North line of said Section 4 and the centerline of Clark Road to a point that lies North 89 degrees 55 minutes 30 seconds West 1327.26 feet along the North line of said Section 4 and the centerline of Clark Road from the North 1/4 corner of said Section 4; thence South 00 degrees 04 minutes 30 seconds West 572.85 feet to the Point of Beginning; thence South 00 degrees 04 minutes 30 seconds West 635.25 feet; thence North 56 degrees 37 minutes 00 seconds West 492.35 feet; thence South 78 degrees 12 minutes 00 seconds West 643.43 feet; thence North 00 degrees 49 minutes 00 seconds East 391.73 feet; thence North 87 degrees 23 minutes 30 seconds West 257.75 feet; thence North 00 degrees 49 minutes 00 seconds East 98.97 feet; thence South 89 degrees 57 minutes 00 seconds East 231.00 feet; thence North 00 degrees 49 minutes 00 seconds East 64.58 feet; thence South 89 degrees 57 minutes 00 seconds East 33.00 feet; thence North 00 degrees 49 minutes 00 seconds East 237.00 feet; thence South 89 degrees 58 minutes 30 seconds East 481.40 feet; thence South 00 degrees 04 minutes 30 seconds West 307.16 feet; thence South 89 degrees 55 minutes 00 seconds East 543.01 feet to the Point of Beginning.

**TRACT II ALSO DESCRIBED BY SURVEY AS FOLLOWS:**

Part of the Northwest 1/4 of Section 4, Town 3 South, Range 7 East, Ypsilanti Township, Washtenaw County, Michigan, described as follows: Commencing at the Northwest corner of Section 4; thence North 88 degrees 22 minutes 07 seconds East 73.89 feet along the North line of said Section 4 and the centerline of Clark Road (66' wide) to the Southwest corner of Section 33, Town 2 South, Range 7 East, Ypsilanti Township, Washtenaw County, Michigan; thence South 89 degrees 55 minutes 02 seconds East 1211.40 feet along said North line of Section 4 and said centerline of Clark Road; thence South 00 degrees 04 minutes 58 seconds West 572.85 feet to the Point of Beginning; thence South 00 degrees 04 minutes 58 seconds West 635.25 feet; thence North 56 degrees 36 minutes 32 seconds West 492.35 feet; thence South 78 degrees 14 minutes 16 seconds West 643.48 feet; thence North 00 degrees 49 minutes 00 seconds East 391.89 feet; thence North 87 degrees 23 minutes 19 seconds West 257.75 feet to a point on the West line of said Section 4; thence North 00 degrees 49 minutes 00 seconds East 98.97 feet along said West line; thence South 89 degrees 58 minutes 20 seconds East 231.17 feet; thence North 00 degrees 49 minutes 00 seconds East 64.58 feet; thence South 89 degrees 58 minutes 20 seconds East 33.00 feet; thence North 00 degrees 49 minutes 00 seconds East 236.83 feet; thence South 89 degrees 43 minutes 18 seconds East 481.40 feet; thence South 00 degrees 04 minutes 58 seconds West 307.16 feet; thence South 89 degrees 54 minutes 32 seconds East 543.01 feet to the Point of Beginning.

APPROVED: YPSILANTI TOWNSHIP

NOV 0 1 2020

FOR RECORDING PURPOSES ONLY

Tract II

Record and return to:
Madison Title Agency, LLC
1125 Ocean Avenue
Lakewood, NJ 08701
MTA_14 6 3 8 5

PRIVATE ROAD NOTICE THIS NOTICE is given pursuant to MCL 560.261

BY: ARBOR ONE 18 LLC

Whose address is: 301 W. MICHIGAN AVE., SUITE 411, YPSILANTI, MI 48197

TO: VTP A1 LP

Whose Address is: 920 E. COUNTY LINE RD., SUITE 103, LAKEWOOD, NJ 08701

PARTIES to a certain Sales Agreement for the sale of a parcel of land in the City of Ypsilanti, County of Washtenaw, and State of Michigan, described as follows:

See attached Exhibit A

Commonly known as: 799 Green Rd., Ypsilanti, Michigan 48198

SELLER hereby advises Purchaser that said parcel of land abuts a private road that has not been accepted for maintenance by the Washtenaw County Road Commission or any other public body.

THIS Notice is made on August 31, 2020.

[Signature on Following Page]

Signed By:

ARBOR ONE 18 LLC
By: Arbor One LLC, its sole member
By: Watermark Partners Fund IV GP LLC, is manager

By: _____
Michael Schmansky

Its: Member

COUNTY OF Oakland
STATE OF MICHIGAN

The foregoing instrument was acknowledged before me on August 25, 2020 by Michael Schmansky, the member of Watermark Partners Fund IV GP LLC, the manager of Arbor One LLC, the sole member of Arbor One 18 LLC.

Notary Public, Oakland County,
Acting in Oakland County,
State of MI
Commission Expires: 12-15-2020

JULIANA R URASSE
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF OAKLAND
My Comm. Exp. 12/15/2020
Acting in the County of Oakland
Date 8/26/2020

Drafted By: Nathan Lewis, 301 W. Michigan Ave., Suite 411, Ypsilanti, MI 48197

After recording, return to: VTP A1 LP, 920 E. County Line Rd., Suite 103, Lakewood, NJ 08701

Exhibit A

# Old Republic National Title Insurance Company

Commitment Number: 146385

## TITLE INSURANCE COMMITMENT
## SCHEDULE A
## LEGAL DESCRIPTION

All that certain lot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the City of Ypsilanti, County of Washtenaw, State of Michigan.

### TRACT I:

Lot 1 of NEWTON ACRES SUBDIVISION, according to the plat thereof recorded in Liber 19 of Plats, Pages 4 and 5 of Washtenaw County Records.

### TRACT II:

Part of the Northwest fractional 1/4 of Section 4, Town 3 South, Range 7 East, Ypsilanti Township, Washtenaw County, Michigan, described as follows: Commencing at the Northwest corner of fractional Section 4; thence North 88 degrees 20 minutes 30 seconds East 73.70 feet along the North line of said Section 4 and the centerline of Clark Road to the Southwest corner of Section 33, Town 2 South, Range 7 East, Ypsilanti Township, Washtenaw County, Michigan; thence South 89 degrees 55 minutes 30 seconds East 1211.40 feet along the North line of said Section 4 and the centerline of Clark Road to a point that lies North 89 degrees 55 minutes 30 seconds West 1327.26 feet along the North line of said Section 4 and the centerline of Clark Road from the North 1/4 corner of said Section 4; thence South 00 degrees 04 minutes 30 seconds West 572.85 feet to the Point of Beginning; thence South 00 degrees 04 minutes 30 seconds West 635.25 feet; thence North 56 degrees 37 minutes 00 seconds West 492.35 feet; thence South 78 degrees 12 minutes 00 seconds West 643.43 feet; thence North 00 degrees 49 minutes 00 seconds East 391.73 feet; thence North 87 degrees 23 minutes 30 seconds West 257.75 feet; thence North 00 degrees 49 minutes 00 seconds East 98.97 feet; thence South 89 degrees 57 minutes 00 seconds East 231.00 feet; thence North 00 degrees 49 minutes 00 seconds East 64.58 feet; thence South 89 degrees 57 minutes 00 seconds East 33.00 feet; thence North 00 degrees 49 minutes 00 seconds East 237.00 feet; thence South 89 degrees 58 minutes 30 seconds East 481.40 feet; thence South 00 degrees 04 minutes 30 seconds West 307.16 feet; thence South 89 degrees 55 minutes 00 seconds East 543.01 feet to the Point of Beginning.

### TRACT II ALSO DESCRIBED BY SURVEY AS FOLLOWS:

Part of the Northwest 1/4 of Section 4, Town 3 South, Range 7 East, Ypsilanti Township, Washtenaw County, Michigan, described as follows: Commencing at the Northwest corner of Section 4; thence North 88 degrees 22 minutes 07 seconds East 73.89 feet along the North line of said Section 4 and the centerline of Clark Road (66' wide) to the Southwest corner of Section 33, Town 2 South, Range 7 East, Ypsilanti Township, Washtenaw County, Michigan; thence South 89 degrees 55 minutes 02 seconds East 1211.40 feet along said North line of Section 4 and said centerline of Clark Road; thence South 00 degrees 04 minutes 58 seconds West 572.85 feet to the Point of Beginning; thence South 00 degrees 04 minutes 58 seconds West 635.25 feet; thence North 56 degrees 36 minutes 32 seconds West 492.35 feet; thence South 78 degrees 14 minutes 16 seconds West 643.48 feet; thence North 00 degrees 49 minutes 00 seconds East 391.89 feet; thence North 87 degrees 23 minutes 19 seconds West 257.75 feet to a point on the West line of said Section 4; thence North 00 degrees 49 minutes 00 seconds East 98.97 feet along said West line; thence South 89 degrees 58 minutes 20 seconds East 231.17 feet; thence North 00 degrees 49 minutes 00 seconds East 64.58 feet; thence South 89 degrees 58 minutes 20 seconds East 33.00 feet; thence North 00 degrees 49 minutes 00 seconds East 238.83 feet; thence South 89

*This page is only a part of a 2016 ALTA® Commitment for Title Insurance issued by Old Republic National Title Insurance Company. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I—Requirements; Schedule B, Part II—Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.*

ALTA Commitment for Title Insurance (8-1-16)                                                                 146385

## SCHEDULE A
## LEGAL DESCRIPTION
(Continued)

degrees 43 minutes 18 seconds East 481.40 feet; thence South 00 degrees 04 minutes 58 seconds West 307.16 feet; thence South 89 degrees 54 minutes 32 seconds East 543.01 feet to the Point of Beginning.

## TRACT III:

That part of the Northeast 1/4 of Section 5, Town 3 South, Range 7 East, formerly in Ypsilanti Township, now in the City of Ypsilanti, Washtenaw County, Michigan, described as follows: Starting at the Northeast corner of said Section 5; thence South 00 degrees 49 minutes 00 seconds West along the East line of said Section 5, being also the centerline of LaForge Road, a distance of 620.40 feet to the POINT OF BEGINNING of the premises hereinafter described; thence South 00 degrees 49 minutes 00 seconds West along the East line of said Section 5, a distance of 402.60 feet to a point; thence Due West parallel with the North line of said Section 5, a distance of 577.00 feet (measured North 89 degrees 59 minutes 54 seconds West 576.20 feet); thence North 00 degrees 49 minutes 00 seconds East and parallel with the East line of Section 5, a distance of 267.00 feet to a point; thence Due West a distance of 62.00 feet to a point; thence North 00 degrees 49 minutes 00 seconds East, a distance of 135.60 feet (measured North 00 degrees 46 minutes 59 seconds East 135.43 feet) to a point; thence Due East, a distance of 639.00 feet (measured North 89 degrees 58 minutes 44 seconds East 638.20 feet) to the POINT OF BEGINNING, EXCEPT the Easterly 43 feet thereof.

## TRACT III ALSO DESCRIBED BY SURVEY AS FOLLOWS:

That part of the Northeast 1/4 of Section 5, Town 3 South, Range 7 East, City of Ypsilanti, Washtenaw County, Michigan, described as follows: Commencing at the Northeast corner of said Section 5; thence North 89 degrees 58 minutes 50 seconds West, 42.65 feet; thence South 00 degrees 49 minutes 00 seconds: West, 620.40 feet along the Westerly 43 foot right of way line of LaForge Road to the Point of Beginning, said point also being the intersection of the Westerly right of way line of said LaForge Road and the Southerly right of way line of Green Road (50 feet wide); thence South 00 degrees 49 minutes 00 seconds West, 402.60 feet along the Westerly right of way line of said LaForge Road; thence North 89 degrees 58 minutes 50 seconds West, 534.00 feet; thence North 00 degrees 49 minutes 00 seconds East, 267.00 feet; thence North 89 degrees 58 minutes 50 seconds West, 62.00 feet; thence North 00 degrees 49 minutes 00 seconds East, 135.60 feet to a point on the Southerly right of way line of said Green Road; thence South 89 degrees 58 minutes 50 seconds East, 596.00 feet to the Point of Beginning.

NOTE FOR INFORMATION: Being Parcel No. 11-11-05-100-001 (Tract I), K-11-04-200-013 (Tract II) and 11-11-05-100-007 (Tract III), of the City of Ypsilanti, County of Washtenaw

**NOTE: The Property tax parcel identification number is provided solely for informational purposes, without warranty as to accuracy or completeness and is not hereby insured.**

*This page is only a part of a 2016 ALTA® Commitment for Title Insurance issued by Old Republic National Title Insurance Company. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I—Requirements; Schedule B, Part II—Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.*