# EXHIBIT 2

## Notice to Lower Court

## STATE OF MICHIGAN
## IN THE WASHTENAW COUNTY CIRCUIT COURT

| | |
|---|---|
| ELI SAVIT, PROSECUTING ATTORNEY FOR WASHTENAW COUNTY ex rel., the People of the State of Michigan, and CITY OF YPSILANTI, | Case No. 25-000262-CH<br><br>Hon. Carol Kuhnke |
| Plaintiffs, | **DEFENDANTS' NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT** |
| v. | |
| VALLEYTREE PARTNERS LLC, VTP A1 LP, VTP ARBOR GP LLC, VTP ARBOR JV LP, VTP ARBOR ONE LLC, VTP RIVER WOODS, LLC, SAMUEL ROSENTHOL, YAAKOV NUSBAUM and AMY VUJNOV, | |
| Defendants, | |

## DEFENDANTS' NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT

PLEASE TAKE NOTICE THAT, under 28 U.S.C. §§ 1331, 1441 and 1446, defendants Valleytree Partners LLC, VTP A1 LP, VTP Arbor GP LLC, VTP Arbor JV LP, VTP Arbor One LLC, VTP River Woods, LLC, Samuel Rosenthal, Yaakov Nusbaum and Amy Vujnov have filed with the Clerk of the United States District Court for the Eastern District of Michigan, Southern Division a Notice of Removal effecting removal of this action to the District Court. A copy of the Notice of Removal (without exhibits) is attached as **Exhibit A**.

Respectfully submitted,

BODMAN PLC

By: */s/ J. Adam Behrendt*
J. Adam Behrendt (P58607)
201 W. Big Beaver Road, Suite 500
Troy, MI 48084
(248) 743-6000
abehrendt@bodmanlaw.com
*Attorneys for Defendants*

Dated: March 20, 2025

## PROOF OF SERVICE

I hereby certify that on March 20, 2025, I electronically filed the foregoing papers with the Clerk of the Court using the E-filing system which will send notification of such filing to all attorneys of record.

/s/ J. Adam Behrendt  (P58607)

4900-1084-2155_1