UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Eli Savit, et al.,

        Plaintiff(s),

v.

Valleytree Partners LLC, et al.,

        Defendant(s).
_____/

Case No. 25-10783

Honorable Robert J. White

Magistrate Judge Anthony P. Patti

### ORDER REGARDING REASSIGNMENT OF COMPANION CASE

        This case appears to be a companion case to Case No. __24-12646__. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable __Matthew F. Leitman__ and Magistrate Judge __Kimberly G. Altman__.

s/Robert J. White
Robert J. White
United States District Judge

s/Matthew F. Leitman
Matthew F. Leitman
United States District Judge

        Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers. Case type: __CIVIL__

        If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: March 24, 2025

s/ S Schoenherr
Deputy Clerk

cc:    Parties and/or counsel of record
        Honorable Matthew F. Leitman