# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ELI SAVIT, PROSECUTING ATTORNEY FOR WASHTENAW COUNTY ex rel., the People of the State of Michigan, and CITY OF YPSILANTI, | Case No. 25-cv-10783 <br><br> Hon. Robert J. White |
| Plaintiffs, | **APPEARANCE OF COUNSEL** |
| v. | |
| VALLEYTREE PARTNERS LLC, VTP A1 LP, VTP ARBOR GP LLC, VTP ARBOR JV LP, VTP ARBOR ONE LLC, VTP RIVER WOODS, LLC, SAMUEL ROSENTHOL, YAAKOV NUSBAUM and AMY VUJNOV, | |
| Defendants, | |

## **APPEARANCE OF COUNSEL**

Please be advised that Debani T. Gordon Lehman, Bodman PLC hereby appears as counsel for Defendants, in the above captioned matter.

                                              Respectfully submitted,

                                              BODMAN PLC

                                              By: *Debani T. Gordon Lehman (P83909)*
                                              Debani T. Gordon Lehman (P83909)
                                              J. Adam Behrendt (P58607)
                                              201 W. Big Beaver Road, Suite 500
                                              Troy, MI  48084
                                              (248) 743-6000
                                              jbehrendt@bodmanlaw.com
                                              dgordon@bodmanlaw.com
                                              *Attorneys for Defendants*

Dated: March 24, 2025