## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN

Eli Savit, Prosecuting Attorney for Washtenaw
County *ex rel.,* the People of the State of Michigan,
and City of Ypsilanti,

                    Plaintiff(s),

v.

Valleytree Partners LLC, VTP A1 LP, VTP Arbor GP LLC
VTP Arbor JV LP, VTP Arbor One LLC, VTP River Woods
LLC, Samuel Rosenthal, Yaakov Nusbaum and Amy Vujnov,

_____ Defendant(s). _____/

Case No. 5:25-cv-10783-RJW-APP

Judge   Matthew F. Leitman

Magistrate Judge   Kimberly G. Altman

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Valleytree Partners LLC; VTP A1 LP; VTP Arbor GP LLC;
Pursuant to E. D. Mich. LR 83.4,  VTP Arbor JV LP; VTP Arbor One LLC; and VTP River Woods LLC.
[Name of Party]

makes the following disclosure:  *(NOTE: A negative report, if appropriate, is required.)*

1.    Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ❏        No ☒

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship
    between it and the named party.

    Parent Corporation/Affiliate Name: _____
    Relationship with Named Party: _____

2.    Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial
    interest in the outcome of the litigation?

    Yes ❏        No ☒

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name: _____
    Nature of Financial Interest: _____

Date: March 25, 2025 _____

/s/ *Debani T. Gordon Lehman*
Signature

P83909
Bar No.

Bodman PLC, 201 W. Big Beaver, Suite 500
Street Address

Troy, Michigan 48084
City, State, Zip Code

(248) 734-6000
Telephone Number

dgordon@bodmanlaw.com
Primary Email Address

American LegalNet, Inc.
www.USCourtForms.com