UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Eli Savit, et al.,

Plaintiff(s),

v.                                                              Case No. 2:25–cv–10783–MFL–KGA
                                                                Hon. Matthew F. Leitman

Valleytree Partners LLC, et al.,

Defendant(s),

_____

**NOTICE TO APPEAR REMOTELY**

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Matthew F. Leitman as follows:

- STATUS CONFERENCE:  March 28, 2025 at 02:00 PM

The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys–only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non–participants without the Court's advance approval.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/Holly A Ryan
Case Manager

Dated:   March 26, 2025