UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Eli Savit, et al.,

                Plaintiff(s),

v.                                       Case No. 2:25–cv–10783–MFL–KGA
                                                        Hon. Matthew F. Leitman

Valleytree Partners LLC, et al.,

                Defendant(s),

_____/

**NOTICE OF REMOTE MOTION HEARING**

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Matthew F. Leitman for the following motion(s):

    Motion to Remand – #9

- MOTION HEARING: April 25, 2025 at 10:00 AM

The public may access the audio proceedings with the following connection information.

**PHONE NUMBER:** (669) 254–5252
**MEETING ID:** 160 808 9565

Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

                                                   By: s/Holly A Ryan
                                                      Case Manager

Dated:   April 14, 2025