UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WASHTENAW COUNTY PROSECUTING
ATTORNEY, *ex rel.* People of the State of
Michigan, *et al.*,

     Plaintiffs,

                                 Case No. 25-cv-10783

v.                                     Hon. Matthew F. Leitman

VALLEYTREE PARTNERS LLC, *et al.*,

     Defendants.

_____/

**ORDER (1) GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO REMAND (ECF No. 9); AND (2) REMANDING ACTION TO THE WASHTENAW COUNTY CIRCUIT COURT**

On April 25, 2025, the Court held a hearing on Plaintiffs' joint motion to remand this action to the Washtenaw County Circuit Court. (*See* Mot., ECF No. 9.) For the reasons stated on the record, the motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1.    The motion is **GRANTED** to the extent it seeks an order remanding this action to the Washtenaw County Circuit Court for lack of subject-matter jurisdiction.

2.    The motion is **DENIED** to the extent it seeks an award of costs, actual expenses, and/or attorney's fees pursuant to 28 U.S.C. § 1447(c) and E.D. Mich. L.R. 7.1(a)(3).

This action is **REMANDED** to the Washtenaw County Circuit Court for further proceedings.

This order terminates all proceedings in this Court, and the order of remand is not appealable. *See* 28 U.S.C. § 1447(d).

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  April 25, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 25, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126