

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN



FILED
MAY 13 2025
CLERK'S OFFICE
DETROIT

Eli Savit, et al.,

                       Plaintiff(s),

v.                                        Case No. 2:25-cv-10783-MFL-KGA
                                             Hon. Matthew F. Leitman

Valleytree Partners LLC, et al.,

                       Defendant(s),
_____

**NOTICE OF REMAND**

TO: WASHTENAW COUNTY CIRCUIT COURT

    Enclosed are certified copies of the Order of Remand and this Court's docket sheet.

    Please acknowledge receipt of these documents by returning a time-stamped copy of this Notice to:

    Clerk's Office
    U.S. District Court for the Eastern District of Michigan
    231 W. Lafayette Boulevard, 5th Floor
    Detroit, Michigan 48226
    (313) 234-5005

**Certificate of Service**

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                              KINIKIA D. ESSIX, CLERK OF COURT

                                              By: s/J Parker
                                                  Deputy Clerk

Dated: April 25, 2025

                                               RETURN COPY

RECEIVED MAY 01 2025 Washtenaw County Clerk of the Court

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
OFFICE OF THE CLERK
THEODORE LEVIN UNITED STATES COURTHOUSE
231 WEST LAFAYETTE BLVD.-ROOM 564
DETROIT, MICHIGAN 48226

OFFICIAL BUSINESS

Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd.
Detroit, MI 48226

4    DURIL15B    48226

RECEIVED
MAY 13 2025
CLERK'S OFFICE
DETROIT